UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | No. 07-MD-1902 (GEL) |

This Document Relates to:

| | |
|---|---|
| MARC S. KIRSCHNER, As Trustee of the Refco Litigation Trust, Plaintiff, -vs.- GRANT THORNTON LLP, MAYER BROWN, ROWE & MAW, LLP, ERNST & YOUNG U.S. LLP, PRICEWATERHOUSECOOPERS LLP, CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), BANC OF AMERICA SECURITIES LLC, DEUTSCHE BANK SECURITIES INC., PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, TONE N. GRANT, REFCO GROUP HOLDINGS, INC., LIBERTY CORNER CAPITAL STRATEGIES, LLC, WILLIAM T. PIGOTT, EMF FINANCIAL PRODUCTS, LLC, EMF CORE FUND, LTD., DELTA FLYER FUND, LLC, ERIC M. FLANAGAN, INGRAM MICRO, INC., CIM VENTURES, INC., BECKENHAM TRADING CO., INC., ANDREW KRIEGER, COAST ASSET MANAGEMENT, LLC (f/k/a COAST ASSET MANAGEMENT LP), CS LAND MANAGEMENT, LLC, and CHRISTOPHER PETITT, Defendants. | No. 07-cv-11604 (GEL) **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Alison F. Swap hereby appears in this action as counsel of record on behalf of Defendant PricewaterhouseCoopers LLP.

I certify that I am admitted to practice in this court.

Dated: January 15, 2008

                              Respectfully submitted,

                              ORRICK, HERRINGTON & SUTCLIFFE LLP

By:    /s/ Alison F. Swap
        Alison F. Swap
        666 Fifth Avenue
        New York, NY 10103
        Telephone: (212) 506-5000
        Facsimile: (212) 506-5151
        *Attorneys for Defendant*
        *PricewaterhouseCoopers LLP*

# CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2008, the Notice of Appearance of Alison Swap was served on all parties registered with the court's ECF system, as listed below, and sent via U.S. Mail to the other parties, as listed below:

**ECF Service**

Adam Craig Silverstein
asilverstein@golenbock.com
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue
New York, NY 10022
*Counsel for Defendant Phillip R. Bennet*

Dawn M. Wilson
dawn.wilson@wilmerhale.com
Wilmer Cutler Pickering Hale & Dorr L.L.P.
1875 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel for Defendant Banc of America Securities LLC,*
  *Credit Suisse Securities (USA) f/k/a Credit Suisse First Boston LLC,*
  *Deutsche Bank Securities, Inc.*

John V.H. Pierce
john.pierce@wilmerhale.com
Lori A. Martin
lori.martin@wilmerhale.com
Michael L. Feinberg
michael.feinberg@wilmerhale.com
Philip D. Anker
philip.anker@wilmerhale.com
Michael Hun Park
michael.park@wilmerhale.com
Robert Bruce McCaw
robert.mccaw@wilmerhale.com
Ross E. Firsenbaum
ross.firsenbaum@wilmerhale.com
Wilmer Cutler Pickering Hale & Dorr L.L.P.
399 Park Avenue
New York, NY 10022
*Counsel for Defendant Banc of America Securities LLC, CMG Institutional Trading LLC,*
  *Credit Suisse Securities (USA) f/k/a Credit Suisse First Boston LLC,*

*Deutsche Bank Securities, Inc., Goldman, Sachs & Co., HSBC Securities (USA) Inc., Harris Nesbitt Corp., and J.P Morgan Securities, Inc.*

Laura Elizabeth Neish
lneish@zuckerman.com
Melinda Marie Sarafa
msarafa@sarafalaw.com
Zuckerman, Spaeder, Goldstein, Taylor & Kolker, LLP(NYC)
1540 Broadway
Suite 1604
New York, NY 10036-4039
*Counsel for Defendant Tone Grant*

Norman L. Eisen
neisen@zuckerman.com
Zuckerman, Spaeder, Goldstein, Taylor & Kolker, LLP
1800 M Street, N.W
Washington, DC 20036
*Counsel for Defendant Tone Grant*

