UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             )
In re REFCO, INC. SECURITIES LITIGATION                      )    07 MDL No. 1902 (GEL)
                                                             )
-------------------------------------------------------------x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
MARC S. KIRSCHNER,                                           )
As Trustee of the Refco Litigation Trust,                    )
                                                             )
            Plaintiff,                                       )
    -vs.-                                                    )
                                                             )
GRANT THORNTON LLP, MAYER BROWN,                             )
ROWE & MAW, LLP, et al., ERNST & YOUNG                       )
U.S. LLP., PRICEWATERHOUSECOOPERS LLP,                       )    Kirschner v. Grant Thornton LLP et al.
CREDIT SUISSE SECURITIES (USA) LLC, (f/k/a                   )    No. 07 Civ. 11604 (GEL)
CREDIT SUISSE FIRST BOSTON LLC), BANC                        )
OF AMERICA SECURITIES LLC, DEUTSCHE                          )
BANK SECURITIES INC., PHILLIP R. BENNETT,                    )
SANTO C. MAGGIO, ROBERT C. TROSTEN,                          )
TONE N. GRANT, REFCO GROUP HOLDINGS,                         )
INC., LIBERTY CORNER CAPITAL                                 )
STRATEGIES, LLC, WILLIAM T. PIGOTT, EMF                      )
FINANCIAL PRODUCTS, LLC, EMF CORE                            )
FUND, LTD., DELTA FLYER FUND, LLC, ERIC                      )
M. FLANAGAN, INGRAM MICRO, INC., CIM                         )
VENTURES, INC., BECKENHAM TRADING CO.,                       )
INC., ANDREW KRIEGER, COAST ASSET                            )
MANAGEMENT, LLC (f/k/a COAST ASSET                           )
MANAGEMENT LP), CS LAND MANAGEMENT,                          )
LLC, and CHRISTOPHER PETITT,                                 )
                                                             )
            Defendants.                                      )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael L. Feinberg of Wilmer Cutler Pickering Hale and

Dorr LLP, with offices located at 399 Park Avenue, New York, New York 10022, hereby

appears on behalf of defendants Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First

Boston LLC), Banc of America Securities LLC, and Deutsche Bank Securities, Inc. in the above-

captioned action.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
January 22, 2008

        WILMER CUTLER PICKERING
        HALE AND DORR LLP

By: _____
    Michael L. Feinberg (MF-7844)

399 Park Avenue
New York, New York 10022
Tel.: (212) 230-8800
Fax: (212) 230-8888
Email: Michael.Feinberg@wilmerhale.com

*Attorney for Defendants Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Bank of America Corp., and Deutsche Bank Securities, Inc.*