UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | : | Civil Action No. 05-CV-08626(GEL) |
|  | : |  |
|  | : | CLASS ACTION |
|  | : |  |
| This Document Relates To: | : | NOTICE OF WITHDRAWAL OF ATTORNEY |
|  | : |  |
| ALL ACTIONS. | : |  |

TO:     THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Ramzi Abadou is hereby withdrawn as counsel of record in

this matter.

DATED:  January 23, 2008                    COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
                                            TOR GRONBORG
                                            RAMZI ABADOU


                                                    s/ Ramzi Abadou
                                            _____
                                                    RAMZI ABADOU

                                            655 West Broadway, Suite 1900
                                            San Diego, CA  92101
                                            Telephone:  619/231-1058
                                            619/231-7423 (fax)

                                            COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
                                            SAMUEL H. RUDMAN (SR-7957)
                                            DAVID A. ROSENFELD (DR-7564)
                                            58 South Service Road, Suite 200
                                            Melville, NY  11747
                                            Telephone:  631/367-7100
                                            631/367-1173 (fax)

                                            [Proposed] Lead Counsel for Plaintiffs

S:\CasesSD\Refco 05\NOT00048604-RA.doc

CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 23, 2008.

s/ Ramzi Abadou
RAMZI ABADOU

COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  ramzia@csgrr.com

# Mailing Information for a Case 1:07-md-01902-GEL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com

- **Philip David Anker**
  philip.anker@wilmerhale.com

- **Eric James Belfi**
  ebelfi@labaton.com,electroniccasefiling@labaton.com

- **Bruce Roger Braun**
  bbraun@winston.com

- **Ruth Anne Braun**
  rbraun@winston.com

- **James J. Capra , Jr**
  jcapra@orrick.com

- **Robert Francis Carangelo**
  robert.carangelo@weil.com,mark.ribaudo@weil.com

- **Linda T. Coberly**
  lcoberly@winston.com

- **Greg A. Danilow**
  greg.danilow@weil.com,robert.carangelo@weil.com,erin.law@weil.com,seth.goodchild@weil.com

- **Norman L. Eisen**
  neisen@zuckerman.com

- **Stephen John Fearon , Jr**
  stephen@sfclasslaw.com

- **Michael Laurence Feinberg**
  michael.feinberg@wilmerhale.com

- **Ross Eric Firsenbaum**
  ross.firsenbaum@wilmerhale.com

- **Blake Tyler Hannafan**
  bth@hannafanlaw.com,nap@hannafanlaw.com

- **Scott Edward Hershman**
  shershman@hunton.com

- **Helen Byung-Son Kim**
  hkim@bakerlaw.com,bkennedy@bakerlaw.com

- **Bradley E. Lerman**
  blerman@winston.com

- **Lori Ann Martin**
  lori.martin@wilmwrhale.com

- **Robert Bruce McCaw**
  robert.mccaw@wilmer.com

- **David Emilio Mollon**
  dmollon@winston.com

- **Richard Edward Nathan**
  renathan@att.net

- **Laura Elizabeth Neish**
  lneish@zuckerman.com

- **Michael Hun Park**
  michael.park@wilmer.com

- **George Theodore Peters**
  peters@whafh.com

- **John V.H. Pierce**
  john.pierce@wilmer.com

- **Mark Floyd Pomerantz**
  mpomerantz@paulweiss.com

- **Marc Dennis Powers**
  Mpowers@bakerlaw.com,tblaber@bakerlaw.com

- **Kerry Lauren Quinn**
  kquinn@paulweiss.com

- **James David Reich , Jr**
  jreich@winston.com

- **Richard A. Rosen**
  rrosen@paulweiss.com,kbodkin@paulweiss.com

- **Melinda Marie Sarafa**
  msarafa@sarafalaw.com

- **Adam Craig Silverstein**
  asilverstein@golenbock.com

- **Evan J Smith**
  esmith@brodsky-smith.com

- **Alison Frances Swap**
  aswap@orrick.com

- **Beth Ann Tchilinguirian**
  btagliamonti@winston.com

- **Shelley Thompson**
  sthompson@labaton.com,electroniccasefiling@labaton.com

- **Ona T. Wang**
  owang@bakerlaw.com,tblaber@bakerlaw.com

- **Dawn M. Wilson**
  dawn.wilson@wilmerhale.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
American Financial International Group - Asia, LLC
Squitieri & Fearon, LLP
32 East 57th Street
12th Floor
New York, NY 10022

Catherine W. Joyce
Winston & Strawn, L.L.P.
35 West Wacker Drive
Chicago, IL 60601
```