UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | No. 07-MD-1902 (GEL) |

This Document Relates to:

| | |
|---|---|
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Litigation Trust,<br><br>    Plaintiff,<br>  -vs.-<br><br>GRANT THORNTON LLP, MAYER BROWN, ROWE & MAW, LLP, ERNST & YOUNG U.S. LLP, PRICEWATERHOUSECOOPERS LLP, CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), BANC OF AMERICA SECURITIES LLC, DEUTSCHE BANK SECURITIES INC., PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, TONE N. GRANT, REFCO GROUP HOLDINGS, INC., LIBERTY CORNER CAPITAL STRATEGIES, LLC, WILLIAM T. PIGOTT, EMF FINANCIAL PRODUCTS, LLC, EMF CORE FUND, LTD., DELTA FLYER FUND, LLC, ERIC M. FLANAGAN, INGRAM MICRO, INC., CIM VENTURES, INC., BECKENHAM TRADING CO., INC., ANDREW KRIEGER, COAST ASSET MANAGEMENT, LLC (f/k/a COAST ASSET MANAGEMENT LP), CS LAND MANAGEMENT, LLC, and CHRISTOPHER PETITT,<br><br>    Defendants. | No. 07-cv-11604 (GEL)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that James P. Cusick hereby appears in this action as counsel of record on behalf of Defendant PricewaterhouseCoopers LLP.

I certify that I am admitted to practice in this court.

Dated: January 28, 2008

                                        Respectfully submitted,

                                        ORRICK, HERRINGTON & SUTCLIFFE LLP

                                        By:    /s/ James P. Cusick_____
                                                  James P. Cusick
                                                  666 Fifth Avenue
                                                  New York, NY 10103
                                                  Telephone: (212) 506-5000
                                                  Facsimile: (212) 506-5151
                                                  *Attorneys for Defendant*
                                                  *PricewaterhouseCoopers LLP*

# CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2008, the Notice of Appearance of James Cusick was served on all parties registered with the court's ECF system, as listed below, and sent via U.S. Mail to the other parties, as listed below:

**ECF Service**

Adam Craig Silverstein
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue
New York, NY 10022
*Counsel for Defendant Phillip R. Bennet*

Dawn M. Wilson
Wilmer Cutler Pickering Hale & Dorr L.L.P.
1875 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel for Defendant Banc of America Securities LLC,*
  *Credit Suisse Securities (USA) f/k/a Credit Suisse First Boston LLC,*
  *Deutsche Bank Securities, Inc.*

John V.H. Pierce
Lori A. Martin
Michael L. Feinberg
Philip D. Anker
Michael Hun Park
Robert Bruce McCaw
Ross E. Firsenbaum
Wilmer Cutler Pickering Hale & Dorr L.L.P.
399 Park Avenue
New York, NY 10022
*Counsel for Defendant Banc of America Securities LLC, CMG Institutional Trading LLC,*
  *Credit Suisse Securities (USA) f/k/a Credit Suisse First Boston LLC,*
  *Deutsche Bank Securities, Inc., Goldman, Sachs & Co., HSBC Securities (USA) Inc.,*
Harris Nesbitt Corp., and J.P Morgan Securities, Inc.*

Laura Elizabeth Neish
Melinda Marie Sarafa
Zuckerman, Spaeder, Goldstein, Taylor & Kolker, LLP(NYC)
1540 Broadway
Suite 1604
New York, NY 10036-4039
*Counsel for Defendant Tone Grant*

Norman L. Eisen
Zuckerman, Spaeder, Goldstein, Taylor & Kolker, LLP
1800 M Street, N.W
Washington, DC 20036
*Counsel for Defendant Tone Grant*

Beth Ann Tchilinguirian
David Emilio Mollon
James David Reich, Jr.
Ruth Anne Braun
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
*Counsel for Defendant Grant Thornton LLP*

Bradley E. Lerman
Bruce Roger Braun
Catherine W. Joyce
Linda T. Coberly
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
*Counsel for Defendant Grant Thornton LLP*

Ramzi Abadou
Coughlin Stoia, Geller, Rudman & Robbins, LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
*Counsel for Plaintiffs Irv Kreitenberg, Matthew Larson, Steve Kreitenberg, and American Financial International Group – Asia, LLC*

Eric James Belfi
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
*Counsel for Deka International S.A., Luxemborg*

Robert Francis Carangelo
Greg A. Danilow
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10023
*Counsel for Defendants David V. Harkins, Leo R. Breitman, Nathan Gantcher, Scott Jaeckel, and Thomas H. Lee*

Stephen John Fearon, Jr.
Squitieri & Fearon LLP
32 East 57th Street, 12th Floor
New York, NY 10022
*Counsel for American Financial International Group – Asia, LLC*

Blake Tyler Hannafan
Hannafan & Hannafan, Ltd.
One East Wacker Drive
Suite 2800
Chicago, IL 60601
*Counsel for Defendant Tone Grant*

Helen Byung-Son Kim
Baker & Hostetler LLP
12100 Wilshire Blvd.
15th floor
Los Angeles, CA 90025
*Counsel for Plaintiff Dennis A. Klejna*

Marc Dennis Powers
Ona T. Wang
Baker & Hostetler LLP
45 Rockefeller Plaza
New York City, NY 10111
*Counsel for Plaintiff Dennis A. Klejna*

Richard Edward Nathan
Nathan Law Office
123 South June Street
Los Angeles, CA 90004
*Counsel for Plaintiff Dennis A. Klejna*

George Theodore Peters
Wolf, Haldenstein, Adler, Freeman & Herz
270 Madison Avenue
New York, NY 10016
*Counsel for Plaintiff Irv Kreitenberg*

Mark Floyd Pomerantz
Kerry Lauren Quinn
Richard Rosen
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

*Counsel for Defendants David V. Harkins and Scott L. Jaeckel*

Evan J. Smith
Brodsky & Smith, L.L.C.
240 Mineola Blvd.
Mineola, NY 11501
*Counsel for Banyan Capital Fund, LP*

Shelley Thompson
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
*Counsel for Plaintiff Matthew Larson*

**U.S. Mail**

Sascha N. Rand
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
*Counsel for Plaintiff Marc S. Kirschner, As Trustee
  Of the Refco Litigation Trust*

Christopher Harris
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
*Counsel for Defendant Ernst & Young U.S. LLP*

Barbara Moses
Rachel M. Korenblat
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer P.C.
565 Fifth Avenue
New York, NY 10017
*Counsel for Robert C. Trosten*

Joel M. Cohen
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
*Counsel for Mayer Brown International LLP*

                                    /s/ Kenneth Y. Turnbull
                                    Kenneth Y. Turnbull