IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | MDL-1902 (GEL) |
| MARC S. KIRSCHNER, As Trustee of the Refco Litigation Trust, Plaintiff, v. GRANT THORNTON LLP, MAYER BROWN, ROWE & MAW, LLP; ERNST & YOUNG U.S. LLP; PRICEWATERHOUSECOOPERS LLP; CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC); BANC OF AMERICA SECURITIES LLC; DEUTSCHE BANK SECURITIES INC.; PHILLIP R. BENNETT; SANTO C. MAGGIO; ROBERT C. TROSTEN; TONE N. GRANT; REFCO GROUP HOLDINGS, INC.; LIBERTY CORNER CAPITAL STRATEGIES, LLC; WILLIAM T. PIGOTT; EMF FINANCIAL PRODUCTS, LLC; EMF CORE FUND, LTD.; DELTA FLYER FUND, LLC; ERIC M. FLANAGAN; INGRAM MICRO, INC.; CIM VENTURES, INC.; BECKENHAM TRADING CO. INC.; ANDREW KRIEGER; COAST ASSET MANAGEMENT, LLC (f/k/a COAST ASSET MANAGEMENT LP); CS LAND MANAGEMENT, LLC; and CHRISTOPHER PETITT, Defendants. | Case No. 07 Civ. 11604 (GEL)  ECF Filed |

**CERTIFICATE OF SERVICE**

I, ANTHONY MAUL, an attorney, hereby certify that on JANUARY 28, 2008, the Reply Of Defendant Ernst & Young LLP ("EY") To Plaintiff's Opposition To Motion To Stay Proceedings As To EY Pending Mediation And, If Necessary, Arbitration and the Statement Pursuant to Rule 7.1 were caused to be served in accordance with the Federal Rules of Civil Procedure, electronically via the Electronic Case Filing ("ECF") system upon all counsel of record registered to receive such service, and by First-Class Mail via the United States Postal Services upon:

Joel Alan Blanchet
James C. Joslin
Reed S. Oslan
Peter Stasiewicz
Amanda J. Wendorff
Micah Eric Marcus
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601-6636
jblanchet@kirkland.com, jjoslin@kirkland.com,
roslan@kirkland.com, pstasiewicz@kirkland.com,
awendorff@kirkland.com, mmarcus@kirkland.com
*Counsel to Coast Asset Management LLC*
*f/k/a Coast Asset Management LP; and*
*CS Land Management, LLC;*

Emily Nicklin
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601-6636
enicklin@kirkland.com,
doreilly@kirkland.com
*Counsel to PricewaterhouseCoopers LLP*

Thomas Justin Cunningham
Ronald M. Lepinskas
Sally Weiss Mimms
Phillip Russell Perdew
LORD, BISSEL & BROOK LLP
111 South Wacker Drive
Chicago, IL  60606
tcunningham@lockelord.com,
rlepinskas@lockelord.com, mhoeft@lockelord.com,
smimms@lordbissell.com,
pperdew@lordbissell.com,
kargyris@lordbissell.com,
docket@lockelord.com
*Counsel to Christopher Petitt*

Linda T. Coberly
Catherine W. Joyce
Bradley E. Lerman
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL  60601
lcoberly@winston.com,
cjoyce@winston.com,
blerman@winston.com,
ECF_CH@winston.com
*Counsel to Grant Thornton LLP*

Jeffrey Todd Gilbert
Pia N. Thompson
REED SMITH, LLP
10 South Wacker Drive
40th Floor
Chicago, IL  60606-7507
tguzman@reedsmith.com, jgilbert@reedsmith.com,
pthompson@reedsmith.com
*Counsel to Credit Suisse Securities (USA) LLC*
*f/k/a Credit Suisse First Boston LLC;*
*Banc of America Securities LLC; and*
*Deutsche Bank Securities Inc.*

Kevin Michael Forde
KEVIN M. FORDE, LTD.
111 West Washington Street
Suite 1100
Chicago, IL  60602
kforde@fordeltd.com,
kbrubaker@fordeltd.com
*Counsel to Mayer Brown LLP; and*
*Mayer Brown International LLP*

Peter C. John
Eric Richard Lifvendahl
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive
Ste 2100
Chicago, IL  60606
pcj@willmont.com,
erl@willmont.com,
denise@willmont.com
*Counsel to Ingram Micro Inc.; and*
*CIM Ventures, Inc.*

