UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | No. 07-MD-1902 (GEL) |

This Document Relates to:

| | |
|---|---|
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Litigation Trust,<br><br>Plaintiff,<br>-vs.-<br><br>GRANT THORNTON LLP, MAYER BROWN, ROWE & MAW, LLP, ERNST & YOUNG U.S. LLP, PRICEWATERHOUSECOOPERS LLP, CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), BANC OF AMERICA SECURITIES LLC, DEUTSCHE BANK SECURITIES INC., PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, TONE N. GRANT, REFCO GROUP HOLDINGS, INC., LIBERTY CORNER CAPITAL STRATEGIES, LLC, WILLIAM T. PIGOTT, EMF FINANCIAL PRODUCTS, LLC, EMF CORE FUND, LTD., DELTA FLYER FUND, LLC, ERIC M. FLANAGAN, INGRAM MICRO, INC., CIM VENTURES, INC., BECKENHAM TRADING CO., INC., ANDREW KRIEGER, COAST ASSET MANAGEMENT, LLC (f/k/a COAST ASSET MANAGEMENT LP), CS LAND MANAGEMENT, LLC, and CHRISTOPHER PETITT,<br><br>Defendants. | No. 07-cv-11604 (GEL)<br><br>~~PROPOSED~~ ORDER FOR ADMISSION OF KENNETH Y. TURNBULL **PRO HAC VICE** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08

Upon the motion of James J. Capra, Jr., attorney for Defendant PricewaterhouseCoopers LLP and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Kenneth Y. Turnbull
> Orrick, Herrington, & Sutcliffe LLP
> Columbia Center
> 1152 15th Street, NW
> Washington, DC 20005
> T*el*: 202-339-8400
> *Fax*: 202-339-8500
> *Email*: kturnbull@orrick.com

is admitted to practice *pro hac vice* as counsel for Defendant PricewaterhouseCoopers LLP in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: January 30 2008
New York, New York

_____
The Honorable Gerard E. Lynch
United States District Court Judge