## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2008, I caused to be served, by Federal Express, a true and correct copy of the 144A Defendants' Motion to Dismiss Count Three of the Second Amended Consolidated Class Action Complaint, the Memorandum of Law in Support of the 144A Defendants' Motion to Dismiss Count Three of the Second Amended Consolidated Class Action Complaint, and the Declaration of Dawn M. Wilson in Support of the 144A Defendants' Motion to Dismiss Count Three of the Second Amended Consolidated Class Action Complaint on the individuals shown below:

Max W. Berger, Esquire
BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
1285 Avenue of the Americas
New York, NY 10019
*Counsel to Lead Plaintiffs RH Capital Associates LLC & Pacific Investment Management Company LLC*

Stuart M. Grant, Esquire
GRANT & EISENHOFER, ESQUIRE
485 Lexington Avenue
29th Floor
New York, NY 10017
*Counsel to Lead Plaintiffs RH Capital Associates LLC & Pacific Investment Management Company LLC*

Greg A. Danilow, Esquire
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
*Counsel to Defendant Thomas H. Lee, Scott A. Schoen, Scott L. Jaeckel, David V. Harkins, Leo R. Breitman, Ronald L. O'Kelley, Nathan Gantcher, Thomas H. Lee Partners L.P., Thomas H. Lee Partners Fund V, Thomas H. Lee Parallel Fund V., L/P., Thomas H. Lee Equity (Cayman) Fund V., L.P., THL Equity Advisors V., LLC, & Thomas H. Lee Investors Limited Partnership*

Jeffrey T. Golenbock, Esquire
GOLENBOCK EISEMAN ASSOR BELL & PESKIE
437 Madison Avenue
New York, NY 10022-7302
*Counsel to Defendant Phillip R. Bennett, Refco Group Holdings Inc., and The Phillip R. Bennett Three Year Annuity Trust*

Jonathan Paul Bach
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
*Counsel to Defendant Joseph Collins*

John K. Villa, Esquire
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005
*Counsel to Defendant Mayer Brown LLP*

David E. Mollon, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
*Counsel to Defendant Grant Thornton LLP*

Melinda Sarafa, Esquire
ZUCKERMAN SPAEDER LLP
1540 Broadway
Suite 1604
New York, NY 10036
*Counsel to Defendant Tone Grant*

Scott E. Hershman
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY 10116
*Counsel to Defendant Santo C. Maggio*

Barbara Moses, Esquire
MORVILLO, ABRAMOWITZ, GRAND,
IASON & SILBERBERG, P.C.
565 Fifth Avenue
New York, NY 10071
*Counsel to Defendant Robert Trosten*

Andrew Levander, Esquire
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112-2200
*Counsel to Defendant BAWAG P.S.K. Bank*
*fur Arbeit und Wirtschaft und*
*Osterreichische Postsparkasse*
*Aktiengesellschaft*

Richard B. Levin, Esq.
SKADDEN ARPS SLATE MEAGHER &
FLOM LLP
Four Times Square
New York, NY 10036-6522
*Counsel for Refco Managed Futures LLC,*
*Westminster-Refco Management LLC, and*
*Lind-Waldock Securities LLC*

Helen B. Kim, Esquire
BAKER HOSTETLER
333 South Grand Avenue
Suite 1800
Los Angeles, CA 90071
*Counsel to Defendant Dennis Klejna*

Michael T. Hannafan, Esquire
MICHAEL T. HANNAFAN &
ASSOCIATES, LTD.
One East Wacker Drive, Suite 1208
Chicago, Illinois 60601
*Counsel to Defendant Tone Grant*

Stuart I. Friedman, Esquire
FRIEDMAN & WITTENSTEIN P.C.
600 Lexington Avenue
New York, NY 10022
*Counsel to Defendant William Sexton*

Holly K. Kulka, Esquire
HELLER EHRMAN WHITE &
MCAULIFFE, LLP
7 Times Square
New York, NY 10036
*Counsel to Defendant Phillip Silverman*

Stuart L. Shapiro
SHAPIRO FORMAN ALLEN SAVA &
MCPHERSON LLP
380 Madison Avenue
New York, NY 10017
*Counsel to Defendant Gerald M. Sherer and*
*Joseph J. Murphy*

