Robert B. McCaw
Lori A. Martin
John V. H. Pierce
Dawn M. Wilson
Michael L. Feinberg

**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
399 Park Avenue
New York, New York 10022
(212) 230-8800

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                               :     MDL-1902
In re REFCO, INC. SECURITIES   :     05 Civ. 8626 (GEL)
LITIGATION                                 :
                                               :     ORAL ARGUMENT REQUESTED
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### THE 144A DEFENDANTS' NOTICE OF MOTION TO DISMISS COUNT THREE OF THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the 144A Defendants' Motion to Dismiss Count Three of the Second Amended Consolidated Class Action Complaint, the Declaration of Dawn M. Wilson in Support of the 144A Defendants' Motion to Dismiss Count Three of the Second Amended Consolidated Class Action Complaint, dated February 1, 2008, and all prior proceedings had herein, Defendants Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, and Deutsche Bank Securities Inc. (the "144A Defendants"), by and through their undersigned counsel, will move before the Honorable Gerard E. Lynch, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order dismissing

Count Three of the Second Amended Consolidated Class Action Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
February 1, 2008

        WILMER CUTLER PICKERING
         HALE AND DORR LLP

By: /s/ Robert B. McCaw
   Robert B. McCaw
   Lori A. Martin
   John V.H. Pierce
   Dawn M. Wilson
   Michael L. Feinberg

399 Park Avenue
New York, New York 10022
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Defendants Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2008, I caused to be served, by Federal Express, a true and correct copy of the 144A Defendants' Motion to Dismiss Count Three of the Second Amended Consolidated Class Action Complaint, the Memorandum of Law in Support of the 144A Defendants' Motion to Dismiss Count Three of the Second Amended Consolidated Class Action Complaint, and the Declaration of Dawn M. Wilson in Support of the 144A Defendants' Motion to Dismiss Count Three of the Second Amended Consolidated Class Action Complaint on the individuals shown below:

Max W. Berger, Esquire
BERNSTEIN LITOWITZ BERGER &
GROSSMAN LLP
1285 Avenue of the Americas
New York, NY 10019
*Counsel to Lead Plaintiffs RH Capital
Associates LLC & Pacific Investment
Management Company LLC*

Stuart M. Grant, Esquire
GRANT & EISENHOFER, ESQUIRE
485 Lexington Avenue
29th Floor
New York, NY 10017
*Counsel to Lead Plaintiffs RH Capital
Associates LLC & Pacific Investment
Management Company LLC*

Greg A. Danilow, Esquire
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
*Counsel to Defendant Thomas H. Lee, Scott
A. Schoen, Scott L. Jaeckel, David V.
Harkins, Leo R. Breitman, Ronald L.
O'Kelley, Nathan Gantcher, Thomas H. Lee
Partners L.P., Thomas H. Lee Partners
Fund V, Thomas H. Lee Parallel Fund V.,
L/P., Thomas H. Lee Equity (Cayman) Fund
V., L.P., THL Equity Advisors V., LLC, &
Thomas H. Lee Investors Limited
Partnership*

Jeffrey T. Golenbock, Esquire
GOLENBOCK EISEMAN ASSOR
BELL & PESKIE
437 Madison Avenue
New York, NY 10022-7302
*Counsel to Defendant Phillip R. Bennett,
Refco Group Holdings Inc., and The Phillip R.
Bennett Three Year Annuity Trust*

Jonathan Paul Bach
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
*Counsel to Defendant Joseph Collins*

John K. Villa, Esquire
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005
*Counsel to Defendant Mayer Brown LLP*

David E. Mollon, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
*Counsel to Defendant Grant Thornton LLP*

Melinda Sarafa, Esquire
ZUCKERMAN SPAEDER LLP
1540 Broadway
Suite 1604
New York, NY 10036
*Counsel to Defendant Tone Grant*

Scott E. Hershman
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY 10116
*Counsel to Defendant Santo C. Maggio*

Barbara Moses, Esquire
MORVILLO, ABRAMOWITZ, GRAND,
IASON & SILBERBERG, P.C.
565 Fifth Avenue
New York, NY 10071
*Counsel to Defendant Robert Trosten*

Andrew Levander, Esquire
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112-2200
*Counsel to Defendant BAWAG P.S.K. Bank fur Arbeit und Wirtschaft und Osterreichische Postsparkasse Aktiengesellschaft*

Richard B. Levin, Esq.
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036-6522
*Counsel for Refco Managed Futures LLC, Westminster-Refco Management LLC, and Lind-Waldock Securities LLC*

Helen B. Kim, Esquire
BAKER HOSTETLER
333 South Grand Avenue
Suite 1800
Los Angeles, CA 90071
*Counsel to Defendant Dennis Klejna*

Michael T. Hannafan, Esquire
MICHAEL T. HANNAFAN & ASSOCIATES, LTD.
One East Wacker Drive, Suite 1208
Chicago, Illinois 60601
*Counsel to Defendant Tone Grant*

Stuart I. Friedman, Esquire
FRIEDMAN & WITTENSTEIN P.C.
600 Lexington Avenue
New York, NY 10022
*Counsel to Defendant William Sexton*

Holly K. Kulka, Esquire
HELLER EHRMAN WHITE & MCAULIFFE, LLP
7 Times Square
New York, NY 10036
*Counsel to Defendant Phillip Silverman*

Stuart L. Shapiro
SHAPIRO FORMAN ALLEN SAVA & MCPHERSON LLP
380 Madison Avenue
New York, NY 10017
*Counsel to Defendant Gerald M. Sherer and Joseph J. Murphy*

Dated:  February 1, 2008
        New York, New York

_____
Michael S. Smith