UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
In re REFCO, INC. SECURITIES                             :
LITIGATION                                               :   Master File: No. 1:07-md-01902 (GEL)
                                                         :
                                                         :
                                                         :
                                                         :   **ECF Case**
                                                         :
                                                         :
-------------------------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS (COUNSEL FOR DENNIS A. KLEJNA)

To the Clerk of the court and all parties of record:

Please take notice that Helen B. Kim is no longer associated with Baker & Hostetler LLP.

Please change all records effective February 1, 2008 to reflect the following address and contact information:

> Helen B. Kim
> Katten Muchin Rosenman LLP
> 2029 Century Park East, Suite 2600
> Los Angeles, CA 90067
> Phone (310) 788-4400
> Fax (310) 788-4471
> Helen.Kim@Kattenlaw.com

Dated:  Los Angeles, California                Respectfully submitted,
        February 1, 2008

                                               _____/s/ Helen B. Kim_____
                                               Helen B. Kim
                                               Katten Muchin Rosenman LLP
                                               2029 Century Park East, Suite 2600
                                               Los Angeles, CA 90067
                                               Phone: (310) 788-4400
                                               Fax:    (310) 788-4471

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I mailed the foregoing document to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                            /s/ Helen B. Kim
                                                            Helen B. Kim

# Mailing Information for a Case 1:07-md-01902-GEL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com

- **Philip David Anker**
  philip.anker@wilmerhale.com

- **Eric James Belfi**
  ebelfi@labaton.com,electroniccasefiling@labaton.com

- **Bruce Roger Braun**
  bbraun@winston.com

- **Ruth Anne Braun**
  rbraun@winston.com

- **James J. Capra , Jr**
  jcapra@orrick.com

- **Robert Francis Carangelo**
  robert.carangelo@weil.com,mark.ribaudo@weil.com

- **Linda T. Coberly**
  lcoberly@winston.com

- **James P. Cusick**
  jcusick@orrick.com

- **Greg A. Danilow**
  greg.danilow@weil.com,robert.carangelo@weil.com,erin.law@weil.com,seth.goodchild@weil.co1

- **Norman L. Eisen**
  neisen@zuckerman.com

- **Stephen John Fearon , Jr**
  stephen@sfclasslaw.com

- **Michael Laurence Feinberg**
  michael.feinberg@wilmerhale.com

- **Ross Eric Firsenbaum**
  ross.firsenbaum@wilmerhale.com

- **Blake Tyler Hannafan**
  bth@hannafanlaw.com,nap@hannafanlaw.com

- **Christopher R. Harris**
  christopher.harris@lw.com,jessica.bengels@lw.com,jason.grossman@lw.com

- **Scott Edward Hershman**
  shershman@hunton.com

- **Elizabeth Heering Hickey**
  elizabeth.hickey@lw.com

- **Helen Byung-Son Kim**
  helen.kim@kattenlaw.com

- **Bradley E. Lerman**
  blerman@winston.com

- **Lori Ann Martin**
  lori.martin@wilmwrhale.com

- **Robert Bruce McCaw**
  robert.mccaw@wilmer.com

- **David Emilio Mollon**
  dmollon@winston.com

- **Richard Edward Nathan**
  renathan@att.net

- **Laura Elizabeth Neish**
  lneish@zuckerman.com

- **Michael Hun Park**
  michael.park@wilmer.com

- **George Theodore Peters**
  peters@whafh.com

- **John V.H. Pierce**
  john.pierce@wilmer.com

- **Mark Floyd Pomerantz**
  mpomerantz@paulweiss.com

- **Marc Dennis Powers**
  Mpowers@bakerlaw.com,tblaber@bakerlaw.com

- **Kerry Lauren Quinn**
  kquinn@paulweiss.com

- **James David Reich , Jr**
  jreich@winston.com

- **Richard A. Rosen**
  rrosen@paulweiss.com,kbodkin@paulweiss.com

- **Miles Norman Ruthberg**
  miles.ruthberg@lw.com

- **Melinda Marie Sarafa**
  msarafa@sarafalaw.com

- **Adam Craig Silverstein**
  asilverstein@golenbock.com

- **Evan J Smith**
  esmith@brodsky-smith.com

- **Alison Frances Swap**
  aswap@orrick.com

- **Beth Ann Tchilinguirian**
  btagliamonti@winston.com

- **Shelley Thompson**
  sthompson@labaton.com,electroniccasefiling@labaton.com

- **Kenneth Yeatts Turnbull**
  kturnbull@orrick.com

- **Ona T. Wang**
  owang@bakerlaw.com,tblaber@bakerlaw.com

- **Dawn M. Wilson**
  dawn.wilson@wilmerhale.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
American Financial International Group - Asia, LLC
Squitieri & Fearon, LLP
32 East 57th Street
12th Floor
New York, NY 10022

Catherine W. Joyce
Winston & Strawn, L.L.P.
35 West Wacker Drive
```

Chicago, IL 60601