UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Refco Securities Litigation | Docket No. 07-md-1902 (GEL) |

### NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that the law firm of Baker & Hostetler LLP hereby withdraws as counsel for Defendant Dennis A. Klejna.

**BAKER & HOSTETLER LLP**

Respectfully submitted,

Ona T. Wang (OW-5462)
45 Rockefeller Plaza
New York, New York 10111
(212) 589-4200
(212) 589-4201 (fax)
*Attorneys for Defendant Dennis A. Klejna*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February 2008, a copy of the foregoing **NOTICE OF WITHDRAWAL** was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system as well by U.S. First Class mail on:

American Financial International Group - Asia, LLC
Squitieri & Fearon, LLP
32 East 57th Street
12th Floor
New York, NY 10022

Catherine W. Joyce
Winston & Strawn, L.L.P.
35 West Wacker Drive
Chicago, IL 60601

By enclosing a true copy of the same into a first-class post-paid properly addressed wrapper and depositing same into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Ramon Cabrera
Paralegal