UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: REFCO INC., SECURITIES LITIGATION | 07 MDL Docket No. 1902 |

| | |
|---|---|
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Litigation Trust,<br><br>Plaintiff,<br><br>-vs.-<br><br>GRANT THORNTON LLP, et al.,<br><br>Defendants. | No. 07-Civ. 11604 (GEL)<br><br>**MOTION TO ADMIT<br>ALAN C. THOMAS<br>*PRO HAC VICE*** |

PURSUANT TO LOCAL RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern District of New York, I, Aaron E. Albert, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

> ALAN C. THOMAS
> Fischer Porter Thomas & Reinfeld, P.C.
> 440 Sylvan Avenue, Suite 130
> Englewood Cliffs, NJ 07632-2700
> Tel: (201) 569-5959
> Fax: (201) 871-4544

Alan C. Thomas is a member in good standing of the bar of the State of New Jersey and is admitted to practice in the United States District Court for the District of New Jersey. Mr. Thomas is also admitted to practice before the United States Courts of Appeals for the Third and Fourth Circuits.

There are no pending disciplinary proceedings against Alan C. Thomas in any State or Federal court.

Respectfully submitted,

By: _____

Dated: March 25, 2008
Englewood Cliffs, New Jersey

Aaron E. Albert (AA 8078)
FISCHER PORTER THOMAS & REINFELD, P.C.
440 Sylvan Avenue, Suite 130
Englewood Cliffs, NJ 07632-2700
Tel: (201) 569-5959
Fax: (201) 871-4544
E-mail: aalbert@fpmtlaw.com

## CERTIFICATE OF SERVICE

I, Aaron E. Albert, an attorney, hereby certify that on March 25, 2008, I caused the foregoing Motion for Admission Pro Hac Vice of Alan C. Thomas by Defendants Beckenham Trading Co., Inc. and Andrew Krieger to be served by regular mail on the consolidated distribution list:

GRIPPO & ELDEN LLC

    John R. McCambridge
    111 South Wacker Drive
    Chicago, IL 60606
    Tel: (312) 704-7700

*Attorney for Plaintiff Trustee of the Refco*
*Litigation Trust*

QUINN EMANUEL URQHART OLIVER
& HEDGES, LLP

    Sascha N. Rand
    51 Madison Avenue, 22nd Floor
    New York, NY 10010-1601
    Tel: (212) 849-7000

*Attorneys for Plaintiff*
*Marc S. Kirschner, as Trustee of the*
*Refco Private Actions Trust*

KIRKLAND & ELLIS LLP

    Reed S. Oslan, P.C.
    Joel A. Blanchet
    James C. Joslin
    Richard U.S. Howell
    Peter Stasiewicz
200 East Randolph Drive, Suite 6100
Chicago, IL 60601

*Attorneys for Defendants*
*Coast Asset Management LLC*
*CS Land Management, LLC*

ORRICK, HERRINGTON & SUTCLIFFE
LLP

    James P. Cusick
    James J. Capra, Jr.
666 Fifth Avenue
New York, NY 10103

*Attorneys for Defendant*
*PricewaterhouseCoopers LLP*

KEVIN M. FORDE, LTD.

    Kevin M. Forde
111 West Washington Street
Suite 1100
Chicago, IL 60602

*Attorneys for Defendant Mayer Brown LLP*

WILLIAMS & CONNOLLY LLP
    Thomas G. Ward
    John K. Villa
    Michael S. Sundermeyer
    Craig D. Singer
725 12th Street, N.W.
Washington, D.C. 20005

*Attorneys for Defendant Mayer Brown LLP*

HUNTON & WILLIAMS LLP

    Scott E. Hershman
    Stephen R. Blacklocks
    Richard Soto
200 Park Avenue
New York, NY 10166-0091

*Attorneys for Defendant Santo C. Maggio*

LATHAM & WATKINS

    Christopher R. Harris
885 Third Avenue
New York, NY 10022

*Attorneys for Defendant Ernst & Young US LLP*

CLIFFORD CHANCE US LLP

    Joel M. Cohen
    Anthony M. Candido
31 West 52nd Street
New York, NY 10019

*Attorneys for the UK Limited Liability Partnership Mayer Brown International LLP*

WILLIAMS MONTGOMERY &JOHN

    Peter C. John
    Eric Richard Lifvendahl
20 North Wacker Drive, Suite 2100
Chicago, IL 60606

*Attorneys for Ingram Micro Inc. and CIM Ventures, Inc.*

HANNAFAN & HANNAFAN

    Michael T. Hannafan
    Blake Tyler Hannafan
One East Wacker Drive, Suite 2800
Chicago, IL 60601

*Attorneys for Defendant Tone N. Grant*

BELL BOYD & LLOYD

    Stephen J. O'Neil
    Maura F. O'Meara
70 West Madison Street, Suite 3100
Chicago, IL 60602

*- and –*

*MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.*

    Barbara Moses
    Rachel Korenblat
Amy Tully
565 Fifth Avenue

New York, NY 10017

*Attorneys for Defendant Robert Trosten*

SCHWARTZ COOPER

    Edward S. Weil
    Heather L. Kramer
180 North LaSalle Street
Suite 2700
Chicago, IL 60601

- and –

GOLENBOCK EISEMAN ASSOR BELL &
PESKOE LLP

    Jeffrey T. Golenbock
    Adam C. Silverstein
437 Madison Avenue, 35th Floor
New York, NY 10022-7302

*Attorneys for Defendants Phillip R. Bennett,*
*Refco Group Holdings Inc. and the Phillip R.*
*Bennett Three Year Annuity Trust*

WINSTON & STRAWN LLP

    Bradley E. Lerman
    Linda T. Coberly
Catherine W. Joyce
35 West Wacker Drive
Chicago, IL 60601-9703

