USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
In re REFCO, INC. SECURITIES LITIGATION :   07 MDL No. 1902 (GEL)
                                     :
------------------------------------ x
------------------------------------ x
MARC S. KIRSCHNER,                   :
as Trustee of the Refco Litigation Trust, :
                                     :   07 Civ. 11604 (GEL)
                    Plaintiff,       :
           v.                        :
                                     :
GRANT THORNTON LLP, MAYER, BROWN,    :   **STIPULATION AND ORDER**
ROWE & MAW LLP, <u>et al.</u>, ERNST & YOUNG :
US LLP, PRICEWATERHOUSECOOPERS       :
LLP, CREDIT SUISSE SECURITIES (USA)  :
LLC (f/k/a CREDIT SUISSE FIRST BOSTON :
LLC), BANC OF AMERICA SECURITIES     :
LLC, DEUTSCHE BANK SECURITIES INC.,  :
PHILLIP R. BENNETT, SANTO C. MAGGIO, :
ROBERT C. TROSTEN, TONE N. GRANT,    :
REFCO GROUP HOLDINGS INC., LIBERTY   :
CORNER CAPITAL STRATEGIES LLC,       :
WILLIAM T. PIGOTT, EMF FINANCIAL     :
PRODUCTS LLC, EMF CORE FUND LTD.,    :
DELTA FLYER FUND LLC, ERIC M.        :
FLANAGAN, INGRAM MICRO INC., CIM     :
VENTURES INC., BECKENHAM TRADING     :
CO. INC., ANDREW KRIEGER, COAST      :
ASSET MANAGEMENT LLC (f/k/a COAST    :
ASSET MANAGEMENT LP), CS LAND        :
MANAGEMENT LLC, and CHRISTOPHER      :
PETITT,                              :
                                     :
                    Defendants.      :
------------------------------------ x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to the Action, as follows:

1.  Defendants' time to file their respective responses to Plaintiff's Complaint is extended from May 12, 2008 to May 21, 2008.

2. Plaintiff's time to file its opposition papers, if any, is extended from August 11, 2008 to August 29, 2008.

3. Defendants' time to file their respective reply papers, if any, is extended from September 10, 2008 to September 29, 2008, or until thirty (30) days after Plaintiff's opposition is filed in the event Plaintiff files its opposition prior to August 29, 2008.

4. This stipulation may be executed in two or more counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same agreement, and a facsimile, which shall have the same force and effect as an original signature, may be filed in place and instead of the original.

5. No previous requests for the relief sought herein have been made.

Dated: May 7, 2008
New York, New York

WINSTON & STRAWN LLP

By: _____
David E. Mollón (dmollon@winston.com)
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
Fax: (212) 294-4700

Bradley E. Lerman
Catherine W. Joyce
Linda T. Coberly
35 W. Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
*Attorneys for Defendant Grant Thornton LLP*

QUINN EMANUEL URQHART OLIVER & HEDGES, LLP

By: _____
Richard I. Werder, Jr.
Michael B. Carlinsky
Susheel Kirpalani
Sascha N. Rand (sascharand@quinnemanuel.com)
Robert C. Juman
Rebecca J. Trent
51 Madison Avenue
22nd Floor
New York, NY 10010-1601
Tel: (212) 849-7000

*Attorneys for Plaintiff Marc S. Kirschner, as Trustee of the Refco Litigation Trust*

WILLIAMS & CONNOLLY LLP

By: _____
Thomas G. Ward (tward@wc.com)
John K. Villa
Michael S. Sundermeyer
Craig D. Singer
Daniel P. Shanahan
725 12th Street, N.W.
Washington, D.C. 20005

*Attorneys for Defendant Mayer Brown LLP*

CLIFFORD CHANCE US LLP

By: _____
Joel M. Cohen
Anthony M. Candido
(anthony.candido@cliffordchance.com)
31 West 52nd Street
New York, NY 10019

*Attorneys for the*
*UK Limited Liability Partnership*
*Mayer Brown International LLP*

WILMER CUTLER PICKERING HALE
AND DORR LLP

By: _/s/ Philip D. Anker_
Robert B. McCaw
Philip D. Anker
(philip.anker@wilmerhale.com)
Lori A. Martin
John V.H. Pierce
Dawn M. Wilson
Michael L. Feinberg
Ross E. Firsenbaum
399 Park Avenue
New York, NY 10022

*Attorneys for Defendants Credit Suisse Securities (USA) LLC f/k/a Credit Suisse First Boston LLC; Banc of America Securities LLC; and Deutsche Bank Securities Inc.*

ORRICK, HERRINGTON & SUTCLIFFE
LLP

By: ____/s/ James J. Capra, Jr._____
James P. Cusick
James J. Capra, Jr. (jcapra@orrick.com)
666 Fifth Avenue
New York, NY 10103

*Attorneys for Defendant*
*PricewaterhouseCoopers LLP*

MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.

By: _____
Barbara Moses (bmoses@maglaw.com)
Rachel M. Korenblat
James S. Darrow
565 Fifth Avenue
New York, NY 10017

*Attorneys for Defendant Robert Trosten*

GOLENBOCK EISEMAN ASSOR BELL &
PESKOE LLP

By: _____
Jeffrey T. Golenbock
Adam C. Silverstein
(asilverstein@golenbock.com)
437 Madison Avenue, 35th Floor
New York, NY 10022-7302

*Attorneys for Defendants*
*Phillip R. Bennett and*
*Refco Group Holdings Inc.*

MARINO TORTORELLA PC

By: _____
    Kevin H. Marino
    John D. Tortorella
    (jtortorella@khmarino.com)
    437 Southern Boulevard
    Chatham, New Jersey 07928-1488

*Attorneys for Defendants*
*Liberty Corner Capital Strategies LLC and*
*William T. Pigott*

HUNTON & WILLIAMS LLP

By: _____
 Scott E. Hershman
 (shershman@hunton.com)
 Stephen R. Blacklocks
 Richard Soto
200 Park Avenue
New York, NY 10166

*Attorneys for Defendant Santo C. Maggio*

-11-

FISCHER PORTER & THOMAS, P.C.

By: _____
    Alan C. Thomas
    Aaron Albert (aalbert@fpmtlaw.com)
440 Sylvan Avenue
Suite 130
Englewood Cliffs, NJ 07632


*Attorneys for Defendants Andrew Krieger and Beckenham Trading Co., Inc.*

ZUCKERMAN SPAEDER LLP

By: _____
Norman L. Eisen
Laure E. Neish (lneish@zuckerman.com)
1540 Broadway, Suite 1604
New York, NY 10036-4039

        and

HANNAFAN & HANNAFAN, LTD.

_____
Michael T. Hannafan
Blake T. Hannafan (bth@hannafanlaw.com)
One East Wacker Drive, Suite 2800
Chicago, IL 60601

*Attorneys for Defendant Tone Grant*

-13-

WILLIAMS MONTGOMERY & JOHN LTD.

By: _____
    Peter C. John
    (pcj@willmont.com)
    Eric R. Lifvendahl
    (erl@willmont.com)
20 North Wacker Drive, Suite 2100
Chicago, IL 60606

*Attorneys for Defendants Ingram Micro Inc.
and CIM Ventures Inc.*

SO ORDERED.

_____
Hon. Gerard E. Lynch      5/12/08
United States District Judge

-14-

NY:1176876.3