USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: REFCO INC., SECURITIES LITIGATION        07 MDL Docket No. 1902

THIS DOCUMENT RELATES TO:

KENNETH M. KRYS, *et. al.*,

    Plaintiffs,

- against -

CHRISTOPHER SUGRUE, *et. al.*,

    Defendants.

No. 08-cv-3065 (GEL)

**ORDER FOR ADMISSION**
***PRO HAC VICE* OF**
**JAMES C. JOSLIN**
**ON WRITTEN MOTION**

Upon the motion of Brian Song, attorney for Coast Asset Management LLC and CS Land Management LLC, and said sponsor attorney's affidavit of support:

**IT IS HEREBY ORDERED** that

  JAMES C. JOSLIN
  Kirkland & Ellis LLP
  200 East Randolph Drive
  Chicago, Illinois 60601-6636
  Tel: (312) 861-2000
  Fax: (312) 861-2200
  Email: jjoslin@kirkland.com

is admitted to practice *pro hac vice* as counsel for Coast Asset Management LLC and CS Land Management LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (EFC) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
New York, New York
May 19, 2008

                 _____
                 United States District Judge