James J. Capra, Jr.
James P. Cusick
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103
(212) 506-5000

Kenneth Y. Turnbull (admitted *pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
(202) 339-8400

*Attorneys for Defendant
PricewaterhouseCoopers LLP*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | No. 07-MD-1902 (GEL) |

This Document Relates To:

| | |
|---|---|
| MARC S. KIRSCHNER, As Trustee of the Refco Litigation Trust, Plaintiff, -vs.- GRANT THORNTON LLP, et al., Defendants. | No. 07-CV-11604 (GEL) **NOTICE OF MOTION TO DISMISS BY PRICEWATERHOUSECOOPERS LLP PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1), 12(b)(3), 12(b)(6), AND 9(b)** **ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated May 21, 2008, the Declaration of James J. Capra, Jr. and the exhibits thereto, and the Request for Judicial Notice and the exhibits thereto, all submitted herewith, defendant PricewaterhouseCoopers LLP ("PwC") will move this Court, before the Honorable Gerard E.

1

Lynch, United States District Judge, in the United States Courthouse for the Southern District of New York, 500 Pearl Street, Room 910, Courtroom 6B, New York, New York 10007, for an order dismissing all counts of the Complaint in the above-referenced action directed at PwC (Counts 13, 14, 31, 32, and 33) pursuant to Rules 12(b)(1), 12(b)(3), 12(b)(6), and 9(b) of the Federal Rules of Civil Procedure, at a date and time convenient to the Court and parties. PwC requests oral argument be heard on this motion.

Dated: New York, NY
      May 21, 2008

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ James J. Capra, Jr.
James J. Capra, Jr.
James P. Cusick
666 Fifth Avenue
New York, New York 10103
(212) 506-5000

Kenneth Y. Turnbull (admitted *pro hac vice*)
1152 15th Street, NW
Washington, DC 20005
(202) 339-8400

*Attorneys for Defendant PricewaterhouseCoopers LLP*