UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                      :
In re REFCO, INC. SECURITIES LITIGATION :          07 MDL No. 1902 (GEL)
                                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARC S. KIRSCHNER,                                       :
as Trustee of the Refco Litigation Trust,                :
                                                                      :   07 Civ. 11604 (GEL)
                              Plaintiff,                       :
                v.                                                  :
                                                                      :
GRANT THORNTON LLP, MAYER, BROWN,       :     **NOTICE OF MOTION**
ROWE & MAW LLP, et al., ERNST & YOUNG    :
US LLP, PRICEWATERHOUSECOOPERS            :
LLP, CREDIT SUISSE SECURITIES (USA)           :
LLC (f/k/a CREDIT SUISSE FIRST BOSTON       :
LLC), BANC OF AMERICA SECURITIES            :
LLC, DEUTSCHE BANK SECURITIES INC.,        :
PHILLIP R. BENNETT, SANTO C. MAGGIO,      :
ROBERT C. TROSTEN, TONE N. GRANT,          :
REFCO GROUP HOLDINGS INC., LIBERTY        :
CORNER CAPITAL STRATEGIES LLC,                :
WILLIAM T. PIGOTT, EMF FINANCIAL            :
PRODUCTS LLC, EMF CORE FUND LTD.,          :
DELTA FLYER FUND LLC, ERIC M.                   :
FLANAGAN, INGRAM MICRO INC., CIM         :
VENTURES INC., BECKENHAM TRADING       :
CO. INC., ANDREW KRIEGER, COAST              :
ASSET MANAGEMENT LLC (f/k/a COAST         :
ASSET MANAGEMENT LP), CS LAND              :
MANAGEMENT LLC, and CHRISTOPHER       :
PETITT,                                                              :
                                                                      :
                              Defendants.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      **PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of

Law In Support of Grant Thornton LLP's Motion to Dismiss the Complaint, upon the

accompanying Declaration of Ruth A. Braun dated May 21, 2008, and upon all prior pleadings

and proceedings herein, the undersigned will move this Court before the Honorable Gerard E.

Lynch, United States District Judge, in the Daniel Patrick Moynihan United States Courthouse,

500 Pearl Street, Courtroom 6B, New York, New York 10007, at a date and time to be set by the Court, for an order dismissing the Complaint with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b).

| | |
|---|---|
| Dated: May 21, 2008<br>New York, New York | Respectfully submitted,<br><br>WINSTON & STRAWN LLP<br><br>_____/s/_____<br>By: David E. Mollón |
| *Of Counsel:* | David E. Mollón (dmollon@winston.com)<br>WINSTON & STRAWN LLP |
| Margaret Maxwell Zagel<br>Tracy Berry<br>Kenneth Cunningham<br>GRANT THORNTON LLP<br>175 West Jackson, 20th Floor<br>Chicago, Illinois 60604<br>Ph: 312-856-0001<br>Fax: 312-565-3473 | 200 Park Avenue<br>Ph: 212-294-6700<br>Fax: 212-294-4700<br><br>Bradley E. Lerman (blerman@winston.com)<br>Catherine W. Joyce (cjoyce@winston.com)<br>Linda T. Coberly (lcoberly@winston.com)<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, Illinois 60601<br>Ph: 312-558-5600<br>Fax: 312-558-5700<br><br>*Attorneys for Grant Thornton LLP* |