Baker Hostetler

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

May 21, 2008

Marc D. Powers
direct dial: 212.589.4216
mpowers@bakerlaw.com

**VIA FEDERAL EXPRESS**

Hon. Gerard E. Lynch
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 910
New York, NY 10007

**RE: IN REFCO MATTER DOCKETS # 05 CV 8626, 05 CV 8988, 05 CV 10403, 06 CV 643 AND 07 MD 1902**

Dear Judge Lynch:

My firm, Baker & Hostetler LLP and I represented Defendant Dennis A. Klejna in the following four matters. We filed a Notice of Withdrawal on February 4, 2008 and now request that my name be removed from the ECF notifications for each of these cases:

1. 05 CV 8626- In Re: Refco- Mazur et al v. Refco, Inc. et al.

2. 05 CV 8988-American Financial International Group-Asia, L.L.C. v. Refco, Inc. et al.

3. 06 CV 643-In Re: Refco Capital Markets, Ltd. Brokerage Customer Securities Litigation.

4. 07 MD 1902-In Re: Refco Securities Litigation.



SO ORDERED

*Gerard E. Lynch* (signature)

GERARD E. LYNCH, U.S.D.J.

5/22/08

May 21, 2008
Page 2

If you have any questions, please contact me at (212) 589-4216.

Very truly yours,

BAKER & HOSTETLER LLP

Marc D. Powers