UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
In re REFCO, INC. SECURITIES LITIGATION : 07 MDL No. 1902 (GEL)
:
------------------------------------x
------------------------------------x
MARC S. KIRSCHNER, :
as Trustee of the Refco Litigation Trust, :
: 07 Civ. 11604 (GEL)
        Plaintiff, :
    v. :
:
GRANT THORNTON LLP, MAYER, BROWN, : **STIPULATION AND ORDER**
ROWE & MAW LLP, et al., ERNST & YOUNG US :
LLP, PRICEWATERHOUSECOOPERS LLP, :
CREDIT SUISSE SECURITIES (USA) LLC (f/k/a :
CREDIT SUISSE FIRST BOSTON LLC), BANC :
OF AMERICA SECURITIES LLC, DEUTSCHE :
BANK SECURITIES INC., PHILLIP R. BENNETT, :
SANTO C. MAGGIO, ROBERT C. TROSTEN, :
TONE N. GRANT, REFCO GROUP HOLDINGS :
INC., LIBERTY CORNER CAPITAL :
STRATEGIES LLC, WILLIAM T. PIGOTT, EMF :
FINANCIAL PRODUCTS LLC, EMF CORE :
FUND LTD., DELTA FLYER FUND LLC, ERIC :
M. FLANAGAN, INGRAM MICRO INC., CIM :
VENTURES INC., BECKENHAM TRADING CO. :
INC., ANDREW KRIEGER, COAST ASSET :
MANAGEMENT LLC (f/k/a COAST ASSET :
MANAGEMENT LP), CS LAND MANAGEMENT :
LC, and CHRISTOPHER PETITT, :
:
        Defendants. :
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to the Action, as follows:

1.  Defendants EMF Financial Products, LLC, Delta Flyer Fund, LLC, and Eric M. Flanagan's time to file their respective responses to Plaintiff's Complaint is extended to June 20, 2008.

2.  Plaintiff's time to file its opposition papers, if any, is extended to August 29, 2008.

3.  Defendants EMF Financial Products, LLC, Delta Flyer Fund, LLC, and Eric M. Flanagan's time to file their respective reply papers, if any, is extended to September 29, 2008, or until thirty (30) days after Plaintiff's opposition is filed in the event Plaintiff files its opposition papers prior to August 29, 2008.

4.  This stipulation may be executed in two or more counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same agreement, and a facsimile, which shall have the same force and effect as an original signature, may be filed in place and instead of the original.

5. No previous requests for the relief sought herein have been made.

Dated: May 21, 2008
New York, NY

| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP | ARNOLD & PORTER LLP |
|---|---|
| By: /s/ Sascha N. Rand<br>Richard I. Werder, Jr.<br>Sascha N. Rand (SR-7275)<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 10010-1601<br>Tel: (212) 849-7000<br>Email: sascharand@quinnemanuel.com<br><br>*Attorneys for Plaintiff*<br>*Marc S. Kirschner, as Trustee of the*<br>*Refco Litigation Trust* | By: _____<br>Veronica E. Rendon (VR-3564)<br>J. Alex Brophy<br>399 Park Avenue<br>New York, NY 10022<br>(212) 715-1039<br>Email: veronica.rendon@aporter.com<br><br>*Attorneys for Defendants EMF Financial*<br>*Products, LLC, Delta Flyer Fund, LLC, and*<br>*Eric M. Flanagan* |

SO ORDERED.

_____
Hon. Gerard E. Lynch
United States District Judge

-3-

5.  No previous requests for the relief sought herein have been made.


Dated: May 21, 2008
       New York, NY


| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP | ARNOLD & PORTER LLP |
|---|---|
| By: _____<br>   Richard I. Werder, Jr.<br>   Sascha N. Rand (SR-7275)<br>   51 Madison Avenue<br>   22nd Floor<br>   New York, NY 10010-1601<br>   Tel: (212) 849-7000<br>   Email: sascharand@quinnemanuel.com<br><br>*Attorneys for Plaintiff*<br>*Marc S. Kirschner, as Trustee of the*<br>*Refco Litigation Trust* | By: /s/ *(signed)* _____<br>   Veronica E. Rendon (VR-3564)<br>   J. Alex Brophy<br>   399 Park Avenue<br>   New York, NY 10022<br>   (212) 715-1039<br><br>*Attorneys for Defendants EMF Financial*<br>*Products, LLC, Delta Flyer Fund, LLC, and*<br>*Eric M. Flanagan* |

 22nd Floor.

SO ORDERED.

*/s/ Gerard E. Lynch*
Hon. Gerard E. Lynch
United States District Judge

5/22/08