UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re REFCO INC. SECURITIES LITIGATION  :  07 MDL No. 1902 (GEL)
                                        :
                                        :
------------------------------------------------------------x
------------------------------------------------------------x
MARC S. KIRSCHNER,                      :
as Trustee of the Refco Litigation Trust, :
                                        :  Case No. 07 Civ. 11604 (GEL)
            Plaintiff,                  :
                                        :  **NOTICE OF DEFENDANT
    v.                                  :  MAYER BROWN LLP'S
                                        :  MOTION TO DISMISS**
GRANT THORNTON LLP; MAYER               :
BROWN, ROWE & MAW, LLP; ERNST &         :  ECF FILED
YOUNG U.S. LLP;                         :
PRICEWATERHOUSECOOPERS LLP;             :
CREDIT SUISSE SECURITIES (USA) LLC      :
(f/k/a CREDIT SUISSE FIRST BOSTON       :
LLC); BANC OF AMERICA SECURITIES        :
LLC; DEUTSCHE BANK SECURITIES           :
INC.; PHILLIP R. BENNETT; SANTO C.      :
MAGGIO; ROBERT C. TROSTEN; TONE N.      :
GRANT; REFCO GROUP HOLDINGS, INC.;      :
LIBERTY CORNER CAPITAL                  :
STRATEGIES, LLC; WILLIAM T. PIGOTT;     :
EMF FINANCIAL PRODUCTS, LLC; EMF        :
CORE FUND, LTD.; DELTA FLYER FUND,      :
LLC; ERIC M. FLANAGAN; INGRAM           :
MICRO, INC.; CIM VENTURES, INC.;        :
BECKENHAM TRADING CO. INC.;             :
ANDREW KRIEGER; COAST ASSET             :
MANAGEMENT, LLC (f/k/a COAST ASSET      :
MANAGEMENT LP); CS LAND                 :
MANAGEMENT, LLC; and CHRISTOPHER        :
PETITT,                                 :
            Defendants.                 :
                                        :
------------------------------------------------------------x

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and

Declaration of Thomas G. Ward and exhibits annexed thereto, both dated May 30, 2008,

Defendant Mayer Brown LLP moves this Court before the Honorable Gerard E. Lynch, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing this action.

Dated: Washington, D.C.
       May 30, 2008

                                      Respectfully submitted,

                                      */s/ Thomas G. Ward*

                                      John K. Villa (admitted *pro hac vice*)
                                      Michael S. Sundermeyer (admitted *pro hac vice*)
                                      Craig D. Singer (admitted *pro hac vice*)
                                      Thomas G. Ward (TW-6255)
                                      WILLIAMS & CONNOLLY LLP
                                      725 Twelfth St., NW
                                      Washington, DC  20005
                                      (202) 434-5000
                                      (202) 434-5029 (fax)

                                      *Attorneys for Defendant Mayer Brown LLP*

## CERTIFICATE OF SERVICE

I, Thomas G. Ward, hereby certify that on this 30th day of May, 2008, I caused true and correct copies of the Notice of Defendant Mayer Brown LLP's Motion to Dismiss, the Memorandum of Law in Support of Defendant Mayer Brown LLP's Motion to Dismiss, and the Declaration of Thomas G. Ward in Support of Defendant Mayer Brown LLP's Motion to Dismiss and exhibits annexed thereto to be filed electronically. Notice of these filings will be electronically mailed to all parties registered with the Court's electronic filing system.

Thomas G. Ward (TW-6255)