DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re REFCO INC. SECURITIES LITIGATION   : Case No. 07-MD-1902 (GEL)
                                                            :
------------------------------------------------------------X

This Document Relates to:

------------------------------------------------------------X
KENNETH M. KRYS and CHRISTOPHER         :
STRIDE, as JOINT OFFICIAL LIQUIDATORS   :
of SPHINX LTD., SPHINX STRATEGY FUND    : Case No. 08-cv-3065 (GEL)
LTD.;                                   :
SPHINX PLUS SPC LTD., SPHINX            : Case No. 08-cv-3086 (GEL)
DISTRESSED LTD., SPHINX MERGER          :
ARBITRAGE LTD.; SPHINX SPECIAL          :
SITUATIONS LTD., SPHINX MACRO LTD.;     :
SPHINX LONG/SHORT EQUITY LTD.;          :
SPHINX MANAGED FUTURES LTD.; SPHINX     : **ORDER ADMITTING**
EQUITY MARKET NEUTRAL LTD.; SPHINX      : **DERRICK J. STOMBERG**
CONVERTIBLE ARBITRAGE LTD.; SPHINX      : ***PRO HAC VICE***
FIXED INCOME ARBITRAGE LTD.; SPHINX     :
DISTRESSED FUND SPC; SPHINX MERGER      :
ARBITRAGE FUND SPC; SPHINX SPECIAL      :
SITUATIONS FUND SPC; SPHINX MACRO       :
FUND SPC; SPHINX LONG/SHORT EQUITY      :
FUND SPC; SPHINX MANAGED FUTURES        :
FUND SPC; SPHINX EQUITY MARKET          :
NEUTRAL FUND SPC; SPHINX                :
CONVERTIBLE ARBITRAGE FUND SPC;         :
SPHINX FIXED INCOME ARBITRAGE FUND      :
SPC; PLUSFUNDS MANAGED ACCESS FUND      :
SPC LTD.; KENNETH M. KRYS and           :
CHRISTOPHER STRIDE as assignees of claims :
assigned by MIAMI CHILDREN'S HOSPITAL    :
FOUNDATION, OFI, GREEN & SMITH          :
INVESTMENT MANAGEMENT LLC, THALES       :
FUND MANAGEMENT LLC, KELLNER            :
DILEO & CO., LLC, MARTINGALE ASSET      :
MANAGEMENT LP, LONGACRE FUND            :
MANAGEMENT LLC, ARNHOLD & S.            :
BLEICHROEDER ADVISERS LLC, PICTET &     :
CIE, RGA AMERICA REINSURANCE            :
COMPANY, DEUTSCHE BANK (SUISSE) SA,     :
ARAB MONETARY FUND, HANSARD             :
INTERNATIONAL LTD., CONCORDIA           :
ADVISORS LLC, GABELLI SECURITIES, INC., :

8182852

CITCO GLOBAL CUSTODY; and JAMES
P. SINCLAIR as Trustee of the SPHINX TRUST,

:
:
:

          Plaintiffs,

:
:

          -against-

:
:

