UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re REFCO, INC. SECURITIES LITIGATION     :     07 MDL No. 1902 (GEL)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARC S. KIRSCHNER, AS TRUSTEE OF            :     07 Civ. 11604 (GEL)
THE REFCO LITIGATION TRUST,

      Plaintiff,

  - against -

GRANT THORNTON LLP et al.,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KRYS et al.,                                :     08 Civ. 3086 (GEL)

      Plaintiffs,

  - against -

SUGRUE et al.,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6/12/08]

**ORDER FOR ADMISSION OF
JONATHAN PETER HERSEY *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Paul Spagnoletti, attorney for defendants Ingram Micro Inc. and CIM Ventures Inc. in the above-captioned matters, and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

JONATHAN PETER HERSEY
Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, California 92626
Phone: (714) 424-2803
Fax:    (714) 513-5130
jhersey@sheppardmullin.com

is admitted to practice *pro hac vice* as counsel for defendants Ingram Micro Inc. and CIM Ventures Inc. in the above-captioned matters in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:      New York, New York
            June 11, 2008

                                        By: _____
                                            United States District/~~Magistrate~~ Judge