**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | Case No. 1:07-md-1902 |
| MARC S. KIRSCHNER, As Trustee of the Refco Litigation Trust, <br><br> Plaintiff, <br><br> v. <br><br> GRANT THORNTON LLP, MAYER BROWN, ROWE & MAW, LLP; ERNST & YOUNG U.S. LLP; PRICE WATERHOUSECOOPERS LLP; CREDIT SUISSE SECURITIES (USA) LLC (Vida CREDIT SUISSE FIRST BOSTON LLC); BANC OF AMERICA SECURITIES LLC; DEUTSCHE BANK SECURITIES INC.; PHILLIP R. BENNETT; SANTO C. MAGGIO; ROBERT C. TROSTEN; TONE N. GRANT; REFCO GROUP HOLDINGS, INC.; LIBERTY CORNER CAPITAL STRATEGIES, LLC; WILLIAM T. PIGOTT; EMF FINANCIAL PRODUCTS, LLC; EMF CORE FUND, LTD.; DELTA FLYER FUND, LLC; ERIC M. FLANAGAN; INGRAM MICRO, INC.; CIM VENTURES, INC.; BECKENHAM TRADING CO. INC.; ANDREW KRIEGER; COAST ASSET MANAGEMENT, LLC (f/k/a COAST ASSET MANAGEMENT LP); CS LAND MANAGEMENT, LLC; and CHRISTOPHER PETITT. <br><br> Defendants. | Case No. 1:07-cv-11604 (GEL) |

### STIPULATION OF COMPLIANCE WITH AMENDED STIPULATION AND AGREED CONFIDENTIALITY ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their undersigned counsel, that the parties hereto shall comply with the terms of and shall be afforded the protections of the Amended Stipulation and Agreed Confidentiality Order (the "Stipulation and Order") entered by the Court in the above-captioned action on February 8,

2

2008 and attached hereto with respect to the production of any discovery materials by non-party Blackstone Management Associates IV, LL.C. or any of its affiliates, parents, related companies, successors, or assigns in response to the subpoena served upon it by counsel for Plaintiff. Plaintiff agrees to promptly file this Stipulation with the Court and serve it upon counsel for the parties to this action in accordance with Paragraph 30 of the Stipulation and Order.

Consented and agreed to this 30th day of July, 2008 by:

By: _____
Bruce D. Angiolillo
SIMPSON THACHER
& BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
*Attorney for Non-Party
The Blackstone Group, L.P.*

By: _____
Rebecca J. Trent
QUINN EMANUEL URQUHART
OLIVER & HEDGES LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
*Attorney for Plaintiff Marc S. Kirschner,
As Trustee of the Refco Litigation Trust*

SO ORDERED:

_____
U.S.D.J.