UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
In re REFCO, INC. SECURITIES LITIGATION   :   Case No. 07-MD-1902 (GEL)
:
------------------------------------------- X
:
THIS DOCUMENT RELATES TO:   :
:
------------------------------------------- X
KENNETH KRYS and CHRISTOPHER STRIDE   :   Case No. 08 Civ. 3065 (GEL)
as Joint Official Liquidators of SPHINX LTD.,   :   Case No. 08 Civ. 3086 (GEL)
et. al.,   :
                Plaintiffs,   :   **NOTICE OF APPEARANCE**
:
      - against -   :
:
CHRISTOPHER SUGRUE, et. al.,   :
                Defendants.   :
:
------------------------------------------- X

To the Clerk of the Court and all parties of record:

Kathleen E. Cassidy, a member of good standing in this Court, hereby enters her appearance as counsel of record on behalf of Defendant Joseph P. Collins in the above-captioned matter and requests that copies of all papers in connection with this proceeding be served upon the undersigned at the email address set forth below.

Dated: New York, New York
       August 21, 2008

Respectfully submitted,

_____
Kathleen E. Cassidy (KC 0630)
Email: kecassidy@cooley.com

Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Phone: (212) 479-6000
Fax:   (212) 479-6275
*Counsel for Defendant Joseph P. Collins*

## CERTIFICATE OF SERVICE

I, Kathleen E. Cassidy, hereby certify that on this 21st day of August, 2008, I electronically filed the foregoing **Notice of Appearance** with the Court using the ECF system which sent notification of such filing to all counsel of record.

_____
Kathleen E. Cassidy (KC 0630)