UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
In re REFCO, INC. SECURITIES LITIGATION : 07 MDL No. 1902 (GEL)
:
:
------------------------------------------------------------X
------------------------------------------------------------X
:
KENNETH M. KRYS, *et al.*,
:     08 Civ. 8267 (GEL)
                Plaintiffs,
:
    -against-
:     **STIPULATION AND ORDER**
:
RICHARD BUTT,
:
                Defendant.
:
------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** that, at the request of Defendant Richard Butt, and with the consent of Plaintiffs, by their undersigned counsel, Defendant's time to answer, move against, or otherwise respond to Plaintiffs' Complaint in this action shall be extended to and including December 9, 2008.

Pursuant to the previous Order of the Court, dated October 1, 2008, Plaintiffs shall serve opposition papers, if any, within ninety (90) days of the filing and service of a motion to dismiss filed by Defendant and reserve their right to file opposition papers earlier than ninety (90) days. Defendant shall serve reply papers, if any, thirty (30) days after Plaintiffs have filed and served their opposition papers, if any.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/08

Dated:   November 12, 2008

ALSTON & BIRD LLP

By: _____
John F. Cambria (JC 4098)
Alexander S. Lorenzo (AL 4802)
90 Park Avenue
New York, New York 10016
Tel.: 212-9109400

*Attorneys for Defendant Richard Butt*

BROWN RUDNICK LLP

By: _____
David Molton (DM 1106)
Andrew Dash (AD 7913)
Seven Times Square
New York, New York 10036
Tel.: (212) 209-4800
Fax.: (212) 209-4801

-and-

BEUS GILBERT PLLC
4800 North Scottsdale Road
Suite 6000
Scottsdale, Arizona 85251
Tel.: (480) 429-3000
Fax.: (480) 429-3100

*Co-Counsel for Plaintiffs*

SO ORDERED: November 17, 2008

_____
UNITED STATES DISTRICT COURT JUDGE