UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/09
```

In re REFCO, INC. SECURITIES LITIGATION : 07 MDL No. 1902 (GEL)

------------------------------------------------X

------------------------------------------------X

KENNETH M. KRYS, *et al.*,

                Plaintiffs,

    -against-

RICHARD BUTT,

                Defendant.

------------------------------------------------X

08 Civ. 8267 (GEL)

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** that, at the request of Plaintiffs, and with the consent of Richard Butt, by undersigned counsel, Plaintiffs' deadline for filing and serving an opposition to the Motion to Dismiss filed by Richard Butt shall be extended from March 9, 2009 to and including March 30, 2009.

**IT IS FURTHER STIPULATED AND AGREED** that the deadline for Richard Butt to file and serve reply papers to Plaintiffs' opposition shall be extended from April 8, 2009 to and including May 1, 2009.

Dated: February 6, 2009

                              ALSTON & BIRD LLP

                              By: /s/ John F. Cambria
                              John F. Cambria
                              Alexander S. Lorenzo
                              Amber C. Wessels
                              90 Park Avenue
                              New York, New York 10016
                              Tel.: (212) 210-9400
                              Fax: (212) 210-9444
                              john.cambria@alston.com
                              alexander.lorenzo@alston.com
                              amber.wessels@alston.com

                              *Attorneys for Defendant Richard Butt*

                              BROWN RUDNICK LLP

                              By: /s/ Andrew Dash
                              David Molton
                              Andrew Dash
                              Seven Times Square
                              New York, New York  10036
                              Tel.: (212) 209-4800
                              Fax.: (212) 209-4801
                              dmolton@brownrudnick.com
                              adash@brownrudnick.com

                                    -and-

                              BEUS GILBERT PLLC
                              4800 North Scottsdale Road
                              Suite 6000
                              Scottsdale, Arizona 85251
                              Tel.: (480) 429-3000
                              Fax.: (480) 429-3100

                              *Co-Counsel for Plaintiffs*

SO ORDERED: February 11, 2009

_/s/ Jed S. Rakoff_
UNITED STATES DISTRICT COURT JUDGE