Lynch

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07 MDL No. 1902 (GEL) |
| GEORGE L. MILLER, Chapter 7 Trustee for the Estate of Suffolk LLC,<br><br>Plaintiff,<br><br>v.<br><br>CSFB,<br>LAB MORGAN CORPORATION,<br>ML IBK POSITIONS, INC.,<br><br>Defendants. | Index No. 09 Civ. 2885 (GEL)<br>Index No. 09 Civ. 2920 (GEL)<br>Index No. 09 Civ. 2922 (GEL) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/09

## STIPULATION AND ORDER

WHEREAS, Plaintiff filed complaints in the above-caption actions (the "Actions") on March 12, 2009;

WHEREAS, the Court accepted the Actions as "related" and "consolidated" actions as part of the Refco MDL, captioned *In re: Refco, Inc. Securities Litigation*, 07-MD-1902 (GEL) ("Refco MDL");

WHEREAS, a confidentiality order dated February 8, 2008 (the "Confidentiality Order") has been approved by the Court and is in effect in the Refco MDL;

WHEREAS, Paragraph 20 of the Confidentiality Order provides that "[i]n the event that counsel for any party or non-party determines to file in or submit to this Court any Confidential Discovery Materials, information derived therefrom, or any papers containing or making

1

reference to such information, the pages containing such Confidential Discovery Materials shall be filed only . . . [under seal]" (Confidentiality Order ¶ 20);

WHEREAS, the Court entered an order permitting Defendants Credit Suisse First Boston Next Fund, Inc., Lab Morgan Corporation, and ML IBK Positions, Inc. ("Defendants") up to and including June 8, 2009 to respond to the complaints;

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to these Actions, as follows:

1. Plaintiff hereby agrees to be a party to the Confidentiality Order and is permitted all rights provided thereunder;

2. The Actions are deemed "Related Actions" for purposes of the Confidentiality Order;

3. Defendants shall be permitted to file a single brief up to and including fifty (50) pages in support of their motions to dismiss the complaints in the Actions;

4. In connection with their motions to dismiss, and pursuant to Paragraph 20 of the Confidentiality Order, Defendants shall file an unredacted memorandum of law and supporting papers under seal with the Court. Defendants shall serve Plaintiff with unredacted versions of such documents. Defendants shall file redacted versions of such documents with the Court to the extent necessary to ensure compliance with the Confidentiality Order.

2

Dated: New York, New York
June 4, 2009

| **CIARDI CIARDI & ASTIN** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
|---|---|
| *D/K* (signature) | (signature) |
| Dimitri L. Karapelou | Robert B. McCaw |
| One Commerce Square | Philip D. Anker |
| 2005 Market Street, Suite 1930 | Joel W. Millar |
| Philadelphia, PA 19103 | Ross E. Firsenbaum |
| Telephone: (215) 557-3550 | 399 Park Avenue |
| Facsimile: (215) 557-3551 | New York, New York 10022 |
| dkarapelou@ciardilaw.com | Telephone: (212) 230-8800 |
|  | Facsimile: (212) 230-8888 |
| *and* | Robert.McCaw@wilmerhale.com |
|  | Philip.Anker@wilmerhale.com |
| Albert A. Ciardi, III | Joel.Millar@wilmerhale.com |
| Shannon D. Leight | Ross.Firsenbaum@wilmerhale.com |
| Joseph V. Bongiorno |  |
| Ciardi Ciardi & Astin, P.C. | *Counsel for Defendants Credit Suisse First Boston Next Fund, Inc.; Lab Morgan Corporation; and ML IBK Positions, Inc.* |
| One Commerce Square |  |
| 2005 Market Street, Suite 1930 |  |
| Philadelphia, PA 19103 |  |
| Telephone: (215) 557-3550 |  |
| Facsimile: (215) 557-3551 |  |
| aciardi@ciardilaw.com |  |
| sleight@ciardilaw.com |  |
| jbongiorno@ciardilaw.com |  |

*Counsel for Plaintiff George L. Miller,
Chapter 7 Trustee for Suffolk, LLC*

SO ORDERED:

(signature)

HON. GERARD E. LYNCH
6/4/09

3