IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07 MDL No. 1902 (GEL) <br><br> ECF FILED <br><br> ORAL ARGUMENT REQUESTED |
| GEORGE L. MILLER, Chapter 7 Trustee for the Estate of Suffolk LLC, <br><br> Plaintiff, <br><br> v. <br><br> CSFB, LAB MORGAN CORPORATION, ML IBK POSITIONS, INC., <br><br> Defendants. | Index No. 09 Civ. 2885 (GEL) <br> Index No. 09 Civ. 2920 (GEL) <br> Index No. 09 Civ. 2922 (GEL) |

**THE BANK DEFENDANTS' NOTICE OF MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Bank Defendants' Motion to Dismiss the Complaint; the Declaration of Michael O'Connor, dated June 3, 2009; the Declaration of Ross E. Firsenbaum, dated June 8, 2009, and exhibits thereto; and all prior proceedings had herein, Defendants Credit Suisse First Boston Next Fund, Inc.; Lab Morgan Corporation; and ML IBK Positions, Inc. (the "Bank Defendants"), by and through their undersigned counsel, will move before the Honorable Gerard E. Lynch, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order dismissing the Complaint with prejudice pursuant to Rules 12(b)(1), 12(b)(5), 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      June 8, 2009

                                  WILMER CUTLER PICKERING
                                  HALE AND DORR LLP

                                By: /s/ Philip D. Anker
                                    Robert B. McCaw
                                    Philip D. Anker
                                    Joel H. Millar
                                    Ross E. Firsenbaum
                                    Benjamin W. Loveland

                                  399 Park Avenue
                                  New York, New York 10022
                                  Tel.: (212) 230-8800
                                  Fax: (212) 230-8888

                                  *Attorneys for Defendants Credit Suisse First Boston Next Fund, Inc.; Lab Morgan Corporation; and ML IBK Positions, Inc.*