```
------------------------------------X
In re REFCO, INC. SECURITIES        :   07 MDL No. 1902 (GEL)
LITIGATION                          :
                                    :   ECF FILED
                                    :
------------------------------------X
GEORGE L. MILLER, Chapter 7 Trustee :
For the Estate of Suffolk LLC,      :
                                    :
                  Plaintiff,        :
                                    :   Index No. 09 Civ. 2917 (GEL)
          v.                        :
                                    :
JOSHUA MAILMAN,                     :   SUPPLEMENTAL DECLARATION OF
                                    :   JOSHUA MAILMAN
                  Defendant.        :
------------------------------------X
```

Joshua Mailman declares under penalty of perjury:

1. I am the defendant in the above-captioned action. I submit this Supplemental Declaration in further support of my motion to dismiss the Complaint.

2. My original Declaration dated June 8, 2009, which was filed with my motion, did not contain a copy of the check I received from the Bank of New York in exchange for my shares in PlusFunds, due to a delay in obtaining the document from the archived records of Citibank. I obtained it recently and have attached it as Exhibit A hereto.

3. This document provides further support for my statement that I received payment from the Bank of New York as the escrow agent for the tender offer.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       June 19, 2009

                                        _____
                                        Joshua Mailman

# EXHIBIT A



ENDORSE CHECK HERE

X

For Dep Only
37055208

DO NOT WRITE/SIGN/STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

021000089   8612   >0210-0008<
B00104           CITIBANK, NY
0570 550104852 060905 20042422627