UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- x
                                          :
                                          :
                                          :
                                          :
                                          :
IN RE REFCO SECURITIES LITIGATION         :        07 MDL 1902 (JSR)
                                          :
                                          :
                                          :
                                          :
----------------------------------------- x
----------------------------------------- x
GEORGE L. MILLER, Chapter 7 Trustee       :
for the Estate of Suffolk LLC,            :
                                          :
          Plaintiff,                      :
                                          :
          -v-                             :        Applies To:
                                          :
CSFB,                                     :        09 Civ. 2885
LAB MORGAN CORPORATION,                   :        09 Civ. 2920
ML IBK POSITIONS, INC.,                   :        09 Civ. 2922
                                          :
          Defendants.                     :        ORDER
----------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: /-/2-/0

JED S. RAKOFF, U.S.D.J.


     On November 13, 2009, Special Master Daniel J. Capra issued a

Report and Recommendation in the above-captioned three cases

recommending the dismissal of Counts I, III, and IV with prejudice and

Count II with leave to amend.  After plaintiff timely submitted

objections to the Special Master's recommendations as to Counts I, II,

and III,[1] and defendants responded thereto, the Court heard oral

argument on January 5, 2010 and considered the entire matter de novo.

------------------------------------

     [1]As confirmed at oral argument, plaintiff did not object to
  the dismissal of Count IV, and that count was therefore
  dismissed, with prejudice, from the bench.  See tr. 1/05/10.

Having done so, the Court finds itself in complete agreement with

Special Master Capra's thorough and well-reasoned Report and

Recommendation and hereby adopts it in full and as if incorporated

herein.  The Court adds only that, while a significant argument might

have been made that Count II should also have been dismissed with

prejudice, defendants, in their response to plaintiff's objections,

expressly disclaimed any objections to the Special Master's

recommendation in this regard, see Defs. Resp. at 7 n.6, and

accordingly plaintiff will be given until March 5, 2010 to replead

Count II.  In all other respects, the complaint is dismissed with

prejudice.

      SO ORDERED.

                                   JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        January 11, 2010