UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
IN RE REFCO, INC. SECURITIES LITIGATION                        :    07 MDL 1902 (JSR)
                                                               :
---------------------------------------------------------------x
                                                               :
THOMAS GALVIN                                                  :
                                                               :
            Plaintiff,                                         :
                                                               :
    v.                                                         :    09 CIV 8495
                                                               :
MAYER, BROWN, ROWE & MAW LLP;                                  :
BAWAG P.S.K. BANK FUR ARBEIT UND                               :
WIRTSCHAFT UND OSTERREICHISCHE                                 :
POSTPARKASSE AG; JOHN DOES 1 through 20;                       :
and PHILLIP R. BENNETT                                         :
                                                               :
            Defendants.                                        :
                                                               :
---------------------------------------------------------------x

## SPECIAL MASTER SCHEDULING ORDER
## ON SEVERANCE MOTION

SPECIAL MASTER RONALD J. HEDGES, following opportunity for counsel to address Plaintiff's intent to move to sever this case from Civil Action 07-MDL-1902, during a conference call with counsel for Plaintiff and Defendant Mayer Brown on January 11, 2010, hereby orders that the motion be briefed as follows:

| | |
|---|---|
| Plaintiff's motion to be filed and served | January 29, 2010 |
| Defendant Mayer Brown's opposition to the motion to be filed and served | February 12, 2010 |
| Plaintiff's reply to be filed and served | February 19, 2010 |

To the extent the oral argument is necessary on the motion, it shall be set by subsequent Order.

SO ORDERED.

Hon. Ronald R. Hedges
Special Master

Dated: January 13, 2010