**From:** Figueroa, Ken
**To:** Arias, Angel
**Subject:** FW: In re: Refco Securities Litigation, 07 MDL 1902 (SDNY) (JSR)/Krys, et al. v. Sugrue et al., 08 Civ. 3086
**Date:** Tuesday, February 16, 2010 5:55:06 PM

**Ken Figueroa**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2654 • Fax +1 212.351.6254
KFigueroa@gibsondunn.com • www.gibsondunn.com

---

**From:** Daniel Capra [mailto:dcapra@law.fordham.edu]
**Sent:** Tuesday, February 16, 2010 2:39 PM
**To:** Figueroa, Ken
**Subject:** FW: In re: Refco Securities Litigation, 07 MDL 1902 (SDNY) (JSR)/Krys, et al. v. Sugrue et al., 08 Civ. 3086

Permission granted.

Daniel Capra
Reed Professor of Law
Fordham Law School

>>> "Figueroa, Ken" <KFigueroa@gibsondunn.com> 2/16/2010 2:32 PM >>>
Professor Capra,

We write on behalf of defendants Mark Kavanagh and Brian Owens. We request permission to file the below-referenced letter submission on the court dockets for the Krys actions.

Sincerely,

**Ken Figueroa**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2654 • Fax +1 212.351.6254
KFigueroa@gibsondunn.com • www.gibsondunn.com

---

**From:** Figueroa, Ken [mailto:KFigueroa@gibsondunn.com]
**Sent:** Monday, November 30, 2009 4:00 PM
**To:** dcapra@law.fordham.edu
**Cc:** WHRefcoKrysAll@wilmerhale.com
**Subject:** In re: Refco Securities Litigation, 07 MDL 1902 (SDNY) (JSR)/Krys, et al. v. Sugrue et al., 08 Civ. 3086

Dear Prof. Capra:

Please see the attached.

Respectfully,


Kenneth Juan Figueroa
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 351-2654
Fax: (212-351-6254

```
==============================================================================
This message may contain confidential and privileged information.  If it has
been sent to you in error, please reply to advise the sender of the error and
then immediately delete this message.
==============================================================================
==============================================================================
This message may contain confidential and privileged information.  If it has
been sent to you in error, please reply to advise the sender of the error and
then immediately delete this message.
==============================================================================

==============================================================================
This message may contain confidential and privileged information.  If it has
been sent to you in error, please reply to advise the sender of the error and
then immediately delete this message.
==============================================================================
```