UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | Case No. 07–md-1902 (JSR) |

|  |  |
|---|---|
| KENNETH M. KRYS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTOPHER SUGRUE, *et al.*, <br><br> Defendants. | Case No. 08-cv-3065 (JSR) <br> Case No. 08-cv-3086 (JSR) |

## CERTIFICATE OF SERVICE

I, Kenneth Juan Figueroa, an attorney with the law firm of Gibson, Dunn & Crutcher LLP, hereby certify that:

1. On Tuesday, February 16, 2010, I caused the Limited Objection of Defendants Kavanagh and Owens to the Special Master's Report and Recommendation on Standing to be served electronically via the Electronic Case Filing ("ECF") system upon all counsel of record registered to receive such service and via electronic mail (by consent) to counsel listed on WHRefcoKrysAll@wilmerhale.com.

2. Also on Tuesday, February 16, 2010, I caused copies of the aforementioned document to be served via Federal Express or by First Class Mail via the United States Postal Service upon the following:

>  Christopher Sugrue
>  Av. Amilar Cabral No. 100-2
>  Ed. Sonongol Distribuidora
>  Lunada, Angola

Thomas Hackl
ACIES ASSET MANAGEMENT, SA
Fraumünsterstrasse 11
8001 Zürich, Switzerland

Judith Mogul, Esq.
MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHERER, P.C.
565 Fifth Avenue
New York, NY 10017
*Attorneys for Defendant Robert C. Trosten*

Christopher Clark, Esq.
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6092
*Attorneys for Defendants Phillip R. Bennett and Refco Group Holdings, Inc.*

Jeffrey T. Golenbock, Esq.
GOLENBOCK EISEMAN ASSOR BELL & PESKIE LLP
437 Madison Avenue
New York, NY 10022-7302
*Attorneys for Refco Group Holdings, Inc.*

Jared R. Clark, Esq.
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY 10022
*Attorneys for Refco Alternative Investments LLC and Refco Associates, Inc.*

EMF Core Fund Ltd.
c/o MAPLES & CALDER
P.O. Box 309, Ugland House
South Church Street, George Town
Grand Cayman KY1-1104
Cayman Islands

Dated: New York, New York
February 16, 2010

BY: _____
Kenneth Juan Figueroa

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile (212) 351-4035

*Attorneys for Defendants
Mark Kavanagh and Brian Owens*