## CERTIFICATE OF SERVICE

I, Jessica Calagione, an attorney with the law firm of Brown Rudnick LLP, certify that I caused a true and correct copy of Plaintiffs' Objection to Report and Recommendation of Special Master Capra on the Omnibus Issue of Standing and the exhibits thereto to be served upon all counsel of record in *Krys, et al. v. Sugrue, et al.*, 08-cv-3065 and 08-cv-3086, *Krys, et al. v. Aaron, et al.*, 08-cv-7416 and *Krys, et al. v. Butt*, 08-cv-8267 on this 16th day of February, 2010, via the Electronic Case Filing system and via electronic mail.



/s Jessica Calagione
JESSICA CALAGIONE