UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS H. LEE EQUITY FUND V, L.P.,
THOMAS H. LEE PARALLEL FUND V, L.P.,
and THOMAS H. LEE EQUITY (CAYMAN)
FUND V, L.P.,

    Plaintiffs,

v.

MAYER, BROWN, ROWE & MAW LLP and
JOSEPH P. COLLINS,

    Defendants.

---

07 MDL 1902 (JSR)
07-CV-06767 (JSR)

SPECIAL MASTER
ORDER FOR ADMISSION
*PRO HAC VICE*
ON WRITTEN MOTION

Upon the motion of Kevin B. Huff for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Emily T.P. Rosen

    Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.

    1615 M Street, N.W., Suite 400

    Washington, D.C. 20036

    Tel.: 202-326-7970 / Fax: 202-326-7999

    erosen@khhte.com

is admitted to practice *pro hac vice* as counsel for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 7/27/10
City, State: New York, NY

_____
Special Master Hon. Ronald Hedges