UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

THOMAS H. LEE EQUITY FUND V, L.P.,
THOMAS H. LEE PARALLEL FUND V, L.P.,
and THOMAS H. LEE EQUITY (CAYMAN)
FUND V, L.P.,

        Plaintiffs,

v.

MAYER, BROWN, ROWE & MAW LLP and
JOSEPH P. COLLINS,

        Defendants.

---------------------------------------- x

07 MDL 1902 (JSR)
07-CV-6767 (JSR)

**MOTION TO ADMIT**
**COUNSEL *PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin B. Huff, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    Applicant's Name:    Emily T.P. Rosen
    Firm Name:    Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
    Address:    1615 M Street, N.W., Suite 400
        Washington, D.C. 20036
    Phone Number:    202-326-7970
    Fax Number:    202-326-7999

Emily T.P. Rosen is a member in good standing of the Bar of the State of New York and the District of Columbia. There are no pending disciplinary proceedings against Emily T.P. Rosen in any State or Federal Court.

Dated: July 22, 2010

                Respectfully submitted,

                _/s/ Kevin B. Huff_

                Kevin B. Huff
                SDNY Bar Code: KH-9284
                KELLOGG, HUBER, HANSEN, TODD,
                  EVANS & FIGEL, P.L.L.C.
                1615 M Street, N.W., Suite 400
                Washington, D.C. 20036
                202-326-7900
                202-326-7999

                *Counsel for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P.*

## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, David Spokony, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# EMILY TRUE PARISE ROSEN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **March 31, 2008**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

July 14, 2010

*David Spokony*

Clerk of the Court

9768



## District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JOY A. CHAPPER, Acting Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____EMILY T. P. ROSEN_____

was on the   5TH   day of   MARCH, 2010   duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

    In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 14, 2010.

    JOY A. CHAPPER, ACTING CLERK

By: _____/s/ P. Pendergast_____
                  Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
:
THOMAS H. LEE EQUITY FUND V, L.P.,            :   07 MDL 1902 (JSR)
THOMAS H. LEE PARALLEL FUND V, L.P.,          :   07-CV-6767 (JSR)
and THOMAS H. LEE EQUITY (CAYMAN)             :
FUND V, L.P.,                                 :
           Plaintiffs,                        :   **AFFIDAVIT OF**
                                              :   **KEVIN B. HUFF IN SUPPORT**
        v.                                    :   **OF MOTION TO ADMIT**
                                              :   **COUNSEL *PRO HAC VICE***
MAYER, BROWN, ROWE & MAW LLP and              :
JOSEPH P. COLLINS,                            :
                                              :
           Defendants.                        :
                                              :
———————————————————————— x

District of Columbia        )   ss:

Kevin B. Huff, being duly sworn, hereby deposes and says as follows:

    1.    I am a partner at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Emily T.P. Rosen as counsel *pro hac vice* to represent Plaintiffs in this matter.

    2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law on August 1, 1997. I am also a member in good standing of the bar of the District of Columbia. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court. I am also a member of the bars of the United States Supreme Court, the United States Court of Appeals for the Fourth Circuit, and the United States District Court for Colorado, and am in good standing with these courts.

3. I have known Ms. Rosen since at least October 2009.

4. Ms. Rosen is an associate at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., in Washington, D.C.

5. I have found Ms. Rosen to be a skilled attorney and a person of integrity. She is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Emily T.P. Rosen, *pro hac vice*.

7. I respectfully submit a proposed order granting the motion to admit Emily T.P. Rosen, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Emily T.P. Rosen, *pro hac vice*, to represent Plaintiffs in the above captioned matter, be granted.

Dated: July 22, 2010
District of Columbia

Respectfully submitted,

_____
Kevin B. Huff
SDNY Bar Code: KH-9284

District of Columbia: SS
Subscribed and Sworn to before me

this __22__ day of __July__, 201_0_.

_____
Notary Public, D.C.

My commission expires __6/14/14__

TARA REEN GRIM
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 14, 2014

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION TO ADMIT COUNSEL *PRO HAC VICE* and AFFIDAVIT OF KEVIN B. HUFF IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* was served via overnight mail, on this 22nd day of July, 2010.

John R. Villa
George A. Borden
Thomas G. Ward
William T. Burke
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: 202-434-5255
Facsimile: 202-434-5029

*Counsel for defendant Mayer, Brown, Rowe & Maw LLP*

Kathleen Elizabeth Cassidy
Cooley Godward Kronish LLP (NY)
1114 Avenue of the Americas
New York, NY 10036
(212)-479-6375
Fax: (646)-417-5291

*Counsel for defendant Joseph P. Collins*

_____
Kevin B. Huff
SDNY Bar Code: KH-9284

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., and THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MAYER, BROWN, ROWE & MAW LLP and JOSEPH P. COLLINS,<br><br>　　　　　Defendants. | 07 MDL 1902 (JSR)<br>07-CV-06767 (JSR)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE***<br>**ON WRITTEN MOTION** |

Upon the motion of Kevin B. Huff for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>Emily T.P. Rosen
>
>Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
>
>1615 M Street, N.W., Suite 400
>
>Washington, D.C. 20036
>
>Tel.: 202-326-7970 / Fax: 202-326-7999
>
>erosen@khhte.com

is admitted to practice *pro hac vice* as counsel for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State:

_____
Special Master Hon. Ronald Hedges