UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | No. 07 MDL 1902 (JSR)<br>No. 05 Civ. 8626 (JSR) |
| THOMAS H. LEE EQUITY FUND V, L.P.,<br>THOMAS H. LEE PARALLEL FUND V, L.P.,<br>and THOMAS H. LEE EQUITY (CAYMAN)<br>FUND V, L.P.,<br><br>Plaintiffs,<br><br>vs.<br><br>MAYER, BROWN, ROWE & MAW LLP and<br>JOSEPH P. COLLINS,<br><br>Defendants. | No. 07 Civ. 6767 (JSR) |
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Litigation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>GRANT THORNTON LLP, et al.,<br><br>Defendants. | No. 07 Civ. 11604 (JSR) |
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Private Actions Trust,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP R. BENNETT, SANTO C. MAGGIO,<br>ROBERT C. TROSTEN, MAYER BROWN<br>LLP, MAYER BROWN INTERNATIONAL<br>LLP, and GRANT THORNTON LLP,<br><br>Defendants. | No. 07 Civ. 8165 (JSR) |

|   |   |
|---|---|
| KENNETH M. KRYS, et al., | ) No. 08 Civ. 3086 (JSR) |
| | ) |
| Plaintiffs, | ) ECF Case |
| | ) |
| vs. | ) |
| | ) |
| CHRISTOPHER SUGRUE, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Civil Rule 1.3(c), I, Thomas G. Ward, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

SARAH E. CITRIN
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC  20005
Tel:  (202) 434-5098
Fax:  (202) 434-5029
E-mail: scitrin@wc.com

Ms. Citrin is a member in good standing of the bars of the District of Columbia and

California.  There are no pending disciplinary proceedings against Sarah E. Citrin in any state or

federal court.

WHEREFORE, I, Thomas G. Ward, respectfully request entry of an Order allowing the

admission *pro hac vice* of Sarah E. Citrin, of the law firm of Williams & Connolly LLP, as

counsel for Defendant Mayer Brown LLP in the above-captioned matters.

Respectfully submitted,

Dated:  Washington, DC
   July 23, 2010

WILLIAMS & CONNOLLY LLP

By:  _____

   Thomas G. Ward (TW-6255)
   725 Twelfth Street, NW
   Washington, DC 20005
   Telephone: (202) 434-5000
   Facsimile: (202) 434-5029
   E-mail: tward@wc.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— )
In re REFCO, INC. SECURITIES ) No. 07 MDL 1902 (JSR)
LITIGATION ) No. 05 Civ. 8626 (JSR)
———————————————————— )
)
THOMAS H. LEE EQUITY FUND V, L.P., ) No. 07 Civ. 6767 (JSR)
THOMAS H. LEE PARALLEL FUND V, L.P., )
and THOMAS H. LEE EQUITY (CAYMAN) )
FUND V, L.P., )
)
Plaintiffs, )
)
vs. )
)
MAYER, BROWN, ROWE & MAW LLP and )
JOSEPH P. COLLINS, )
)
Defendants. )
———————————————————— )
MARC S. KIRSCHNER, ) No. 07 Civ. 11604 (JSR)
As Trustee of the Refco Litigation Trust, )
)
Plaintiff, )
)
vs. )
)
GRANT THORNTON LLP, et al., )
)
Defendants. )
———————————————————— )
MARC S. KIRSCHNER, ) No. 07 Civ. 8165 (JSR)
As Trustee of the Refco Private Actions Trust, )
)
Plaintiff, )
)
vs. )
)
PHILLIP R. BENNETT, SANTO C. MAGGIO, )
ROBERT C. TROSTEN, MAYER BROWN )
LLP, MAYER BROWN INTERNATIONAL )
LLP, and GRANT THORNTON LLP, )
)
Defendants. )
———————————————————— )

|  |  |
|---|---|
| KENNETH M. KRYS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER SUGRUE, et al.,<br><br>Defendants. | No. 08 Civ. 3086 (JSR)<br><br>ECF Case |

## DECLARATION OF THOMAS G. WARD IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Thomas G. Ward hereby affirms under penalty of perjury:

1.      I am an attorney at law, duly admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York.

2.      I respectfully submit this Declaration in support of the motion made on behalf of Defendant Mayer Brown LLP, pursuant to Local Civil Rule 1.3(c), for an Order permitting Sarah E. Citrin to argue or try the above-captioned actions in whole or in part.

3.      I am fully familiar with all of the relevant facts and circumstances herein.

4.      I am a partner with the firm of Williams & Connolly LLP, which is counsel to Defendant Mayer Brown LLP in the above-captioned matters.

5.      Ms. Citrin is an associate with the firm of Williams & Connolly LLP, 725 Twelfth Street, NW, Washington, DC  20005.

6.      Ms. Citrin is an attorney duly admitted to practice in, and a member in good standing of, the bars of the District of Columbia and California.  I respectfully submit certificates of good standing for Ms. Citrin, which are attached hereto as Exhibits A and B, respectively.

7.      Ms. Citrin is also admitted to, and a member in good standing of, the U.S. District Courts for the District of Columbia and the Eastern District of California.

2

8.      I am aware of no pending disciplinary proceedings against Ms. Citrin in any state or federal court.  She is prepared to faithfully comply with all rules of conduct applicable to lawyers admitted to practice in the Southern District of New York and in connection with any activities in this Court.

9.      Accordingly, I respectfully request that this Court permit Sarah E. Citrin to appear *pro hac vice* on behalf of Defendant Mayer Brown LLP, for all purposes in connection with the above-captioned matters.  A proposed order granting the admission of Sarah E. Citrin, *pro hac vice*, is attached hereto as Exhibit C.

