IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07 MDL No. 1902 (JSR) |
| GEORGE L. MILLER, Chapter 7 Trustee<br>for the Estate of Suffolk LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>DANIEL LEHMANN,<br>GREG AND SUSAN GLUCK,<br>GREG PAPPAJOHN,<br>LISA GLUCK, and<br>PROFIT-SHARING PLAN,<br><br>       Defendants. | Index No. 09 Civ. 2886 (JSR)<br>Index No. 09 Civ. 2902 (JSR)<br>Index No. 09 Civ. 2903 (JSR)<br>Index No. 09 Civ. 2921 (JSR)<br>Index No. 09 Civ. 2927 (JSR) |

**ORDER**

On January 12, 2010, the Court entered an Order ("January 12 Order") in Miller v. CSFB; Lab Morgan Corporation; and ML IBK Positions, Inc., Case Nos. 09 Civ. 2885, 2920, and 2922, dismissing Counts I, III, and IV of the Plaintiff's complaints with prejudice and Count II with leave to amend, and further ordering the Plaintiff to file an amended complaint, if any, with respect to Count II on or before March 5, 2010.

On January 20, 2010, the Court entered an Order ("January 20 Order") (a) providing, among other things, that the January 12, 2010 Order shall apply to Case Nos. 09 Civ. 2866, 2872, 2874, 2876, 2878, 2879, 2880, 2882, 2888, 2889, 2890, 2891, 2892, 2894, 2895, 2896, 2897, 2898, 2901, 2904, 2906, 2911, 2913, 2914, 2915, 2917, 2923, 2926, 2928, 2929, 2930, 2933, 2934, 2939, 2942, 2945, 2946, 2947, 2948, 2870, 2883, 2887, 2899, 2900, 2909, 2916, 2919, 2936, and (b) directing the Clerk of the Court to close the pending motions to dismiss in such cases.

The Special Master hereby orders that the January 20 Order (and thus, the January 12 Order) shall also apply to Case Nos. 09 Civ. 2886, 2902, 2903, 2921, and 2927 and directs the Clerk of the Court to close the motions to dismiss the complaints, dated January 27, 2010, in these cases.

SO ORDERED.

_____
Special Master Daniel J. Capra

Dated: New York, New York
August 5, 2010