UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re REFCO INC. SECURITIES LITIGATION

Case No. 07-md-1902 (JSR)

---------------------------------------------------------x

This Document Relates to:

---------------------------------------------------------x

KENNETH M. KRYS, *et al.*,

                Plaintiffs,

       v.

Case No. 10-cv-3594 (JSR)

DEUTSCHE BANK SECURITIES INC., *et al.*,

                Defendants.

---------------------------------------------------------x

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters her appearance for Defendants Deutsche Bank Securities Inc., Deutsche Bank Trust Company Americas and Deutsche Bank AG in the above-captioned action and requests that copies of all papers in this action be served upon the undersigned counsel at the address stated below.

I certify that I am admitted to practice before this Court.

Dated:        New York, New York
                 August 13, 2010

                                                      By: */s/ Ruth E. Harlow*
                                                             Ruth E. Harlow
                                                             LINKLATERS LLP
                                                             1345 Avenue of the Americas
                                                             New York, New York 10105
                                                             (212) 903-9000
                                                             (212) 903-9100 (fax)
                                                            *Counsel for Defendants*