UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
IN RE REFCO INC. SECURITIES LITIGATION  :  No. 07 MDL 1902 (JSR)
:
------------------------------------------------------------X
:
THOMAS H. LEE EQUITY FUND V, L.P.,  :
THOMAS H. LEE PARALLEL FUND V, L.P.,  :
and THOMAS H. LEE EQUITY (CAYMAN)  :
FUND V, L.P.,  :
:
         Plaintiffs,  :
:
v.  :  No. 07 Civ. 6767 (JSR)
:
MAYER, BROWN, ROWE & MAW LLP and  :
JOSEPH P. COLLINS,  :
:
         Defendants.  :
------------------------------------------------------------X
:
THOMAS H. LEE EQUITY FUND V, L.P.,  :
THOMAS H. LEE PARALLEL FUND V, L.P.,  :
and THOMAS H. LEE EQUITY (CAYMAN)  :
FUND V, L.P.,  :
:
         Plaintiffs/  :
         Counterclaim Defendants,  :
v.  :  No. 07 Civ. 8663 (JSR)
:
GRANT THORNTON LLP,  :
:
         Defendant/  :
         Counterclaim Plaintiff.  :
:
------------------------------------------------------------X

```
-----------------------------------------------------------X
                                                           :
MARC S. KIRSCHNER, as Trustee of the                       :
Refco Litigation Trust,                                    :
                                                           :
                    Plaintiff,                             :
                                                           :
v.                                                         :    No. 07 Civ. 7074 (JSR)
                                                           :
THOMAS H. LEE PARTNERS, L.P., et al,                       :
                                                           :
                    Defendants.                            :
-----------------------------------------------------------X
```

## [PROPOSED] *Special Master* DEPOSITION SCHEDULING ORDER

WHEREAS, counsel for the interested parties in the Refco MDL actions have conferred and agreed on times, dates and locations for several reopened depositions; and

WHEREAS, without waiving any rights or objections with respect to future discovery requests or other proceedings, John Berndsen, a partner of non-party KPMG LLP and resident of Massachusetts, voluntarily has agreed to appear for a reopened deposition on the date and at the time and location specified below.

IT IS HEREBY ORDERED that the depositions of the following persons will take place at the times, dates and locations below:

| Deponent | Of Party/ Non-Party | Date | Location | Time |
| --- | --- | --- | --- | --- |
| Jay Tabor | Weil | August 17, 2010 | Winston & Strawn LLP, 200 Park Avenue New York, NY | 10.30am |
| George Taylor | THL | August 18, 2010 | Milbank Tweed Hadley McCloy LLP, 1 Chase Manhattan Plaza, New York, NY | 9.30am |

**SO ORDERED**

_____
~~HONORAB~~LE RONALD HEDGES
SPECIAL MASTER

Dated: August /6/, 2010

4