UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
: 
IN RE REFCO INC. SECURITIES LITIGATION   :   No. 07 MDL 1902 (JSR)
:
------------------------------------------------------------X
:
THOMAS H. LEE EQUITY FUND V, L.P.,   :
THOMAS H. LEE PARALLEL FUND V, L.P.,   :
and THOMAS H. LEE EQUITY (CAYMAN)   :
FUND V, L.P.,   :
:
        Plaintiffs,   :
:
v.   :   No. 07 Civ. 6767 (JSR)
:
MAYER, BROWN, ROWE & MAW LLP and   :
JOSEPH P. COLLINS,   :
:
        Defendants.   :
------------------------------------------------------------X
:
THOMAS H. LEE EQUITY FUND V, L.P.,   :
THOMAS H. LEE PARALLEL FUND V, L.P.,   :
and THOMAS H. LEE EQUITY (CAYMAN)   :
FUND V, L.P.,   :
:
        Plaintiffs/   :
        Counterclaim Defendants,   :
v.   :   No. 07 Civ. 8663 (JSR)
:
GRANT THORNTON LLP,   :
:
        Defendant/   :
        Counterclaim Plaintiff.   :
:
------------------------------------------------------------X

```
-------------------------------------------------------X
MARC S. KIRSCHNER, as Trustee of the              :
Refco Litigation Trust,                           :
                                                  :
                    Plaintiff,                    :
                                                  :
        v.                                        :        No. 07 Civ. 7074 (JSR)
                                                  :
THOMAS H. LEE PARTNERS, L.P., et al,              :
                                                  :
                    Defendants.                   :
-------------------------------------------------------X
```

## ~~[PROPOSED]~~ *REVISED SPECIAL MASTER* DEPOSITION SCHEDULING ORDER

**WHEREAS**, counsel for the interested parties in the Refco MDL actions have conferred and agreed on times, dates and locations for several reopened depositions; and

**WHEREAS**, without waiving any rights or objections with respect to future discovery requests or other proceedings, John Berndsen, a partner of non-party KPMG LLP and resident of Massachusetts, voluntarily has agreed to appear for a reopened deposition on the date and at the time and location specified below.

**IT IS HEREBY ORDERED** that the depositions of the following persons will take place at the times, dates and locations below:

| Deponent | Of Party/ Non-Party | Date | Location | Time |
| --- | --- | --- | --- | --- |
| Jay Tabor | Weil | August 17, 2010 | Winston & Strawn LLP, 200 Park Avenue New York, NY | 10.30am |
| George Taylor | THL | August 18, 2010 | Milbank Tweed Hadley McCloy LLP, 1 Chase Manhattan Plaza, New York, NY | 9.30am |

2

| Deponent | Of Party/ Non-Party | Date | Location | Time |
|---|---|---|---|---|
| Greg White | THL | August 19, 2010 | Winston & Strawn LLP, 200 Park Avenue New York, NY | 10.00am |
| Scott Jaeckel | THL | August 25, 2010 | Milbank Tweed Hadley McCloy LLP, 1 Chase Manhattan Plaza, New York, NY | 9.30am |
| Scott Schoen | THL | August 27, 2010 | Milbank Tweed Hadley McCloy LLP, 1 Chase Manhattan Plaza, New York, NY | 9.30am |
| John Berndsen | KPMG LLP | August 31, 2010 | Milbank Tweed Hadley McCloy LLP, 1 Chase Manhattan Plaza, New York, NY | 9.30am |
| James Westra | Weil Gotshal & Manges LLP ("Weil") | September 10, 2010 | Winston & Strawn LLP, 200 Park Avenue New York, NY | 9.30am |
| Max Strasburg | THL | September 16, 2010 | Winston & Strawn LLP, 101 California Street San Francisco, CA. | 9.30am |

The scope of questioning, timing, and procedures for these depositions will be as set forth by Special Master Hedges during conferences held on June 8 and July 14, 2010 and the terms of the Deposition Protocol Order, filed on December 11, 2007.

**SO ORDERED**

_____
HONORABLE RONALD HEDGES
SPECIAL MASTER

Dated: August 20, 2010