UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
: 07 MDL 1902 (JSR)
: (Applies To All Cases)
:
IN RE REFCO SECURITIES LITIGATION   :
: CASE MANAGEMENT ORDER
: #30
:
x
-------------------------------------

JED S. RAKOFF, U.S.D.J.

    The Court has received the bills from the Special Masters for the month of August, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on September 9, 2010. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account.

    SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
         September 2, 2010

**Professor Daniel J. Capra**
**Special Master**

**Fordham Law School**
**140 West 62nd Street**
**New York, New York 10023**
dcapra@law.fordham.edu

**September 1, 2010**

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---:|
| August 2 — Research on Butt MTD; preparing R and R | 4.8 |
| August 3 — Preparing R and R in Krys v. Butt; securities class action scheduling and docketing issues | 6.2 |
| August 4 — Finalizing Krys v. Butt R and R; research in Miller. | 5.6 |
| August 5 — Order dismissing motions in Miller; docket management | 1.2 |
| August 8 — Preparing for Miller argument | 3.2 |
| August 9 — Miller argument | 3.3 |
| August 23 — Miller research and preparing R and R | 5.0 |
| August 24 — Preparing Miller R and R | 5.0 |
| August 25 — Preparing Miller R and R | 6.5 |
| August 26 — Preparing and entering Miller R and R | 7.1 |
| August 30 — Reviewing papers, Owens and Kavanagh MTD | 2.6 |

49.5

**Hours @ $500/hr.**

**Total Bill ------**        $24750.00

# RONALD J. HEDGES

# INVOICE OF AUGUST 30, 2010

# IN RE REFCO SECURITIES LITIGATION

**TOTAL HOURS INCURRED**

July 31 – communications w/re July 30 conference call and notice (.25)

August 2 – conferring w/ Mr. Sandnes w/re XL; communications w/re disposition of matter (.25)

August 3 – review of opinion on privilege; communications w/ Chambers w/re new courtroom deputy; communications w/re deposition schedule (.5)

August 5 – communications w/re possible discovery disputes and resolution of pending motion (.25)

August 6 – communications w/re further discovery disputes; conference w/re TH Lee and Mayer Brown; communications w/re adjournment of deposition; conference w/ Mr. Broderick w/re scheduling conference on remand order (1.0)

August 12 – communications w/ parties and w/ Special Master Capra w/re order to file under seal (.25)

August 13 – conference call w/re sealing order and communications w/re same and September agenda (.25)

1

August 16 – attending to filing of orders; communications w/re filings under seal (.50)

August 18 – conference call w/re S & P subpoena (.25)

August 19 – review of Allied World settlement order and communications w/ counsel and chambers w/re same (.25)

August 27 (and earlier) – communications w/ Ms. Page and Special Master Capra w/re party request for information (.25); communications w/ Chambers w/re motion to withdraw (.25); conference calls (3) w/re deposition questioning (.5)

August 31 – review of Page invoice and attending to circulation (.25)

TOTAL HOURS INCURRED: 5 hours @ $400.00/hour = $2,000.00

EXPENSES:

August 16 -- SCANNING ORDERS FOR FILING -- $10.00

          COMPUTER ACCESS -- $6.95

TOTAL EXPENSES INCURRED = $16.95

TOTAL = $2,016.95