UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re REFCO, INC. SECURITIES          :     07 MDL No. 1902 (JSR)
LITIGATION                            :
                                      :     ECF FILED
--------------------------------------------------------------:
GEORGE L. MILLER, Chapter 7 Trustee   :
for the Estate of Suffolk,            :     09 Civ. 2866 (JSR)
                                      :
        Plaintiff,                    :     **JOINDER IN LIMITED**
                                      :     **OBJECTION TO REPORT**
        -against-                     :     **AND RECOMMENDATION**
                                      :     **OF SPECIAL MASTER**
PF SALECO LLC, ET AL,                 :
                                      :
        Defendant.                    :
--------------------------------------------------------------x

Defendant Capgemini U.S. LLC ("Capgemini") hereby joins in the Limited Objection filed by defendants Credit Suisse First Boston Next Fund, Inc., Lab Morgan Corporation and ML IBK Positions, Inc. (the "Bank Defendants") to the August 26, 2010 Report and Recommendation of the Special Master on the Motion to Dismiss the Amended Complaint (the "Second R&R") in this action.

Dated: New York, New York
       September 8, 2010

                                            Respectfully submitted,

                                            CHADBOURNE & PARKE LLP

                                            By_____s/ Gerald D. Silver_____
                                                    Gerald D. Silver
                                            30 Rockefeller Plaza
                                            New York, NY  10112
                                            (T) (212) 408-5260
                                            ((F) (646) 710-5260
                                            Attorneys for Defendant Capgemini U.S. LLC