UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07 MDL 1902 (JSR) |
| GEORGE MILLER, Chapter 7 Trustee for the Estate of Suffolk LLC, | |
| Plaintiff, | Case No. 09-CV-2916 (JSR) |
| v. | ECF Filed |
| JOHN E. KORETZ, Trustee, | |
| Defendant. | |

### JOHN E. KORETZ'S JOINDER IN LIMITED OBJECTION FILED BY CREDIT SUISSE FIRST BOSTON NEXT FUND, INC., LAB MORGAN CORPORATION AND ML IBK POSITIONS, INC.

Defendant John E. Koretz ("Koretz") hereby joins in the Limited Objection filed by defendants Credit Suisse First Boston Next Fund, Inc., Lab Morgan Corporation, and ML IBK Positions, Inc. (the "Bank Defendants") to the August 26, 2010 Report and Recommendation of the Special Master on the Motion to Dismiss Amended Complaint in this action.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: New York, New York<br>September 8, 2010 | LAW OFFICES OF<br>ALISON GREENBERG, LLC<br>Attorneys for Defendant<br>John E. Koretz |
| | By: /s/ Alison G. Greenberg<br>Alison G. Greenberg<br>AG-4875<br>14 Penn Plaza<br>Suite 2116<br>New York, NY 10122<br>Tel. (212) 967-1980<br>Fax (646) 390-2889<br>e-mail: agreenberglaw@gmail.com |