UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                          :
In re REFCO INC. SECURITIES LITIGATION    :   Case No. 07-md-1902 (JSR)
                                          :
-----------------------------------------------------------X

## SPECIAL MASTER NOTICE

PLEASE TAKE NOTICE that the agenda for the conference scheduled to take place before Special Master Hedges on September 15, 2010 at 10 a.m. and the agenda for the status conference scheduled to take place before Judge Rakoff on September 15, 2010 at 4 p.m. are annexed hereto.

SO ORDERED this ___ day of Sept., 2010

_____
HON. RONALD HEDGES
SPECIAL MASTER

# AGENDA FOR

# CONFERENCES OF SEPTEMBER 15, 2010

# *In re REFCO SECURITIES LITIG.*

## 10 AM BEFORE SPECIAL MASTER HEDGES

I.  Report by coordinating counsel on any actions filed in, removed to, or transferred to S.D.N.Y. as a related case

II. Conferences before the special master without notice to all parties

III. First Amendment implications of existing/future filings under seal

IV. Setting final dates for completion of discovery, submission of experts reports, and dispositive motions in all actions other

1

than those actions with motions to dismiss pending or having been granted.

V. Global issues of sharing/re-producing document production across the MDL cases

VI. Argument on any discovery disputes brought to the attention of the special master

(a) Failure of Miller plaintiffs to provide copies of certain discovery materials to parties (see Kerstein email of July 26)/ / Miller plaintiffs refusal to copy requested productions

(b) Remaining discovery disputes in *THL v. Mayer Brown* (see Burke email of July 20 and Beynon email of July 14)

**(c) Confirmation of any other discovery disputes**

**(d) FOR LATER DATE TO BE SET BY THE SPECIAL MASTER: Oral argument on motion to compel nonparty S&P to produce in *Krys v. Aaron***

# 4 PM BEFORE JUDGE RAKOFF

I. Possible appointment of "global" mediator.

II. A report from Professor Capra as well as an update from counsel on the certification before the NY Court of Appeals.