UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                      :
IN RE REFCO, INC. SECURITIES LITIGATION  :    07 MDL 1902 (JSR)
                                                      :
------------------------------------------------------------x
                                                      :
THOMAS H. LEE EQUITY FUND V, L.P.,       :    07 Civ. 6767 (JSR)
THOMAS H. LEE PARALLEL FUND V, L.P.,  :
and THOMAS H. LEE EQUITY (CAYMAN)    :
FUND V, L.P.,                                     :    **NOTICE OF MOTION TO**
                                                      :    **ENTER A BAR ORDER**
                     Plaintiffs,            :
          v.                                         :
                                                      :
MAYER, BROWN, ROWE & MAW LLP,         :
and JOSEPH P. COLLINS,                     :
                                                     :
                   Defendant.            :
                                                     :
------------------------------------------------------------x

       PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and Declaration of Thomas G. Ward, both dated September 9, 2010, the undersigned will move this Court before the Honorable Jed. S. Rakoff, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14B, New York, New York, 10007 for a bar order as provided by 15 U.S.C. § 78u-4(f)(7)(A).

Dated: Washington, D.C.
September 9, 2010

                                          Respectfully submitted,

                                                  /s/ Thomas G. Ward
                                          John K. Villa (admitted *pro hac vice*)
                                          George A. Borden (GB-7019)
                                          Thomas G. Ward (TW- 6255)
                                          WILLIAMS & CONNOLLY LLP
                                          725 Twelfth St., NW
                                          Washington, DC  20005
                                          (202) 434-5000
                                          (202) 434-5029 (fax)

                                          *Attorneys for Defendant Mayer Brown LLP*

## CERTIFICATE OF SERVICE

I, Thomas G. Ward, hereby certify that on this 9th day of September, 2009, I caused true and correct copies of the Notice of Motion To Enter a Bar Order, the Memorandum of Law in Support of Motion To Enter a Bar Order, and the Declaration of Thomas G. Ward in Support of Motion To Enter a Bar Order. Notice of these filings will be electronically mailed to all parties registered with the Court's electronic filing system.

        /s/ Thomas G. Ward
    Thomas G. Ward (TW-6255)