UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE REFCO INC. SECURITIES LITIGATION ) | No. 07 MDL 1902 (JSR) |
| ) | |
| THOMAS H. LEE EQUITY FUND V, L.P., ) THOMAS H. LEE PARALLEL FUND V, L.P., ) and THOMAS H. LEE EQUITY (CAYMAN) ) FUND V, L.P., ) | |
| Plaintiffs, ) | |
| v. ) | No. 07 Civ. 6767 (JSR) |
| MAYER, BROWN, ROWE & MAW LLP and ) JOSEPH P. COLLINS, ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P., Defendants Mayer Brown LLP (successor-in-interest to Mayer, Brown, Rowe & Maw LLP) and Joseph P. Collins, and Mayer Brown International LLP (which is alleged to be a defendant as a successor-in-interest to Mayer, Brown, Rowe & Maw LLP) hereby stipulate and agree that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses relating thereto. The parties also hereby withdraw and terminate all pending motions, including discovery disputes, submitted in this action. The Court shall retain jurisdiction for the purpose of entering a bar order pursuant to 15 U.S.C. § 78u-4(f)(7).

_____
Greg A. Danilow (GD-1621)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000

--and--

Mark C. Hansen
KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900

*Attorneys for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P.*

_____
John K. Villa (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000

*Attorneys for Defendant Mayer Brown LLP*

_____
William J. Schwartz (WJS-8462)
COOLEY GODWARD KRONISH LLP
1114 Avenue of the Americas
New York, NY 10036
Tel.: (212) 479-6000

*Attorneys for Defendant Joseph P. Collins*

_____
Anthony M. Candido (AC-9458)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Tel.: (212) 878-8000

*Attorneys for Mayer Brown International LLP*

Dated: September 9, 2010

| | |
|---|---|
| Greg A. Danilow (GD-1621)<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel.: (212) 310-8000<br><br>--and--<br><br>Mark C. Hansen<br>KELLOGG, HUBER, HANSEN, TODD,<br>  EVANS & FIGEL P.L.L.C.<br>Sumner Square<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Tel.: (202) 326-7900<br><br>*Attorneys for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P.* | /s/ John K. Villa<br>John K. Villa (admitted *pro hac vice*)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>Tel.: (202) 434-5000<br><br>*Attorneys for Defendant Mayer Brown LLP*<br><br><br>William J. Schwartz (WJS-8462)<br>Jonathan P. Bach (JPB-9710)<br>COOLEY LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Tel.: (212) 479-6000<br><br>*Attorneys for Defendant Joseph P. Collins*<br><br><br>Anthony M. Candido (AC-9458)<br>CLIFFORD CHANCE US LLP<br>31 West 52nd Street<br>New York, NY 10019<br>Tel.: (212) 878-8000<br><br>*Attorneys for Mayer Brown International LLP*<br><br>Dated: September 9, 2010 |

Greg A. Danilow (GD-1621)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000

--and--

Mark C. Hansen
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900

*Attorneys for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P.*

John K. Villa (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000

*Attorneys for Defendant Mayer Brown LLP*

William J. Schwartz (WJS-8462)
Jonathan P. Bach (JPB-9710)
COOLEY LLP
1114 Avenue of the Americas
New York, NY 10036
Tel.: (212) 479-6000

*Attorneys for Defendant Joseph P. Collins*

Anthony M. Candido (AC-9458)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Tel.: (212) 878-8000

*Attorneys for Mayer Brown International LLP*

Dated:  September 9, 2010

Greg A. Danilow (GD-1621)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000

--and--

Mark C. Hansen
KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900

*Attorneys for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P.*

John K. Villa (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000

*Attorneys for Defendant Mayer Brown LLP*

William J. Schwartz (WJS-8462)
Jonathan P. Bach (JPB-9710)
COOLEY LLP
1114 Avenue of the Americas
New York, NY 10036
Tel.: (212) 479-6000

*Attorneys for Defendant Joseph P. Collins*

_/s/ Anthony M. Candido_

Anthony M. Candido (AC-9458)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Tel.: (212) 878-8000

*Attorneys for Mayer Brown International LLP*

Dated: September 9, 2010