USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9·15·2010

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07 MDL No. 1902 (JSR) |
| GEORGE L. MILLER, Chapter 7 Trustee for the Estate of Suffolk LLC,<br><br>Plaintiff,<br><br>v.<br><br>PF SALECO LLC, ET AL,<br><br>Defendants. | Master Index No. 09 Civ. 2866 (JSR)<br><br>No. 09 Civ. 2885 (JSR)<br>No. 09 Civ. 2920 (JSR)<br>No. 09 Civ. 2922 (JSR) |

## ORDER

WHEREAS, on April 19, 2010, Credit Suisse First Boston Next Fund, Inc. (incorrectly named as "CSFB a/k/a Credit Suisse First Boston Next Fund, Inc."), Lab Morgan Corporation, and ML IBK Positions, Inc. (the "Bank Defendants") filed via ECF a document with the bates range SUF001466-SUF001482 (the "Check Register") as Exhibit D to the Declaration of Ross E. Firsenbaum, dated April 19, 2010 (the "April Declaration") in the above captioned actions;

WHEREAS, on September 7, 2010, the Bank Defendants filed via ECF the Check Register as Exhibit F to the Declaration of Ross E. Firsenbaum (the "September Declaration") in the above captioned actions;

WHEREAS, on September 8, 2010, Plaintiff's counsel pointed out to counsel for the Bank Defendants that the Check Register contains the social security numbers of certain individuals; and

WHEREAS, due to the privacy concerns of individuals whose social security numbers appear on the Check Register, the Bank Defendants immediately sought leave from the Special Master to remove Exhibit D to the April Declaration and Exhibit F to the September Declaration

from the docket and re-file such exhibits with a redacted version of the Check Register that omits the individuals' social security numbers;

IT IS HEREBY ORDERED THAT:

The Clerk is directed to remove Exhibit D to the April Declaration and Exhibit F to the September Declaration from the docket and the Bank Defendants shall re-file such exhibits with a redacted version of the Check Register that omits the individuals' social security numbers.

SO ORDERED.

_____
Special Master Ronald J. Hedges

Dated: New York, New York
September 9, 2010