USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9.15.2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re REFCO INC. SECURITIES LITIGATION   :   Case No. 07-md-1902 (JSR)
                                                            :
------------------------------------------------------------X

## SPECIAL MASTER ORDER DIRECTING PAYMENT

SPECIAL MASTER RONALD HEDGES, for good cause shown, hereby orders as follows:

WHEREAS, on August 24, 2010, Ball Baker Leake LLP issued an invoice in the amount of $1,236.43 for accounting services rendered in the above-captioned action and related disbursements from June 15, 2010 through August 24, 2010 (the "Ball Baker Leake Invoice");

WHEREAS, on August 30, 2010, the Ball Baker Leake Invoice was circulated to all counsel of record in the above-captioned action, to allow for objections by any party;

WHEREAS, the parties to the above-captioned action were permitted seven (7) calendar days to object to the Ball Baker Leake Invoice;

WHEREAS, no objections to the Ball Baker Leake Invoice were received by the Special Master;

NOW, THEREFORE, the Special Master directs Ball Baker Leake to pay the Ball Baker Leake Invoice in full.

SO ORDERED this 15th day of Sept, 2010

_____
HON. RONALD HEDGES
SPECIAL MASTER