## <u>CERTIFICATE OF SERVICE</u>

I, Ross E. Firsenbaum, an attorney, hereby certify that on Friday, September 17, 2010, I caused to be served by federal express a true and correct copy of the Response of Credit Suisse First Boston Next Fund, Inc., Lab Morgan Corporation, and ML IBK Positions, Inc. to Plaintiff's Objections to the Report and Recommendation of the Special Master as to the Bank Defendants' Motion to Dismiss the Amended Complaint; and Declaration of Philip D. Anker, dated September 17, 2010, and Exhibits A-C thereto, on the individuals shown below:

| | |
|---|---|
| Carl Singley, Esq.<br>CIARDI, CIARDI & ASTIN<br>One Commerce Square<br>2005 Market Street<br>Philadelphia, PA 19103<br>*Counsel for Plaintiff George L. Miller,*<br>Chapter 7 Trustee for Suffolk, LLC | Dimitri L. Karapelou<br>LAW OFFICES OF DIMITRI L.<br>KARAPELOU, LLC<br>1600 Market Street, 25th Floor<br>Philadelphia, PA 19103<br>*Counsel for Plaintiff George L. Miller,*<br>Chapter 7 Trustee for Suffolk, LLC |
| Thomas J. Fleming<br>OLSHAN GUNDMAN FROME<br>ROSENWEIG & WOLOSKY LLP<br>Park Avenue Tower<br>65 East 55th Street<br>New York, New York 10022<br>*Proposed Special Litigation Counsel to George L. Miller*, Chapter 7 Trustee of Suffolk LLC for all cases except Credit Suisse First Boston (09-cv-02885 JSR) and Steve Shulman (09-cv-02936 JSR) | |
| Dated:  September 17, 2010<br>New York, New York | /s/ Ross E. Firsenbaum<br>Ross E. Firsenbaum |