UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE REFCO INC. SECURITIES LITIGATION | No. 07 MDL 1902 (JSR) |
| THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., and THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., Plaintiffs, v. MAYER, BROWN, ROWE & MAW LLP and JOSEPH P. COLLINS, Defendants. | No. 07 Civ. 6767 (JSR) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/10

[PROPOSED] BAR ORDER

WHEREAS, the parties to the action *Thomas H. Lee Equity Fund V, L.P. v. Mayer, Brown, Rowe & Maw LLP*, 07 Civ. 6767 (JSR) (the "Action"), have filed a Joint Stipulation Of Dismissal With Prejudice;

IT IS HEREBY ORDERED that all claims for contribution by or against the defendants in this action arising out of this Action are barred, enjoined and finally discharged as provided by 15 U.S.C. § 78u-4(f)(7)(A). Nothing herein precludes defendants' ability to argue or seek any bar on contribution claims as may be provided by applicable federal or state statutes or common law.

SO ORDERED.

Dated: September 18, 2010
New York, NY

Hon. Jed S. Rakoff
United States District Judge