UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
IN RE: REFCO SECURITIES LITIGATION  : 07 MDL 1902 (JSR)
:
---------------------------------------------------------------X

---------------------------------------------------------------X
KENNETH M. KRYS and CHRISTOPHER    : 08 Civ. 7416 (JSR)
STRIDE, as JOINT OFFICIAL LIQUIDATORS :
of SPHINX LTD., et al.                         :
:  ORDER
Plaintiffs,              :
:
-against-                               :
:
ROBERT AARON, et al.,                  :
:
Defendants.           :
---------------------------------------------------------------X

## SPECIAL MASTER ORDER RELATED TO THE DPM DEFENDANTS' SUBPOENA TO STANDARD & POOR'S

This matter having been opened to the Court by McCarter & English, LLP, attorneys for the DPM Defendants in connection with a subpoena served upon Standard & Poor's ("S&P"), pursuant to F.R.C.P. 45 (the "Subpoena"); and on notice to S&P and with its consent to the form of order; and good cause appearing;

IT IS on this 18th day of October, 2010

ORDERED that oral argument, originally scheduled to take place on October 18, 2010, has been adjourned;

ORDERED that counsel for the DPM Defendants and S&P shall participate in a conference call with Special Master Hedges on __11/15__, 2010; and at 4 PM

ME1 10740148v.1

2

ORDERED that a date for oral argument shall be set by Special Master Hedges, if necessary.

SO ORDERED.

_____
Hon. Ronald Hedges
SPECIAL MASTER