UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re REFCO INC. SECURITIES LITGATION : Case No. 07-md-1902 (JSR)

This Document Relates to:

KENNETH M. KRYS, et al., : Case No. 08-cv-7416 (JSR)

Plaintiffis,

    -against- : **SUBSTITUTION OF ATTORNEY**

ROBERT AARON, et al.,

    Defendants

---

    The undersigned hereby consent to substitution of the firm of DLA PIPER LLP (US), 300 Campus Drive, Suite 100, Florham Park, New Jersey 07932 as attorneys for DPM, DPM Mellon, BNY Mellon and Guy Castranova in the above-captioned action, in place and stead of MCCARTER & ENGLISH, LLP PC, 100 Mulberry Street, Newark, New Jersey 07102. This consent to Substitution of Attorney may be executed in counterparts, and copies of signatures shall suffice as originals.

Dated: October 27, 2010

MCCARTER & ENGLISH, LLP
100 Mulberry Street
Newark, New Jersey 07102
Tel:  (973) 622-4444

By _____
Withdrawing Attorneys

DLA PIPER LLP (US)
300 Campus Drive, Suite 100
Florham Park, New Jersey 07932
Tel:  (973) 520-2561

By _____
B. John Pendleton, Jr.
Superceding Attorneys