## CERTIFICATE OF SERVICE

I, Elaine K. Lou, an attorney with the law firm of Linklaters LLP, hereby certify and declare that on this day of October 29, 2010, I caused a true and correct copy of the Reply Memorandum of Law in Support of the Deutsche Bank Defendants' Motion to Dismiss Plaintiffs' Complaint to be served upon all counsel of record in *Krys, et al. v. Deutsche Bank Securities, Inc., et al.*, 10-cv-3594, via the Electronic Case Filing system.

Elaine K. Lou