UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
:
:
:                           07 MDL 1902 (JSR)
:                           (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION   :
:                           <u>CASE MANAGEMENT ORDER #34</u>
:
:
:
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

    The Court has received the bills from the Special Masters for the month of October, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on November 12, 2010. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account.

    SO ORDERED.

                                                  JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       November 5, 2010