UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| IN RE: REFCO SECURITIES LITIGATION | : | 07 MDL 1902 (JSR) |

---

| | | |
|---|---|---|
| KENNETH M. KRYS and CHRISTOPHER STRIDE, as JOINT OFFICIAL LIQUIDATORS of SPHINX LTD., et al. | : | 08 Civ. 7416 (JSR) |
| Plaintiffs, | : | |
| -against- | : | |
| ROBERT AARON, *et al.*, | : | |
| Defendants. | : | |

---

## NOTICE OF MOTION TO WITHDRAW

PLEASE TAKE NOTICE that pursuant to this Court's Local Civil Rule 1.4, upon the accompanying declaration of Stephanie Cohen, dated November 9, 2010, and upon the papers filed in this action in support of the motion to withdraw, the undersigned will move this Court at a date and time to be determined by the Court for an order granting the withdrawal of Stephanie Cohen as counsel for Defendants Guy Castranova, Derivative Portfolio Management LLC, DPM-Mellon, LLC, Derivative Portfolio Management, Ltd., DPM-Mellon, Ltd., and The Bank of New York Mellon Corporation in this action.

Dated: Florham Park, New Jersey
       November 9, 2010

                        DLA PIPER US LLP

                    By:  s/ B. John Pendleton, Jr.
                        B. John Pendleton, Jr.
                        300 Campus Drive, Suite 100
                        Florham Park, New Jersey  07932
                        (973) 520-2561
                        (973) 520-2581 (Fax)
                        Email:  john.pendleton@dlapiper.com

EAST\43811810. 1