UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
KRYS, ET AL.

                              Plaintiff,             08-cv-7416 (JSR)
                                                    07-md-1902 (JSR)

-against-
AARON, ET AL.

                              Defendant.

NOTICE OF CHANGE OF ADDRESS

☑ I have cases pending      ☐ I have no cases pending

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ELLIOTT Z. STEIN

☑     Attorney

    ☑     I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is:ES2202; My State Bar Number is:_____

    ☐     I am a Pro Hac Vice attorney
    ☐     I am a Government Agency attorney

☑     Law Firm/Government Agency Association

    From:     Dickstein Shapiro LLP
    To:     Lowenstein Sandler PC

    ☑     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐     I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

☑ Address:     1251 Avenue of the Americas
                    New York, NY 10020

☑ Telephone No.:     (212 262-6700_____
☑ Fax No.:     (212)262-7402_____
☑ E-Mail Address:     estein@lowenstein.com

Dated:     November 11, 2010

                                        s/ ELLIOTT Z. STEIN_____
                                        ATTORNEY'S SIGNATURE