UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
KRYS, ET AL.

                     Plaintiff,      08-cv-7416 (JSR)
                                     07-md-1902 (JSR)

-against-

AARON, ET AL.

                     Defendant.

NOTICE OF CHANGE OF ADDRESS

☑ I have cases pending      ☐ I have no cases pending

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: IRA LEE SORKIN

☑ Attorney

    ☑ I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is:IS8884; My State Bar Number is:_____

    ☐ I am a Pro Hac Vice attorney
    ☐ I am a Government Agency attorney

☑ Law Firm/Government Agency Association

    From:  Dickstein Shapiro LLP
    To:      Lowenstein Sandler PC

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

☑ Address:    1251 Avenue of the Americas
                     New York, NY 10020

☑ Telephone No.:    (212 262-6700

☑ Fax No.:    (212)262-7402

☑ E-Mail Address:    isorkin@lowenstein.com

Dated: November 11, 2010

                                           s/ IRA LEE SORKIN
                                           ATTORNEY'S SIGNATURE