UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
IN RE: REFCO SECURITIES LITIGATION              :   07 MDL 1902 (JSR)
:
---------------------------------------------------------------X

---------------------------------------------------------------X
:
KENNETH M. KRYS and CHRISTOPHER                 :   08 Civ. 7416 (JSR)
STRIDE, as JOINT OFFICIAL LIQUIDATORS            :
of SPHINX LTD., et al.                          :
:
            Plaintiffs,              :
:
    -against-                                   :
:
ROBERT AARON, et al.,                           :
:
            Defendants.              :
:
---------------------------------------------------------------X

*[handwritten: SPECIAL MASTER]*

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Upon the motion of counsel B. John Pendleton, Jr. of DLA Piper US LLP, **IT IS HEREBY ORDERED** that Stephanie Cohen is no longer counsel of record for defendants Guy Castranova, Derivative Portfolio Management LLC, DPM-Mellon, LLC, Derivative Portfolio Management, Ltd., DPM-Mellon, Ltd., and The Bank of New York Mellon Corporation in this action. The Clerk of Court is respectfully requested to amend the Court's records accordingly.

Dated: New York, New York
       November 17, 2010

                                        _____
                                        ~~Honorable Jed S. Rakoff, U.S.D.J.~~

EAST\43812399.1