IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO SECURITIES LITIGATION | : 07 MDL 1902 (JSR) |
| KENNETH M. KRYS and CHRISTOPHER STRIDE, as JOINT OFFICIAL LIQUIDATORS of SPHINX LTD., et al., | : 08 Civ. 7416 (JSR) : ORDER |
| Plaintiffs, | |
| v. | |
| ROBERT AARON, et al., | |
| Defendants. | |

**SPECIAL MASTER ORDER REGARDING THE DPM DEFENDANTS'
MOTION TO COMPEL PRODUCTION OF S&P DOCUMENTS**

Attorneys for the DPM Defendants having moved to compel further production of documents by nonparty Standard & Poor's ("S&P");

The DPM Defendants and nonparty S&P having briefed the matter, previously having agreed to adjourn the October 18, 2010 oral argument of the motion, and having participated in the November 15, 2010 conference call with Special Master Hedges pursuant to the October 18, 2010 Special Master Order; and having considered the forms of order;

The DPM Defendants having withdrawn without prejudice their motion;

IT IS on this 22d day of November, 2010

ORDERED that S&P submit a declaration from their compliance officer regarding the nature of the S&P firewall; and and the special master shall not entertain any further argument absent some compelling argument;

EAST\43874369.1

IT IS FURTHER ORDERED that the DPM Defendants' request for supplementation of S&P's categorical privilege log is denied without prejudice and may be renewed (i) after depositions are completed or (ii) if the DPM Defendants decide not to take a deposition of any S&P representative.

SO ORDERED.

_____
Hon. Ronald Hedges
SPECIAL MASTER

EAST\43874369.1