UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
In re REFCO INC. SECURITIES          :   07 MD. 1902 (JSR)
LITIGATION                           :
------------------------------------- x
                                     :
MARC S. KIRSCHNER, as Trustee of the :
Refco Litigation Trust,              :
                                     :   07 Civ. 7074 (JSR)
              Plaintiff,             :
                                     :
        -v-                          :
                                     :         ORDER
THOMAS H. LEE PARTNERS, L.P., et al.,:
                                     :
              Defendants.            :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

Upon the request of the Special Master, and with the consent of all parties, the trial of this case is hereby rescheduled to March 28, ~~2010~~ 2011 at 9:00 a.m.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       November 19, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/10