**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
                                                             :
In re REFCO INC. SECURITIES LITIGATION    :    Case No. 07-md-1902 (JSR)
                                                             :
-------------------------------------------------------------X

## SPECIAL MASTER NOTICE

PLEASE TAKE NOTICE that the status conference scheduled to take place before Judge Rakoff in the above-captioned multidistrict litigation on December 8, 2010 is cancelled.

**SO ORDERED** this 3d day of December, 2010


  /s/ Ronald J. Hedges

   HON. RONALD HEDGES
     SPECIAL MASTER