UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
:
:                         07 MDL 1902 (JSR)
:                         (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION      :
:                         CASE MANAGEMENT ORDER #39
:
:
:
:
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

     On December 14, 2010 counsel for defendants Brian Owens and Mark Kavanagh convened a joint conference call to Chambers requesting an extension of time to file objections to Special Master Daniel J. Capra's October 21, 2010 "Report and Recommendation of the Special Master on Motions to Dismiss Brought by Defendants Owens and Kavanagh." See docket number 900. In light of the fact that the Court's determination of the various "Krys" matters may have a substantial effect on the "Owens" and "Kavanagh" actions, the Court granted the extension. Accordingly, defendants' objections to the October 21, 2010 Report and Recommendation must be filed within 20 days after the Court's resolution on the final "Krys" appeal of the Special Master's Reports and Recommendations.

     SO ORDERED.

                                                   _____
                                                  JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       December 14, 2010