USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/21/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | No. 07 MDL 1902 (JSR)<br>No. 05 Civ. 8626 (JSR) |
| MARC S. KIRSCHNER, As Trustee of the Refco Litigation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>GRANT THORNTON LLP, et al.,<br><br>Defendants. | No. 07 Civ. 11604 (JSR) |
| MARC S. KIRSCHNER, As Trustee of the Refco Private Actions Trust,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER BROWN LLP, MAYER BROWN INTERNATIONAL LLP, and GRANT THORNTON LLP,<br><br>Defendants. | No. 07 Civ. 8165 (JSR) |

|  |  |
|---|---|
| KENNETH M. KRYS, et al.,<br><br>   Plaintiffs,<br><br>  vs.<br><br>CHRISTOPHER SUGRUE, et al.,<br><br>   Defendants. | No. 08 Civ. 3086 (JSR)<br><br>ECF Case |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND PROPOSED SPECIAL MASTER ORDER

PLEASE TAKE NOTICE that counsel for Mayer Brown LLP respectfully withdraws the appearance of Sarah E. Citrin, Esq. in the above-captioned actions. No other attorney is withdrawing his or her appearance by this notice. Williams & Connolly LLP remains counsel to Mayer Brown LLP.

Dated: December 20, 2010
   Washington, D.C.

              Respectfully submitted,

              By: _____
                 Thomas G. Ward (TW-6255)
                 WILLIAMS & CONNOLLY LLP
                 725 Twelfth Street, N.W.
                 Washington, D.C. 20005
                 Tel. (202) 434-5000
                 Fax. (202) 434-5029

                 *Counsel for Defendant*
                 *Mayer Brown LLP*

SO ORDERED.

Dated: 12/21, 2010

              _____
              HON. RONALD HEDGES
              SPECIAL MASTER