**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE REFCO INC. SECURITIES LITIGATION | CASE NO. 07-MD-1902 (JSR) |

This document relates to:

| | |
|---|---|
| KENNETH M. KRYS, *ET AL.*, | CASE NO. 08-CV-3065 (JSR) |
| Plaintiffs, | CASE NO. 08-CV-3086 (JSR) |
| -against- | |
| CHRISTOPHER SUGRUE, *ET AL.* | |
| Defendants. | |
| KENNETH M. KRYS, *ET AL.*, | CASE NO. 08-CV-8267 (JSR) |
| Plaintiffs, | |
| -against- | |
| RICHARD BUTT | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Ross E. Firsenbaum, hereby declare as follows:

      1.      I am a Senior Associate at the law firm of Wilmer Cutler Pickering Hale & Dorr LLP, counsel for the Bank Defendants in the above captioned action.

      2.      I hereby certify, that on December 23, 2010, a copy Defendants' Limited Objection to the Report and Recommendation of the Special Master on the Omnibus Issue of *In Pari Delicto* and *Wagoner* was served on counsel of record via the Court's CM/ECF system.

I declare that the foregoing is true and correct.

Dated: New York, New York
December 23, 2010

/s/ Ross E. Firsenbaum_____
Ross E. Firsenbaum
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800