## **CERTIFICATE OF SERVICE**

I, Jessica Calagione, an attorney with the law firm of Brown Rudnick LLP, certify that I caused true and correct copies of the Krys Plaintiffs' Objection to the Report and Recommendation of the Special Master Capra on the Omnibus Issue of In Pari Delicto and Wagoner and the Declaration of Kenneth W. McGraw to be served upon all counsel of record in *Krys, et al. v. Sugrue, et al.*, 08-cv-3065 and 08-cv-3086, *Krys, et al. v. Aaron, et al.*, 08-cv-7416 and *Krys, et al. v. Butt*, 08-cv-8267 on this 23rd day of December, 2010, via the Electronic Case Filing system and/or via electronic mail.



/s Jessica Calagione
JESSICA CALAGIONE