## CERTIFICATE OF SERVICE

I, Elaine K. Lou, an attorney with the law firm of Linklaters LLP, hereby certify and declare that on this day of December 30, 2010, I caused a true and correct copy of the Notice of Transmittal of Letter Brief Regarding *In Pari Delicto* to Special Master Capra to be served upon all counsel of record in *Krys, et al. v. Deutsche Bank Securities, Inc., et al.*, 10-cv-3594, via electronic mail.

Elaine K. Lou