UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                                :
In re REFCO, INC. SECURITIES LITIGATION : 07 MDL No. 1902 (JSR)
                                :
------------------------------ x
                                :
This document relates to:       :
                                :    07 Civ. 8165 (JSR)
MARC S. KIRSCHNER,              :    Hon. Jed S. Rakoff
As Trustee of the Refco Private Actions Trust :
                                :    SPECIAL MASTER
          Plaintiff,            :    DISCOVERY SCHEDULE
                                :    ∧
          -v-                   :
                                :
PHILLIP R. BENNETT, SANTO C. MAGGIO, :
ROBERT C. TROSTEN, MAYER BROWN, :
LLP, MAYER BROWN INTERNATIONAL  :
LLP, and GRANT THORNTON LLP,    :
                                :
          Defendants.           :
------------------------------ x

WHEREAS, counsel for Kirschner, as Trustee of the Refco Private Actions Trust ("Trustee"), counsel for Grant Thornton LLP ("Grant Thornton"), and counsel for Phillip R. Bennett, Santo C. Maggio, Robert C. Trosten (the "Individual Defendants") in the above-referenced action (the "Action") have conferred regarding a discovery schedule,

WHEREAS, the parties to the Action have agreed to the below-referenced discovery schedule,

IT IS HEREBY ORDERED that the following discovery schedule shall apply to this action:

| | |
|---|---|
| Submission of Defendants' Answer to the Trustee's First Amended Complaint | February 2, 2011 |
| Deadline for limited written discovery occasioned by new claim raised in Amended Complaint and by the nature of the R&R in the PAT matter, which (for the first time in this case) created a distinction between deposits made before and after the LBO | January 13, 2011 |
| Fact deposition deadline (to meet and confer regarding which depositions to take, and to take those depositions) | May 3, 2011 |
| Identification of expert areas by party bearing burden of proof | April 13, 2011 |
| Submission of opening expert reports by party bearing the burden of proof | June 2, 2011 |
| Submission of responsive expert reports | July 5, 2011 |
| Expert deposition deadline | August 4, 2011 |
| Motions for Summary Judgment | September 6, 2011 |
| Response to Motions for Summary Judgment | October 6, 2011 |
| Reply to Motions for Summary Judgment | October 21, 2011 |
| Trial Date | Trustee intends to seek a trial date as soon after the submission of summary judgment motions as Judge Rakoff's calendar can accommodate |

SO ORDERED.

_____
~~Judge~~ Ronald Hedges
Special Master

Dated: 12/3/10