UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07 MDL No. 1902 (JSR) |
| KENNETH M. KRYS, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>CHRISTOPHER SUGRUE, *et al.*,<br><br>    Defendants. | 08 Civ. 3086 (JSR)<br>08 Civ. 3065 (JSR) |

### NOTICE OF DEFENDANTS MARK KAVANAGH AND BRIAN OWENS' MOTION TO COMPEL THE PRODUCTION OF <u>DOCUMENTS BY PETER GINSBERG</u>

  PLEASE TAKE NOTICE that, upon this Notice of Motion; the accompanying Memorandum of Law in Support of Defendants Mark Kavanagh and Brian Owens' Motion to Compel the Production of Documents by Peter Ginsberg and the appendices attached thereto; the Declaration of Mitchell A. Karlan and the exhibits attached thereto; and upon such other matters as may be judicially noticed or presented to the Court at the time of the hearing, Defendants Mark Kavanagh and Brian Owens will and hereby do move this Court, before the Honorable Ronald Hedges, Special Master, at 10:00 A.M. on December 21, 2010, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, Courtroom 9B, for an order compelling the

production of documents by Peter Ginsberg, reimbursement of all fees and costs incurred in bringing the motion, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
December 8, 2010

        GIBSON, DUNN & CRUTCHER LLP

        By: __s/ Mitchell A. Karlan_____
            Mitchell A. Karlan (MK-4413)
            David J. Kerstein (DK-7017)
            Diana M. Feinstein (DF-9512)

        200 Park Avenue, 47th Floor
        New York, New York 10166-0193
        Telephone: (212) 351-4000
        Facsimile: (212) 351-4035

        *Attorneys for Defendants Mark Kavanagh and Brian Owens*

To:    Peter Ginsberg, Esq.
        All counsel-of-record (whrefcomdlall@wilmerhale.com).