UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
                                      :
                                      :    07 MDL 1902 (JSR)
                                      :    (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION     :
                                      :    CASE MANAGEMENT ORDER #40
                                      :
                                      :
                                      :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/11

    The Court has received the bills from the Special Masters for the month of December, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on January 10, 2010. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account.

    SO ORDERED.

                                     _____
                                       JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       January 3, 2011

Professor Daniel J. Capra
Special Master

Fordham Law School
140 West 62nd Street
New York, New York 10023
dcapra@law.fordham.edu

January 1, 2011

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---:|
| December 1 — Reading papers on Krys v. DB MTD; in pari delicto R and R | 5.1 |
| December 2 — In pari delicto R and R | 4.2 |
| December 3 — In pari delicto R and R | 4.4 |
| December 4 — In pari delicto R and R | 4.6 |
| December 5 — In pari delicto R and R | 2.2 |
| December 8 — Reviewing materials, Kirschner v. THL | 1.8 |
| December 9 — Reading submissions on Daubert motions, Kirschner v. THL | 4.2 |
| December 10 — Daubert motions, Kirschner v. THL | 2.3 |
| December 11 — Daubert motions, Kirschner v. THL | 3.8 |
| December 12 — Daubert motions, Kirschner v. THL | 2.1 |
| December 13 — Daubert motions, preparation for oral argument Kirschner v. THL | 4.2 |
| December 14 — Daubert motions, preparing for oral argument, Kirschner v. THL | 5.8 |
| December 15 — Oral argument, Kirschner v. THL | 6.7 |
| December 16 — Research on solvency law, Kirschner v. THL | 1.2 |
| December 20 — Kirschner v. Bennett, standing question | 1.0 |
| December 21 — Kirschner v. THL, research on solvency question | 1.8 |
| December 27 — Krys v. DB, reading papers | 2.5 |
| December 29 — Reading expert reports, Kirschner v. THL | 3.1 |
| December 30 — Krys v. DB, preparing for oral argument | 2.0 |
| December 31 — Krys v. DB, letters from counsel and research on in pari delicto | 3.0 |

**Total Hours**     **65.0**

Hours @ $500/hr.

**Total Bill ------**     **$32,500**

# RONALD J. HEDGES

# INVOICE OF NOVEMBER 30, 2010

# IN RE REFCO SECURITIES LITIGATION

**HOURS INCURRED:**

Dec. 1 – preparation for and participation in Krys conference call (2.0)

Dec. 1-3 – communications w/re status of various matters and discovery disputes (1.0)

Dec. 7-8 – communications w/re proposed settlement in class action (.5)

Dec. 9 – communications with parties w/re two individual actions (.25)

Dec. 16/17 – communications w/re accountings, etc. (.25)

Dec. 17 – conference calls w/re separate actions (.5)

Dec. 19 – preparation for argument on Dec. 21 (3.5)

Dec. 21 – attendance at argument (6.0)

Dec. 21-23 – communications w/re Kirschner motion practice and discovery and w/re party contributions to fund (1.0)

**TOTAL HOURS INCURRED: 15 hours @ $400.00/hour = $6,000.00**

**EXPENSES:**

December 21:

1

    Mileage to and from Newark – 32miles @.5 = $16.00

    NJ Tpk.Tolls = $2.50

    Newark Parking = $20.00

    PATH = $3.50

**TOTAL EXPENSES INCURRED = $42.00**


**TOTAL = $6,042.00**