UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE REFCO INC. SECURITIES LITIGATION | CASE NO. 07-MD-1902 (JSR) |

This document relates to:

| | |
|---|---|
| KENNETH M. KRYS, *ET AL.*, | CASE NO. 08-CV-3065 (JSR) |
| Plaintiffs, | CASE NO. 08-CV-3086 (JSR) |
| -against- | |
| CHRISTOPHER SUGRUE, *ET AL.* | |
| Defendants. | |
| | |
| KENNETH M. KRYS, *ET AL.*, | CASE NO. 08-CV-8267 (JSR) |
| Plaintiffs, | |
| -against- | |
| RICHARD BUTT | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, John S. Williams, hereby declare as follows:

    1.    I hereby certify that, on January 11, 2011, a copy of the Response of Certain Defendants to Plaintiffs' Objections to the Report and Recommendation of the Special Master on the Omnibus Issue of *In Pari Delicto* and *Wagoner* was served on counsel of record via the Court's CM/ECF system.

    I declare that the foregoing is true and correct.

Dated: Washington, DC
January 11, 2011

/s/ John S. Williams_____
John S. Williams
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC  20005
202-434-5000