**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | Case No. 07 MDL 1902 (JSR) |
| THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., and THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., | **FILED UNDER SEAL** |
| Plaintiffs/Counterclaim Defendants, | Case No. 07 Civ. 8663 (JSR) |
| v. |  |
| GRANT THORNTON LLP, |  |
| Defendant/Counterclaim Plaintiff. |  |

**THL'S REPLY RULE 56.1 STATEMENT IN**
**FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

FILED UNDER SEAL