UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | Case No. 07 MDL 1902 (JSR) |
| THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., and THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., | Case No. 07 Civ. 8663 (JSR) |
| Plaintiffs/Counterclaim Defendants, | **CERTIFICATE OF SERVICE** |
| v. | |
| GRANT THORNTON LLP, | |
| Defendant/Counterclaim Plaintiff. | |

I hereby state the following:

1. I am an attorney with the law firm Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., 1615 M Street, N.W., Suite 400, Washington, D.C. 20009, counsel of record for Plaintiffs.

2. On January 14, 2011, I caused Plaintiffs' Reply Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment on Grant Thornton's Counterclaims, Plaintiffs' Reply Rule 56.1 Statement in Further Support of Its Motion for Summary Judgment, and the Declaration of Michael R. Fawcett to be served via overnight delivery upon Defendants' counsel, Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166, attention to Beth A. Tagliamonti, Esq.

3. On January 14, 2011, I caused a courtesy copy of the same to be sent via e-mail to Defendants' counsel at btagliamonti@winston.com.

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 14, 2011  
Washington, DC

By: _/s/ Kevin B. Huff_  
Kevin B. Huff

KELLOGG, HUBER, HANSEN, TODD,  
 EVANS & FIGEL, P.L.L.C.  
1615 M Street, N.W.  
Suite 400  
Washington, DC 20009  
(202) 326-7900