**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | : | Case No. 07 MDL 1902 (JSR) |
|  | : |  |
| THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., and THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., | : | **FILED UNDER SEAL** |
| Plaintiffs/Counterclaim Defendants, | : | Case No. 07 Civ. 8663 (JSR) |
| v. | : |  |
| GRANT THORNTON LLP, | : |  |
| Defendant/Counterclaim Plaintiff. | : |  |

**GRANT THORNTON LLP'S REPLY RULE 56.1 STATEMENT IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**