UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
                                       :

IN RE REFCO SECURITIES LITIGATION     :       07 MDL 1902 (JSR)
                                         :          Applies To:
                                         :          08 Civ. 3065
                                         :          08 Civ. 3086

---------------------------------------- x
---------------------------------------- x
KENNETH M. KRYS, et al.,               :           ORDER

          Plaintiffs,           :

              -v-                :

CHRISTOPHER SUGRUE, et al.,          :

          Defendants.           :
---------------------------------------- x



JED S. RAKOFF, U.S.D.J.

      On December 21, 2010 Special Master Hedges heard oral argument
on a discovery dispute between the so-called "Krys Plaintiffs" and
non-parties Gibson Dunn & Crutcher LLP ("Gibson Dunn"), Scott Kislin,
and Mitchell Karlan (collectively, the "Gibson Dunn Objectors")
regarding whether or not the Gibson Dunn Objectors had to produce a
particular Gibson Dunn email exhibit.  The Special Master subsequently
issued an Order, filed January 13, 2011 in docket number 07 MD 1902,
directing the Gibson Dunn Objectors to produce the disputed email to
the Krys Plaintiffs.  On January 20, 2011 the Gibson Dunn Objectors
appealed to this Court.  After review of the disputed email and the
parties' letter briefs, the Court reluctantly concludes that the

Special Master's Order must be, and hereby is, overruled.  The reasons

for this ruling will be set forth in a Memorandum that will be filed

in due course.  Meanwhile, if the Krys Plaintiffs still have copies of

the disputed email, they should destroy them forthwith.


        SO ORDERED.

                                   _____
                                   JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        February 4, 2011