UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
                                      :
                                      :
                                      :
IN RE REFCO SECURITIES LITIGATION     :    07 MDL 1902 (JSR)
                                      :
                                      :    Applies To:
                                      :    08 Civ. 3065
                                      :    08 Civ. 3086
------------------------------------- x    09 Civ. 2866
------------------------------------- x
KENNETH M. KRYS, et al.,              :
                                      :         ORDER
            Plaintiffs,               :
                                      :
            -v-                       :
                                      :
CHRISTOPHER SUGRUE, et al.,           :
                                      :
            Defendants.               :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

    On May 24, 2010, Mark Kavanagh and Brian Owens filed a motion to appear as amici curiae in Miller v. PF Saleco LLC, No. 09 Civ. 2866. Special Master Capra granted the request by order dated May 26, 2011. However, it appears that the motion was also mistakenly filed in Krys v. Sugrue, No. 08 Civ. 3065 and 08 Civ. 3086, and the motion is still marked as pending on those dockets. Accordingly, the Clerk of the Court is directed to correct the error and close item number 380 in docket No. 08 Civ. 3065 and item number 447 in No. 08 Civ. 3086.

    SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       February 4, 2011