UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

In re REFCO, INC. SECURITIES LITIGATION : 07 MDL No. 1902 (JSR)

------------------------------------------------------------ x

This document applies to: : 07 Civ. 8165 (JSR)

MARC S. KIRSCHNER,
As Trustee of the Refco Private Actions Trust,

    Plaintiff,

        v.

PHILLIP R. BENNETT, SANTO C. MAGGIO,
ROBERT C. TROSTEN, MAYER, BROWN
LLP, MAYER BROWN INTERNATIONAL
LLP, and GRANT THORNTON LLP,

    Defendants.

------------------------------------------------------------ x

GRANT THORNTON LLP,

    Defendant/Third-Party Plaintiff,

        v.

THOMAS H. LEE PARTNERS, L.P.; THL
EQUITY ADVISORS V, LLC; THL
MANAGERS V, LLC; THOMAS H. LEE
EQUITY FUND V, L.P.; THOMAS H. LEE
PARALLEL FUND V, L.P.; THOMAS H. LEE
EQUITY (CAYMAN) FUND V, L.P.; THOMAS
H. LEE; DAVID V. HARKINS; SCOTT L.
JAECKEL; and SCOTT A. SCHOEN,

    Third-Party Defendants.

------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

NY:1328755.4

I hereby state the following:

1. I am an attorney with the law firm Winston & Strawn LLP, 200 Park Avenue, New York, New York, 10166, counsel of record for Grant Thornton LLP ("Grant Thornton").

2. On February 16, 2011, I served via email a true and correct copy of (a) Grant Thornton LLP's Third Party Complaint for Contribution, (b) Marc S. Kirschner's, as Trustee of the Refco Private Actions Trust, First Amended Complaint ("First Amended Complaint"), and (c) the summonses on third-party defendants Thomas H. Lee Partners, L.P.; THL Equity Advisors V, LLC; THL Managers V, LLC; Thomas H. Lee Equity Fund V, L.P.; Thomas H. Lee Parallel Fund V, L.P.; Thomas H. Lee Equity (Cayman) Fund V, L.P.; Thomas H. Lee; David V. Harkins; Scott L. Jaeckel; and Scott A. Schoen, (collectively, the "Documents") upon the following individuals by the following email addresses:

Kevin Huff, Esq., khuff@khhte.com;
Rebecca Beynon, Esq., rbeynon@khhte.com;
Silvija Strikis, Esq., sstrikis@khhte.com;
Greg Danilow, Esq., greg.danilow@weil.com;
Stefania Veneiza, Esq., stefania.venezia@weil.com;
Richard Rosen, Esq., rrosen@paulweiss.com;
Sascha Rand, Esq., sascharand@quinnemanuel.com;
Sarah Rubin, Esq., sarahrubin@quinnemanuel.com; and
Alex Rossmiller, Esq., alexrossmiller@quinnemanuel.com.

3. On February 16, 2011, I also caused the Documents to be served via email upon all parties to the First Amended Complaint in the above captioned action by emailing it to the following email distribution list: WHRefcoPATActionPartiesAll@wilmerhale.com.

4. Upon information and belief, Kevin Huff, Esq. agreed to accept email service of the Documents for the third party defendants pursuant to an agreement with Linda Coberly, Esq., counsel for Grant Thornton.

5.   I declare under penalty of perjury that the foregoing is true and correct.

Dated  February 16, 2011
New York, New York

_____
Calvin K. Koo (ckoo@winston.com)
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166
T: (212) 294-6797
F: (212) 294-4700

3

NY:1328755.4