UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                                          :

In re REFCO INC. SECURITIES LITIGATION   :   Case No. 07-MD-1902 (GEL)
                                                                          :
------------------------------------------------------------ X

**<u>REVISED LIST OF MEMBERS OF PLAINTIFFS' COORDINATING COMMITTEE</u>**

       In accordance with Case Management Order #3, dated November 2, 2009, the Plaintiffs' Coordinating Committee hereby submits a revised list of its members. The members of the Plaintiffs' Coordinating Committee are as follows:

1. Leo R. Beus (Krys Plaintiffs), lbeus@beusgilbert.com, (480) 429-3000;

2. David J. Molton (Krys Plaintiffs), dmolton@brownrudnick.com, (212) 209-4822;

3. Salvatore J. Graziano (Securities Plaintiffs), sgraziano@blbglaw.com, (212) 554-1538;

4. Stuart Grant (Securities Plaintiffs), sgrant@gelaw.com, (302) 622-7070;

5. Sascha Rand (Refco Actions), sascharand@quinnemanuel.com, (212) 849-7000;

6. Sander Bak (Refco Actions), sbak@milbank.com, (212) 530-5125;

[Continued on next page]

Detailed contact information and applicable case information for the members of the Plaintiffs' Coordinating Committee are listed below.

**Krys Plaintiffs**

Cases

*Krys, et al. v. Aaron, et al.*, 08 Civ. 7416
*Krys, et al. v. Butt*, 08 Civ. 8267
*Krys, et al. v. Deutsche Bank Securities, Inc., et al.*, 10 Civ. 3594
*Krys, et al. v. Sugrue, et al.*, 08 Civ. 3065 and 08 Civ. 3086

Committee Members

Leo R. Beus
Beus Gilbert PLLC
4800 N. Scottsdale Suite, Suite 6000
Scottsdale, Arizona
Telephone: (480) 429-3000
Facsimile: (480) 429-3100
lbeus@beusgilbert.com

David J. Molton
Brown Rudnick LLP
Seven Times Square
New York, New York 10036
Telephone (212) 209-4822
Facsimile: (212) 209-4801
dmolton@brownrudnick.com

**Securities Plaintiffs**[1]

Case

*In re Refco, Inc. Securities Litig.*, 05 Civ. 8626

Committee Members

Salvatore J. Graziano
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, New York 10019

---

[1] As previously agreed, the Refco Securities Plaintiffs will contribute to the Plaintiffs' Coordinating Committee until the Securities Litigation (05-cv-8626) is concluded upon final approval of all outstanding settlements.

Telephone: (212) 554-1538
Facsimile: (212) 554-1444
sgraziano@blbglaw.com

Stuart M. Grant
Grant & Eisenhofer P.A.
1201 North Market Street
Wilmington, DE 19801
Telephone: (302) 622-7070
Facsimile: (302) 622-7100
sgrant@gelaw.com

**Refco Actions**

These actions can be grouped in two general categories: (1) actions brought on behalf of the Refco Litigation Trustee ("Trustee Actions"); and (2) actions brought on behalf of Refco customers for the benefit of the Refco Private Actions Trust ("Customer Actions").

Trustee Actions

*Kirschner v. Thomas H. Lee Partners, et al.*, 07 Civ. 7074
*Kirschner v. Grant Thornton, et al.*, 07 Civ. 11604
*Kirschner v. KPMG*, 08 Civ. 8784

Customer Actions

*In re Refco Capital Markets, Ltd. Brokerage Customer Secs. Litig.*, 06 Civ. 643
*VR Global Partners, L.P. et al. v. Bennett, et al.*, 07 Civ. 8686
*Capital Mgmt. Select Fund Ltd., et al. v. Bennett*, 07 Civ. 8688
*Kirschner v. Bennett, et al.*, 07 Civ. 8165[2]

Committee Members

Sascha Rand
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
sascharand@quinnemanuel.com

---

[2] The Milbank firm is not counsel in the following actions that are being handled by the Quinn Emanuel firm, and will not act as counsel in these actions: *Kirschner v. Grant Thornton, et al.*, 07 Civ. 11604; *Kirschner v. KPMG*, 08 Civ. 8784; and *Kirschner v. Bennett, et al.*, 07 Civ. 8165.

Sander Bak
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5125
Facsimile: (212) 822-5125
sbak@milbank.com

Dated: New York, New York
       February 24, 2011

                              **BROWN RUDNICK LLP**

                              By:   /s David J. Molton
                                   David J. Molton (DM 1106)
                              Seven Times Square
                              New York, New York 10036
                              Telephone (212) 209-4800
                              Facsimile: (212) 209-4801
                              dmolton@brownrudnick.com