UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re REFCO INC. SECURITIES LITIGATION

Case No. 07-md-1902 (JSR)

------------------------------------------------------------x

This Document Relates to:

------------------------------------------------------------x

KENNETH M. KRYS, *et al.*,

               Plaintiffs,

     v.

Case No. 10-cv-3594 (JSR)

DEUTSCHE BANK SECURITIES INC., *et al.*,

               Defendants.

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Elaine K. Lou, an attorney with the law firm of Linklaters LLP, hereby certify and declare that on this day of February 28, 2011, I caused a true and correct copy of the Notice of Transmittal of Letter Brief In Response To Plaintiffs' Remand Argument With Respect To Count VII to Special Master Capra, dated February 28, 2011, to be served upon all counsel of record in *In re Refco Inc. Securities Litigation*, 07-md-1902, and *Krys, et al. v. Deutsche Bank Securities, Inc., et al.*, 10-cv-3594, via the Court's electronic filing system.

                                                 /s/ Elaine K. Lou
                                                 Elaine K. Lou
                                                 LINKLATERS LLP
                                                 1345 Avenue of the Americas
                                                 New York, New York 10105
                                                 Telephone: +1 212-903-9000