UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Refco, Inc. Securities Litigation | 07 MDL 1902 (JSR) |
| This document applies to: | |
| MARC S. KIRSCHNER, As Trustee of the Refco Private Actions Trust, Plaintiff, -vs- PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER, BROWN LLP, MAYER BROWN INTERNATIONAL LLP, and GRANT THORNTON LLP, Defendants. | 07 Civ. 8165 (JSR) |
| GRANT THORNTON LLP, Defendant/Third-Party Plaintiff, -vs- THOMAS H. LEE PARTNERS, L.P.; THL EQUITY ADVISORS V, LLC; THL MANAGERS V, LLC; THOMAS H. LEE EQUITY FUND V, L.P.; THOMAS H. LEE PARALLEL FUND V, L.P., THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., THOMAS H. LEE; DAVID V. HARKINS; SCOTT L. JAECKEL; and SCOTT A SCHOEN, Third-Party Defendants. | SPECIAL MASTER ~~PROPOSED~~ ORDER ON DISCOVERY DISPUTE |

WHEREAS, counsel for Marc S. Kirschner, as Trustee of the Refco Private Actions Trust ("Trustee") and counsel for Grant Thornton LLP ("Grant Thornton") in the above-captioned action (the "Action") have conferred regarding a briefing schedule related to Grant Thornton's Motion to Compel Production of FX Customers' Documents and Witnesses ("Motion to Compel"),

WHEREAS, the Trustee and Grant Thornton have agreed to the below-referenced briefing schedule,

IT IS HEREBY ORDERED that the following briefing schedule shall apply to Grant Thornton's Motion to Compel:

| | |
|---|---|
| Submission of Trustee's Opposition to Grant Thornton's Motion to Compel | March 14, 2011 |
| Submission of Grant Thornton's Reply to Trustee's Opposition | March 21, 2011 |
| Hearing on Motion to Compel | March 29, 2011 at 12 a.m./p.m. |

SO ORDERED

_____
Ronald Hedges
Special Master

Dated: ~~New York, NY~~ Princeton, NJ
3/3, 2011