UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
                                                :
In re REFCO, INC. SECURITIES LITIGATION         :   07 MDL 1902 (JSR)
                                                :
------------------------------------------------x
                                                :
In re REFCO, INC. SECURITIES LITIGATION         :   05 Civ. 8626 (JSR)
                                                :
------------------------------------------------x
                                                :
In re REFCO CAPITAL MARKETS, LTD.               :
BROKERAGE CUSTOMER SECURITIES                   :   06 Civ. 0643 (JSR)
LITIGATION                                      :
                                                :
------------------------------------------------x

## SPECIAL MASTER ORDER OF WITHDRAWAL OF ATTORNEY

WHEREAS James David Reich, Jr. is no longer affiliated with Winston & Strawn LLP, and Catherine Joyce (admitted *Pro Hac Vice* by order dated April 25, 2006) of Winston & Strawn LLP is counsel of record for Grant Thornton LLP in the above-captioned actions;

IT IS ORDERED that James David Reich, Jr. is withdrawn as counsel for Defendant Grant Thornton LLP in the above-captioned actions. The Clerk of the Court is directed to terminate Mr. Reich as a counsel of record in each of the above-captioned actions, and no further notices, documents or pleadings shall be served upon him.

SO ORDERED.

Dated: Newark, NJ
       3/3, 2011

Ronald Hedges – Special Master