UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:  ELECTRONICALLY FILED
MARC S. KIRSCHNER,                                              :
As Trustee of the Refco Private Actions Trust    :  07 MDL 1902 (JSR)
:
Plaintiff,                           :  07 Civ. 8165 (JSR)
:
-v-                                  :  Hon. Jed S. Rakoff
:
PHILLIP R. BENNETT, SANTO C. MAGGIO,  :
ROBERT C. TROSTEN, MAYER BROWN,       :
LLP, MAYER BROWN INTERNATIONAL        :
LLP, and GRANT THORNTON LLP,          :
:
Defendants.                         :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### RESPONSE OF CERTAIN DEFENDANTS IN *KRYS v. SUGRUE* TO SPHINX PLAINTIFFS' OBJECTION TO THE REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON GRANT THORNTON'S MOTION TO DISMISS FOR LACK OF STANDING DATED FEBRUARY 14, 2011

The plaintiffs in *Krys v. Sugrue*, Nos. 08 Civ. 3065, 08 Civ. 3086 (the "SPhinX Plaintiffs"), have objected to a February 14, 2011 Report & Recommendation ("R&R") issued, not in their case, but in the Private Actions Trust case. The SPhinX Plaintiffs are not parties to the Private Actions Trust case. Yet, they contend that the Special Master's R&R mischaracterizes their claims and highlights defects in a *different* report that he previously issued in the case in which they *are* parties – the February 3, 2010 "SPhinX Standing R&R" in *Krys v. Sugrue*.[1] The undersigned defendants in *that* case, *Krys v. Sugrue*, accordingly are constrained to

---

[1] *See Krys v. Sugrue*, Report and Recommendation of the Special Master on the Omnibus Issue of Standing (Feb. 3, 2010).

submit this brief response to explain why the Court should not entertain the SPhinX Plaintiffs' submission.

The SPhinX Plaintiffs have no standing to object to a report and recommendation in the Private Actions Trust case. They are not parties to the case, and the R&R is not entered against them; accordingly, they should not be heard to object to it. *See generally Bender v. Williamsport Area Sch. Dist.*, 475 U.S. 534 (1986) (school board member and parent who was not a party in district court could not appeal from a judgment against the board). To the extent the SPhinX Plaintiffs believe the R&R erroneously describes their complaint in *Krys v. Sugrue*, nothing in this R&R will constrain them from so arguing in *Krys v. Sugrue*[2]—and, similarly, nothing will constrain the defendants in *Krys v. Sugrue* from arguing to the contrary.

To the extent the SPhinX Plaintiffs are really objecting to the result of the SPhinX Standing R&R, this is obviously not the forum in which to raise such an objection. Indeed, the SPhinX Plaintiffs already filed objections to that Report, but the Court adopted the Report's conclusions and thus rejected those objections. *See Krys v. Sugrue*, Order of March 31, 2010. The SPhinX Plaintiffs should not be permitted to raise new objections to the SPhinX Standing R&R in a *different* case to which they (and most of these defendants) are not even parties. Accordingly, the SPhinX Plaintiffs' objection should not be considered at all.

If the Court does not reject the objection outright, it should at a minimum postpone any decision on this objection until after it rules on the pending objections to the Special Master's December 6, 2010 Report and Recommendation concerning *in pari delicto* in *Krys v. Sugrue*. If

---

[2] The SPhinX Plaintiffs' objection indicates that they intend to file a motion for leave to amend their complaint and for leave to submit further briefing on standing in *Krys v. Sugrue*. Obj. at 10. The undersigned defendants do not believe there is any proper basis for such a motion or for further briefing. Indeed, there is nothing "new," "previously un-briefed [or] un-argued," *id.*, about the SPhinX Plaintiffs' contentions in this exhaustively litigated case. Nonetheless, we will respond to any such requests in *Krys v. Sugrue* in due course, if and when they are filed.

the Court were to adopt that Report and Recommendation, all of the SPhinX Plaintiffs' claims against all of the undersigned defendants would be dismissed with prejudice, and it would be unnecessary for the Court to consider this objection.

Dated: New York, New York
       March 7, 2011

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By: /s/ Philip D. Anker
    Philip D. Anker
    (philip.anker@wilmerhale.com)
    Jeremy S. Winer
    Ross E. Firsenbaum

399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Defendants Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, and JPMorgan Chase & Co.*

Dated:  New York, New York
       March 7, 2011

DECHERT LLP

By:  /s/  Benjamin E. Rosenberg
    Benjamin E. Rosenberg
    (benjamin.rosenberg@dechert.com)
    Nicolle L. Jacoby
    Brian H. Brick

1095 Avenue of the Americas
New York, New York  10036
Tel.: (212) 698-3500

*Attorneys for Defendant Bank für Arbeit und Wirtschaft und Österreichische Postsparkasse Aktiengesellschaft*

| | |
|---|---|
| Dated:  New York, New York<br>March 7, 2011 | DAVIS POLK & WARDWELL LLP<br><br>By: /s/ Robert F. Wise, Jr.<br>    Robert F. Wise, Jr.<br>    (robert.wise@davispolk.com)<br>    Paul Spagnoletti<br><br>    450 Lexington Avenue<br>    New York, New York 10017<br>    Tel.: (212) 450-4000<br><br>    *Attorneys for Defendants Ingram Micro Inc. and CIM Ventures Inc.* |
| Dated:  New York, New York<br>March 7, 2011 | ARNOLD & PORTER LLP<br><br>By:  /s/  Veronica E. Rendón<br>    Veronica E. Rendón<br>    (Veronica.Rendon@aporter.com)<br>    Lucy S. McMillan<br><br>    399 Park Avenue<br>    New York, New York  10022<br>    Tel.: (212) 715-1000<br><br>       -and-<br><br>    Robert A. Schwartz<br>    555 12th Street N.W.<br>    Washington, DC 20004<br>    Tel:  (202) 942-6219<br><br>    *Attorneys for Defendants EMF Financial Products, LLC, Delta Flyer Fund, LLC and Eric M. Flanagan* |

