UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
In Re Refco Securities Litigation

Case No. 07 MDL 1902 (JSR)

-------------------------------------------------------------

# NOTICE OF CHANGE OF ADDRESS

TO:  ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

__X__ I have cases pending         _____ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Keara A. Bergin
FILL IN ATTORNEY NAME

My SDNY Bar Number is: __KB-0831__  My State Bar Number is __2699643__
I am,

__X__ An attorney

_____ A Government Agency attorney

_____ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm, address, telephone number and fax number):

OLD FIRM:   Dewey Pegno & Kramarsky LLP

220 East 42nd Street

New York, New York 10017

(T) 212-943-9000 (F) 212-943-4325

NEW FIRM:  <u>Dewey Pegno & Kramarsky LLP</u>

<u>777 Third Avenue</u>

<u>New York, New York 10017</u>

<u>(T) 212-943-9000  (F) 212-943-4325</u>

  **X**    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

_____I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.


Dated: March 16, 2011

        s/Keara A. Bergin
ATTORNEY'S SIGNATURE