UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | Case No. 07 MDL 1902 (JSR) |
| THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., and THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> GRANT THORNTON LLP, <br><br> Defendant/Counterclaim Plaintiff. | Case No. 07 Civ. 8663 (JSR) |

## SPCIAL MASTER ~~PROPOSED~~ ORDER

Upon consideration of the March 15, 2011 letter submitted by Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. requesting permission, pursuant to Paragraph 3(d) of the Amended Confidentiality Compliance Order dated May 5, 2010, to unseal the documents listed in Exhibit A attached hereto, it is hereby

**ORDERED** that the motion to unseal the documents in Exhibit A is **GRANTED** and that the documents listed therein shall be re-filed publicly and placed in the court docket.

Dated this 17th day of March, 2011.

_____
Hon. Ronald Hedges
Special Master

Exhibit A

**Proposed Materials to be Unsealed from THL's Motion for Summary Judgment, Opposition to Grant Thornton LLP's Motion for Summary Judgment, Reply in Support of THL's Motion for Summary Judgment, and THL's Opposition to Grant Thornton LLP's Motion to Exclude Proposed Expert Testimony of Harris Devor**
*Thomas H. Lee Equity Fund V, L.P. v. Grant Thornton LLP,*
Case No. 07 Civ. 8663 (JSR)

| Declaration Exh. No. | Description |
|---|---|
| Hetherington Ex. No. 1 | Excerpts of Deposition of Scott Schoen (September 24-25, 2009) (redacted as per June 4, 2010 letter from S. Venezia to Refco MDL) |
| Hetherington Ex. No. 3 | REFCO-HC-0025239-475 |
| Hetherington Ex. No. 4 | REFCO-E-002108700-974 |
| Hetherington Ex. No. 9 | CSFB-CIV-0322305-17 |
| Hetherington Ex. No. 17 | Excerpts of Deposition Paul Koury (October 29, 2009) |
| Hetherington Ex. No. 18 | Excerpts of Deposition of Joseph Collins (November 16, 2009) |
| Hetherington Ex. No. 19 | Excerpts of Deposition of Mark Ramler (February 9-11, 2009) |
| Hetherington Ex. No. 20 | MB02010135; REFCO-HC-0018781-82; MB02060297; MB02060298-301; REFCO-HC-0036516-18 |
| Hetherington Ex. No. 22 | GT CC WP 0084921-38 (redacted as per Aug. 4, 2010 e-mail and attachment from C. Joyce to Special Master Hedges) |
| Hetherington Ex. No. 27 | GT P 0189736-51 |
| Hetherington Ex. No. 28 | GT 0242028-39 |
| Hetherington Ex. No. 29 | GT 0242969-70 |
| Hetherington Ex. No. 34 | GT P 0003642-845 |
| Hetherington Ex. No. 35 | GT P 0014147-225 |
| Hetherington Ex. No. 36 | GT P 0003849 |
| Hetherington Ex. No. 37 | WGM-L 0014497-730 |
| Hetherington Ex. No. 40 | GT 1526892-7098 |
| Hetherington Ex. No. 44 | REFCO-S-0764202-97 |
| Hetherington Ex. No. 60 | Declaration of Scott A. Schoen, *Kirschner v. THL*, 07 Civ. 7074 (JSR) (June 24, 2010) |
| Hetherington Ex. No. 62 | GT P 0195702-05 |
| Hetherington Ex. No. 63 | GT P 0139303-09 |
| Hetherington Ex. No. 64 | GT P 0050520-22 |
| Hetherington Ex. No. 65 | GT P 0139527 |
| Hetherington Ex. No. 66 | GT P 0047624 |
| Hetherington Ex. No. 67 | GT P 0054825-27 |
| Hetherington Ex. No. 69 | GT P 0028101-14 |
| Hetherington Ex. No. 70 | GT P 0052912-13 |
| Hetherington Ex. No. 71 | GT P 0052914-15 |
| Hetherington Ex. No. 72 | GT P 0139930-36 |
| Hetherington Ex. No. 73 | GT P 0000002 |

