UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re REFCO INC. SECURITIES LITIGATION    :    Case No. 07-md-1902 (JSR)
                                                             :
-------------------------------------------------------------X

### SPECIAL MASTER ORDER ON REPLENISHMENT ACCT.

SPECIAL MASTER RONALD HEDGES, for good cause shown, hereby orders as follows:

George Miller, as Chapter 7 Trustee for the Estate of Suffolk, LLC, is hereby directed to render payment to Ball Baker Leake LLC, as case accountants, in the amount of $5,892.53, in satisfaction of his required contribution towards the replenishment amount Ball Baker Leake LLC has directed Plaintiffs' Coordinating Committee in the above-captioned multi-district litigation to pay for the period November 23, 2010 through December 16, 2010. Mr. Miller is directed to make this payment within seven (7) days after the date of entry of this Order.

**SO ORDERED** this 17th day of March, 2011

_____
~~HON.~~ RONALD HEDGES
SPECIAL MASTER