UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re REFCO INC. SECURITIES LITIGATION    :    Case No. 07-md-1902 (JSR)
                                                            :
------------------------------------------------------------X

This Document Relates to:

------------------------------------------------------------X
KENNETH M. KRYS, *et al.*,                 :    Case No. 11-cv-1486 (JSR)
                                                            :
                          Plaintiffs,            :
                                                            :
              -against-                         :
                                                            :
SCHULTE ROTH & ZABEL LLP,         :
                                                            :
                          Defendant.          :
------------------------------------------------------------X

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

   PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters his appearance for Plaintiffs in the above-captioned actions and demands that copies of all papers in these actions be served upon the undersigned counsel at the address stated below.

   The undersigned hereby certifies that he is admitted to practice before this Court.

 Dated:   New York, New York
          March 22, 2011
                                           **BROWN RUDNICK LLP**

                                           By /s Andrew S. Dash
                                              Andrew S. Dash (AD-7913)
                                              Seven Times Square
                                              New York, New York 10036
                                              Telephone: (212) 209-4800
                                              Facsimile: (212) 209-4801
                                              adash@brownrudnick.com