UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re REFCO INC. SECURITIES LITIGATION   :   Case No. 07-md-1902 (JSR)
                                                            :
------------------------------------------------------------X

This Document Relates to:

------------------------------------------------------------X
KENNETH M. KRYS, *et al.*                    :
                                                            :   Case No. 11-cv-1486 (JSR)
                                                            :
                              Plaintiffs,       :
                                                            :
         -against-                                  :
                                                            :
SCHULTE ROTH & ZABEL LLP,           :
                                                            :
                              Defendant.      :
------------------------------------------------------------X

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters her appearance for Plaintiffs in the above-captioned actions and demands that copies of all papers in these actions be served upon the undersigned counsel at the address stated below.

The undersigned hereby certifies that she is admitted to practice before this Court.

Dated:   New York, New York
              March 22, 2011

                                                            **BROWN RUDNICK LLP**

                                                            By /s Jessica C. Calagione
                                                                Jessica C. Calagione (JC-7095)
                                                                Seven Times Square
                                                                New York, New York 10036
                                                                Telephone: (212) 209-4800
                                                                Facsimile: (212) 209-4801
                                                                jcalagione@brownrudnick.com