**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | : | Case No. 07 MDL 1902 (JSR) |

| | | |
|---|---|---|
| This document applies to: | : | |
| | : | |
| MARC S. KIRSCHNER, | : | |
| As Trustee of the Refco Private Actions Trust, | : | |
| | : | |
| Plaintiff, | : | Case No. 07 Civ. 8165 (JSR) |
| | : | |
| v. | : | |
| | : | **CERTIFICATE OF SERVICE** |
| PHILLIP R. BENNETT, SANTO C. MAGGIO, | : | |
| ROBERT C. TROSTEN, MAYER, BROWN LLP, | : | |
| MAYER BROWN INTERNATIONAL LLP, and | : | |
| GRANT THORNTON LLP, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| GRANT THORNTON LLP, | : | |
| | : | |
| Defendant/Third-Party | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS H. LEE PARTNERS, L.P.; THL EQUITY | : | |
| ADVISORS V, LLC; THL MANAGERS V, LLC; | : | |
| THOMAS H. LEE EQUITY FUND V, L.P.; | : | |
| THOMAS H. LEE PARALLEL FUND V, L.P., | : | |
| THOMAS H. LEE EQUITY (CAYMAN) | : | |
| FUND V, L.P., THOMAS H. LEE; DAVID V. | : | |
| HARKINS; SCOTT L. JAECKEL; and SCOTT A. | : | |
| SCHOEN, | : | |
| | : | |
| Third-Party Defendants. | : | |

I hereby state the following:

1.      I am an attorney with the law firm Kellogg, Huber, Hansen, Todd, Evans & Figel,

P.L.L.C., 1615 M Street, N.W., Suite 400, Washington, D.C. 20009, counsel of record for the

Third-Party Defendants.

2.      On March 23, 2011, I caused the THL Defendants' Notice of Motion To Dismiss Grant Thornton LLP's Third-Party Complaint For Contribution and supporting memorandum of law to be served via email on the following

> sascharand@quinnemanuel.com
>
> sarahrubin@quinnemanuel.com
>
> alexrossmiller@quinnemanuel.com
>
> btagliamonti@winston.com
>
> rbraun@winston.com
>
> cjoyce@winston.com
>
> lcoberly@winston.com

3.      On March 23, 2011, I also caused the THL Defendants' Notice of Motion To Dismiss Grant Thornton LLP's Third-Party Complaint For Contribution and supporting memorandum of law to be served via email upon all counsel of record in the above captioned action by email to the following email distribution list: WHRefcoPATActionPartiesAll@wilmerhale.com.

4.      I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 23, 2011
       Washington, DC

By:    */s/* Kevin B. Huff
          Kevin B. Huff

KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, D.C.  20009
(202) 326-7900
khuff@khhte.com