UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
In re REFCO INC. SECURITIES LITIGATION    :   Case No. 07-MD-1902 (GEL)
                                                              :
------------------------------------------------------------- X

**<u>REVISED LIST OF MEMBERS OF PLAINTIFFS' COORDINATING COMMITTEE</u>**

In accordance with Case Management Order #3, dated November 2, 2009, the Plaintiffs' Coordinating Committee hereby submits a revised list of its members. The members of the Plaintiffs' Coordinating Committee are as follows:

1. Leo R. Beus (Krys Plaintiffs), lbeus@beusgilbert.com, (480) 429-3000;

2. David J. Molton (Krys Plaintiffs), dmolton@brownrudnick.com, (212) 209-4822;

3. Sascha Rand (Refco Actions), sascharand@quinnemanuel.com, (212) 849-7000;

4. Sander Bak (Refco Actions), sbak@milbank.com, (212) 530-5125.

[Continued on next page]

Detailed contact information and applicable case information for the members of the Plaintiffs' Coordinating Committee are listed below.

## **Krys Plaintiffs**

Cases

*Krys, et al. v. Aaron, et al.*, 08 Civ. 7416
*Krys, et al. v. Butt*, 08 Civ. 8267
*Krys, et al. v. Deutsche Bank Securities, Inc., et al.*, 10 Civ. 3594
*Krys, et al. v. Sugrue, et al.*, 08 Civ. 3065 and 08 Civ. 3086

Committee Members

Leo R. Beus
Beus Gilbert PLLC
4800 N. Scottsdale Suite, Suite 6000
Scottsdale, Arizona
Telephone: (480) 429-3000
Facsimile: (480) 429-3100
lbeus@beusgilbert.com

David J. Molton
Brown Rudnick LLP
Seven Times Square
New York, New York 10036
Telephone (212) 209-4822
Facsimile: (212) 209-4801
dmolton@brownrudnick.com

## **Refco Actions**

These actions can be grouped in two general categories: (1) actions brought on behalf of the Refco Litigation Trustee ("Trustee Actions"); and (2) actions brought on behalf of Refco customers for the benefit of the Refco Private Actions Trust ("Customer Actions").

Trustee Actions

*Kirschner v. Thomas H. Lee Partners, et al.*, 07 Civ. 7074
*Kirschner v. Grant Thornton, et al.*, 07 Civ. 11604
*Kirschner v. KPMG*, 08 Civ. 8784

Customer Actions

*In re Refco Capital Markets, Ltd. Brokerage Customer Secs. Litig.*, 06 Civ. 643
*VR Global Partners, L.P. et al. v. Bennett, et al.*, 07 Civ. 8686
*Capital Mgmt. Select Fund Ltd., et al. v. Bennett*, 07 Civ. 8688
*Kirschner v. Bennett, et al.*, 07 Civ. 8165[1]

Committee Members

Sascha Rand
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
sascharand@quinnemanuel.com

Sander Bak
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5125
Facsimile: (212) 822-5125
sbak@milbank.com

Dated:  New York, New York
        March 24, 2011

        **BROWN RUDNICK LLP**

        By:    /s David J. Molton
            David J. Molton (DM 1106)
        Seven Times Square
        New York, New York 10036
        Telephone (212) 209-4800
        Facsimile: (212) 209-4801
        dmolton@brownrudnick.com

---

[1] The Milbank firm is not counsel in the following actions that are being handled by the Quinn Emanuel firm, and will not act as counsel in these actions: *Kirschner v. Grant Thornton, et al.*, 07 Civ. 11604; *Kirschner v. KPMG*, 08 Civ. 8784; and *Kirschner v. Bennett, et al.*, 07 Civ. 8165.