UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | : | 07 MDL No. 1902 (GEL) |

| | | |
|---|---|---|
| KENNETH M. KRYS, *et al.*, | : | 08 Civ. 3086 (GEL) |
| Plaintiffs, | : | 08 Civ. 3065 (GEL) |
| v. | : | |
| CHRISTOPHER SUGRUE, *et al.*, | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, in the above-captioned actions, Gibson, Dunn &

Crutcher LLP, with the office address and telephone number as set forth below, hereby appears

as counsel for Defendants Mark Kavanagh and Brian Owens.


Dated: New York, New York
       March 29, 2011


GIBSON, DUNN & CRUTCHER LLP


By:    s/ Diana M. Feinstein
       Diana M. Feinstein

       200 Park Avenue
       New York, New York 10166-0193
       Telephone: (212) 351-4000
       Facsimile: (212) 351-4035

*Attorneys for Defendants Mark Kavanagh
and Brian Owens*