UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07 MDL No. 1902 (GEL) |
| KENNETH M. KRYS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTOPHER SUGRUE, *et al.*,<br><br>    Defendants. | 08 Civ. 3086 (GEL)<br>08 Civ. 3065 (GEL) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, in the above-captioned actions, Gibson, Dunn & Crutcher LLP, with the office address and telephone number as set forth below, hereby appears as counsel for Defendants Mark Kavanagh and Brian Owens.

Dated: New York, New York
       March 29, 2011

GIBSON, DUNN & CRUTCHER LLP

By:   s/ Mitchell A. Karlan
      Mitchell A. Karlan

200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Defendants Mark Kavanagh and Brian Owens*

101048343_1.DOC