UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re REFCO INC. SECURITIES         :   07 MDL 1902 (JSR)
LITIGATION                          :
------------------------------------x

This Document Relates to:

------------------------------------x
KENNETH M. KRYS, et al.,            :
                                    :
        Plaintiffs,                 :   08 Civ. 8267 (JSR)
                                    :
        -v-                         :
                                    :   ORDER
RICHARD BUTT,                       :
                                    :
        Defendant.                  :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

On August 4, 2010, Special Master Daniel J. Capra issued a Report and Recommendation in the above-captioned case recommending dismissal of the First Amended Complaint against defendant Richard Butt in its entirety, with prejudice. After plaintiffs timely submitted objections to the Report and Recommendation and defendant responded thereto, the Court heard oral argument on October 28, 2010 and considered the entire matter de novo.

Having done so, the Court finds itself in complete agreement with Special Master Capra's thorough and well-reasoned Report and Recommendation and hereby adopts it in full as if incorporated by herein. Accordingly, the First Amended Complaint is dismissed in its entirety, with prejudice, and the Clerk of the Court is

directed to enter final judgment in the matter of <u>Krys v. Butt</u>, 08 Civ. 8267.

    SO ORDERED.

                                                                                      JED S. RAKOFF, U.S.D.J.

Dated:    New York, New York
             March 28, 2011

2