

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Refco, Inc. Securities Litigation | 07 MDL 1902 (JSR) |
| This document applies to: | **STIPULATION AND** [PROPOSED] **ORDER** |
| MARC S. KIRSCHNER, As Trustee of the Refco Private Actions Trust, | 07 Civ. 8165 (JSR) |
| Plaintiff, | |
| -vs- | |
| PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER, BROWN LLP, MAYER BROWN INTERNATIONAL LLP, and GRANT THORNTON LLP, | |
| Defendants. | |
| GRANT THORNTON LLP, | |
| Defendant/Third-Party Plaintiff, | |
| -vs- | |
| THOMAS H. LEE PARTNERS, L.P.; THL EQUITY ADVISORS V, LLC; THL MANAGERS V, LLC; THOMAS H. LEE EQUITY FUND V, L.P.; THOMAS H. LEE PARALLEL FUND V, L.P., THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., THOMAS H. LEE; DAVID V. HARKINS; SCOTT L. JAECKEL; and SCOTT A SCHOEN, | |
| Third-Party Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to the above-captioned action, as follows:

1. The time for the Defendant/Third-Party Plaintiff to respond to the Third-Party Defendants' Motion to Dismiss Grant Thornton LLP's Third-Party Complaint (the "Response") is extended through and until April 20, 2011.

2. The time for the Third-Party Defendants to reply to the Defendant/Third-Party Plaintiff's Response is extended through and until May 4, 2011.

3. This stipulation may be executed in two or more counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same agreement, and a facsimile, which shall have the same force and effect as an original signature, may be filed in place and instead of the original.

KELLOGG, HUBER, HANSEN, TODD EVANS & FIGEL, P.L.L.C.

*Kevin B. Huff* / E.R.

By: Mark C. Hansen (mhansen@khhte.com)

Silvija A. Strikis (sstrikis@khhte.com)
Kevin B. Huff (khuff@khhte.com)

1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999

*Attorneys for Thomas H. Lee Partners, L.P., THL Equity Advisors V, LLC, THL Managers V, LLC, Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee, David V. Harkins, Scott L. Jaeckel, and Scott A. Schoen*

WINSTON & STRAWN LLP

*Linda Coberly* / BV

By: Linda T. Coberly
(lcoberly@winston.com)
Beth A. Tagliamonti
(btagliamonti@winston.com)
Ruth A. Braun (rbraun@winston.com)
WINSTON & STRAWN LLP
200 Park Avenue
Ph: 212-294-6700
Fax: 212-294-4700

Bruce R. Braun (bbraun@winston.com)
Catherine W. Joyce (cjoyce@winston.com)
Derek J. Sarafa (dsarafa@winston.com)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Ph: 312-558-5600
Fax: 312-558-5700
*Attorneys for Grant Thornton LLP*

Dated: 4/3/, 2011
New York, New York

SO ORDERED.

_____
Hon. Jed S. Rakoff