UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
In re REFCO, INC. Securities Litigation    : 07 MDL 1902 (JSR)
                                                             :
------------------------------------------------------------ x
This document applies to:                  : **Electronically filed**
                                                             :
THOMAS H. LEE EQUITY FUND V, L.P.,         : 07 Civ. 8663 (JSR)
THOMAS H. LEE PARALLEL FUND V, L.P.,       :
and THOMAS H. LEE EQUITY (CAYMAN)          : **DECLARATION OF**
FUND V, L.P.,                              : **BETH A. TAGLIAMONTI**
                                                             : **IN SUPPORT OF**
    Plaintiffs/Counterclaim-Defendants,    : **GRANT THORNTON LLP'S**
                                                             : **OBJECTION TO THE**
            v.                             : **SPECIAL MASTER'S REPORT**
                                                             : **AND RECOMMENDATION ON ITS**
GRANT THORNTON LLP,                        : **MOTION FOR SUMMARY JUDGMENT**
                                                             :
    Defendant/Counterclaim-Plaintiff.      :
------------------------------------------------------------ x

Beth A. Tagliamonti, under penalty of perjury, hereby declares as follows:

1.  I am an attorney at Winston & Strawn LLP, attorneys for Grant Thornton LLP ("Grant Thornton") in the above-captioned action, and am admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York. I submit this declaration in support of Grant Thornton LLP's Objection to the Special Master's Report and Recommendation on its Motion for Summary Judgment.

2.  Attached hereto as Exhibit A is a true and correct copy of The THL Funds' Objections and Responses to Grant Thornton LLP's First Set of Interrogatories, dated February 15, 2010, in *Thomas H. Lee v. Grant Thornton LLP*, 07 Civ. 8663 (JSR).

3.  Attached hereto as Exhibit B is a true and correct copy of excerpts from the Transcript of the Deposition of Jerry Hausman (October 15, 2010).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 7, 2011

                                                     /s/  
                                          Beth A. Tagliamonti