USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-19-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
In re REFCO INC. SECURITIES     :       07 MDL 1902 (JSR)
LITIGATION                       :
----------------------------------------x

This Document Relates to:

----------------------------------------x
KENNETH M. KRYS, et al.,         :
                                 :
         Plaintiffs,             :      11 Civ. 1486 (JSR)
                                 :
         -v-                     :
                                 :      SCHEDULING ORDER
SCHULTE ROTH & ZABEL, LLP,       :
                                 :
         Defendant.              :
----------------------------------------x

JED S. RAKOFF, U.S.D.J.

   On April 14, 2011 the Court held an initial pretrial conference in the above-captioned case. This Order confirms that the Court granted defendant's request to file a motion to dismiss and set the following briefing schedule:

   (1) Defendant's motion must be filed by May 4, 2011;

   (2) Plaintiffs' opposition papers must be filed by May 25, 2011;

   (3) Defendant's reply papers must be filed by June 6, 2011; and

   (4) Oral argument on the motion will be held on June 14, 2011 at 4:30 p.m.

   This Order also clarifies that the motion will be considered in the first instance by Special Master Daniel J. Capra. Accordingly, the oral argument scheduled for June 14, 2011 will be heard by the Special Master, and counsel are directed to

confer with him regarding any questions or issues that arise during the briefing of the motion.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         April 19, 2011