UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
                                     :
                                     :
                                     :        07 MDL 1902 (JSR)
                                     :      (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION    :
                                     :      CASE MANAGEMENT ORDER #48
                                     :
                                     :
                                     :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.


        The Court has received the bills from the Special Masters for

the month of April, which will be docketed for the parties' review.

Any party who wishes to object to any bill must submit such objection

to the Court in writing no later than one week from today, on May 9,

2011.  If no objections are received, the Case Accountant will be

authorized to pay the bills out of the established account.

        SO ORDERED.

                          _____
                          JED S. RAKOFF, U.S.D.J.


Dated:  New York, New York
        May 2, 2011

**Professor Daniel J. Capra**
**Special Master**

**Fordham Law School**
**140 West 62nd Street**
**New York, New York 10023**
**dcapra@law.fordham.edu**

**May 1, 2011**

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---:|
| April 4 — Reading papers, Kirschner v. THL class action settlement | 2.5 |
| April 5 — Kirschner v. THL class action settlement; R and R on GT v. THL counterclaim | 2.5 |
| April 6 — GT v. THL counterclaim; Kirschner v. THL telephone conference | 3.5 |
| April 7 — GT v. THL counterclaim preparing R and R | 4.1 |
| April 8 — GT v. THL counterclaim, preparing R and R | 4.6 |
| April 9 — Finished R and R in GT v. THL counterclaim | 5.9 |
| April 10 — Kirschner v. THL class action settlement, reading, and preparing r and r | 3.8 |
| April 12 — Kirschner v. THL class action settlement, R and R | 5.3 |
| April 27 — Case management in response to in pari delicto order | 2.1 |
| April 28 — Reading papers on MTD impleader, GT v. THL | 1.8 |

**Total Hours**     36.1
        Hours @ $500/hr.

**Total Bill ------**         **$18,050.00**

# RONALD J. HEDGES

# INVOICE OF MARCH 31, 2011

# IN RE REFCO SECURITIES LITIGATION

## HOURS INCURRED:

April 1 (and various dates) – Communications with parties and Chambers w/re scheduling next Court conference (1.0)

April 7 (and various dates) -- Communications with counsel in Krys action to monitor status of discovery (.5)

April 8 (and various dates) -- Rescheduling Court conference and requesting status reports (1.00)

April 21 (and later date) -- Communications w/re BBL invoice on review thereof (.5)

## TOTAL HOURS INCURRED: 3.0
## HOURS@$400.00=$1,200.00

1

# EXPENSES INCURRED: NONE

# TOTAL INVOICE: $1,200.00