UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                          :
In re REFCO INC. SECURITIES LITIGATION     :        Case No. 07-md-1902 (JSR)
                                                          :
-------------------------------------------------------------------X

## SPECIAL MASTER ORDER DIRECTING PAYMENT

SPECIAL MASTER RONALD HEDGES, for good cause shown, hereby orders as follows:

WHEREAS, on April 21, 2011, Ball Baker Leake LLP issued an invoice in the amount of $1,703.09 for accounting services rendered in the above-captioned action and related disbursements from January 1, 2011 through April 20, 2011 (the "Ball Baker Leake Invoice");

WHEREAS, on April 22, 2011, the Ball Baker Leake Invoice was circulated to all counsel of record in the above-captioned action, to allow for objections by any party;

WHEREAS, the parties to the above-captioned action were permitted seven (7) calendar days to object to the Ball Baker Leake Invoice;

WHEREAS, no objections to the Ball Baker Leake Invoice were received by the Special Master;

NOW, THEREFORE, the Special Master directs Ball Baker Leake to pay the Ball Baker Leake Invoice in full.

SO ORDERED this 3d day of May, 2011

_____
HON. RONALD HEDGES
SPECIAL MASTER