UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
In re REFCO, INC. SECURITIES LITIGATION     :   07 MDL No. 1902 (JSR)
------------------------------------------------------------------- x

[~~PROPOSED~~] SPECIAL MASTER ORDER OF WITHDRAWAL OF ATTORNEY

WHEREAS Dawn M. Wilson is no longer affiliated with Wilmer Cutler Pickering Hale and Dorr LLP, and Lori A. Martin, Andrew Weissman, Philip D. Anker, Jeremy Winer, and Ross E. Firsenbaum of Wilmer Cutler Pickering Hale and Dorr LLP are counsel of record for Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, J.P. Morgan Securities Inc., HSBC Securities (USA) Inc., William Blair & Company, L.L.C., BMO Capital Markets Corp., CMG Institutional Trading LLC, Samuel A. Ramirez & Company, Inc., Muriel Siebert & Co., Inc., The Williams Capital Group, L.P., Utendahl Capital Partners, L.P., JPMorgan Chase & Co., Credit Suisse Next Fund, Inc., Lab Morgan Corporation, and ML IBK Positions, Inc. in the above-captioned MDL,

IT IS ORDERED that Dawn M. Wilson is withdrawn as counsel for Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, J.P. Morgan Securities Inc., HSBC Securities (USA) Inc., William Blair & Company, L.L.C., BMO Capital Markets Corp., CMG Institutional Trading LLC, Samuel A. Ramirez & Company, Inc., Muriel Siebert & Co., Inc., The Williams Capital Group, L.P., Utendahl Capital Partners, L.P., JPMorgan Chase & Co., Credit Suisse Next Fund, Inc., Lab Morgan Corporation, and ML IBK Positions, Inc. in the above-captioned MDL. The Clerk of the Court is directed to terminate Ms.

Wilson as counsel of record in the above-captioned MDL, and no further notices, documents or pleadings shall be served upon her.

SO ORDERED.

Dated: ~~New York, NY~~ Hackensack, NJ
May 3, 2011

_____
Ronald Hedges – Special Master