UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re REFCO INC. SECURITIES        :        07 MDL 1902 (JSR)
LITIGATION                         :
------------------------------------x

This Document Relates to:

------------------------------------x
KENNETH M. KRYS, et al.,           :
                                   :
        Plaintiffs,                :        08 Civ. 3065 (JSR)
                                   :        08 Civ. 3086 (JSR)
        -v-                        :
                                   :
CHRISTOPHER SUGRUE, et al.,        :
                                   :
        Defendants.                :
------------------------------------x
KENNETH M. KRYS, et al.,           :
                                   :
        Plaintiffs,                :        08 Civ. 7416 (JSR)
                                   :
        -v-                        :
                                   :
ROBERT AARON, et al.,              :
                                   :
        Defendants.                :
------------------------------------x
KENNETH M. KRYS, et al.,           :
                                   :        08 Civ. 8267 (JSR)
        Plaintiffs,                :
                                   :
        -v-                        :
                                   :
RICHARD BUTT,                      :        ORDER
                                   :
        Defendant.                 :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

        On March 2, 2010 Special Master Daniel J. Capra issued a

Report and Recommendation in the above-captioned cases addressing

the omnibus issue of "primary violations."  After the parties in

these actions timely submitted objections to the Report and

Recommendation and responses to those objections, the Court heard oral argument on April 13, 2010 and considered the entire matter de novo.  The Court deferred, however, issuing a decision because of the pendency of other Reports and Recommendations that dealt with issues that might either impact the recommendations of the March 2 Report and Recommendation or render them moot.

Having concluded that the matter is now ripe for decision, the Court finds itself in complete agreement with the Special Master's typically well-written and well-reasoned Report and Recommendation.  Accordingly, the Court hereby adopts the Report and Recommendation in its entirety.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:    New York, New York
          May 3, 2011

2