UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

In re REFCO SECURITIES                              Case No. 07-MDL-1902 (JSR)
LITIGATION                    Plaintiff,

       -against-

                              Defendant.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**B. JOHN PENDLETON, JR.**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: McCarter & English, LLP
            FIRM ADDRESS: Four Gateway Center, 100 Mulberry Street
            FIRM TELEPHONE NUMBER: (973) 639-2052
            FIRM FAX NUMBER: (973) 297-3811

NEW FIRM:   FIRM NAME: DLA PIPER (US)
            FIRM ADDRESS: 300 Campus Drive, Suite 100
            FIRM TELEPHONE NUMBER: (973) 520-2561
            FIRM FAX NUMBER: (973) 520-2581

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
    was entered on _____ by Judge _____.

Dated: 5/10/11

_____
ATTORNEY'S SIGNATURE