UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | Case No. 07 MDL 1902 (JSR) |
| THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., and THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., <br><br>             Plaintiffs/Counterclaim Defendants, <br><br>      v. <br><br> GRANT THORNTON LLP, <br><br>             Defendant/Counterclaim Plaintiff. | Case No. 07 Civ. 8663 (JSR) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Andrew M. Hetherington, a member in good standing of this Court, enters his appearance in the above captioned matter as counsel of record for Plaintiffs and Counterclaim Defendants Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P.

Dated: May 18, 2011
       Washington, DC

Respectfully submitted,

By:   /s/ Andrew M. Hetherington
      Andrew M. Hetherington (AH-7948)
      KELLOGG, HUBER, HANSEN,
        TODD, EVANS & FIGEL, P.L.L.C.
      1615 M Street, N.W.
      Suite 400
      Washington, DC  20036
      (202) 326-7900
      *ahetherington@khhte.com*