RAYOFFS.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------- X    07-MDL-1902 (JSR)
In re REFCO INC. SECURITIES LITIGATION  :
--------------------------------------- X
This document relates to:               :
--------------------------------------- X

KENNETH M. KRYS, et al.,                :    08 Civ. 7416 (JSR)

        Plaintiffs,                   :

-against-                               :

ROBERT AARON, et al.,                   :

        Defendants.                   :
--------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/23/11

**STIPULATION AND ORDER GRANTING EXTENSION OF TIME WITHIN
WHICH DEFENDANTS MAY ANSWER THE AMENDED COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to the action entitled *Krys v. Aaron*, No. 08 Civ. 7416 (JSR), by and through their undersigned counsel, that the time within which defendants Robert Aaron, Guy Castranova, Derivative Portfolio Management, LLC, Derivative Portfolio Management, Ltd, DPM-Mellon, LLC, and DPM-Mellon, Ltd may answer the Amended Complaint is hereby extended through and including July 18, 2011. This Stipulation and Order may be executed in counterparts and facsimile signatures shall be deemed original for all purposes.

EAST\44796455.2

DLA PIPER LLP (US)

By: *[signature]*
B. John Pendleton, Jr.
Katie A. Gummer
Andrew O. Bunn
300 Campus Drive, Suite 100
Florham Park, NJ 07932-1039
973.520.2550
john.pendleton@dlapiper.com
katie.gummer@dlapiper.com
andrew.bunn@dlapiper.com

*Attorneys for Defendants*
*Guy Castranova, Derivitive Portfolio*
*Management, LLC; Derivative*
*PortfolioManagement, Ltd.; DPM-*
*Mellon, LLC; and DPM-Mellon, Ltd.*

Dated: May ___, 2011

LOWENSTEIN SANDLER, PC

By: *[signature]*
Ira Lee Sorkin
Donald A. Corbett
Elliott Z. Stein
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700
isorkin@lowenstein.com
dcorbett@lowenstein.com
estein@lowenstein.com

*Attorneys for Defendant Robert Aaron*

Dated: May 20, 2011

BROWN RUDNICK LLP

By: *[signature]*
David J. Molton
Andrew Dash
Jessica Calagione
Seven Times Square
New York, New York 10036
(212) 209-4800
dmolton@brownrudnick.com
adash@brownrudnick.com
jcalagione@brownrudnick.com

- and -

BEUS GILBERT PLLC
Leo R. Beus
Dennis K. Blackhurst
4800 North Scottsdale Road
Suite 6000
Scottsdale, AZ 85251
(480) 429-3000
lbeus@beusgilbert.com
dblackhurst@beusgilbert.com

*Attorneys for Plaintiffs*

Dated: May ___, 2011

IT IS on this 20 of May, 2011, **SO ORDERED**.

*[signature]*
Jed S. Rakoff
United States District Judge

EAST\44796455.2