UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: REFCO, INC. SECURITIES LITIGATION | 07 MDL No. 1902(JSR) |
|---|---|
| GEORGE MILLER, Chapter 7 Trustee for the Estate of Suffolk, LLC,<br><br>Plaintiff,<br><br>Vs.<br><br>PF SALECO, LLC, ET AL.,<br><br>Defendants. | Index No. 09 Civ. 2866(JSR)<br><br>**ORDER** |

SPECIAL MASTER **ORDER** FOR WITHDRAWAL OF COUNSEL

THIS MATTER having come before the Court by Dimitri L. Karapelou, from the law firm of Law Offices of Dimitri L. Karapelou, LLC, attorney for Plaintiff, George Miller, Chapter 7 Trustee for the Estate of Suffolk, LLC, seeking an Order withdrawing Dimitri L. Karapelou, Esquire as Counsel to Plaintiff, and the Court having reviewed the papers, and for good cause shown:

IT IS on this ___3/31___ day of ___May___, 2011, ORDERED that the Dimitri L. Karapelou, Esquire of the Law Offices of Dimitri L. Karapelou, LLC is WITHDRAWN as Counsel to Plaintiff, George Miller, Chapter 7 Trustee for the Estate of Suffolk, LLC.

_____
Honorable Ronald Hedges