UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | Case No. 07 MDL 1902 (JSR) |
| THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., and THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> GRANT THORNTON LLP, <br><br> Defendant/Counterclaim Plaintiff. | Case No. 07 Civ. 8663 (JSR) <br><br><br><br><br> MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin B. Huff, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    Applicant's Name: Michael R. Fawcett
    Firm Name: Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
    Address: 1615 M Street, N.W., Suite 400
                  Washington, D.C. 20036
    Phone Number: 202-326-7965
    Fax Number: 202-326-7999

Michael R. Fawcett is a member in good standing of the Bar of the State of California and the District of Columbia. There are no pending disciplinary proceedings against Michael R. Fawcett in any State or Federal Court.

Dated: May 25, 2011				Respectfully submitted,

			[signature]
			_____
			Kevin B. Huff
			SDNY Bar Code: KH-9284
			KELLOGG, HUBER, HANSEN, TODD,
			  EVANS & FIGEL, P.L.L.C.
			1615 M Street, N.W., Suite 400
			Washington, D.C. 20036
			202-326-7900
			202-326-7999

			*Counsel for Plaintiffs Thomas H. Lee Equity
			Fund V, L.P., Thomas H. Lee Parallel Fund
			V, L.P., and Thomas H. Lee Equity
			(Cayman) Fund V, L.P.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | Case No. 07 MDL 1902 (JSR) |
| THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., and THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., <br><br>Plaintiffs/Counterclaim Defendants, <br><br>v. <br><br>GRANT THORNTON LLP, <br><br>Defendant/Counterclaim Plaintiff. | Case No. 07 Civ. 8663 (JSR) <br><br><br><br><br><br>**AFFIDAVIT OF KEVIN B. HUFF IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

District of Columbia          )     ss:

Kevin B. Huff, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Michael R. Fawcett as counsel *pro hac vice* to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on August 1, 1997. I am also a member in good standing of the bar of the District of Columbia. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court. I am also a member of the bars of the United States Supreme Court, the United States Court of Appeals for the Fourth

Circuit, and the United States District Court for Colorado, and am in good standing with these courts.

3. I have known Mr. Fawcett since at least November 2009.

4. Mr. Fawcett is an associate at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., in Washington, D.C.

5. I have found Mr. Fawcett to be a skilled attorney and a person of integrity. He is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Michael R. Fawcett, *pro hac vice*.

7. I respectfully submit a proposed order granting the motion to admit Michael R. Fawcett, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Michael R. Fawcett, *pro hac vice*, to represent Plaintiffs in the above captioned matter, be granted.

Dated: May 25, 2011
District of Columbia

Respectfully submitted,

Kevin B. Huff
SDNY Bar Code: KH-9284

District of Columbia: SS
Subscribed and Sworn to before me

this 25th day of May, 2011.

Diane M Cooke
Notary Public, D.C.

Diane M. Cooke
Notary Public, District of Columbia
My Commission Expires 10/31/2011

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | Case No. 07 MDL 1902 (JSR) |
| THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., and THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> GRANT THORNTON LLP, <br><br> Defendant/Counterclaim Plaintiff. | Case No. 07 Civ. 8663 (JSR) <br><br><br><br><br> **ORDER FOR ADMISSION** *PRO HAC VICE* **ON WRITTEN MOTION** |

Upon the motion of Kevin B. Huff for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>Michael R. Fawcett
>
>Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
>
>1615 M Street, N.W., Suite 400
>
>Washington, D.C. 20036
>
>Tel.: 202-326-7965 / Fax: 202-326-7999
>
>mfawcett@khhte.com

is admitted to practice *pro hac vice* as counsel for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State:

                                             Special Master Hon. Ronald Hedges

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | Case No. 07 MDL 1902 (JSR) |
| THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., and THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., | Case No. 07 Civ. 8663 (JSR) |
| Plaintiffs/Counterclaim Defendants, | |
| v. | **CERTIFICATE OF SERVICE** |
| GRANT THORNTON LLP, | |
| Defendant/Counterclaim Plaintiff. | |

I hereby state the following:

1. I am an attorney with the law firm Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., 1615 M Street, N.W., Suite 400, Washington, D.C. 20036, counsel of record for Plaintiffs.

2. On May 25, 2011, I caused the Motion to Admit Counsel *Pro Hac Vice* for Michael R. Fawcett, the Affidavit of Kevin B. Huff in Support of the Motion to Admit Counsel *Pro Hac Vice*, and the Proposed Order to be served via overnight delivery upon Defendants' counsel, Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166, attention to Beth A. Tagliamonti, Esq.

3. On May 25, 2011, I caused a courtesy copy of the same to be sent via e-mail to Defendants' counsel via the electronic service list at servicethlgt@khhte.com.

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 25, 2011          By: */signature/*
    Washington, DC                Kevin B. Huff

                                  KELLOGG, HUBER, HANSEN, TODD,
                                    EVANS & FIGEL, P.L.L.C.
                                  1615 M Street, N.W.
                                  Suite 400
                                  Washington, DC  20009
                                  (202) 326-7900



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### MICHAEL FAWCETT

was on the 7TH day of MAY, 2010 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 27, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: *[signature]*
Deputy Clerk



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *MICHAEL ROBERT FAWCETT*

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that MICHAEL ROBERT FAWCETT was on the 21ST day of JANUARY, 2009, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 20TH day of MAY, 2011.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By: _____
*Deputy Clerk*