**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | : | Case No. 07 MDL 1902 (JSR) |
| | : | |
| THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., and THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., | : | Case No. 07 Civ. 8663 (JSR) |
| Plaintiffs/Counterclaim Defendants, | : | |
| v. | : | **MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| GRANT THORNTON LLP, | : | |
| Defendant/Counterclaim Plaintiff. | : | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Kevin B. Huff, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Silvija A. Strikis |
| Firm Name: | Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. |
| Address: | 1615 M Street, N.W., Suite 400 |
| | Washington, D.C., 20036 |
| Phone Number: | 202-326-7939 |
| Fax Number: | 202-326-7999 |

Silvija A. Strikis is a member in good standing of the Bars of the State of Maryland and

the District of Columbia. There are no pending disciplinary proceedings against Silvija A.

Strikis in any State or Federal Court.

Dated: May 25, 2011                    Respectfully submitted,

_____
Kevin B. Huff
SDNY Bar Code: KH-9284
KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
202-326-7900
202-326-7999

*Counsel for Plaintiffs Thomas H. Lee Equity
Fund V, L.P., Thomas H. Lee Parallel Fund
V, L.P., and Thomas H. Lee Equity
(Cayman) Fund V, L.P.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | : | Case No. 07 MDL 1902 (JSR) |
| | : | |
| THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., and THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., | : : : : | Case No. 07 Civ. 8663 (JSR) |
| Plaintiffs/Counterclaim Defendants, | : : | |
| v. | : : | **AFFIDAVIT OF KEVIN B. HUFF IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| GRANT THORNTON LLP, | : : : | |
| Defendant/Counterclaim Plaintiff. | : : | |

District of Columbia        )        ss:

Kevin B. Huff, being duly sworn, hereby deposes and says as follows:

1.        I am a partner at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., counsel

for Plaintiffs in the above-captioned action.  I am familiar with the proceedings in this case.  I

make this statement based on my personal knowledge of the facts set forth herein and in support

of Plaintiffs' motion to admit Silvija A. Strikis as counsel *pro hac vice* to represent Plaintiffs in

this matter.

2.        I am a member in good standing of the bar of the State of New York, and was

admitted to practice law on August 1, 1997.  I am also admitted to the bar of the United States

District Court for the Southern District of New York, and am in good standing with this Court.  I

am also a member of the bars of the United States Court of Appeals for the Fourth Circuit and

the United States District Court for Colorado, and am in good standing with these courts.

3.        I have known Ms. Strikis since 1999.

4.      Ms. Strikis is a partner at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., in Washington, D.C.

5.      I have found Ms. Strikis to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of Silvija A. Strikis, *pro hac vice*.

7.      I respectfully submit a proposed order granting the motion to admit Silvija A. Strikis, *pro hac vice*, which is attached hereto as Exhibit A.


WHEREFORE it is respectfully requested that the motion to admit Silvija A. Strikis, *pro hac vice*, to represent Plaintiffs in the above captioned matter, be granted.

Dated: May 25 , 2011
District of Columbia

                                        Respectfully submitted,


                                        _____
                                        Kevin B. Huff
                                        SDNY Bar Code: KH-9284


        District of Columbia: SS
        Subscribed and Sworn to before me

        this 25th day of May , 201 1 .

        _____
        Diane M Cooke
        Notary Public, D.C.

                Diane M. Cooke
                Notary Public, District of Columbia
                My Commission Expires 10/31/2011

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | : | Case No. 07 MDL 1902 (JSR) |
| | : | |
| THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., and THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., | : : : : | Case No. 07 Civ. 8663 (JSR) |
| Plaintiffs/Counterclaim Defendants, | : : | |
| v. | : | **ORDER FOR ADMISSION** |
| | : | ***PRO HAC VICE*** |
| GRANT THORNTON LLP, | : | **ON WRITTEN MOTION** |
| Defendant/Counterclaim Plaintiff. | : : | |

Upon the motion of Kevin B. Huff for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Silvija A. Strikis

Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.

1615 M Street, N.W., Suite 400

Washington, D.C. 20036

Tel.: 202-326-7939 / Fax: 202-326-7999

sstrikis@khhte.com

is admitted to practice *pro hac vice* as counsel for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State:


_____
Special Master Hon. Ronald Hedges

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | Case No. 07 MDL 1902 (JSR) |
| THOMAS H. LEE EQUITY FUND V, L.P., <br> THOMAS H. LEE PARALLEL FUND V, L.P., <br> and THOMAS H. LEE EQUITY (CAYMAN) <br> FUND V, L.P., | Case No. 07 Civ. 8663 (JSR) |
| Plaintiffs/Counterclaim Defendants, | |
| v. | **CERTIFICATE OF SERVICE** |
| GRANT THORNTON LLP, | |
| Defendant/Counterclaim Plaintiff. | |

I hereby state the following:

1.    I am an attorney with the law firm Kellogg, Huber, Hansen, Todd, Evans & Figel,

P.L.L.C., 1615 M Street, N.W., Suite 400, Washington, D.C. 20036, counsel of record for

Plaintiffs.

2.    On May 25, 2011, I caused the Motion to Admit Counsel *Pro Hac Vice* for Silvija

A. Strikis, the Affidavit of Kevin B. Huff in Support of the Motion to Admit Counsel *Pro Hac*

*Vice*, and the Proposed Order  to be served via overnight delivery upon Defendants' counsel,

Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166, attention to Beth A.

Tagliamonti, Esq.

3.    On May 25, 2011, I caused a courtesy copy of the same to be sent via e-mail to

Defendants' counsel via the electronic service list at servicethlgt@khhte.com.

4.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 25 , 2011
Washington, DC

By: _____
Kevin B. Huff

KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, DC 20009
(202) 326-7900

2



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia
Court of Appeals, do hereby certify that

SILVIJA A. STRIKIS

was on the ___ 9TH ___ day of ___ FEBRUARY, 2001 ___

duly qualified and admitted as an attorney and counselor and
entitled to practice before this Court and is, on the date
indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on May 19,
2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# Court of Appeals
## of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

*STATE OF MARYLAND, ss:*

    *I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twenty-first day of June, 1995,*

### Silvija Anna Strikis

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

          **In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this nineteenth day of May, 2011.*

*Bessie M. Decker*

Clerk of the Court of Appeals of Maryland