UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | Case No. 07 MDL 1902 (JSR) |
| THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., and THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., Plaintiffs/Counterclaim Defendants, v. GRANT THORNTON LLP, Defendant/Counterclaim Plaintiff. | Case No. 07 Civ. 8663 (JSR) **MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin B. Huff, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

Applicant's Name: Mark C. Hansen
Firm Name: Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
Address: 1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone Number: 202-326-7904
Fax Number: 202-326-7999

Mark C. Hansen is a member in good standing of the Bars of the State of Maryland, the State of Massachusetts and the District of Columbia. There are no pending disciplinary proceedings against Mark C. Hansen in any State or Federal Court.

Dated: May 25, 2011

Respectfully submitted,

*[signature]*

Kevin B. Huff
SDNY Bar Code: KH-9284
KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
202-326-7900
202-326-7999

*Counsel for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: REFCO INC. SECURITIES LITIGATION : Case No. 07 MDL 1902 (JSR)

---

THOMAS H. LEE EQUITY FUND V, L.P.,
THOMAS H. LEE PARALLEL FUND V, L.P., : Case No. 07 Civ. 8663 (JSR)
and THOMAS H. LEE EQUITY (CAYMAN)
FUND V, L.P.,

      Plaintiffs/Counterclaim Defendants,

v. : **AFFIDAVIT OF KEVIN B. HUFF IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

GRANT THORNTON LLP,

      Defendant/Counterclaim Plaintiff.

---

District of Columbia    ) ss:

Kevin B. Huff, being duly sworn, hereby deposes and says as follows:

    1.    I am a partner at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Mark C. Hansen as counsel *pro hac vice* to represent Plaintiffs in this matter.

    2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law on August 1, 1997. I am also a member in good standing of the bar of the District of Columbia. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court. I am also a member of the bars of the United States Supreme Court, the United States Court of Appeals for the Fourth

Circuit, and the United States District Court for Colorado, and am in good standing with these courts.

3. I have known Mr. Hansen since 1999.

4. Mr. Hansen is a partner at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., in Washington, D.C.

5. I have found Mr. Hansen to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mark C. Hansen, *pro hac vice*.

7. I respectfully submit a proposed order granting the motion to admit Mark C. Hansen, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Mark C. Hansen, *pro hac vice*, to represent Plaintiffs in the above captioned matter, be granted.

Dated: May 25, 2011
District of Columbia

Respectfully submitted,

Kevin B. Huff
SDNY Bar Code: KH-9284

District of Columbia: SS
Subscribed and Sworn to before me

this 25th day of May, 2011.

Diane M. Cooke
Notary Public, D.C.

Diane M. Cooke
Notary Public, District of Columbia
My Commission Expires 10/31/2011

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: REFCO INC. SECURITIES LITIGATION : Case No. 07 MDL 1902 (JSR)

---

THOMAS H. LEE EQUITY FUND V, L.P., :
THOMAS H. LEE PARALLEL FUND V, L.P., : Case No. 07 Civ. 8663 (JSR)
and THOMAS H. LEE EQUITY (CAYMAN) :
FUND V, L.P., :
:
    Plaintiffs/Counterclaim Defendants, :
:
    v. : **ORDER FOR ADMISSION**
: ***PRO HAC VICE***
GRANT THORNTON LLP, : **ON WRITTEN MOTION**
:
    Defendant/Counterclaim Plaintiff. :

---

Upon the motion of Kevin B. Huff for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Mark C. Hansen

    Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.

    1615 M Street, N.W., Suite 400

    Washington, D.C. 20036

    Tel.: 202-326-7904 / Fax: 202-326-7999

    mhansen@khhte.com

is admitted to practice *pro hac vice* as counsel for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State:

_____
Special Master Hon. Ronald Hedges

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | Case No. 07 MDL 1902 (JSR) |
| THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., and THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., | Case No. 07 Civ. 8663 (JSR) |
| Plaintiffs/Counterclaim Defendants, | |
| v. | **CERTIFICATE OF SERVICE** |
| GRANT THORNTON LLP, | |
| Defendant/Counterclaim Plaintiff. | |

I hereby state the following:

1. I am an attorney with the law firm Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., 1615 M Street, N.W., Suite 400, Washington, D.C. 20036, counsel of record for Plaintiffs.

2. On May 25, 2011, I caused the Motion to Admit Counsel *Pro Hac Vice* for Mark C. Hansen, the Affidavit of Kevin B. Huff in Support of the Motion to Admit Counsel *Pro Hac Vice*, and the Proposed Order to be served via overnight delivery upon Defendants' counsel, Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166, attention to Beth A. Tagliamonti, Esq.

3. On May 25, 2011, I caused a courtesy copy of the same to be sent via e-mail to Defendants' counsel via the electronic service list at servicethlgt@khhte.com.

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 25, 2011  
Washington, DC

By: /s/ Kevin B. Huff  
Kevin B. Huff

KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, DC 20009
(202) 326-7900

2

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fifteenth** day of **December** A.D. **1983**, said Court being the highest Court of Record in said Commonwealth:

## Mark C. Hansen

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-fourth** day of May in the year of our Lord **two thousand and eleven.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



# District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

MARK C. HANSEN

was on the    3RD    day of    DECEMBER, 1990    duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 19, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# Court of Appeals
## of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the ninth day of July, 1996,

### Mark C. Hansen

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this nineteenth day of May, 2011.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland