UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :
                                      :
IN RE REFCO SECURITIES LITIGATION     :      07 MDL 1902 (JSR)
                                      :
                                      :
------------------------------------- x
------------------------------------- x
THOMAS H. LEE EQUITY FUND, L.P.,      :
THOMAS H. LEE PARALLEL FUND V, L.P.,  :
and THOMAS H. LEE EQUITY (CAYMAN)     :
FUND V, L.P.,                         :      07 Civ. 8663 (JSR)
                                      :
         Plaintiffs/                  :         ERRATUM
         Counterclaim Defendants,     :
                                      :
              -v-                     :
                                      :
GRANT THORNTON LLP,                   :
                                      :
         Defendant/                   :
         Counterclaim Plaintiff.      :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

        The second sentence of the Court's May 31, 2011 Order in the

above-captioned action contained an inadvertent omission.  The

sentence is hereby corrected by replacing the words "[a]fter defendant

timely submitted objections and plaintiffs responded thereto" with the

following: "After both sides submitted objections to the Report and

Recommendation and responses thereto".

        SO ORDERED.

                                _____
                                JED S. RAKOFF, U.S.D.J.

Dated: New York, NY
       June 2, 2011