UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
: Case No. 07-MD-1902 (JSR)
In re REFCO INC. SECURITIES LITIGATION :
:
----------------------------------------------------------X
This Document Relates To:
----------------------------------------------------------X
KENNETH M. KRYS, *et al.*, :
:
                Plaintiffs, :
:
        -against- :
: Case No. 08-cv-07416 (JSR)
ROBERT AARON, *et al.*, :
:
                Defendants. :
----------------------------------------------------------X

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

      PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters his appearance for Plaintiffs in the above-captioned actions and demands that copies of all papers in these actions be served upon the undersigned counsel at the address stated below.

      The undersigned hereby certifies that he is admitted to practice before this Court.

Dated:  New York, New York
          June 6, 2011

                          **BROWN RUDNICK LLP**

                          By /s Mason C. Simpson
                             Mason C. Simpson  (MS-4904)
                             Seven Times Square
                             New York, New York 10036
                             Telephone: (212) 209-4800
                             Facsimile: (212) 209-4801
                             msimpson@brownrudnick.com