```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
                                      :
                                      :    07 MDL 1902 (JSR)
                                      :    (Applies To All Cases)
                                      :
IN RE REFCO SECURITIES LITIGATION     :    CASE MANAGEMENT ORDER #50
                                      :
                                      :
                                      :
                                      :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

The Court has received the bills from the Special Masters for the month of May, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on June 20, 2011. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       June 13, 2011

**Professor Daniel J. Capra**
**Special Master**

**Fordham Law School**
**140 West 62nd Street**
**New York, New York 10023**
**dcapra@law.fordham.edu**

June 1, 2011

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---:|
| May 4 — Updating chart for status conference; reading and implementing orders regarding R and Rs | 2.3 |
| May 9 — Review of outstanding matters in preparation for status conference | 1.1 |
| May 10 — Status Conference | 3.3 |
| May 11 — case management after status conference | 2.1 |
| May 23 — reviewing materials for argument re MTD by PwC | 3.3 |
| May 26 — Krys v. DB r and r | 2.5 |
| May 27 — Krys v. DB r and r | 2.2 |
| **Total Hours** | 16.8 |
| Hours @ $500/hr. | |
| **Total Bill ------** | **$8,400.00** |

# RONALD J. HEDGES

# INVOICE OF MAY 30, 2011

# IN RE REFCO SECURITIES LITIGATION

# (SUBMITTED JUNE 9, 2011)

## HOURS INCURRED:

May 2 (and various dates) – communications parties w/re SPhinX in camera (.5)

May 7 – communications with parties, Special Master Capra, and Court w/re status conference and status report (1.0)

May 10 – preparation for and attendance status conference, including review of *in camera* materials (7.0)

May 30 (and various dates) – communications with parties and with Court w/re various motions and orders, and attending to filing of latter (1.5)

## TOTAL HOURS INCURRED: 10 HOURS @$400.00 = $4,000.00

## EXPENSES INCURRED:

May 8:

    NJ Tpk = 3.20

    Mileage: 30 @ .5 = $16.00

    Parking – 20.00

    PATH -- 3.50

## TOTAL EXPENSES INCURRED= $42.50

## TOTAL INVOICE: $4.042.50