UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
:
IN RE REFCO SECURITIES LITIGATION    :    07 MDL 1902 (JSR)
:
:
------------------------------------- x
------------------------------------- x
THOMAS H. LEE EQUITY FUND, L.P.,     :
THOMAS H. LEE PARALLEL FUND V, L.P., :
and THOMAS H. LEE EQUITY (CAYMAN)    :
FUND V, L.P.,                        :    07 Civ. 8663 (JSR)
:
Plaintiffs/                     :    ORDER
Counterclaim Defendants,         :
:
-v-                         :
:
GRANT THORNTON LLP,                  :
:
Defendant/                      :
Counterclaim Plaintiff.          :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

For the reasons stated in open Court on June 21, 2011, see transcript, defendant's "motion to Quash Rule 45 Subpoenas Served on Grant Thornton LLP" is granted. The Clerk of the Court is directed to close item number 249 under docket number 07 Civ. 8663.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, NY
       June 22, 2011