UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
In re REFCO, INC. SECURITIES LITIGATION       :   07 MDL 1902 (JSR)
                                                             :
------------------------------------------------------------ x
                                                             :
This document applies to:                                    :
                                                             :
MARC S. KIRSCHNER,                                           :   07 Civ. 8165 (JSR)
As Trustee of the Refco Private Actions Trust,               :
                                                             :
         Plaintiff,                                          :   **ORDER OF ADMISSION *PRO HAC***
              v.                                             :   ***VICE***
                                                             :
PHILLIP R. BENNETT, SANTO C. MAGGIO,                         :
ROBERT C. TROSTEN, MAYER, BROWN                              :
LLP, MAYER BROWN INTERNATIONAL                               :
LLP, and GRANT THORNTON LLP,                                 :
                                                             :
         Defendants.                                         :
------------------------------------------------------------ x
                                                             :
GRANT THORNTON LLP,                                          :
                                                             :
         Defendant/Third-Party Plaintiff,                    :
                                                             :
              v.                                             :
                                                             :
THOMAS H. LEE PARTNERS, L.P.; THL                            :
EQUITY ADVISORS V, LLC; THL                                  :
MANAGERS V, LLC; THOMAS H. LEE                               :
EQUITY FUND V, L.P.; THOMAS H. LEE                           :
PARALLEL FUND V, L.P.; THOMAS H. LEE                         :
EQUITY (CAYMAN) FUND V, L.P.; THOMAS                         :
H. LEE; DAVID V. HARKINS; SCOTT L.                           :
JAECKEL; and SCOTT A. SCHOEN,                                :
                                                             :
         Third-Party Defendants.                             :
------------------------------------------------------------ x

         Upon the motion of Beth A. Tagliamonti, attorney for Defendant Grant Thornton

LLP, and said sponsor's declaration in support:

**IT IS HEREBY ORDERED** that

    Derek J. Sarafa
    Winston & Strawn LLP
    35 West Wacker Drive
    Chicago, IL 60601-9703
    Tel: (312) 558-5600
    Fax: (312) 558-5700
    E-mail: DSarafa@winston.com

is admitted to practice *pro hac vice* as counsel for Grant Thornton LLP in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: Florham Park
City, State: 6/8/11

_____
Special Master Hon. Ronald Hedges