UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X    07-MDL-1902 (JSR)
In re REFCO INC. SECURITIES LITIGATION  :
------------------------------------------------- X
This document relates to:                         :
------------------------------------------------- X
                                                  :    08 Civ. 7416 (JSR)
KENNETH M. KRYS, et al.,                          :
                                                  :
        Plaintiffs,                           :
                                                  :
-against-                                         :
                                                  :
ROBERT AARON, et al.,                             :
                                                  :
        Defendants.                           :
------------------------------------------------- X

### ORDER GRANTING EXTENSION OF TIME WITHIN WHICH DEFENDANTS MAY ANSWER THE AMENDED COMPLAINT

WHEREAS consent has been obtained from all counsel for the parties to the action entitled *Krys v. Aaron, et al.*, No. 08 Civ. 7416 (JSR),

SPECIAL MASTER HEDGES, for good cause shown, hereby enters the following order:

**IT IS ORDERED** that the time within which defendants Robert Aaron, Guy Castranova, Derivative Portfolio Management, LLC, Derivative Portfolio Management, Ltd, DPM-Mellon, LLC, DPM-Mellon, Ltd and the Bank of New York Mellon Corporation may answer the Amended Complaint is hereby extended through and including August 1, 2011.

IT IS on this ___ of July, 2011, **SO ORDERED**.

_____
HON. RONALD HEDGES
SPECIAL MASTER