UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re REFCO INC. SECURITIES LITIGATION    :    Case No. 07-md-1902 (JSR)
                                                            :
------------------------------------------------------------X

## SPECIAL MASTER ORDER ON DISCOVERY DISPUTES

WHEREAS this Court entered an Order on the 21st of July 2011, with respect to the subpoenas served upon Peter Ginsberg, Esq., by the attorneys for Kavanagh and Owens and the DPM defendants; and

WHEREAS the attorneys for Kavanagh and Owens and the DPM defendants have appealed the July 21, 2011 Order; and

WHEREAS Judge Jed S. Rakoff has directed appellants to submit briefing by August 3, 2011, and directed that opposing papers are to be filed by August 10, 2011.

SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders as follows:

The July 21, 2011 Order is stayed pending adjudication of the appeal.

SO ORDERED this 28th day of July, 2011

_____
HON. RONALD HEDGES
SPECIAL MASTER