UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
                                         :
                                         :
                                         :    07 MDL 1902 (JSR)
                                         :    (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION        :
                                         :    <u>CASE MANAGEMENT ORDER #54</u>
                                         :
                                         :
                                         :
---------------------------------------- x

JED S. RAKOFF, U.S.D.J.

   The Court has received the bills from the Special Masters for the month of July, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on August 10, 2011. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account.

   SO ORDERED.

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       August 2, 2011

**Professor Daniel J. Capra**
**Special Master**

Fordham Law School
140 West 62nd Street
New York, New York 10023
dcapra@law.fordham.edu

August 2, 2011

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---:|
| July 1 — preparing in pari delicto R and R | 3.5 |
| July 2 — preparing pari delicto R and R | 2.5 |
| July 3 — finishing in pari delicto R and R | 2.0 |
| July 18 — research on SLUSA and accountant malpractice | 3.0 |
| July 19 — reading deposition transcript | 1.5 |
| July 28 — DB MTD; PwC MTD | 3.0 |
| July 29 — PwC MTD | 3.1 |
| July 31 — PwC MTD | 3.2 |

**Total Hours**                                                                 21.8
         Hours @ $500/hr.

                                              Total Bill ------        $10,900.00

# RONALD J. HEDGES

# INVOICE OF JULY 30, 2011

# (REVISED AUGUST 1, 2011)

# IN RE REFCO SECURITIES LITIGATION

## HOURS INCURRED:

July 4 (and later dates) -- communications w/re possible 30(b)(6) dispute (.5)

July 8 – preparation for, and conducting, *in camera* inspection of Ginsberg documents (4.0); attending to filing of pro hac orders (.25)

July 14 (and later dates) – communications w/re extension of time to answer and attending to filing thereof (.5)

July 17 (and later dates) – review of *Krys* motions for default judgment, preparation of

R & R on one motion, and attending to filing thereof; communications with counsel directing further briefing on second motion (5.0)

July 21 – conference call w/re Aliprandi and McMahon subpoena (.25)

July 25 – communications w/ counsel and w/Chambers September conference (.5)

July 27– communications w/re appeal from ruling on *in camera* review (.5)

July 28 – attending to filing of order on discovery disputes (.25)

July 29 – communications w/ counsel w/re status of Kirshner discovery and scheduling conference call (.25)

July 30 – review of supplemental and original motion papers on second *Krys* motion for default judgment and preparation of R&R (2.5)

## TOTAL HOURS INCURRED:

14.5 HOURS @$400.00 = $5,800.00

## EXPENSES INCURRED:

July 8:

tolls (NJ Pkwy) = $2.00

mileage: 102 miles @ .5 = $51.00

## TOTAL EXPENSES INCURRED: $53.00

## TOTAL INVOICE: $5,853.00