UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
IN RE: REFCO SECURITIES LITIGATION            :  07 MDL 1902 (GEL)
:
---------------------------------------------------------------X

---------------------------------------------------------------X
:
KENNETH M. KRYS and CHRISTOPHER       :  08 Civ. 7416 (GEL)
STRIDE, as JOINT OFFICIAL LIQUIDATORS  :
of SPHINX LTD., et al.                                    :
                                    Plaintiffs,          :  ORDER
:
    -against-                                              :
:
ROBERT AARON, et al.,                              :
                                    Defendants.       :
---------------------------------------------------------------X

**SPECIAL MASTER ORDER RELATED TO JULY 21, 2011 DISCOVERY CONFERENCE CALL REGARDING THE DPM DEFENDANTS' SUBPOENAS TO CHRISTOPHER ALIPRANDI AND PATRICK MCMAHON**

This matter having been opened to the Court by DLA Piper LLP (US), attorneys for the DPM Defendants in connection with subpoenas served upon Christopher Aliprandi and Patrick McMahon, on or about June 9, 2010, and July 15, 2010, pursuant to F.R.C.P. 45; and the Court having conducted a telephone conference with Matthew Dunn and Robert Zito of Carter Ledyard and Milburn LLP, counsel for non-party individuals Aliprandi and McMahon, B. John Pendleton, Jr. and Gina Trimarco of DLA Piper LLP (US), counsel for the DPM Defendants, David Kerstein of Gibson Dunn & Crutcher LLP, counsel for defendants Mark Kavanagh and Brian Owens, and Dennis Blackhurst of Beus Gilbert PLLC, counsel for plaintiffs on July 21, 2011; and good cause appearing;

IT IS on this 3d day of August, 2011

ORDERED that:

A)  Counsel will meet and confer to determine whether there are file types, such as images, that can be excluded from searches, review and production in response to the subpoenas;

B)  Counsel will also meet and confer to agree on search terms to search the sample set ordered on March 1, 2011, as well as the remaining unprocessed data, with Aliprandi and McMahon bearing the estimated vendor cost of $1,600;

C)  Another telephone conference will be held on 9/13/, 2011, at 3 PM, to determine the status and progress of the dispute concerning the production of the PlusFunds-related documents in the possession of Aliprandi and McMahon.

SO ORDERED.

_____
Hon. Ronald Hedges
SPECIAL MASTER