UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | Case No. 07 MDL 1902 (JSR) |
| This document applies to:<br><br>MARC S. KIRSCHNER,<br>As Trustee of the Refco Private Actions Trust,<br><br>     Plaintiff,<br><br>    v.<br><br>PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER, BROWN LLP, MAYER BROWN INTERNATIONAL LLP, and GRANT THORNTON LLP,<br><br>     Defendants. | Case No. 07 Civ. 8165 (JSR)<br><br>**NOTICE OF MOTION** |
| GRANT THORNTON LLP,<br><br>     Defendant/Third-Party Plaintiff,<br><br>    v.<br><br>THOMAS H. LEE PARTNERS, L.P.; THL EQUITY ADVISORS V, LLC; THL MANAGERS V, LLC; THOMAS H. LEE EQUITY FUND V, L.P.; THOMAS H. LEE PARALLEL FUND V, L.P., THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., THOMAS H. LEE; DAVID V. HARKINS; SCOTT L. JAECKEL; and SCOTT A. SCHOEN,<br><br>     Third-Party Defendants. | |

**PLEASE TAKE NOTICE THAT,** upon the accompanying Memorandum of Law In Support of the THL Defendants' Motion To Dismiss Grant Thornton LLP's Third-Party

Complaint For Contribution and Declaration of Kevin B. Huff In Support, dated August 24, 2011, the undersigned will move this Court before the Honorable Judge Jed S. Rakoff, United States District Judge, in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14B, New York, New York 10007, at a date and time to be set by the Court, for an order dismissing with prejudice the Third-Party Complaint For Contribution, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6); pursuant to Local Civil Rule 6.1(b), any Opposition to this Motion to Dismiss shall be served and filed by September 7, 2011, and any Reply to any Opposition to this Motion to Dismiss shall be served and filed by September 14, 2011, with oral argument scheduled for a date and time to be set by the Court.

Dated: August 24, 2011
      Washington, D.C.

KELLOGG, HUBER, HANSEN, TODD EVANS & FIGEL, P.L.L.C.

By:   /s/ Kevin B. Huff
Mark C. Hansen
Silvija A. Strikis
Kevin B. Huff (KH-9284)
khuff@khhte.com
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999

WEIL GOTSHAL & MANGES LLP

Greg A. Danilow (GD-1621)
767 Fifth Avenue
New York, New York 10153
Tel.: (212) 310-8000

*Attorneys for Thomas H. Lee Partners, L.P., THL Equity Advisors V, LLC, THL Managers V, LLC, Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee, David V. Harkins, Scott L. Jaeckel, and Scott A. Schoen*