**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | Case No. 07 MDL 1902 (JSR) |
| This document applies to:<br><br>MARC S. KIRSCHNER,<br>As Trustee of the Refco Private Actions Trust,<br><br>                    Plaintiff,<br><br>        v.<br><br>PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER, BROWN LLP, MAYER BROWN INTERNATIONAL LLP, and GRANT THORNTON LLP,<br><br>                    Defendants. | Case No. 07 Civ. 8165 (JSR)<br><br>**CERTIFICATE OF SERVICE** |
| GRANT THORNTON LLP,<br><br>                    Defendant/Third-Party<br>                    Plaintiff,<br><br>        v.<br><br>THOMAS H. LEE PARTNERS, L.P.; THL EQUITY ADVISORS V, LLC; THL MANAGERS V, LLC; THOMAS H. LEE EQUITY FUND V, L.P.; THOMAS H. LEE PARALLEL FUND V, L.P., THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., THOMAS H. LEE; DAVID V. HARKINS; SCOTT L. JAECKEL; and SCOTT A. SCHOEN,<br><br>                    Third-Party Defendants. | |

    I hereby state the following:

    1.    I am an attorney with the law firm Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., 1615 M Street, N.W., Suite 400, Washington, D.C. 20036, counsel of record for the Third-Party Defendants.

2. On August 24, 2011, I caused the THL Defendants' Notice of Motion To Dismiss Grant Thornton LLP's Third-Party Complaint For Contribution, supporting memorandum of law, and declaration of Kevin B. Huff in support to be served via email on the following

> sascharand@quinnemanuel.com
>
> alexrossmiller@quinnemanuel.com
>
> btagliamonti@winston.com
>
> rbraun@winston.com
>
> cjoyce@winston.com
>
> lcoberly@winston.com

3. On August 24, 2011, I also caused the THL Defendants' Notice of Motion To Dismiss Grant Thornton LLP's Third-Party Complaint For Contribution, supporting memorandum of law, and declaration of Kevin B. Huff in support to be served via email upon all counsel of record in the above-captioned action by email to the following email distribution list: WHRefcoPATActionPartiesAll@wilmerhale.com.

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 24, 2011  
Washington, DC

By: */s/* Kevin B. Huff  
Kevin B. Huff

KELLOGG, HUBER, HANSEN, TODD,  
  EVANS & FIGEL, P.L.L.C.  
1615 M Street, N.W.  
Suite 400  
Washington, D.C. 20036  
(202) 326-7900  
khuff@khhte.com