UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Refco, Inc. Securities Litigation | 07 MDL 1902 (JSR) |
| This document applies to: | |
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Private Actions Trust,<br><br>Plaintiff,<br><br>-vs-<br><br>PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER, BROWN LLP, MAYER BROWN INTERNATIONAL LLP, and GRANT THORNTON LLP,<br><br>Defendants. | 07 Civ. 8165 (JSR) |
| GRANT THORNTON LLP,<br><br>Defendant/Third-Party Plaintiff,<br><br>-vs-<br><br>THOMAS H. LEE PARTNERS, L.P.;<br>THL EQUITY ADVISORS V, LLC;<br>THL MANAGERS V, LLC;<br>THOMAS H. LEE EQUITY FUND V, L.P.;<br>THOMAS H. LEE PARALLEL FUND V, L.P.,<br>THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., THOMAS H. LEE; DAVID V. HARKINS; SCOTT L. JAECKEL; and SCOTT A SCHOEN,<br><br>Third-Party Defendants. | **SPECIAL MASTER HEDGES' INTERIM ORDER REGARDING THE TRUSTEE'S EXPERT REPORT CONCERNING DAMAGES** |

WHEREAS, counsel for Marc S. Kirschner, as Trustee of the Refco Private Actions Trust (the "Trustee") and counsel for Grant Thornton LLP ("Grant Thornton") in the above-captioned action are scheduled, with the approval of the Special Master, to conduct the subpoena deposition of the 30(b)(6) representative of Cargill (including Cargill Financial Services Corp., Cargill Global Funding PLC, and Cargill Inc.) on August 30, 2011 and the deposition of the 30(b)(6) representative of Lyxor Estlander & Ronnlund Ltd. and Lyxor/Beach Discretionary Fund Ltd. as soon as practicable thereafter; and

WHEREAS, the Trustee, with the consent of Grant Thornton, seeks to extend the date by which it is to provide Grant Thornton with its expert report concerning damages from August 30, 2011 to September 19, 2011,

SPECIAL MASTER HEDGES, for good cause shown, hereby enters the following interim order:

1. The Trustee's expert report concerning damages shall be provided to Grant Thornton on or before September 19, 2011. A copy of the report shall be provided to Special Master Hedges.

2. Special Master Hedges will hold a status conference on September 13, 2011 at 4:00 p.m.

3. Prior to the conference, counsel for the Trustee shall provide Special Master Hedges with transcripts of the FX Customer depositions that have taken place.

4. This is an interim order. No determination has been made as to whether additional FX Customers must be made available for deposition or whether a "bellwether" trial will be held.

SO ORDERED

_/s/ Ronald Hedges_
Ronald Hedges
Special Master

Dated: ~~New York, NY~~ Miami, FL
August __, 2011

2