UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
                                         :
                                         :
                                         :    07 MDL 1902 (JSR)
                                         :    (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION        :
                                         :    CASE MANAGEMENT ORDER #56
                                         :
                                         :
                                         :
---------------------------------------- x

JED S. RAKOFF, U.S.D.J.

   The Court has received the bill from Special Master Daniel Capra for the month of August, which will be docketed for the parties' review. Any party who wishes to object to the bill must submit such objection to the Court in writing no later than one week from today, on September 8, 2011. If no objections are received, the Case Accountant will be authorized to pay the bill out of the established account.

   SO ORDERED.

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        September 1, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/11

**Professor Daniel J. Capra**
**Special Master**

**Fordham Law School**
**140 West 62nd Street**
**New York, New York 10023**
**dcapra@law.fordham.edu**

September 1, 2011

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---:|
| August 1 — PwC MTD | 1.5 |
| August 2 — PwC MTD | 2.5 |
| August 3 — PwC MTD | 2.5 |
| August 4 — PwC MTD | 4.0 |
| August 5 — PwC MTD | 2.3 |
| August 6 — PwC MTD | 2.1 |
| August 7 — PwC MTD | 1.5 |
| August 8 — PwC MTD | 3.1 |
| August 9 — PwC MTD | 5.1 |
| August 10 — Review of briefs and research on SLUSA | 3.5 |
| August 11 — Research on SLUSA | 3.2 |
| August 12 — Research on SLUSA | 2.4 |
| August 14 — Preparing R and R on SLUSA | 1.5 |
| August 15 — Preparing R and R on SLUSA | 1.0 |
| August 29 — Preparing R and R on SLUSA | 2.0 |
| August 30 — Preparing R and R on SLUSA | 2.8 |
| August 31 — Preparing R and R on SLUSA | 3.1 |

**Total Hours** 44.1
        Hours @ $500/hr.

                Total Bill ------          $22,050.00