Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: REFCO INC. SECURITIES LITIGATION         :   Case No. 07 MDL 1902 (JSR)

---

MARC S. KIRSCHNER,
As Trustee of the Refco Private Actions Trust,

        Plaintiff,

      v.                                              Case No. 07 Civ. 8165 (JSR)

PHILLIP R. BENNETT, SANTO C. MAGGIO,
ROBERT C. TROSTEN, MAYER, BROWN LLP,
MAYER BROWN INTERNATIONAL LLP, and
GRANT THORNTON LLP,

        Defendants.

---

GRANT THORNTON LLP,

        Defendant/Third-Party Plaintiff,

      v.

THOMAS H. LEE PARTNERS, L.P.; THL EQUITY
ADVISORS V, LLC; THL MANAGERS V, LLC;
THOMAS H. LEE EQUITY FUND V, L.P.;
THOMAS H. LEE PARALLEL FUND V, L.P.,
THOMAS H. LEE EQUITY (CAYMAN)
FUND V, L.P., THOMAS H. LEE; DAVID V.
HARKINS; SCOTT L. JAECKEL; and SCOTT A.
SCHOEN,

        Third-Party Defendants.



## JOINT STIPULATION OF DISMISSAL OF THIRD-PARTY COMPLAINT WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Third-Party Plaintiff Grant Thornton LLP and Third-Party Defendants Thomas H. Lee Partners, L.P., THL Equity Advisors V, LLC, THL Managers V, LLC, Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee, David V. Harkins, Scott L. Jaeckel, and Scott A. Schoen hereby stipulate and agree that the third-party complaint and all claims and defenses asserted thereto be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses relating thereto. The parties also hereby withdraw and terminate all pending motions submitted in connection with this third-party complaint.

_____
Greg A. Danilow (GD-1621)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000

--and--

Mark C. Hansen
KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900

*Attorneys for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P.*

*Catherine W. Joyce*
Catherine W. Joyce
WINSTON & STRAWN
35 West Wacker Drive
Chicago, IL 60601
Tel.: (312) 558-5600

*Attorneys for Defendant Grant Thornton LLP*

Dated: _____, 2011

# JOINT STIPULATION OF DISMISSAL OF THIRD-PARTY COMPLAINT WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Third-Party Plaintiff Grant Thornton LLP and Third-Party Defendants Thomas H. Lee Partners, L.P., THL Equity Advisors V, LLC, THL Managers V, LLC, Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee, David V. Harkins, Scott L. Jaeckel, and Scott A. Schoen hereby stipulate and agree that the third-party complaint and all claims and defenses asserted thereto be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses relating thereto. The parties also hereby withdraw and terminate all pending motions submitted in connection with this third-party complaint.

Greg A. Danilow (GD-1621)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000

--and--

Mark C. Hansen
KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900

*Attorneys for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P.*

Catherine W. Joyce
WINSTON & STRAWN
35 West Wacker Drive
Chicago, IL 60601
Tel.: (312) 558-5600

*Attorneys for Defendant Grant Thornton LLP*

Dated: Sept 1, 2011

Page 18 of 18

9-6-11