UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
                                                           :
In re REFCO INC. SECURITIES LITIGATION                     :   Case No. 07-md-1902 (JSR)
                                                           :
                                                           :
---------------------------------------------------------- X

This Document Relates To:


---------------------------------------------------------- X
                                                           :
KENNETH M. KRYS, *et al.*,                                 :   Case No. 08-cv-7416 (JSR)
                                                           :
                                      Plaintiffs,          :   **DECLARATION OF MASON**
                                                           :   **SIMPSON IN SUPPORT OF**
                    -against-                              :   **PLAINTIFFS' MOTION TO**
                                                           :   **DISMISS**
ROBERT AARON, *et al.*,                                    :
                                                           :
                                      Defendants.          :
                                                           :
---------------------------------------------------------- X

Mason Simpson declares as follows:

    1.    I am a member of the law firm Brown Rudnick LLP, co-counsel, with Beus Gilbert PLLC, for plaintiffs Kenneth M. Krys, *et al.* ("Plaintiffs") in the above-captioned action. I am admitted to practice before this Court. I respectfully submit this declaration in support of Plaintiffs' motion to dismiss counterclaims asserted by defendants/counterclaimants Derivatives Portfolio Management, LLC, Derivatives Portfolio Management, Ltd., DPM-Mellon, LLC, DPM-Mellon, Ltd. and Guy Castranova.

    2.    Attached hereto as Exhibit A are true and correct copies of the July 9, 2002, May 1, 2003 and June 30, 2004 Service Agreements between DPM and the SPhinX Funds.

3.   Attached hereto as Exhibit B is a true and correct copy of the Amended Answer, Affirmative Defenses, Counterclaims and Third Party Complaint to the Amended Complaint by Defendants Derivative Portfolio Management, LLC, Derivative Portfolio Management, LTD, DPM-Mellon, LLC, DPM-Mellon LTD, and Guy Castranova dated August 15, 2011.

4.   Attached hereto as Exhibit C is a true and correct copy of the Plaintiffs' Amended Complaint dated April 15, 2008.

5.   I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 13, 2011

_____
MASON SIMPSON