UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Refco, Inc. Securities Litigation ) | 07 MDL 1902 (JSR) |
| ) | |
| This document applies to: ) | |
| MARC S. KIRSCHNER, ) | 07 Civ. 8165 (JSR) |
| As Trustee of the Refco Private Actions Trust, ) | |
| Plaintiff, ) | |
| -vs- ) | **SPECIAL MASTER HEDGES' INTERIM ORDER REGARDING GRANT THORNTON LLP'S MOTION TO COMPEL AND ORDER REGARDING SCHEDULING** |
| PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER, BROWN LLP, MAYER BROWN INTERNATIONAL LLP, and GRANT THORNTON LLP, ) | |
| Defendants. ) | |

SPECIAL MASTER HEDGES, for good cause shown, hereby enters the following interim order regarding Grant Thornton's motion to compel and order regarding scheduling:

1. The parties shall complete the Rule 30(b)(6) deposition of Lyxor on or before October 21, 2011.

2. Grant Thornton may select three additional FX customers to depose. Grant Thornton must complete these additional FX customer depositions on or before October 21, 2011. Counsel for the Private Actions Trustee shall cooperate with Grant Thornton in seeking to have the depositions noticed and held voluntarily, but if the FX customers do not agree to appear voluntarily, Grant Thornton is responsible for compelling the depositions through formal process.

3. Grant Thornton's motion to depose more than three additional FX customers is denied without prejudice. Grant Thornton may seek to renew its motion based on testimony

elicited at the remaining FX customer depositions completed on or before October 21, 2011.

4. The Trustee shall provide its damages expert report to Grant Thornton on or before September 19, 2011. The Trustee shall provide its remaining expert disclosures and reports to Grant Thornton on or before October 21, 2011.

5. The parties are to meet and confer about the schedule for expert disclosures, rebuttal expert reports, expert discovery and summary judgment motions.

6. Special Master Hedges will hold a status conference on October 24, 2011 at 4:00 p.m. to address (i) any request by Grant Thornton for additional depositions of FX customers; (ii) the schedule for expert rebuttal reports and expert discovery; and (iii) the schedule for summary judgment motions.

SO ORDERED

/s/ Ronald Hedges
Ronald Hedges
Special Master

Dated: Newark, NJ ~~New York, NY~~
September 16, 2011