DLA PIPER LLP (US)
300 Campus Drive, Suite 100
Florham Park, NJ  07932-1039
Telephone No.: 973.520.2561
Fax No.: 973.520.2581
Attorneys for Defendants
    *Derivative Portfolio Management LLC;*
    *Derivative Portfolio Management, Ltd.;*
    *DPM-Mellon, LLC; DPM-Mellon, Ltd.;*
    *and Guy Castranova*

UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                                  :

IN RE: REFCO SECURITIES LITIGATION   :   07 MDL 1902 (JSR)
                                                                  :
---------------------------------------------------------------X

---------------------------------------------------------------X
KENNETH M. KRYS, *et al.*                        :   08 Civ. 7416 (JSR)
                                                                    :
                 Plaintiffs,          :
                                                                    :
   -against-                                               :
                                                                      :
ROBERT AARON, *et al.*,                          :
                                                                      :
                Defendants.        :
---------------------------------------------------------------X

DECLARATION OF B. JOHN PENDLETON, JR.<br>IN SUPPORT OF DPM DEFENDANTS' OPPOSITION TO PLAINTIFFS'<br><u>MOTION TO DISMISS COUNTERCLAIMS</u>

       **B. JOHN PENDLETON, JR.**, an attorney-at-law in the State of New

Jersey, admitted *pro hac vice* in the United States District Court for the

Southern District of New York, and a member of the law firm of DLA Piper LLP (US), hereby declares as follows:

1.  Attached hereto as Exhibit 1 is a true and correct copy of the February 28, 2006 Service Agreement between DPM-Mellon, LLC and DPM-Mellon, Ltd. (collectively, "DPM") and SPhinX Ltd. and other related entities (collectively, "SPhinX").

2.  Attached hereto as Exhibit 2 is a true and correct copy of *Fabcon E., L.L.C. v. Stegla Group, Inc.*, Civ. No. 10-4601(DRD), 2011 WL 773038 (D.N.J. Feb. 25, 2011).

3.  Attached hereto as Exhibit 3 is a true and correct copy of *Broadhurt Invs., LP v. Bank of N.Y. Mellon*, No. 09 Civ. 1154(PKC), 2009 WL 4906096 (S.D.N.Y. Dec. 14, 2009).

3.  Attached hereto as Exhibit 4 is a true and correct copy of *Goshawk Dedicated Ltd. v. Bank of N.Y.*, No. 06 Civ. 13758(MHD), 2010 WL 1029547 (S.D.N.Y. March 15, 2010).

4.  Attached hereto as Exhibit 5 is a true and correct copy of *CBS Corp. v. Eaton Corp.*, No. 07 Civ. 11344(LBS), 2010 WL 1375169 (S.D.N.Y. Mar. 30, 2010).

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 30, 2011.

By:     *s/ B. John Pendleton, Jr.*
**DLA PIPER LLP (US)**
B. John Pendleton, Jr.

EAST\46839618.1

                                                   300 Campus Drive, Suite 100
                                                   Florham Park, NJ  07932-1039
*Attorneys for Defendants Derivative Portfolio Management LLC; Derivative Portfolio Management, Ltd.; DPM-Mellon, LLC; DPM-Mellon, Ltd.; and Guy Castranova*