UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
                                     :
                                     :        07 MDL 1902 (JSR)
                                     :        (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION    :
                                     :        CASE MANAGEMENT ORDER #57
                                     :
                                     :
                                     :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

        Pursuant to Case Management Order #56, the time for objections

to the bill of Special Master Daniel Capra for services rendered in

August 2011 has elapsed.  Since the Court did not receive any

objection to that bill, the Court hereby directs the Case Accountant

to pay the bill forthwith.

        SO ORDERED.

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        September 29, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-30-11