UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
IN RE: REFCO SECURITIES LITIGATION : 07 MDL 1902 (JSR)
------------------------------------------------------------X

------------------------------------------------------------X
KENNETH M. KRYS, et al. : 08 Civ. 7416 (JSR)

                 Plaintiffs,

-against-                    **ORDER AUTHORIZING SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT CHRISTOPHER SUGRUE PURSUANT TO FED. R. CIV. P. 4(f)(3)**

ROBERT AARON, et al.,

                 Defendants.
------------------------------------------------------------X

Upon the application of Defendants/Third Party Plaintiffs Derivatives Portfolio Management, LLC, Derivative Portfolio Management, Ltd., DPM-Mellon, LLC, DPM-Mellon, Ltd., and Guy Castranova (collectively, the "DPM Defendants") for an order authorizing substitute service of the summons and complaint in this action on defendant Christopher Sugrue pursuant to *Fed. R. Civ. P.* 4(f)(3):

**IT IS HEREBY ORDERED** that DPM Defendants may serve Mr. Sugrue by international courtier service at Av. Amilar Cabral No 110-2, Ed. Sonangol Distribuidora, Luanda, Angola and by electronic mail at chris.sugrue@yahoo.com.sg; and it is

**FURTHER ORDERED** that DPM Defendants shall serve Mr. Sugrue with a signed copy of this order along with the summons and complaint.

Dated: ~~Hackensack, NJ~~ Honolulu, HI
       Oct. 6, 2011

                                                 /s/ R. Hedges
                                           Hon. Ronald J. Hedges, Special Master