UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. Securities Litigation | 07 MDL 1902 (JSR) |
| This document applies to: | |
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Private Actions Trust, | 07 Civ. 8165 (JSR) |
| Plaintiff,<br>vs-<br>PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER, BROWN LLP, MAYER BROWN INTERNATIONAL LLP, and GRANT THORNTON LLP,<br>Defendants. | **SPECIAL MASTER HEDGES' ORDER REGARDING SCHEDULING** |

SPECIAL MASTER HEDGES, for good cause shown, hereby enters the following order regarding scheduling:

1. The parties shall hold the Rule 30(b)(6) depositions of the below-listed FX customers according to the following schedule:

    a. Lyxor on or before October 21, 2011;

    b. Rogers Funds on or before November 4, 2011;

    c. Waylander on or before November 8, 2011;

    d. IDS on or before November 11, 2011;

2. The parties shall meet and confer on scheduling and other logistical issues with respect to the JWH deposition. The Trustee reserves the right to object to the taking of this additional FX Customer deposition on the ground that it exceeds the scope of discovery allowed in the September 16, 2011 Order.

3. The Trustee shall provide its remaining expert reports to Grant Thornton on October 25, 2011.

4. Pursuant to the parties' meet and confer, the Trustee will provide additional information that Grant Thornton believes to be relevant to damage issues by October 28, 2011.

5. Grant Thornton shall provide its rebuttal expert reports, other than any reports pertaining to damages, to the Trustee on or before December 12, 2011.

6. The parties will complete expert depositions, other than damages experts, by January 27, 2012.

7. Grant Thornton will serve its expert report(s) on damages twenty days after the completion of the final FX customer deposition allowed by the Court to proceed. The Trustee may serve a rebuttal to Grant Thornton's damages report(s) up to twenty days thereafter.

8. The status conference set on October 24, 2011 is stricken. Special Master Hedges will hold a telephonic status conference on November 10, 2011 at 9:30 a.m./p.m. to address: (i) any request by Grant Thornton for additional depositions of FX customers and (ii) the schedule for summary judgment motions.

SO ORDERED

_/s/ R. Hedges_

Ronald Hedges
Special Master

Dated: ~~Newark, NJ~~
~~October~~ ___, 2011
October 24