UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

IN RE REFCO SECURITIES LITIGATION

07 MDL 1902 (JSR)
(Applies To All Cases)

CASE MANAGEMENT ORDER #59

------------------------------------- x

JED S. RAKOFF, U.S.D.J.

Pursuant to Case Management Order #58, the time for objections to the bill of Special Master Daniel Capra for services rendered in September 2011 and to the bill of Special Master Hedges for services rendered in August and September 2011 has passed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith, as directed in Case Management Order #58.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       October 30, 2011