```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
                                     :
                                     :     07 MDL 1902 (JSR)
                                     :     (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION    :
                                     :     CASE MANAGEMENT ORDER #60
                                     :
                                     :
                                     :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

The Court has received the bills from the Special Masters for the month of October, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on November 9, 2011. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       November 1, 2011

**Professor Daniel J. Capra**
**Special Master**

**Fordham Law School**
**140 West 62nd Street**
**New York, New York 10023**
dcapra@law.fordham.edu

November 1, 2011

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---:|
| October 3 — Krys/DB R and R | 1.5 |
| October 4 — Krys/DB R and R | 1.5 |
| October 10 — Krys/DB R and R | 2.1 |
| October 11 — Krys/DB R and R | 2.2 |
| October 12 — Krys/DB R and R | 3.1 |
| October 13 — Krys/DB R and R | 1.5 |
| October 14 — Krys/DB R and R | 3.1 |
| October 16 — Krys/DB R and R | 1.8 |
| October 17 — Krys/DB R and R | 1.5 |
| October 18 — Krys/DB R and R | 3.1 |
| October 19 — Krys/DB R and R | 2.8 |
| October 20 — Krys/DB R and R | 2.4 |
| October 21 — Krys/DB R and R | 3.9 |
| October 24 — Krys/DB R and R | 2.1 |
| October 25 — Krys/DB R and R | 3.5 |
| October 26 — Krys/DB R and R | 2.8 |
| October 31 — Krys/DB R and R | 3.1 |

**Total Hours**                                                   42.0
            **Hours @ $500/hr.**

                                **Total Bill ------**          **$21,000.00**

# RONALD J. HEDGES

# INVOICE OF OCTOBER 30, 2011

# IN RE REFCO SECURITIES LITIGATION

## HOURS INCURRED:

October 1 and later dates throughout month – Review of ruling on appeal and communications and conference w/ counsel w/re scheduling and thereafter adjourning hearing (2.0)

October 5 – attending to filing of order allowing payment to Ball Baker Leake (.25)

October 6 – communications w/ counsel w/re service of process on Sugrue and attending to filing of order w/re same (.25)

October 11 and 12 – communications w/re status of Krys v. Aliprandi and attending to filing of order (.25)

October 19 to 25 – communications w/ counsel w/re Kirshner and attending to filing of order (.25)

October 26 and later dates – communications w/ Chambers and w/ various counsel w/re November 9 status conference (1.0)


**TOTAL HOURS**: 4.00 @ $400/hour = $1,600.00

**TOTAL**: $1,600.00