UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | : | Case No. 07 MDL No. 1902 (JST) |
| | : | |
| | : | |
| | : | |
| KENNETH M. KRYS, *et al.*, | : | |
| | : | Case No. 08 Civ. 3086 (JSR) |
| | : | |
| v. | : | |
| CHRISTOPHER SUGRUE, *et al.*, | : | |

## SPECIAL MASTER ORDER ON DISCOVERY DISPUTES

WHEREAS, Defendants Mark Kavanagh and Brian Owens served subpoenas on Peter R. Ginsberg and Crowell & Moring on September 9, 2009.

WHEREAS, in an order signed by Special Master Ronald J. Hedges on December 8, 2010, "Crowell & Moring's obligations with respect to the subpoena" that was served on Crowell & Moring were "deemed satisfied." The December 8, 2010 Order stated that "Defendants Mark Kavanagh and Brian Owens' counsel indicated … that Crowell & Moring's production appeared complete. Counsel for Defendants Mark Kavanagh and Brian Owens further indicated that they believed Crowell & Moring hasd [*sic*] no further obligations pursuant to the subpoena."

WHEREAS, defendants Derivatives Management LLC, DPM-Mellon, LLC, Derivatives Portfolio Management, LTD., DPM-Mellon, Ltd., Guy Castranova, and Bank of New York Mellon Corporation (collectively, the "DPM Defendants") served a subpoena on Mr. Ginsberg on April 8, 2010 (collectively with the subpoena served on Mr. Ginsberg by Messrs. Kavanagh and Owens, the "Subpoenas").

WHEREAS, in connection with the Subpoenas, on June 14, 2010, Ginsberg & Burgos PLLC provided a privilege log to Kavanagh and Owens, the author(s) and/or creation of which is disputed by the parties, and that privilege log was subsequently amended on two occasions in 2010.

WHEREAS, on December 8, 2010, Messrs. Kavanagh and Owens moved to compel Mr. Ginsberg to produce certain documents listed on the privilege log that they contend were improperly withheld or redacted (the "Motion to Compel").

WHEREAS, the DPM Defendants joined in Messrs. Kavanagh and Owens' efforts to compel Mr. Ginsberg to produce documents.

WHEREAS, on December 15, 2010, Mr. Ginsberg opposed the Motion to Compel.

WHEREAS, the Special Master heard oral argument on the Motion to Compel on December 21, 2010, and subsequently heard from the parties in various informal written submissions, as well as at an in-person conference on February 9, 2011 and a telephonic conference on March 18, 2011.

WHEREAS this Court entered an Order on the 24th day of March, 2011.

WHEREAS Mr. Ginsberg appealed that Order on March 31, 2011, after efforts to negotiate a procedure for production that was agreeable to the parties were unsuccessful.

WHEREAS the Honorable Jed S. Rakoff ordered that the parties submit briefing as to the substance of the appealed Order.

WHEREAS Ginsberg & Burgos PLLC, in an effort to settle this discovery dispute, allowed counsel for Messrs. Kavanagh and Owens and the DPM Defendants to review certain documents, withheld on privilege grounds, covered by a Protective Order pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure and Rule 502(d) of the Federal Rules of Evidence and entered by the Court on January 24, 2011.

WHEREAS, pursuant to the January 24, 2011 Protective Order, counsel for Messrs. Kavanagh and Owens and the DPM Defendants were allowed to inspect but not copy certain documents that had previously been withheld.

WHEREAS, after the documents were made available for inspection, the number of documents in dispute was substantially reduced.

WHEREAS, Mr. Ginsberg then produced, without restriction, some of the documents still being requested by counsel for Messrs. Kavanagh and Owens and the DPM Defendants.

WHEREAS the parties agreed to submit to Special Master Ronald J. Hedges for *in camera* review certain documents for which privilege is asserted.

WHEREAS, Mr. Ginsberg submitted 35 documents to the Special Master for *in camera* review, which was conducted on July 8, 2011.

WHEREAS, the Special Master subsequently issued an Order, filed July 21, 2011, directing Mr. Ginsberg to produce six portions of those 35 documents (with two duplicates) ("*In Camera* Order").

WHEREAS, Messrs. Kavanagh and Owens appealed the Special Master's July 21 Order, seeking production of: "(a) 205 requested documents that were reviewed under Rule 502(d) but

not eventually produced or only partially produced, and (b) the 35 documents that were not inspected under Rule 502(d), but were instead reviewed *in camera* by the Special Master." Messrs. Kavanagh and Owens August 3, 2011 Appeal Brief. The DPM Defendants joined in that appeal.

WHEREAS, in a Memorandum Order dated September 30, 2011, the Honorable Jed S. Rakoff affirmed in part and reversed in part the *In Camera* Order. The September 30, 2011 Memorandum Order:

> [D]irects the Special Master to hold an evidentiary hearing to determine whether Knight genuinely acted as Ginsberg's "consultant" in this case, and if so, in what respects. In this hearing, at a minimum, Ginsberg (and Knight, if available) should give testimony and be subject to cross examination on this issue. If after this evidentiary hearing the Special Master determines that Knight acted as Ginsberg's consultant sufficient to invoke the work product doctrine, the Special Master should further determine: (1) whether each of the documents given to Knight by Ginsberg were in fact work product; and (2) whether defendants have made a sufficient showing to overcome such work product protection as otherwise applies.

