IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07 MDL No. 1902 (JSR)<br><br>ECF FILED |
| GEORGE L. MILLER, Chapter 7 Trustee for the Estate of Suffolk LLC,<br><br>Plaintiff,<br><br>v.<br><br>PF SALECO LLC, ET AL.,<br><br>Defendants. | Index No. 09 Civ. 2876 (JSR)<br>Index No. 09 Civ. 2904 (JSR)<br>Index No. 09 Civ. 2895 (JSR)<br>Index No. 09 Civ. 2901 (JSR)<br>Index No. 09 Civ. 2896 (JSR)<br>Index No. 09 Civ. 2934 (JSR)<br>Index No. 09 Civ. 2945 (JSR)<br>Index No. 09 Civ. 2929 (JSR)<br>Index No. 09 Civ. 2928 (JSR)<br>Index No. 09 Civ. 2915 (JSR) |

## SPECIAL MASTER ORDER

SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders as follows:

WHEREAS, on December 15, 2010, a Judgment was entered dismissing in its entirety the Amended Complaint in the matter of *George L. Miller, Chapter 7 Trustee for the Estate of Suffolk LLC v. PF Saleco LLC, et al.* (the "Miller Trustee Matter"), which had been consolidated under *In re Refco, Inc. Securities Litigation* (07 MDL No. 1902);

WHEREAS, on August 1, 2011, a Mandate was filed acknowledging the dismissal of the appeal in the Miller Trustee Matter;

WHEREAS, there are no pending actions against Brad Kata, Edward J. Kata, Edward and Lorraine Kata, Glenn Kata, Gregg Kata, Scott Kata, Todd Kata, Randall Yanker, Randall Yanker

- 2 -

as Trustee, and Joel Press (the "Kata, Yanker and Press Defendants") in the *In re Refco, Inc. Securities Litigation* MDL; and

NOW, THEREFORE, the Clerk is hereby ordered to remove Maureen P. Reid of Baker Botts LLP, counsel to the Kata, Yanker and Press Defendants, from ECF notifications in the above-captioned MDL and individual cases.

So ordered this 14th day of Nov, 2011

_____
HON. RONALD J. HEDGES
SPECIAL MASTER