UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re REFCO INC. SECURITIES LITIGATION

07-MDL No. 1902 (JSR)

------------------------------------------------------------x

This document relates to:

08 Civ. 3065 (JSR)

08 Civ. 3086 (JSR)

KENNETH M. KRYS, et al.,

        Plaintiffs,

        -v-

CHRISTOPHER SUGRUE, et al.,

        Defendants.

------------------------------------------------------------x

### Stipulation And Order Granting Extension Of Time Within Which Defendant PricewaterhouseCoopers LLP May Answer Amended Complaint

IT IS HEREBY STIPULATED AND AGREED by and between Defendant PricewaterhouseCoopers LLP ("PwC") and Plaintiffs in the above-referenced action, *Krys et al. v. Sugrue, et al.*, 08 Civ. 3065 (JSR), 08 Civ. 3086 (JSR), by and through their undersigned counsel, that the time within which PwC may answer the Amended Complaint is hereby extended through and including January 27, 2012.

BROWN RUDNICK LLP

By: _____
David J. Molton
Andrew Dash
Seven Times Square
New York. New York 10036
(212) 209-4800
dmolton@brownrudnick.com
adash@brownrudnick.com

- and-

BEUS GILBERT PLLC
Leo R. Beus
Dennis K. Blackhurst
4800 North Scottsdale Road
Suite 6000
Scottsdale, AZ 85251
(480) 429-3000
lbeus@beusgilbert.com
dblackhurst@beusgilbert.com

*Attorneys for Plaintiffs*

KING & SPALDING LLP

By: _____
James J. Capra, Jr.
James P. Cusick
J. Emmett Murphy
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556-2100
jcapra@kslaw.com
jcusick@kslaw.com
jemurphy@kslaw.com

*Attorneys for Defendant
PricewaterhouseCoopers LLP*

Dated: November 3, 2011

IT IS this ___ day of November, 2011, SO ORDERED.

_____
HON. RONALD J. HEDGES
SPECIAL MASTER