UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
                                   :
In re REFCO, INC. SECURITIES LITIGATION : 07 MDL No. 1902 (JSR)
                                   :
                                   : ECF CASE
                                   :
---------------------------------- x
---------------------------------- x
                                   :
                                   :
KENNETH M. KRYS, et al.            :
                                   :
           Plaintiffs,             : 08 Civ. 3086 (JSR)
   -v-                             :
                                   :
CHRISTOPHER SUGRUE, et al.         :
                                   :
           Defendants.             :
                                   :
---------------------------------- x
---------------------------------- x
                                   :
                                   :
KENNETH M. KRYS, et al.            :
                                   :
           Plaintiffs,             : 10 Civ. 3594 (JSR)
                                   :
   -v-                             :
                                   :
DEUTSCHE BANK SECURITIES INC., et al. :
                                   :
           Defendants.             :
                                   :
---------------------------------- x

|  |  |
|---|---|
| KENNETH M. KRYS, et al. : | |
| Plaintiffs, : | 11 Civ. 1486 (JSR) |
| -v- : | |
| SCHULTE ROTH & ZABEL, LLP. : | |
| Defendant. : | |
| ------------------------------- x | |
| KENNETH M. KRYS, et al. : | |
| Plaintiffs, : | 08 Civ. 7416 (JSR) |
| -v- : | |
| ROBERT AARON, et al. : | |
| Defendants. : | |
| ------------------------------- x | |

## SCHEDULING ORDER

**WHEREAS**, a conference having been conducted on November 9, 2011, before Special Master Ronald J. Hedges and Special Master Daniel Capra, with counsel for plaintiffs and defendants present;

**WHEREAS**, counsel to certain parties in the above-captioned actions ("Actions") have subsequently conferred with Special Master Hedges through e-mail regarding various scheduling and discovery matters; and

**WHEREAS**, Special Master Hedges has conferred with the Court regarding such scheduling and discovery matters;

It is hereby **ORDERED** as follows:

1. Fact and expert discovery in the Actions shall be completed by September 30, 2012.

2. The Court, by further order, shall set subsequent deadlines for the filing of motions for summary judgment and other pretrial matters in the Actions.

3. The parties in the Actions shall conduct a meet-and-confer pursuant to Rule 26(f), as needed, and shall send proposed scheduling orders incorporating a discovery plan to Special Master Hedges thereafter.

4. The next status conference shall take place on December 14, 2011 at a time and location to be set by Special Master Hedges.

Dated: ~~New York, New York~~ Washington DC
November __, 2011

SO ORDERED:

_____
SPECIAL MASTER RONALD J. HEDGES