## CERTIFICATE OF SERVICE

I, Robert H. Bell, an attorney with the law firm of Linklaters LLP, hereby certify and declare that on November 22, 2011, I caused a true and correct copy of *Deutsche Bank Securities Inc.'s Limited Objection to the Report and Recommendation of the Special Master on the Deutsche Bank Defendants' Motion to Dismiss* to be served upon all counsel of record in *Krys, et al. v. Deutsche Bank Securities, Inc., et al.*, 10-cv-3594, via the Electronic Case Filing system.

Robert H. Bell