Beth Ann Tchilinguirian
btagliamonti@winston.com
David Emilio Mollon
dmollon@winston.com
James David Reich, Jr.
jreich@winston.com
Ruth Anne Braun
rbraun@winston.com
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
*Counsel for Defendant Grant Thornton LLP*

Bradley E. Lerman
blerman@winston.com
Bruce Roger Braun
bbraun@winston.com
Catherine W. Joyce
cjoyce@winston.com
Linda T. Coberly
lcoberly@winston.com
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
*Counsel for Defendant Grant Thornton LLP*

Ramzi Abadou
ramzia@csgrr.com
Coughlin Stoia, Geller, Rudman & Robbins, LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
*Counsel for Plaintiffs Irv Kreitenberg, Matthew Larson, Steve Kreitenberg, and American Financial International Group – Asia, LLC*

Eric James Belfi
ebelfi@labaton.com
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
*Counsel for Deka International S.A., Luxemborg*

Robert Francis Carangelo
robert.carangelo@weil.com
Greg A. Danilow
greg.danilow@weil.com
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10023
*Counsel for Defendants David V. Harkins, Leo R. Breitman, Nathan Gantcher, Scott Jaeckel, and Thomas H. Lee*

Stephen John Fearon, Jr.
stephen@sfclasslaw.com
Squitieri & Fearon LLP
32 East 57th Street, 12th Floor
New York, NY 10022
*Counsel for American Financial International Group – Asia, LLC*

Blake Tyler Hannafan
bth@hannafanlaw.com
Hannafan & Hannafan, Ltd.
One East Wacker Drive
Suite 2800
Chicago, IL 60601
*Counsel for Defendant Tone Grant*

Helen Byung-Son Kim
hkim@bakerlaw.com
Baker & Hostetler LLP

12100 Wilshire Blvd.
15th floor
Los Angeles, CA 90025
*Counsel for Plaintiff Dennis A. Klejna*

Marc Dennis Powers
mpowers@bakerlaw.com
Ona T. Wang
owing@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York City, NY 10111
*Counsel for Plaintiff Dennis A. Klejna*

Richard Edward Nathan
renathan@att.net
Nathan Law Office
123 South June Street
Los Angeles, CA 90004
*Counsel for Plaintiff Dennis A. Klejna*

George Theodore Peters
peters@whafh.com
Wolf, Haldenstein, Adler, Freeman & Herz
270 Madison Avenue
New York, NY 10016
*Counsel for Plaintiff Irv Kreitenberg*

Mark Floyd Pomerantz
mpomerantz@paulweiss.com
Kerry Lauren Quinn
kquinn@paulweiss.com
Richard Rosen
rrosen@paulweiss.com
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
*Counsel for Defendants David V. Harkins and Scott L. Jaeckel*

Evan J. Smith
esmith@brodsky-smith.com
Brodsky & Smith, L.L.C.
240 Mineola Blvd.
Mineola, NY 11501
*Counsel for Banyan Capital Fund, LP*

Shelley Thompson
sthompson@labaton.com
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
*Counsel for Plaintiff Matthew Larson*

**U.S. Mail**

Sascha N. Rand
sascharand@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
*Counsel for Plaintiff Marc S. Kirschner, As Trustee
 Of the Refco Litigation Trust*

Christopher Harris
christopher.harris@lw.com
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
*Counsel for Defendant Ernst & Young U.S. LLP*

Barbara Moses
bmoses@maglaw.com
Rachel M. Korenblat
rkorenblat@maglaw.com
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer P.C.
565 Fifth Avenue
New York, NY 10017
*Counsel for Robert C. Trosten*

Joel M. Cohen
joel.cohen@cliffordchance.com
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
*Counsel for Mayer Brown International LLP*

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kenneth Y. Turnbull
　　　　　　　　　　　　　　　　　　　　　　　　　Kenneth Y. Turnbull