Todd Clark Jacobs
Gary M. Miller
Matthew A. Bills
John R. McCambridge
Katherine P. Myers
GRIPPO & ELDEN, LLC
111 South Wacker Drive
Chicago, IL  60606
docket@grippoelden.com,
ourdocket@gmail.com
*Counsel for Plaintiff*

| | |
|---|---|
| Maura Forde O'Meara<br>Stephen J. O'Neil<br>BELL, BOYD & LLOYD<br>70 West Madison Street<br>Suite 3100<br>Chicago, IL  60602<br>momeara@bellboyd.com, soneil@bellboyd.com, docket@bellboyd.com<br>***Counsel to Robert C. Trosten*** | Edward Sidney Weil<br>SCHWARTZ, COOPER, GREENBERG & KRAUSS<br>180 North LaSalle Street<br>Suite 2700<br>Chicago, IL 60601<br>eweil@scgk.com<br>***Counsel to Phillip R. Bennett*** |
| Heather L. Kramer<br>SCHWARTZ COOPER, CHTD.<br>180 North LaSalle Street<br>Suite 2700<br>Chicago, IL 60601<br>hkramer@scgk.com<br>***Counsel to Phillip R. Bennett*** | Marc M. Umeda<br>ROBBINS UMEDA & FINK LLP<br>610 West Ash Street<br>Suite 1800<br>San Diego, CA  92101-3350<br>Phone:  (913) 667-3788<br>Fax:  (913) 422-0307<br>***Counsel to Carmona (Derivatively/Behalf – The Goldman Sachs Group, Inc.), Christopher*** |
| James P. Cusick<br>James J. Capra, Jr.<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>666 Fifth Avenue<br>New York, NY 10103<br>Phone:  (212) 506-5000<br>***Counsel to PricewaterhouseCoopers LLP*** | Richard Howell<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>***Counsel to Coast Asset Management LLC f/k/a Coast Asset Management LP; and CS Land Management, LLC*** |
| Veronica E. Rendon<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, NY  10022<br>Phone:  (212) 715-1165<br>Fax:  (212) 715-1399<br>veronica.rendon@aporter.com<br>***Counsel to Delta Flyer Fund, LLC, EMF Financial Products, LLC, Flanagan, Eric M.*** | Barbara Moses<br>Rachel M. Korenblat<br>MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER PC<br>565 Fifth Avenue<br>New York, NY 10017<br>***Counsel to Robert C. Trosten*** |

Ramzi Abadou
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
Phone: (619) 231-1058
Fax: (619) 231-7423
*Counsel to Irv Kreitenberg; Steve Kreitenberg;
Matthew Larson; Joseph Mazur*

Aaron L. Brody
STULL STULL & BRODY
6 East 45th Street
Suite 500
New York, NY 10017
Phone: (212) 687-7230
*Counsel to The Donnelly Group*

Anthony Mathias Candido
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019-6131
Phone: (212) 878-8000
Fax: (212) 878-8375
*Counsel to Mayer Brown International LLP*

Richard Cashman
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY 10036
Phone: (212) 832-8300
Fax: (212) 763-7600
richard.cashman@hellerehrman.com
*Counsel to Philip Silverman*

Philip D. Anker
WILMERHALE
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone: (202) 663-6000
Fax: (202) 663-6363
*Counsel to Banc of America Securities,
LLC, Credit Suisse Securities (USA),
LLC; Deutsche Bank Securities, Inc*.

Scott A. Bursor
LAW OFFICES OF SCOTT A BURSOR
500 Seventh Avenue
10th Floor
New York, NY 10018
Phone: (212) 989-9113
Fax: (212) 989-9163
*Counsel to Michael Albrecht*

John K. Villa
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20005
Phone: (202) 434-5000
Fax: (202) 434-5029
*Counsel to Mayer Brown LLP*

Solomon B. Cera
GOLD BENNETT CERA & SIDENER
LLP
595 Market Street
Suite 2300
San Francisco, CA 94105-2835
Phone: (415) 777-2230
Fax: (415) 777-5189
*Counsel to WestEnd Capital
Management, LLC*