Dated:  February 1, 2008
        New York, New York

_____
Michael S. Smith

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2008, I caused to be served, by Federal Express, a true and correct copy of the 144A Defendants' Motion to Dismiss Count Three of the Second Amended Consolidated Class Action Complaint, the Memorandum of Law in Support of the 144A Defendants' Motion to Dismiss Count Three of the Second Amended Consolidated Class Action Complaint, and the Declaration of Dawn M. Wilson in Support of the 144A Defendants' Motion to Dismiss Count Three of the Second Amended Consolidated Class Action Complaint on the individuals shown below:

Max W. Berger, Esquire
BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
1285 Avenue of the Americas
New York, NY 10019
*Counsel to Lead Plaintiffs RH Capital Associates LLC & Pacific Investment Management Company LLC*

Stuart M. Grant, Esquire
GRANT & EISENHOFER, ESQUIRE
485 Lexington Avenue
29th Floor
New York, NY 10017
*Counsel to Lead Plaintiffs RH Capital Associates LLC & Pacific Investment Management Company LLC*

Greg A. Danilow, Esquire
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
*Counsel to Defendant Thomas H. Lee, Scott A. Schoen, Scott L. Jaeckel, David V. Harkins, Leo R. Breitman, Ronald L. O'Kelley, Nathan Gantcher, Thomas H. Lee Partners L.P., Thomas H. Lee Partners Fund V, Thomas H. Lee Parallel Fund V., L/P., Thomas H. Lee Equity (Cayman) Fund V., L.P., THL Equity Advisors V., LLC, & Thomas H. Lee Investors Limited Partnership*

Jeffrey T. Golenbock, Esquire
GOLENBOCK EISEMAN ASSOR BELL & PESKIE
437 Madison Avenue
New York, NY 10022-7302
*Counsel to Defendant Phillip R. Bennett, Refco Group Holdings Inc., and The Phillip R. Bennett Three Year Annuity Trust*

Jonathan Paul Bach
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
*Counsel to Defendant Joseph Collins*

John K. Villa, Esquire
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005
*Counsel to Defendant Mayer Brown LLP*

David E. Mollon, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
*Counsel to Defendant Grant Thornton LLP*

Helen B. Kim, Esquire
BAKER HOSTETLER
333 South Grand Avenue
Suite 1800
Los Angeles, CA 90071
*Counsel to Defendant Dennis Klejna*

Melinda Sarafa, Esquire
ZUCKERMAN SPAEDER LLP
1540 Broadway
Suite 1604
New York, NY 10036
*Counsel to Defendant Tone Grant*

Michael T. Hannafan, Esquire
MICHAEL T. HANNAFAN &
ASSOCIATES, LTD.
One East Wacker Drive, Suite 1208
Chicago, Illinois 60601
*Counsel to Defendant Tone Grant*

Scott E. Hershman
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY 10116
*Counsel to Defendant Santo C. Maggio*

Stuart I. Friedman, Esquire
FRIEDMAN & WITTENSTEIN P.C.
600 Lexington Avenue
New York, NY 10022
*Counsel to Defendant William Sexton*

Barbara Moses, Esquire
MORVILLO, ABRAMOWITZ, GRAND,
IASON & SILBERBERG, P.C.
565 Fifth Avenue
New York, NY 10071
*Counsel to Defendant Robert Trosten*

Holly K. Kulka, Esquire
HELLER EHRMAN WHITE &
MCAULIFFE, LLP
7 Times Square
New York, NY 10036
*Counsel to Defendant Phillip Silverman*

Andrew Levander, Esquire
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112-2200
*Counsel to Defendant BAWAG P.S.K. Bank fur Arbeit und Wirtschaft und Osterreichische Postsparkasse Aktiengesellschaft*

Stuart L. Shapiro
SHAPIRO FORMAN ALLEN SAVA &
MCPHERSON LLP
380 Madison Avenue
New York, NY 10017
*Counsel to Defendant Gerald M. Sherer and Joseph J. Murphy*

Richard B. Levin, Esq.
SKADDEN ARPS SLATE MEAGHER &
FLOM LLP
Four Times Square
New York, NY 10036-6522
*Counsel for Refco Managed Futures LLC, Westminster-Refco Management LLC, and Lind-Waldock Securities LLC*

Dated:  February 1, 2008
        New York, New York

_____
Michael S. Smith