*Attorneys for Defendant Grant Thornton LLP*

MARINO TORTORELLA PC

    John D. Tortorella
437 Southern Boulevard
Chatham, NJ 07928

*Attorneys for Defendants Libert Corner*
*Capital Strategies and William T. Piggott*

WILMER CUTLER PICKERING HALE
AND DORR LLP

    Robert B. McCaw
    Lori A. Martin
    John V.H. Pierce
    Dawn M. Wilson
    Michael L. Feinberg
    Philip D. Anker
    Ross E. Firsenbaum
399 Park Avenue
New York, NY 10022

*Attorneys for Defendants Credit Suisse*
*Securities (USA) LLC f/k/a Credit Suisse First*
*Boston LLC; Banc of America Securities*
*LLC; and Deutsche Bank Securities Inc.*

LOCKE, LORD, BISSELL & LIDDELL,
LLP

    Thomas Justin Cunningham
    Ronald M. Lepinkas
    Sally Weiss Mimms
    Phillip Russell Perdew
111 South Wacker Drive
Chicago, IL 60606

*Attorneys for Defendant Christopher Petitt*

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

ARNOLD & PORTER LLP

   Veronica Rendon
399 Park Avenue
New York, NY 10022-4690
*Attorneys for Defendants Eric M. Flanagan,*
*EMF Financial Products, LLC and Delta*
*Flyer Fund, LLC*

SHEPPARD   MULLIN   RICHTER   &
HAMPTON LLP

   Jonathan P. Hersey
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
*Attorneys for Defendant CIM Ventures, Inc.*


Dated: March 25, 2008

_____
    Aaron E. Albert

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: REFCO INC., SECURITIES LITIGATION | 07 MDL Docket No. 1902 |

| | |
|---|---|
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Litigation Trust,<br><br>                Plaintiff,<br><br>        -vs.-<br><br>GRANT THORNTON LLP, et al.,<br><br>                Defendants. | No. 07-Civ. 11604 (GEL)<br><br>**AFFIDAVIT OF AARON E.**<br>**ALBERT IN SUPPORT OF**<br>**MOTION TO ADMIT**<br>**ALAN C. THOMAS**<br>***PRO HAC VICE*** |

State of New Jersey  )
                 ) SS:
County of Bergen    )

AARON E. ALBERT, being duly sworn, hereby deposes and says:

1.    I am an associate attorney of the law firm of Fischer Porter Thomas & Reinfeld, P.C., attorneys for Defendants Beckenham Trading Company, Inc. and Andrew Krieger in the above-captioned matter. As such, I am familiar with the proceedings in this matter. I make this statement based on my personal knowledge of the facts set forth herein and in support of said defendants' motion to admit Alan C. Thomas as counsel *pro hac vice* to represent said defendants in this matter.

2.    I am a member in good standing of the bars of the States of New York and New Jersey, and was admitted to practice law in New York on January 24, 2006 and in New Jersey on March 8, 2006. I am also admitted to the bar of the United States District Courts for the Southern District of New York, and am in good standing with this Court.

3.    I have known Alan C. Thomas since January 2006.

1

4.      Mr. Thomas is a partner of Fischer Porter Thomas & Reinfeld, P.C.

5.      I know Mr. Thomas to be a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Mr. Thomas is a member in good standing of the bar of the State of New Jersey. A certificate of good standing is attached hereto as **Exhibit A**.

7.      Accordingly, I am pleased to move this Court for the admission of Alan C. Thomas, *pro hac vice*.

8.      I respectfully submit a proposed order granting the admission of Alan C. Thomas, *pro hac vice*, which is enclosed herewith.

WHEREFORE, it is respectfully requested that the motion to admit Alan C. Thomas, *pro hac vice*, to represent Defendants Beckenham Trading Company, Inc. and Andrew Krieger in the above-captioned matter be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: March 25, 2008
Englewood Cliffs, New Jersey

Aaron E. Albert (AA 8078)
Fischer Porter & Thomas, P.C.
440 Sylvan Avenue, Suite 130
Englewood Cliffs, NJ 07632-2700
Tel: (201) 569-5959
Fax: (201) 871-4544
E-mail: aalbert@fpmtlaw.com

2

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **ALAN C THOMAS** (No. **038441987** ) was constituted and appointed an Attorney at Law of New Jersey on **December 18, 1987** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **18TH** day of **March**, 20 **08**

Clerk of the Supreme Court

-453a-

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: REFCO INC., SECURITIES LITIGATION | 07 MDL Docket No. 1902 |
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Litigation Trust,<br><br>                    Plaintiff,<br><br>              -vs.-<br><br>GRANT THORNTON LLP, et al.,<br><br>                    Defendants. | No. 07-Civ. 11604 (GEL)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE* OF**<br>**ALAN C. THOMAS**<br>**ON WRITTEN MOTION** |

Upon the motion of Aaron E. Albert, attorney for Defendants Beckenham Trading Company, Inc. and Andrew Krieger, and the affidavit of Aaron E. Albert submitted in support, pursuant to Local Civil Rule 1.3(c);

**IT IS HEREBY ORDERED** that

> ALAN C. THOMAS
> Fischer Porter Thomas & Reinfeld, P.C.
> 440 Sylvan Avenue, Suite 130
> Englewood Cliffs, NJ 07632-2700
> Tel: (201) 569-5959
> Fax: (201) 871-4544
> E-mail: athomas@fpmtlaw.com

is admitted to practice *pro hac vice* as counsel for Defendants Beckenham Trading Company, Inc. and Andrew Krieger in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the required $25 *pro hac vice* fee to the

1

Clerk of the Court.


Dated: _____, 2008          _____

New York, New York                              Hon. Gerard E. Lynch, U.S.D.J.