CHRISTOPHER SUGRUE; MARK
KAVANAGH; BRIAN OWENS;
PRICEWATERHOUSECOOPERS L.L.P.; MARI
FERRIS; PRICEWATERHOUSECOOPERS
CAYMAN ISLANDS; GIBSON, DUNN &
CRUTCHER LLP; REFCO ALTERNATIVE
INVESTMENTS LLC; GRANT THORNTON
LLP; MARK RAMLER; ERNST & YOUNG U.S.
LLP; MAYER BROWN LLP f/k/a MAYER
BROWN ROWE & MAW LLP; JOSEPH
COLLINS; EDWARD S. BEST; PAUL KOURY;
PHILLIP R. BENNETT; ROBERT C. TROSTEN;
TONE GRANT; SANTO MAGGIO; THOMAS
HACKL; DENNIS KLEJNA; BAWAG P.S.K.
BANK FUR ARBEIT UND WIRTSCHAFT UND
OSTERREICHISCHE POSTPARKASSE
AKTIENGESELLSCHAFT; JP MORGAN
CHASE & CO.; CREDIT SUISSE SECURITIES
(USA) LLC f/k/a CREDIT SUISSE FIRST
BOSTON LLC; BANC OF AMERICA
SECURITIES LLC; THOMAS H. LEE
PARTNERS, L.P.; THOMAS H. LEE
ADVISORS, LLC; THL MANAGERS V, LLC;
THL EQUITY ADVISORS V, L.P.; THOMAS H.
LEE EQUITY FUND V, L.P.; THOMAS H. LEE
PARALLEL FUND V, L.P.; THOMAS H. LEE
EQUITY (CAYMAN) FUND V, L.P.; THOMAS
H. LEE INVESTORS LIMITED PARTNERSHIP;
1997 THOMAS H. LEE NOMINEE TRUST;
THOMAS H. LEE; DAVID V. HARKINS;
SCOTT L. JAECKEL; SCOTT A. SCHOEN;
WILLIAM T. PIGOTT; LIBERTY CORNER
CAPITAL STRATEGIES, LLC; EMF
FINANCIAL PRODUCTS LLC; EMF CORE
FUND LTD.; DELTA FLYER FUND LLC; ERIC
M. FLANAGAN; INGRAM MICRO, INC.; CIM
VENTURES, INC.; BECKENHAM TRADING
CO., INC.; ANDREW KRIEGER; COAST
ASSET MANAGEMENT, LLC, f/k/a COAST
ASSET MANAGEMENT LP; CS LAND
MANAGEMENT LLC; CHRISTOPHER
PETTIT; and REFCO GROUP HOLDINGS,

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

INC.; and REFCO ASSOCIATES, INC.,          :
                                            :
                        Defendants          :
-------------------------------------------------------------------X

Upon the motion of plaintiffs Kenneth M. Krys and Christopher Stride, as Joint Official Liquidators of SPhinX, Ltd., SPhinX Macro Fund SPC, SPhinX Macro, Ltd., SPhinX Managed Futures Fund SPC, SPhinX Long/Short Equity Fund SPC, SPhinX Convertible Arbitrage Fund SPC, SPhinX Fixed Income Arbitrage Fund SPC, SPhinX Distressed Fund SPC, SPhinX Merger Arbitrage Fund SPC, SPhinX Special Situations Fund SPC, SPhinX Equity Market Neutral Fund SPC, SPhinX Strategy Fund, Ltd., SPhinX Plus SPC, Ltd., SPhinX Managed Futures, Ltd., SPhinX Long/Short Equity, Ltd., SPhinX Convertible Arbitrage, Ltd., SPhinX Fixed Income Arbitrage, Ltd., SPhinX Distressed, Ltd., SPhinX Merger Arbitrage, Ltd., SPhinX Special Situations, Ltd., SPhinX Equity Market Neutral, Ltd., and PlusFunds Managed Access Fund SPC, Ltd., Kenneth M. Krys and Christopher Stride, as assignees of claims assigned by Miami Children's Hospital Foundation, OFI, Green & Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo & Co., LLC, Martingale Asset Management LP, Longacre Fund Management LLC, Arnhold & S. Bleichroeder Advisers LLC, PicTet & Cie, RGA America Reinsurance Company, Deutsche Bank (Suisse) SA, Arab Monetary Fund, Hansard International Ltd., Concordia Advisors LLC, Gabelli Securities, Inc., Citco Global Custody, and James P. Sinclair, as Trustee of the SPhinX Trust (collectively, "Plaintiffs"), pursuant to Local Civil Rule 1.3(c), for the admission *pro hac vice* of Derrick J. Stomberg in the above-captioned matter, and David Molton's affirmation in support;

**IT IS HEREBY ORDERED** that

>Derrick J. Stomberg
>Beus Gilbert PLLC
>4800 North Scottsdale Road, Suite 6000
>Scottsdale, Arizona 85251
>Tel. (480) 429-3000
>Fax. (480) 429-3100
>Email: dstomberg@beusgilbert.com

is admitted to practice *pro hac vice* as counsel for the Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
       May 3, 2008

_____
Hon. Gerard E. Lynch
U.S.D.J.