WHEREFORE it is respectfully requested that the motion to admit Sarah E. Citrin, *pro hac vice*, to represent Mayer Brown LLP in the above-captioned matters, be granted.

Respectfully submitted,

Dated:  Washington, DC
       July 23, 2010

WILLIAMS & CONNOLLY LLP

By: _____
      Thomas G. Ward (TW-6255)
      725 Twelfth Street, NW
      Washington, DC 20005
      Telephone: (202) 434-5000
      Facsimile: (202) 434-5029
      E-mail: tward@wc.com



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JOY A. CHAPPER, Acting Clerk of the District of Columbia

Court of Appeals, do hereby certify that

SARAH E. CITRIN

was on the _____ 11TH _____ day of _____ AUGUST, 2008 _____

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on July
22, 2010.

JOY A. CHAPPER, ACTING CLERK

By: _____
Deputy Clerk



# Supreme Court of California

FREDERICK K. OHLRICH

*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *SARAH ELIZABETH CITRIN*

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that Sarah Elizabeth Citrin was on the 24th day of January 2006 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court
on the 21st day of July, 2010.*

FREDERICK K. OHLRICH

*Clerk of the Supreme Court*

By: _____

*Nicole Benavidez
Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re REFCO, INC. SECURITIES ) No. 07 MDL 1902 (JSR)
LITIGATION ) No. 05 Civ. 8626 (JSR)
)
_____ )
)
THOMAS H. LEE EQUITY FUND V, L.P., ) No. 07 Civ. 6767 (JSR)
THOMAS H. LEE PARALLEL FUND V, L.P., )
and THOMAS H. LEE EQUITY (CAYMAN) )
FUND V, L.P., )
)
　　　　Plaintiffs, )
)
　　　　v. )
)
MAYER, BROWN, ROWE & MAW LLP and )
JOSEPH P. COLLINS, )
)
　　　　Defendants. )
_____ )
)
MARC S. KIRSCHNER, ) No. 07 Civ. 11604 (JSR)
As Trustee of the Refco Litigation Trust, )
)
　　　　Plaintiff, )
)
　　　　v. )
)
GRANT THORNTON LLP, et al., )
)
　　　　Defendants. )
_____ )
)
MARC S. KIRSCHNER, ) No. 07 Civ. 8165 (JSR)
As Trustee of the Refco Private Actions Trust, )
)
　　　　Plaintiff, )
)
　　　　v. )
)
PHILLIP R. BENNETT, SANTO C. MAGGIO, )
ROBERT C. TROSTEN, MAYER BROWN )
LLP, MAYER BROWN INTERNATIONAL )
LLP, and GRANT THORNTON LLP, )
)
　　　　Defendants. )
_____ )

|  | ) |  |
|---|---|---|
| KENNETH M. KRYS, et al., | ) | No. 08 Civ. 3086 (JSR) |
|  | ) |  |
| Plaintiffs, | ) | ECF Case |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| CHRISTOPHER SUGRUE, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## <u>ORDER OF ADMISSION PRO HAC VICE</u>

Upon the motion of Thomas G. Ward, attorney for Defendant Mayer Borwn LLP and

said sponsor's affirmation in support;

**IT IS HEREBY ORDERED** that

SARAH E. CITRIN
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC  20005
Tel:  (202) 434-5098
Fax: (202) 434-5029
E-mail:  scitrin@wc.com

Is admitted to practice *pro hac vice* as counsel for Mayer Brown LLP in the above-captioned

matters in the United States District Court for the Southern District of New York.  All attorneys

appearing before this court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel

shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:
City, State:

HON. RONALD HEDGES
SPECIAL MASTER

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | No. 07 MDL 1902 (JSR)<br>No. 05 Civ. 8626 (JSR) |

| | |
|---|---|
| THOMAS H. LEE EQUITY FUND V, L.P.,<br>THOMAS H. LEE PARALLEL FUND V, L.P.,<br>and THOMAS H. LEE EQUITY (CAYMAN)<br>FUND V, L.P.,<br><br>                    Plaintiffs,<br><br>                    vs.<br><br>MAYER, BROWN, ROWE & MAW LLP and<br>JOSEPH P. COLLINS,<br><br>                    Defendants. | No. 07 Civ. 6767 (JSR) |

| | |
|---|---|
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Litigation Trust,<br><br>                    Plaintiff,<br><br>                    vs.<br><br>GRANT THORNTON LLP, et al.,<br><br>                    Defendants. | No. 07 Civ. 11604 (JSR) |

| | |
|---|---|
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Private Actions Trust,<br><br>                    Plaintiff,<br><br>                    vs.<br><br>PHILLIP R. BENNETT, SANTO C. MAGGIO,<br>ROBERT C. TROSTEN, MAYER BROWN<br>LLP, MAYER BROWN INTERNATIONAL<br>LLP, and GRANT THORNTON LLP,<br><br>                    Defendants. | No. 07 Civ. 8165 (JSR) |

|  |  |
|---|---|
| KENNETH M. KRYS, et al., | ) No. 08 Civ. 3086 (JSR) |
| Plaintiffs, | ) ECF Case |
| vs. | ) |
| CHRISTOPHER SUGRUE, et al., | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby state the following:

1.      I am an attorney with the law firm of Williams & Connolly LLP, 725 Twelfth

Street, NW, Washington, DC 20005, counsel of record for Mayer Brown LLP.

2.      On July 23, 2010, I served the foregoing Motion to Admit Counsel *Pro Hac Vice*

upon all parties in the above-captioned matters by e-mail to the following address established by

the parties for that purpose: WHRefcoMDLAll@wilmerhale.com.

3.      I declare under penalty of perjury that the foregoing is true and correct.

Dated:  Washington, DC
        July 23, 2010

Sarah E. Citrin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-mail: scitrin@wc.com