| | |
|---|---|
| Dated:  Chicago, Illinois<br>         March 7, 2011 | WINSTON & STRAWN LLP<br><br>By: /s/ Linda T. Coberly<br>   Linda T. Coberly<br>   (lcoberly@winston.com)<br>   35 West Wacker Drive<br>   Chicago, Illinois 60601<br>   Tel.: (312) 558-5600<br><br>   *Attorneys for Defendants Grant Thornton LLP and Mark Ramler* |
| Dated:  Los Angeles, California<br>         March 7, 2011 | KATTEN MUCHIN ROSENMANN LLP<br><br>By: /s/ Helen B. Kim<br>   Helen B. Kim<br>   (helen.kim@kattenlaw.com)<br><br>   2029 Century Park East, Suite 2600<br>   Los Angeles, CA 90067-3012<br>   Tel.: (310) 788-4400<br><br>   *Attorneys for Defendant Dennis Klejna* |

Dated: Chatham, New Jersey       MARINO, TORTORELLA & BOYLE, P.C.
March 7, 2011

By: /s/ Kevin H. Marino
    Kevin H. Marino
    (kmarino@khmarino.com)
    John D. Tortorella

    437 Southern Boulevard
    Chatham, New Jersey 07928-1488
    Tel.: (973) 824-9300

*Attorneys for Defendants Liberty Corner Capital Strategies, LLC and William T. Pigott*


Dated: Washington, D.C.       WILLIAMS & CONNOLLY LLP
March 7, 2011

By: /s/ Craig D. Singer
    John K. Villa
    George A. Borden
    Craig D. Singer
    (csinger@wc.com)

    725 Twelfth Street, NW
    Washington, DC 20005
    Tel.: (202) 434-5000

*Attorneys for Defendants Mayer Brown LLP and Edward S. Best*

Dated: New York, New York  　　　COOLEY GODWARD KRONISH LLP
　　　　　March 7, 2011

　　　　　　　　　　　　　　　　　　By: /s/ William J. Schwartz
　　　　　　　　　　　　　　　　　　　　William J. Schwartz
　　　　　　　　　　　　　　　　　　　　(wschwartz@cooley.com)
　　　　　　　　　　　　　　　　　　　　Jonathan P. Bach
　　　　　　　　　　　　　　　　　　　　Reed A. Smith
　　　　　　　　　　　　　　　　　　　　Daniel M. Hibshoosh
　　　　　　　　　　　　　　　　　　　　Kathleen E. Cassidy

　　　　　　　　　　　　　　　　　　　　1114 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, NY 10036-7798
　　　　　　　　　　　　　　　　　　　　Tel.: (212) 479-6000

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Joseph P. Collins*

Dated: New York, New York  　　　CLAYMAN & ROSENBERG
　　　　　March 7, 2011

　　　　　　　　　　　　　　　　　　By: /s/ Charles E. Clayman
　　　　　　　　　　　　　　　　　　　　Charles E. Clayman
　　　　　　　　　　　　　　　　　　　　(clayman@clayro.com)

　　　　　　　　　　　　　　　　　　　　305 Madison Avenue, Suite 1301
　　　　　　　　　　　　　　　　　　　　New York, NY 10165
　　　　　　　　　　　　　　　　　　　　Tel.: (212) 922-1080

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Paul Koury*

Dated: New York, New York
      March 7, 2011

KING & SPALDING LLP

By: /s/ James J. Capra, Jr.
    James J. Capra, Jr.
    (jcapra@kslaw.com)
    James P. Cusick

    1185 Avenue of the Americas
    New York, New York 10036-4003
    Tel.: (212) 556-2100

*Attorneys for Defendants PricewaterhouseCoopers LLP and Mari Ferris*

Dated:  New York, New York
       March 7, 2011

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP


By: /s/ Walter Rieman
   Richard A. Rosen
   Walter Rieman
   (wrieman@paulweiss.com)

   1285 Avenue of the Americas
   New York, NY 10019-6064
   Tel.: (212) 373-3000

    - and-

WEIL, GOTSHAL & MANGES

   Greg Danilow
   767 Fifth Avenue
   New York, NY 10153-0003
   Tel: (212) 310-8000

*Attorneys for Defendants Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., THL Equity Advisors V, LLC, Thomas H. Lee Advisors, LLC, THL Managers V, LLC, Thomas H. Lee Investors Limited Partnership and The 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, David V. Harkins, Scott L. Jaeckel, and Scott A. Schoen*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of March 2011, a copy of the RESPONSE OF CERTAIN DEFENDANTS IN *KRYS v. SUGRUE* TO SPHINX PLAINTIFFS' OBJECTION TO THE REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON GRANT THORNTON'S MOTION TO DISMISS FOR LACK OF STANDING DATED FEBRUARY 14, 2011 was filed with the Court through the CM/ECF system . The foregoing was served on counsel of record via the Court's CM/ECF system.

                                          /s/  Saverino Mercadante
                                            Saverino Mercadante