| Declaration Exh. No. | Description |
| --- | --- |
| Hetherington Ex. No. 74 | GT P 0139953-140212 |
| Hetherington Ex. No. 75 | GT P 0140213-506 |
| Hetherington Ex. No. 76 | GT P 0140816-1118 |
| Hetherington Ex. No. 77 | GT P 0140507-815 |
| Hetherington Ex. No. 79 | GT P 0191089 |
| Hetherington Ex. No. 81 | GT 0046340-494 |
| Hetherington Ex. No. 83 | GT P 0048427-30 |
| Hetherington Ex. No. 87 | KPMG-THL 0024273-80 |
| Hetherington Ex. No. 92 | GT P 0078002-09 |
| Hetherington Ex. No. 93 | REFCO-HC-0518139-42 |
| Hetherington Ex. No. 94 | GT P 0077823-31 |
| Hetherington Ex. No. 95 | REFCO-HC-0518001-0 |
| Hetherington Ex. No. 96 | REFCO-HC-0517896-97 |
| Hetherington Ex. No. 100 | MB02325186-89; MB02325074-109 |
| Hetherington Ex. No. 101 | MB02046022-38; MB02046176; MB02046039-55; MB02046170-74 |
| Hetherington Ex. No. 104 | DFF00201-8; DFF00169-200; EF00005299-5372 |
| Hetherington Ex. No. 105 | LC-USAO 000001-36 |
| Hetherington Ex. No. 109 | MB02293326-28; REFCO-HC-0533286-359; MB02293337-52; MBRM-E-00058070-108; MBRM-E-00059175-209; MBRM-E-00059690-723 |
| Hetherington Ex. No. 110 | P000579-611; MBRM-EX 00093336-437 |
| Hetherington Ex. No. 111 | MB02293240-254; MBRM-EX 00093617-651 |
| Hetherington Ex. No. 112 | P000632-62; MBRM-E-00060778-811 |
| Hetherington Ex. No. 113 | MBRM-E-00060113-146; REFCO-HC-0533754-87 |
| Hetherington Ex. No. 114 | REFCO-HC-0533793-824 |
| Hetherington Ex. No. 115 | REFCO-HC-0533825-79; MBRM-E-00056676; REFCO-E-002980076-109; MBRM-E-00060149 |
| Hetherington Ex. No. 116 | REFCO-E-002993426-27; REFCO-HC-0533891-956 |
| Hetherington Ex. No. 117 | LC-USAO 000310-326; LC-USAO 000341-353; REFCO-0002-000085-97; REFCO-0002-000100-113 |
| Hetherington Ex. No. 120 | REFCO-HC-0014102-56 |
| Hetherington Ex. No. 121 | THL/UCC 000040064-121 |
| Hetherington Ex. No. 122 | THL/UCC 00037796-805 |
| Hetherington Ex. No. 124 | Excerpts of Deposition of Leo Breitman (November 20, 2009) |
| Hetherington Ex. No. 125 | Excerpts of Deposition of Nathan Gantcher (October 14, 2009) |
| Hetherington Ex. No. 126 | Excerpts of Deposition of Ronald L. O'Kelley (November 4, 2009) |
| Hetherington Ex. No. 127 | Excerpts of Deposition of Gerald Sherer (October 29-30, 2009) |
| Hetherington Ex. No. 129 | GT P 0191422 |

| Declaration Exh. No. | Description |
|---|---|
| Rosen Ex. No. 30 | GT0045848 |
| Rosen Ex. No. 31 | THLRES 00007522 |
| Rosen Ex. No. 41 | GT P 0130512-99 (redacted as per Dec. 22, 2010 e-mail and attachment from S. Tewarie to Special Master Hedges) |
| Rosen Ex. No. 55 | GT P 006130-52 |
| Rosen Ex. No. 102 | MB02045774-90; MB02046018; MB02045757-73; MB02046217; MB02046253-56 |
| Rosen Ex. No. 122 | BAW 002601-26 |
| Rosen Ex. No. 131 | GT SEC 0016260-61 |
| Rosen Ex. No. 136 | GT P 0075207-08 |
| Rosen Ex. No. 144 | GT P 0165229-303 |
| Rosen Ex. No. 148 | GT P 0131954-58 |
| Rosen Ex. No. 150 | GT P 0031853-54 |
| Rosen Ex. No. 153 | GT P 01442414-16 |
| Rosen Ex. No. 155 | GT SEC 029090 |
| Rosen Ex. No. 157 | GT P 0132972-76 |
| Rosen Ex. No. 158 | GT P 0151486-508 |
| Rosen Ex. No. 159 | GT P 0163139-45 |
| Rosen Ex. No. 160 | GT P 0166408 |
| Rosen Ex. No. 171 | BAWAG000810; BAWAG000883, BAWAG000890; BAWAG001227; BAWAG001235; BAWAG001237 |
| Rosen Ex. No. 172 | BAWAG000479; BAWAG000520; BAWAG000612; BAWAG000706; BAWAG000709; BAWAG000747; BAWAG000753; BAWAG000755-56; BAWAG000759-61; BAWAG000779-80; BAWAG000785; BAWAG000788-91; BAWAG000794-97; BAWAG000798-804; BAWAG000810-11; BAWAG000816-18; BAWAG000824; BAWAG000848-50; BAWAG000851-53; BAWAG000861-66; BAWAG000880; BAWAG000883; BAWAG000890; BAWAG000892-93; BAWAG000895; BAWAG000905-7; BAWAG000915-19; BAWAG000928-32; BAWAG000953-56; BAWAG000989; BAWAG001001; BAWAG001013-4; BAWAG001019; BAWAG001024; BAWAG001028-32; BAWAG001033-35; BAWAG001062-4; BAWAG001069-71; BAWAG001090-92; BAWAG001114-16; BAWAG001124; BAWAG001126; BAWAG001129; BAWAG001131; BAWAG001133-39; BAWAG001140-42; BAWAG001145-52; BAWAG001161-71; BAWAG001173; BAWAG001177; BAWAG001180-85; BAWAG001192-1209; BAWAG001213; BAWAG001218; BAWAG001227; BAWAG001233; BAWAG001235; BAWAG001237; BAWAG001264; BAWAG001272; BAWAG001305 |
| Rosen Ex. No. 173 | BAWAG 01238-39 |