In addition, in the Memorandum Order, the Court held that Kavanagh and Owens had not "waived their right to seek to compel" the production of the 205 requested documents that were reviewed under Rule 502(d) but not eventually produced or only partially produced. Accordingly, the Court ruled that "if defendants still seek production of those 205 documents, they are directed to apply to the Special Master no later than October 14, 2011 to compel production of these documents." The matter was then "remanded to the Special Master for further proceedings consistent with this Memorandum Order."

WHEREAS on October 3, 2011, Kavanagh and Owens applied to the Special Master to compel production of the 205 documents that were reviewed under Rule 502(d) but not eventually produced or only partially produced. The DPM Defendants joined in that application.

WHEREAS, the parties have agreed to fully and finally resolve this discovery dispute.

4

WHEREAS, Mr. Ginsberg has represented that he has produced or identified on his privilege log all documents in his possession and/or control responsive to the Subpoenas.

SPECIAL MASTER RONALD J. HEDGES, hereby orders as follows:

1. Mr. Ginsberg shall produce unredacted copies of the documents as identified in the charts attached at Exhibit A to counsel for Messrs. Kavanagh and Owens and the DPM Defendants within three (3) days from the entry of this Order (the "Compliance Date").

2. Production of the documents identified in paragraph 1 of this Order to any parties in the Refco MDL, including Messrs. Kavanagh and Owens and the DPM Defendants, does not constitute a waiver or forfeiture of any privilege, attorney-client or attorney work product or otherwise, that Mr. Ginsberg or his clients would otherwise be entitled to assert with respect to any other documents, communications and/or information – including other documents, communications and/or information related to the subject matter of the documents identified in paragraph 1 of this Order.

3. Each party seeking such production shall bear its own cost of production, including the cost of copying such documents.

4. Messrs. Kavanagh and Owens and the DPM Defendants may not seek reimbursement for attorneys' fees or costs incurred in connection with the Subpoenas, Motion to Compel or any other related matters sustained prior to the Compliance Date.

5. Messrs. Kavanagh and Owens and the DPM Defendants will retain whatever rights they otherwise might enjoy to seek further discovery from all of Mr. Ginsberg's current and former clients, including but not limited to members of the Knight family, entities in which

those persons have or had an economic interest, Andrew Feighery, and Patrina Khoo Farquharson (collectively, "Mr. Ginsberg's Clients").

6. Mr. Ginsberg's Clients will retain whatever rights they otherwise might enjoy to object and otherwise challenge any further discovery efforts initiated by Messrs. Kavanagh and Owens and/or the DPM Defendants.

7. To the extent it is later learned that Mr. Ginsberg has not produced all documents responsive to the Subpoenas, Messrs. Kavanagh and Owens and the DPM Defendants will have whatever rights they otherwise might enjoy absent this Order.

**SO ORDERED** this ____ day of _____, 2011

_____
HON. RONALD HEDGES
SPECIAL MASTER

# EXHIBIT A

Documents Reviewed by Special Master Hedges *In Camera*

| | Doc ID | EndDoc | Main Date | Type | Author | Recipient(s) | Description | Privilege Designation | REDACTED |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CM00000842 | CM00000847 | 21-Jun-06 | Email | Patrina Farquharson | Peter Ginsberg | Email regarding health of client | Attorney-Client Privilege | REDACTED |
| 2 | CM00000848 | CM00000852 | 21-Jun-06 | Email | Patrina Farquharson | Peter Ginsberg | Email regarding health of client | Attorney-Client Privilege | REDACTED |
| 3 | CM00000853 | CM00000862 | 21-Jun-06 | Email | Patrina Farquharson | Andrew FeigheryAndrew FeigheryPeter Ginsberg | Email regarding legal fees | Attorney-Client Privilege | |
| 4 | CM00000863 | CM00000873 | 21-Jun-06 | Email | Andrew Feighery | Andrew Feighery Patrina FarquharsonPeter Ginsberg | Client analysis | Attorney-Client Privilege | REDACTED |
| 5 | CM00000892 | CM00000899 | 21-Jun-06 | Email | Peter Ginsberg | Andrew Feighery Patrina Farquharson | Email regarding affidavit | Attorney-Client Privilege | |
| 6 | CM00000900 | CM00000906 | 21-Jun-06 | Email | Peter Ginsberg | Andrew Feighery Patrina Farquharson | Email regarding scheduling a conference call and litigation strategy | Attorney-Client Privilege | |
| 8 | CM00000922 | CM00000926 | 21-Jun-06 | Email | Peter Ginsberg | Andrew Feighery Patrina Farquharson | Discussion of litigation strategy | Attorney-Client Privilege | |
| 9 | CM00001272 | CM00001273 | 21-May-06 | Email | Patrina Farquharson | Peter Ginsberg | Emails regarding DPM Service Agreement | Attorney-Client Privilege | REDACTED |