Thomas George Ciarlone, Jr.
SHALOV STONE & BONNER LLP
485 Seventh Avenue
Suite 1000
New York, NY 10018
Phone: (212) 239-4340
Fax: (212) 239-4310
*Counsel to Refco Lead Plaintiff Group*

William T. Pigott
95 Sunset Lane
Barnstable, MA 02630
*Counsel to William T. Pigott*

John D. Tortorello
Marino Tortorello PC
437 Southern Boulevard
Chatham, NJ 07928-1488
Phone: (973) 824-9300
Fax: (973) 824-8425
Email: jtortorella@kbmarino.com
*Counsel to Liberty Corner Capital Strategies, LLC and William T. Pigott*

David E. Mollon
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
*Counsel to Grant Thornton, LLP*

Gandolfo V. DiBlasi
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Phone: (212) 558-4000
Fax: (212) 558-4812
*Counsel to Lloyd C. Blankfein,; John H. Bryan; Claes Dahlback; Stephen Friedman; William W.George; Goldman Sachs Group, Inc.; James A Johnson; Lois D. Juliber; Edward M. Liddy; Lord Browne of Madingley; Henry M. Paulson, Jr.; Ruth J. Simmons; David A Viniar*

John P. Coffey
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
Phone: (212) 554-1400
Fax: (212) 554-1444
*Counsel to PIMCO Funds: Pacific Investment Management Series-PIMCO High Yield Fund*

Greg A. Danilow
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
*Counsel to The 1997 Thomas H. Lee Nominee Trust; Leo R. Breitman; Nathan Gantcher; David V. Harkins; Scott L. Jacekel; Thomas H. Lee; Ronald L. O'Kelley; Scott A. Schoen; THL Equity Advisors V, L.P.; THL Equity Advisors V, LLC; THL Managers V, LLC; THL Refco Acquisition Partners; Thomas H. Lee Advisors, LLC; Thomas H. Lee Equity (Cayman) Fund V, L.P.; Thomas H. Lee Equity Fund V, L.P.; Thomas H. Lee Investors, L.P.; Thomas H. Lee Parallel Fund V, L.P.; Thomas H. Lee Partners, L.P.*

Gregory M. Egleston
BERNSTEIN LIEBHARD & LIFSHITZ LLP
10 East 40th Street
New York, NY 10016
Phone: (212) 779-1414
*Counsel to Westgate Cap, Mgmt., LLC*

6

Norman L. Eisen
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Suite 1000
Washington, DC  20036
Phone:  (202) 778-1800
Fax:  (202) 822-8106
neisen@zuckerman.com
*Counsel to Tone N Grant*

Scott E. Hershman
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY  10166-0136
Phone:  (212) 309-1053
Fax:  (212) 309-1100
shershman@hunton.com
*Counsel to Santo C. Maggio*

Ivan Kline
FRIEDMAN & WITTENSTEIN PC
600 Lexington Avenue
15th Floor
New York, NY 10022
Phone:  (212) 750-8700
Fax:  (212) 223-8391
ikline@friedmanwittenstein.com
*Counsel to William Sexton*

J. Gregory Milmoe
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
4 Times Square
New York, NY  10036-6522
Phone:  (212) 735-3000
Fax:  (212) 735-2000
*Counsel to Lind-Waldock Securities, LLC; New Refco Group Ltd., LLC; Refco Finance Holdings LLC; Refco Finance, Inc.; Refco Group Ltd., LLC; Refco Inc.; Refco Managed Futures, LLC Westminster-Refco Management LLC*

Stuart M. Grant
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 North Market Street
Suite 2100
Wilmington, DE  19801
Phone:  (302) 622-7000
Fax:  (302) 622-7100
*Counsel to Pacific Investment Management Co., LLC; RH Capital Associates, LLC*

Daniel Keller
KELLER-FISHBACK LLP
62 Williams Street
6th Floor
New York, NY  10005
*Counsel to American Financial International Group-Asia, LLC; Norma LaVigne; Vaughn LaVigne*

Helen B. Kim
BAKER & HOSTETLER
12100 Wilshire Boulevard
15th Floor
Los Angeles, CA 90025-7120
Phone:  (310) 820-8800
Fax:  (310) 820-8859
*Counsel to Dennis A. Klejna*