| Declaration Exh. No. | Description |
|---|---|
| Rosen Ex. No. 180 | GT 0242028-31 |
| Rosen Ex. No. 181 | GT 0242969-70 |
| Rosen Ex. No. 183 | GT P 0065813 |
| Rosen Ex. No. 184 | AAREF 00020226-29 |
| Rosen Ex. No. 186 | GT P 0065924-25 |
| Rosen Ex. No. 187 | AAREF 00003035-39 |
| Rosen Ex. No. 188 | AAREF 00011967 |
| Rosen Ex. No. 189 | AAREF 00003022-25 |
| Rosen Ex. No. 190 | GT SEC 0032255 |
| Rosen Ex. No. 191 | GT P 0163139-45 |
| Rosen Ex. No. 193 | AAREF 00006120-22 |
| Rosen Ex. No. 194 | AAREF 00009159-63 |
| Rosen Ex. No. 195 | AAREF 00010202 |
| Rosen Ex. No. 196 | AAREF 00013257-63 |
| Rosen Ex. No. 199 | EY-REF 000062-65 |
| Rosen Ex. No. 204 | GT P 0022551-640 |
| Rosen Ex. No. 207 | GT SEC 0072639-40 |
| Rosen Ex. No. 208 | GT SEC 0072645-6 |
| Rosen Ex. No. 209 | GT SEC 0016280-81 |
| Rosen Ex. No. 211 | GT P 0061043-44 |
| Rosen Ex. No. 214 | GT 0011095-100 |
| Rosen Ex. No. 218 | GT 0014910-18 |
| Rosen Ex. No. 221 | GT SEC 0001944 |
| Rosen Ex. No. 222 | GT P 0005488-91 |
| Rosen Ex. No. 223 | GT P 0005486-87 |
| Rosen Ex. No. 224 | GT P 0060234-38 |
| Rosen Ex. No. 225 | GT P 0057457-59 |
| Rosen Ex. No. 226 | GT P 0060146-47 |
| Rosen Ex. No. 227 | GT P 0059894-96 |
| Rosen Ex. No. 228 | GT SEC 0000887 |
| Rosen Ex. No. 229 | GT SEC 0073514-15 |
| Rosen Ex. No. 233 | GT P 0126337-50 |
| Rosen Ex. No. 234 | GT P 0148356-59 |
| Rosen Ex. No. 235 | GT P 0147685-89 |
| Rosen Ex. No. 236 | BAWAG000892; BAWAG001225-26; BAWAG001273-74; BAWAG001281; BAWAG001284; BAWAG001305 |
| Rosen Ex. No. 238 | GT SEC 0014361-461 |
| Rosen Ex. No. 239 | GT P 0063570-636 |
| Rosen Ex. No. 240 | GT SEC 0012902 |
| Rosen Ex. No. 241 | GT P 0063652-55 |
| Rosen Ex. No. 243 | GT E SEC 2000669-2000669.00002 |
| Rosen Ex. No. 245 | GT P 0064750-53 |
| Rosen Ex. No. 247 | AARB 00004828-35 |
| Rosen Ex. No. 250 | GT P 0162988-89 |

| Declaration Exh. No. | Description |
|---|---|
| Rosen Ex. No. 251 | GT 0015774-779 |
| Rosen Ex. No. 262 | THL/UCC 00122535-36 |
| Fawcett Ex. No. 11 | AAREF 0006120-22 |
| Fawcett Ex. No. 31 | THLRES 00007522 |
| Fawcett Ex. No. 43 | WGM-SUPP-P 00014570-619 |
| Fawcett Ex. No. 44 | WGM-L0025849-50 |
| Fawcett Ex. No. 45 | WGM-L0043568-69 |
| Fawcett Ex. No. 46 | WGM-L0024751 |
| Fawcett Ex. No. 60 | WMS00123-56 |
| Fawcett Ex. No. 84 | WGM-RE217225-31 |
| Fawcett Ex. No. 90 | WGM-L0055909-10 |
| Fawcett Ex. No. 92 | WGM-LE085914-15 |
| Fawcett Ex. No. 94 | WGMRES 00051731 |
| Fawcett Ex. No. 95 | THL/UCC 00122535-36 |