1

## GINSBERG DOCUMENTS REQUESTED AND WITHHELD
### Knight/Knight Third Parties
(Excluding 20 documents listed on Ginsberg Privilege Logs I and II)

|  | FROM | TO (cc: ) | DATE | SUBJECT |
|---|---|---|---|---|
| 1 | Peter Ginsberg | Jon M. Knight | 2/6/2006 | Re DPM Service Agreement |
| 2 | Jayme Colter | Peter Ginsberg (cc: Jon M. Knight) | 5/8/2007 | RE Atty Client Priv |
| 3 | Jayme Colter | Peter Ginsberg (cc: Jon M. Knight) | 5/8/2007 | Atty Client Priv |
| 4 | Peter Ginsberg | Jayme Colter (cc: Jon M. Knight) | 5/8/2007 | RE Atty Client Priv |
| 5 | Jonathan Knight | Peter Ginsberg | 5/8/2007 | RE (BN) Sphinx Looses Bid to Inv. Refco Offshore Open |
| 6 | Peter Ginsberg | Jonathan Knight (cc: Jon M. Knight) | 5/8/2007 | RE (BN) Sphinx Looses Bid to Inv. Refco Offshore Open |
| 7 | Peter Ginsberg | Jonathan Knight (cc: Jon M. Knight) | 5/8/2007 | RE (BN) Sphinx Looses Bid to Inv. Refco Offshore Open |
| 8 | Peter Ginsberg | Jonathan Knight (cc: Jon M. Knight, Jayme Colter) | 5/8/2007 | RE (BN) Sphinx Looses Bid to Inv. Refco Offshore Open |
| 9 | Jon M. Knight | Peter Ginsberg (cc: Patrina Farquharson) | 2/13/2006 | RE Refco Sphinx Rough ASCII M. Rose |
| 10 | Peter Ginsberg | Jon M. Knight | 2/19/2006 | FW: Update of PFGI Sale Process |
| 11 | Peter Ginsberg | Jon M. Knight | 2/19/2006 | RE UPeter Ginsbergrade of PFGI Sale Process |
| 12 | Peter Ginsberg | Jon M. Knight | 2/27/2006 | FW: Draft Resolution |
| 13 | Jon M. Knight | Peter Ginsberg | 2/23/2006 | Re: Bob Aaron/privileged and conf. |
| 14 | Peter Ginsberg | Jon M. Knight | 2/27/2006 | RE Draft Resolution |
| 15 | Jon M. Knight | Peter Ginsberg (cc: Patrina Farquharson) | 2/23/2006 | Re: Draft resolution |
| 16 | Jon M. Knight | Peter Ginsberg | 2/23/2006 | Re Bob Aaron/privileged and confidential |
| 17 | Jon M. Knight | Peter Ginsberg | 2/23/2006 | Re Draft Resolution |
| 18 | Jon M. Knight | Peter Ginsberg | 2/24/2006 | Re: Aaron |
| 19 | Jon M. Knight | Peter Ginsberg (cc: Patrina Farquharson) | 2/27/2006 | Re: Richard Butt |
| 20 | Jon M. Knight | Peter Ginsberg | 2/28/2006 | Re Questions |
| 21 | Jonathan Knight | Peter Ginsberg | 2/28/2006 | FW: resolution |
| 22 | Jon M. Knight | Peter Ginsberg, Patrina Farquharson (cc: Jayme Colter, Jonathan Knight) | 3/3/2006 | Several Things |
| 23 | Jon M. Knight | Peter Ginsberg | 3/8/2006 | Get Trinas update |
| 24 | Peter Ginsberg | Jon M. Knight | 3/8/2006 | Re: You guys still at it? |
| 25 | Jayme Colter | Peter Ginsberg | 3/11/2006 | Re WSJ.com – Commentary: Dept. of Coercion |
| 26 | Peter Ginsberg | Jayme Colter | 3/11/2006 | Re WSJ.com – Commentary: Dept. of Coercion |
| 27 | Peter Ginsberg | Jon M. Knight | 3/11/2006 | Sphinx |
| 28 | Jonathan Knight | Peter Ginsberg | 3/20/2006 | FW: (DN) Return to be Invest. By Ex-U.S. Justice Dept. |
| 29 | Jon M. Knight | Peter Ginsberg | 3/27/2006 | FW: |
| 30 | Jon M. Knight | Peter Ginsberg | 4/6/2006 | Hardships with merit |
| 31 | Jon M. Knight | Peter Ginsberg | 4/6/2006 | Re: hardships with merit |
| 32 | Peter Ginsberg | Jayme Colter, Jon M. Knight | 4/12/2006 | RE: |
| 33 | Peter Ginsberg | Jayme Colter, Jon M. Knight | 4/12/2006 | RE: |
| 34 | F. Jon M. Knight | Jayme Colter, Peter Ginsberg | 4/12/2006 | RE: |
| 35 | Patrina Farquharson | Peter Ginsberg | 4/25/2006 | [Subject Line Redacted For Atty Client Priv] |
| 36 | Jon M. Knight | Jayme Colter, Peter Ginsberg | 4/25/2006 | [Subject Line Redacted For Atty Client Priv] |
| 37 | Rob Ligurio | Peter Ginsberg | 4/28/2006 | Re: Fw: |
| 38 | Jayme Colter | Peter Ginsberg | 5/12/2006 | Privileged |
| 39 | Christopher Sugrue | Peter Ginsberg, James Delphine, Stanly Arkin (cc: Howard Kaplan; Jon M. Knight) | 5/17/2006 | Re: Meeting |
| 40 | Jon M. Knight | Christopher Sugrue | 5/18/2006 | Status |
| 41 | Peter Ginsberg | Jon M. Knight | 5/19/2006 | Chris |