Aaron E. Albert
FISCHER PORTER & THOMAS, P.C.
440 Sylvan Avenue, Suite 130
Englewood Cliffs, NJ 07632-2700
Phone:  (201) 569-5959 x131
Fax:  (201) 871-4544
*Counsel to Beckenham Trading Co, Inc., Andrew Krieger*

Christopher Petitt
Coast Asset Management Corp.
725 Arizona Ave.
Suite 400
Santa Monica, CA  90401
*** Bad Address ***
*Counsel to Coast Asset Management LLC; CS Land Management, LLC; Christopher Petitt*

Robert B. McCaw
WILMER CUTLER PICKERING HALE & DORR LLP
399 Park Avenue
New York, NY  10022
*Counsel to CMG Institutional Trading LLC; Goldman Sachs & Co.; Harris Nesbitt Corp.; HSBC Securities (USA), Inc.; J P. Morgan Securities, Inc.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; Muriel Siebert & Co., Inc.; Samuel A. Ramirez & Co., Inc.; Sandler O'Neill & Partners, L.P.; Utendahl Capital Partners, LP; William Blair & Co., LLC; The Williams Capital Group, L.P.*

Ann Marie Collins
KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Drive
Valhalla, NY  10595
*Counsel to Axis Reinsurance Co.*

Ira M. Press
KIRBY MCINERNEY LLP
830 Third Avenue
10th Floor
New York, NY  10022
Phone:  (212) 371-6600
Fax:  (212) 751-2540
*Counsel to Arbat Equity Arbitage Fund Ltd.; Global Management Worldwide Ltd.; Russian Investors Securities Ltd.*

Samuel H. Rudman
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
58 South Service Road
Suite 200
Melville, NY  11747
Phone:  (631) 367-7100
Fax:  (631) 367-1173
*Counsel to Illinois Teachers' Group*

Frank Mutterer
425 Drury Lane
Wyckoff, NJ  07481-2204
*Counsel to Frank Mutterer*

Kenneth Ian Schacter
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022
Phone: (212) 705-7000
Fax: (212) 752-5378
kenneth.schacter@bingham.com
*Counsel to Refco Securities, LLC*

Adam C. Silverstein
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, NY 10022-7302
Phone: (212) 907-7300
Fax: (212) 754-0330
asilverstein@golenbock.com
*Counsel to Phillip R. Bennett, The Phillip R. Bennett Three Year Annuity Trust; Refco Group Holdings, Inc.*

Evan J. Smith
BRODSKY & SMITH LLC
240 Mineola Boulevard
First Floor
Mineola, NY 11501
Phone: (516) 741-4977
esmith@brodsky-smith.com
*Counsel to Banyan Capital Fund, LP*

Matthew J. Sava
SHAPIRO FORMAN ALLEN SAVA & MCPHERSON LLP
380 Madison Avenue
New York, NY 10017
Phone: (212) 972-4900
Fax: (212) 557-1275
sava@sfa-law.com
*Counsel to Joseph Murphy; Gerald M. Sherer*

David R. Scott
SCOTT & SCOTT LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Phone: (860) 537-5537
Fax: (860) 537-4432
drscott@scott-scott.com
*Counsel to Refco Unified Shareholder Team (FrontPoint Financial Services, LP; Philadelphia Financial of San Francisco; Hugo van Reijen & Manro Hayden Trading)*

Further, I hereby certify that on January 28, 2008, I caused the same documents to be served by hand on:

> Richard I. Werder, Jr.
> Rebecca Trent
> QUINN EMANUEL URQUHART OLIVER & HEDGIES LLP
> 51 Madison Avenue
> 22nd Floor
> New York, NY 10010
> Phone: (212) 849-7000
> Fax: (212) 849-7100
> rickwerder@quinnemanuel.com
> ***Counsel to Kirschner (Trustee – The Refco Litigation Trust), Marc S. Kirshcher (Trustee – The Refco Private Actions Trust)***

Dated: January 28, 2008
New York, New York

**LATHAM & WATKINS LLP**

By: /s/ Anthony Maul\_\_\_\_\_
    Anthony Maul
    885 Third Avenue, Suite 1000
    New York, New York 10022
    Telephone: (212) 906-1200
    Facsimile: (212) 751-4864

    Attorneys for Defendant
    Ernst & Young LLP