| | FROM | TO (cc: ) | DATE | SUBJECT |
|---|---|---|---|---|
| 42 | Peter Ginsberg | Jon M. Knight | 5/20/2006 | Re: HFR Conf. August |
| 43 | Jon M. Knight | Peter Ginsberg | 5/22/2006 | Re: Refco-Sphinx Rough ACII – M. Rose |
| 44 | Peter Ginsberg | Jon M. Knight, Jonathan Knight, Jayme Colter (cc: Roland Riopelle) | 6/8/2006 | Patrina |
| 45 | Peter Ginsberg | Jayme Colter | 6/8/2006 | Re: Patrina |
| 46 | Peter Ginsberg | Jayme Colter | 6/8/2006 | Re: Patrina |
| 47 | Peter Ginsberg | Patrina Farquharson, Jon M. Knight (cc: Jayme Colter) Jonathan Knight | 6/9/2006 | Re [suspected spam] Re Patrina |
| 48 | Peter Ginsberg | Jayme Colter, Patrina Farquharson, Jon M. Knight (cc: Jonathan Knight) | 6/9/2006 | Re: Patrina |
| 49 | Peter Ginsberg | Jonathan Knight | 6/9/2006 | Re: Patrina |
| 50 | Peter Ginsberg | Jayme Colter, Patrina Farquharson, Jon M. Knight (cc: Jonathan Knight) | 6/9/2006 | Re: Patrina |
| 51 | Jon M. Knight | Peter Ginsberg | 6/10/2006 | Your last email |
| 52 | Peter Ginsberg | Jayme Colter, Patrina Farquharson, Jon M. Knight (cc: Jonathan Knight) | 6/9/2006 | Re: Patrina |
| 53 | Jon M. Knight | Peter Ginsberg | 6/10/2006 | Your last email |
| 54 | Jon M. Knight | Jayme Colter | 6/11/2006 | Re: Made it to Taipei |
| 55 | Jon M. Knight | Peter Ginsberg (cc: Jayme Colter) | 6/11/2006 | Re: Made it to Taipei |
| 56 | Jon M. Knight | Peter Ginsberg | 6/22/2006 | S&P |
| 57 | Jon M. Knight | Jayme Colter, Peter Ginsberg | 6/26/2006 | Re: Atty Client Priv |
| 58 | Jon M. Knight | Peter Ginsberg | 7/17/2006 | Re: Perks of being offer SO |
| 59 | Jon M. Knight | Peter Ginsberg | 7/17/2006 | Re News Story from HedgeWorld.com |
| 60 | Jonathan Knight | Jon M. Knight, Peter Ginsberg | 10/6/2006 | FW: (PRN) Rogers Fund Reach Settlement with Refco LLC |
| 61 | Peter Ginsberg | Jonathan Knight, Jon M. Knight, Jayme Colter | 1/19/2007 | RE (BN) Refco Pd $148.7 million in Fees During Bankruptcy |
| 62 | Terry Loutrell | Peter Ginsberg | 3/26/2007 | Privileged |
| 63 | Peter Ginsberg | Jonathan Knight | 4/30/2007 | RE: Atty Client Priv |
| 64 | Peter Ginsberg | Jonathan Knight | 4/30/2007 | RE: Atty Client Priv |
| 65 | Jon M. Knight | Peter Ginsberg, Jayme Colter, Jonathan Knight, jmecti@mycingular.blackberry.net | 4/30/2007 | RE: Atty Client Priv |
| 66 | Peter Ginsberg | Jon M. Knight, Jonathan Knight, Jayme Colter, jmecti | 4/30/2007 | RE: Atty Client Priv |
| 67 | Peter Ginsberg | Jonathan Knight | 6/8/2007 | Re: Stuff |
| 68 | Peter Ginsberg | Jonathan Knight | 6/8/2007 | Re: Stuff |
| 69 | Peter Ginsberg | Jonathan Knight | 6/8/2007 | Re: Stuff |
| 70 | Peter Ginsberg | Jonathan Knight, Jon M. Knight, Jayme Colter | 6/29/2007 | Re: (BN) Plus Fund Plan Gives Sphinx A Trust To Pursue Claims |
| 71 | Jonathan Knight | Peter Ginsberg | 6/29/2007 | Re: (BN) Plus Fund Plan Gives Sphinx A Trust To Pursue Claims |
| 72 | Peter Ginsberg | Jonathan Knight | 6/29/2007 | Re: (BN) Plus Fund Plan Gives Sphinx A Trust To Pursue Claims |
| 73 | Peter Ginsberg | Peter Ginsberg | 6/29/2007 | Re: (BN) Plus Fund Plan Gives Sphinx A Trust To Pursue Claims |
| 74 | Peter Ginsberg | Jonathan Knight | 6/29/2007 | Re: (BN) Plus Fund Plan Gives Sphinx A Trust To Pursue Claims |
| 75 | jonathanapem@bloomberg.net | Peter Ginsberg | 6/29/2007 | Re: (BN) Plus Fund Plan Gives Sphinx A Trust To Pursue Claims |
| 76 | Jon M. Knight | Peter Ginsberg | 2/6/2006 | DPM Serv. Agrmt. |
| 77 | Peter Ginsberg | Jon M. Knight, Peter Ginsberg, Patrina | 2/6/2006 | Re: (BN) Plus Fund Plan Gives Sphinx A Trust To |
| 78 | Jon M. Knight | Peter Ginsberg, Patrina Farquharson | 2/6/2006 | Re: (BN) Plus Fund Plan Gives Sphinx A Trust To Pursue Claims |

| | FROM | TO (cc: ) | DATE | SUBJECT |
|---|---|---|---|---|
| 79 | Peter Ginsberg | Jon M. Knight | 2/6/2006 | Re: (BN) Plus Fund Plan Gives Sphinx A Trust To Pursue Claims |
| 80 | Jon M. Knight | Peter Ginsberg, Patrina Farquharson | 2/6/2006 | Re: (BN) Plus Fund Plan Gives Sphinx A Trust To Pursue Claims |
| 81 | Jon M. Knight | Peter Ginsberg (cc: Patrina Farquharson) | 2/13/2006 | Re Refco-Sphinx ASCII M. Rose |
| 82 | Peter Ginsberg | Jon M. Knight | 2/19/2006 | Fw : Update of PFGI Sale Process |
| 83 | Peter Ginsberg | Jon M. Knight | 2/19/2006 | Fw: Update of PFGI Sale Process |
| 84 | Peter Ginsberg | Jon M. Knight | 2/22/2006 | FW: Draft Res. |
| 85 | Jon M. Knight | Peter Ginsberg | 2/23/2006 | Re: Bob Aaron/Priv and Conf. |
| 86 | Jon M. Knight | Peter Ginsberg | 2/23/2006 | Re: Bob Aaron/Priv. and Conf. |
| 87 | Jon M. Knight | Peter Ginsberg (cc: Patrina Farquharson) | 2/23/2006 | Re Draft resolution |
| 88 | Peter Ginsberg | Jon M. Knight | 2/23/2006 | Re Draft resolution |
| 89 | Jon M. Knight | Peter Ginsberg | 2/23/2006 | Re: Bob Aaron/priv. and conf. |
| 90 | Jon M. Knight | Peter Ginsberg | 2/23/2006 | Re Draft |
| 91 | Jon M. Knight | Peter Ginsberg | 2/24/2006 | Re: Aaron |
| 92 | Jon M. Knight | Peter Ginsberg | 2/24/2006 | Re: Aaron |
| 93 | Jon M. Knight | Peter Ginsberg (cc: Patrina Farquharson) | 2/27/2006 | RE: Richard Butt |
| 94 | Peter Ginsberg | Jon M. Knight, Peter Ginsberg | 2/27/2006 | RE: Richard Butt |
| 95 | Peter Ginsberg | Jon M. Knight | 3/11/2006 | Sphinx |
| 96 | Jon M. Knight | Peter Ginsberg (cc: Jayme Colter) | 3/11/2006 | Re Made it to Taipei |
| 97 | Jon M. Knight | Peter Ginsberg | 3/8/2006 | Got Trina's Update |
| 98 | Jon M. Knight | Peter Ginsberg | 1/30/2006 | Re Documents |
| 99 | Peter Ginsberg | Jon M. Knight | 1/30/2006 | FW: Documents |
| 100 | Jon M. Knight | Peter Ginsberg | 1/26/2006 | Re: Refco Agrmt |
| 101 | Peter Ginsberg | Jon M. Knight | 1/26/2006 | Re: Refco Agrmt |
| 102 | Peter Ginsberg | Jon M. Knight, Jayme Colter | 3/11/2006 | Re: WSJ.com – Commentary: Dept. of Coercion |
| 103 | Jonathan Knight | Jon M. Knight, Peter Ginsberg, Jayme Colter, RG | 1/5/2006 | FW: Emailing: 10260359 |
| 104 | Peter Ginsberg | Peter Ginsberg | 1/6/2006 | FW; Sphinx |
| 105 | Jon M. Knight | Peter Ginsberg, Patrina Farquharson | 2/6/2006 | Re: DPM Services Agreement |
| 106 | Patrina Farquharson | Peter Ginsberg (cc: Jon M. Knight) | 1/6/2006 | RE: Sphinx |
| 107 | Peter Ginsberg | Patrina Farquharson (cc: Jon M. Knight) | 1/6/2006 | RE: Sphinx |
| 108 | Peter Ginsberg | Jon M. Knight, Patrina Farquharson | 1/9/2006 | RE: Next Week |
| 109 | Peter Ginsberg | Jon M. Knight | 1/9/2006 | RE: Rogers Funds |
| 110 | Peter Ginsberg | Patrina Farquharson | 1/10/2006 | RE: Next Week |
| 111 | Peter Ginsberg | Jon M. Knight | 1/12/2006 | FW: Draft Investor Letter |
| 112 | Jon M. Knight | Peter Ginsberg (cc: Patrina Farquharson) | 1/12/2006 | Re: Agenda |
| 113 | Peter Ginsberg | Jon M. Knight | 1/12/2006 | FW: Draft Investor Letter |
| 114 | Jon M. Knight | Peter Ginsberg (cc: Patrina Farquharson) | 1/12/2006 | Re: Agenda |
| 115 | Mark Cohen | Peter Ginsberg | 1/17/2006 | RE: Refco |
| 116 | Jon M. Knight | Peter Ginsberg, Patrina Farquharson | 1/20/2006 | Subj.- Since I have nothing else to do while sitting here at the GVA airport. |
| 117 | Jayme Colter | Peter Ginsberg | 1/23/2006 | Subj.- Attorney Client Privilege. *w/Attach. |
| 118 | Annex 1: Supplemental Terms & Conditions | | 3/8/2005 | |
| 119 | Jonathan Knight | Peter Ginsberg, Patrina Farquharson | 1/23/2006 | Subj.- Check out paragraphs 12-14 *w/Attach |
| 120 | Jonathan Knight | Peter Ginsberg | 1/23/2006 | RE: Check out paragraphs 12-14 |
| 121 | Jon M. Knight | Peter Ginsberg | 1/23/2006 | Re: Check out paragraph 12-14 |
| 122 | Jayme Colter | Peter Ginsberg (cc: Jon M. Knight) | 1/25/2006 | RE: Attorney Client Privilege |

| | FROM | TO (cc: ) | DATE | SUBJECT |
|---|---|---|---|---|
| 123 | Peter Ginsberg | Jon M. Knight | 1/25/2006 | Subj.- Sphinx |
| 124 | Peter Ginsberg | Jon M. Knight | 1/25/2006 | FW: Refco Agreement *w/Attach |
| 125 | Peter Ginsberg | Jon M. Knight | 1/25/2006 | FW: Sphinx |
| 126 | Jonathan Knight | Peter Ginsberg | 1/26/2006 | FW: Sphinx |
| 127 | Peter Ginsberg | Jonathan Knight | 1/25/2006 | RE: Refco Agreement |
| 128 | Jonathan Knight | Peter Ginsberg | 1/25/2006 | RE: Refco Agreement |
| 129 | Jonathan Knight | Peter Ginsberg | 1/25/2006 | RE: Refco Agreement |
| 130 | Peter Ginsberg | Patrina Farquharson, Jon M. Knight | 1/26/2006 | RE: Refco Agreement |
| 131 | Peter Ginsberg | Patrina Farquharson | 1/26/2006 | RE: Refco Agreement |
| 132 | Peter Ginsberg | Patrina Farquharson | 1/26/2006 | RE: Refco Agreement |
| 133 | Peter Ginsberg | Jon M. Knight | 1/26/2006 | FW: Refco Agreement *w/Attach |
| 134 | Peter Ginsberg | Jon M. Knight | 1/26/2006 | RE: Refco Agreement *w/Attach |
| 135 | Peter Ginsberg | Jon M. Knight | 1/26/2006 | RE: Refco Agreement |
| 136 | Peter Ginsberg | Jon M. Knight | 1/26/2006 | RE: Refco Agreement |
| 137 | Jon M. Knight | Peter Ginsberg | 1/26/2006 | Re: Refco Agreement |
| 138 | Jon M. Knight | Peter Ginsberg; Patrina Farquharson, Tamischa Ambrister | 1/27/2006 | RE: Seen it before, but well written |
| 139 | Peter Ginsberg | Jon M. Knight | 1/30/2006 | FW: Documents |
| 140 | Jon M. Knight | Peter Ginsberg | 1/30/2006 | Re: Documents |
| 141 | Peter Ginsberg | Jon M. Knight | 2/6/2006 | FW: Discovery Requests from Pillsbury *w/attach |
| 142 | Jon M. Knight | Peter Ginsberg, Patrina Farquharson | 2/6/2006 | Subj.- DPM Services Agreement |
| 143 | Peter Ginsberg | Jon M. Knight, Peter Ginsberg, Patrina | 2/6/2006 | Re: DPM Services Agreement |
| 144 | Jon M. Knight | Peter Ginsberg, Patrina Farquharson | 2/6/2006 | Sub- Forensio Engagement *w/Attach |
| 145 | Peter Ginsberg | Mark Cohen | 2/1/2006 | Subj- Sphinx |
| 146 | Mark Cohen | Peter Ginsberg | 2/1/2006 | RE: Sphinx |
| 147 | Jonathan Knight | Peter Ginsberg, Patrina Farquharson | 1/26/2006 | RE: Refco Agreement |
| 148 | Peter Ginsberg | Jonathan Knight, Patrina Farquharson | 1/25/2006 | RE: Refco Agreement |
| 149 | Peter Ginsberg | Jonathan Knight | 1/25/2006 | RE: Refco Agreement |
| 150 | Jonathan Knight | Peter Ginsberg | 1/25/2006 | RE: Refco Agreement |
| 151 | Peter Ginsberg | Jon M. Knight | 1/30/2006 | FW: Documents |
| 152 | Peter Ginsberg | Jon M. Knight | 1/26/2006 | Re: Refco Agreement |
| 153 | Peter Ginsberg | Jon M. Knight | 1/26/2006 | Re: Refco Agreement Attach: Farquharson.request.pillsburydoc |
| 154 | Peter Ginsberg | Jon M. Knight | 1/26/2006 | FW: Refco Agreement Attach: Farquharson.request.pillsbury.doc |
| 155 | Peter Ginsberg | Patrina Farquharson | 1/26/2006 | Re: Refco Agreement |
| 156 | Peter Ginsberg | Patrina Farquharson | 1/26/2006 | Re: Refco Agreement |
| 157 | Peter Ginsberg | Patrina Farquharson | 1/26/2006 | Re: Refco Agreement |
| 158 | Jon M. Knight | Peter Ginsberg | 1/30/2006 | Re: Documents |

Requested Documents Reviewed in Rule 502(d) Inspection Containing Bates-Numbers

| Doc ID | EndDoc | Main Date | Type | Author | Recipient(s) | Description | Privilege Designation | REDACTED |
|---|---|---|---|---|---|---|---|---|
| CM00010353 | CM00010354 | 6-Feb-06 | E-Mail | Jon Knight | Peter Ginsberg | Client analysis | Attorney-Client Privilege | |
| CM00010362 | CM00010365 | 6-Feb-06 | E-Mail | Jon Knight | Peter Ginsberg, Patrina Farquharson | Client analysis | Attorney-Client Privilege | |
| CM00010369 | CM00010371 | 10-Feb-06 | E-Mail | Jon Knight | Peter Ginsberg | Client analysis | Attorney-Client Privilege | |
| CM00010407 | CM00010408 | 23-Feb-06 | E-Mail | Jon Knight | Peter Ginsberg | Discussion of litigation strategy | Attorney-Client Privilege | |
| CM00010427 | CM00010430 | 24-Feb-06 | E-Mail | Jon Knight | Peter Ginsberg | Discussion of deposition | Attorney-Client Privilege | |
| CM00010433 | CM00010435 | 27-Feb-06 | E-Mail | Peter Ginsberg | Peter Ginsberg, Patrina Farquharson, Jon Knight | Attorney analysis | Attorney-Client Privilege | |
| CM00010436 | CM00010436 | 28-Feb-06 | E-Mail | Jon Knight | Peter Ginsberg, Patrina Farquharson | Client analysis | Attorney-Client Privilege | |
| CM00010443 | CM00010443 | 2-Mar-06 | E-Mail | Jon Knight | Peter Ginsberg, Patrina Farquharson | Client research | Attorney-ClientPrivilege | |
| CM00010444 | CM00010444 | 2-Mar-06 | E-Mail | Jon Knight | Patrina Farquharson, Jayme Colter | Discussion of case facts | Attorney-ClientPrivilege | |

1

Requested Documents Reviewed in Rule 502(d) Inspection Containing Bates-Numbers

| Doc ID | EndDoc | Main Date | Type | Author | Recipient(s) | Description | Privilege Designation | |
|---|---|---|---|---|---|---|---|---|
| CM00010505 | CM00010507 | 17-Apr-06 | E-Mail | Jon Knight | Peter Ginsberg | Client analysis | Attorney-ClientPrivilege | REDACTED |
| CM00010720 | CM00010723 | 30-Apr-06 | E-Mail | Jon Knight | Peter Ginsberg | Discussion revealing client opinion and litigation strategy | Attorney-Client Privilege | REDACTED |
| CM00010724 | CM00010725 | 12-May-06 | E-Mail | Jon Knight | Peter Ginsberg, Patrina Farquharson | Client research | Attorney-Client Privilege | |
| CM00010726 | CM00010726 | 12-May-06 | E-Mail | Jayme Colter | Peter Ginsberg | Client research and opinion | Attorney-Client Privilege | |
| CM00010727 | CM00010733 | 13-May-06 | E-Mail | Jon Knight | Peter Ginsberg | Attorney update regarding schedule | Attorney-Client Privilege | REDACTED |
| CM00010787 | CM00010787 | 18-May-06 | E-Mail | Jayme Colter | Jon Knight, Jonathan Knight, Peter Ginsberg | Client research | Attorney-Client Privilege | |
| CM00010788 | CM00010790 | 18-May-06 | E-Mail | Jon Knight | Peter Ginsberg | Email containing client opinion and questions for counsel | Attorney-Client Privilege | REDACTED |
| CM00010800 | CM00010801 | 22-May-06 | E-Mail | Peter Ginsberg | Jon Knight | Discussion of litigation strategy | Attorney-Client Privilege | |

2

Requested Documents Reviewed in Rule 502(d) Inspection Containing Bates-Numbers

| Doc ID | EndDoc | Main Date | Type | Author | Recipient(s) | Description | Privilege Designation | |
|---|---|---|---|---|---|---|---|---|
| CM00010870 | CM00010877 | 10-Jun-06 | E-Mail | Jon Knight | Peter Ginsberg | Client update and opinion | Attorney-Client Privilege | REDACTED |
| CM00010884 | CM00010885 | 20-Jun-06 | E-Mail | Jon Knight | Peter Ginsberg | Client opinion and anlysis | Attorney-Client Privilege | |
| CM00010971 | CM00010971 | 31-Jul-06 | E-Mail | Jayme Colter | Peter Ginsberg, Jon Knight | Client research | Attorney-Client Privilege | |
| CM00000394 | CM00000411 | 19-Dec-06 | Email | Peter Ginsberg | Andrew Feighery Patrina Farquharson | Email regarding Pillsbury legal fees with Pillsbury Invoices attached | Attorney-Client Privilege | REDACTED |
| CM00000459 | CM00000460 | 25-Sep-06 | Email | Peter Ginsberg | Patrina Farquharson | Email regarding document production | Attorney-Client Privilege | |
| CM00000461 | CM00000462 | 25-Sep-06 | Email | Peter Ginsberg | Patrina Farquharson | Email regarding document production | Attorney-Client Privilege | |
| CM00000786 | CM00000791 | 23-Jun-06 | Email | Peter Ginsberg | Andrew Feighery Patrina Farquharson | Email regarding invoices with attachments | Attorney-Client Privilege | |
| CM00000792 | CM00000800 | 23-Jun-06 | Email | Patrina Farquharson | Andrew Feighery | Email regarding new invoices with attachment | Attorney-Client Privilege | REDACTED |
| CM00000817 | CM00000827 | 21-Jun-06 | Email | Andrew Feighery | Peter Ginsberg | Email regarding draft of Affidavit of with draft attached | Attorney-Client Privilege | REDACTED |

3

Requested Documents Reviewed in Rule 502(d) Inspection Containing Bates-Numbers

| Doc ID | EndDoc | Main Date | Type | Author | Recipient(s) | Description | Privilege Designation | REDACTED |
|---|---|---|---|---|---|---|---|---|
| CM00000934 | CM00000970 | 20-Jun-06 | Email | Patrina Farquharson | Andrew Feighery Peter Ginsberg Andrew Feighery | Email regarding Pillsbury invoices with attachment | Attorney-Client Privilege | REDACTED |
| CM00001073 | CM00001082 | 9-Jun-06 | Email | Peter Ginsberg | Andrew Feighery Patrina Farquharson | Email with invoice for legal services attached | Attorney-Client Privilege | |
| CM00001132 | CM00001136 | 7-Jun-06 | Email | Peter Ginsberg | Andrew Feighery | Exchange of case information | Attorney-Client Privilege | REDACTED |
| CM00001191 | CM00001191 | 29-May-06 | Email | Patrina Farquharson | Peter Ginsberg | Email containing client's analysis of minutes | Attorney-Client Privilege | |
| CM00001255 | CM00001263 | 22-May-06 | Email | Patrina Farquharson | Peter Ginsberg | Exchange containing legal analysis and status update of case | Attorney-Client Privilege | |
| CM00001854 | CM00001864 | 13-May-06 | Email | Peter Ginsberg | Andrew Feighery Patrina Farquharson | Email regarding April 2006 Peter R. Ginsberg P.C. invoice (with attachment) | Attorney-Client Privilege | |
| CM00002279 | CM00002281 | 12-Apr-06 | Email | Patrina Farquharson | Andrew Feighery Peter Ginsberg | Email regarding authorization of payment of invoices; general discussion regarding payment of invoices | Attorney-Client Privilege | REDACTED |

4

Requested Documents Reviewed in Rule 502(d) Inspection Containing Bates-Numbers

| Doc ID | EndDoc | Main Date | Type | Author | Recipient(s) | Description | Privilege Designation | REDACTED |
|---|---|---|---|---|---|---|---|---|
| CM00002505 | CM00002513 | 8-Apr-06 | Email | Peter Ginsberg | Andrew Feighery Patrina Farquharson | Attorney draft of memo sent to clients for feedback | Attorney-Client Privilege; Work Product | |
| CM00002514 | CM00002522 | 8-Apr-06 | Email | Peter Ginsberg | Andrew Feighery Patrina Farquharson | Attorney draft of memo sent to clients for feedback | Attorney-Client Privilege; Work Product | |
| CM00002875 | CM00002876 | 6-Apr-06 | Email | Andrew Feighery | Patrina Farquharson Peter Ginsberg | Client opinion and questions for counsel regarding resolution of directors | Attorney-Client Privilege | |
| CM00002877 | CM00002878 | 6-Apr-06 | Email | Patrina Farquharson | Andrew Feighery Peter Ginsberg | Client opinion and questions for counsel regarding resolution of directors | Attorney-Client Privilege | |
| CM00002887 | CM00002896 | 6-Apr-06 | Email | Peter Ginsberg | Peter Ginsberg | Email with draft of Branch Affidavit and draft of Memo attached | Work Product | |
| CM00003776 | CM00003781 | 24-Mar-06 | Email | Peter Ginsberg | Andrew Feighery Patrina Farquharson | Forwarded SPhinX engagement letter for forensic work (attached) | Attorney-Client Privilege | REDACTED |
| CM00007908 | CM00007909 | 11-Mar-06 | Email | Peter Ginsberg | Andrew Feighery Patrina Farquharson | Proposed changes to letter draft | Attorney-Client Privilege; Work Product | |

5

Requested Documents Reviewed in Rule 502(d) Inspection Containing Bates-Numbers

| Doc ID | EndDoc | Main Date | Type | Author | Recipient(s) | Description | Privilege Designation | REDACTED |
|---|---|---|---|---|---|---|---|---|
| CM00007910 | CM00007912 | 11-Mar-06 | Email | Peter Ginsberg | Andrew Feighery Patrina Farquharson | Draft of resolution sent to clients for their comments | Attorney-Client Privilege; Work Product | REDACTED |
| CM00007913 | CM00007933 | 11-Mar-06 | Email | Patrina Farquharson | Andrew Feighery Peter Ginsberg | Client research; forwarded documents regarding director fees | Attorney-Client Privilege | |
| CM00008003 | CM00008004 | 3-Mar-06 | Email | Patrina Farquharson | Andrew Feighery Peter Ginsberg | Email sending Directors' Resolution (attached) | Attorney-Client Privilege | REDACTED |
| CM00008006 | CM00008007 | 2-Mar-06 | Email | Peter Ginsberg | Andrew Feighery | Counsel's legal advice regarding SphinX Board | Attorney-Client Privilege | REDACTED |
| CM00008578 | CM00008580 | 28-Feb-06 | Email | Peter Ginsberg | Andrew Feighery Patrina Farquharson | Legal analysis and advice from counsel with draft of Board's Resolution for clients' review attached | Attorney-Client Privilege; Work Product | |
| CM00008597 | CM00008598 | 25-Feb-06 | Email | Andrew Feighery | Peter Ginsberg | Attorney-client discussion regarding Farquharson deposition | Attorney-Client Privilege | |