UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re REFCO INC. SECURITIES LITIGATION      :      07-MDL No. 1902 (JSR)

----------------------------------------------------------------x

This document relates to:                   :      08 Civ. 3065 (JSR)
                                            :      08 Civ. 3086 (JSR)
KENNETH M. KRYS, et al.,                    :
                                            :
                    Plaintiffs,             :      **MOTION TO ADMIT**
                                            :      **KENNETH Y. TURNBULL**
            -v-                             :      **PRO HAC VICE**
                                            :
CHRISTOPHER SUGRUE, et al.,                 :
                                            :
                    Defendants.             :

----------------------------------------------------------------x

## MOTION TO ADMIT KENNETH Y. TURNBULL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, James J. Capra, Jr., a member of good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Kenneth Y. Turnbull
> King & Spalding LLP
> 1700 Pennsylvania Avenue, NW
> Suite 200
> Washington, DC 20006-4707
> Tel: 202-737-0500
> Fax: 202-626-3737
> kturnbull@kslaw.com

Kenneth Y. Turnbull is a member in good standing of the Bars of the District of Columbia and the State of Maryland. There are no pending disciplinary proceedings against Kenneth Y. Turnbull in any State or Federal court.

Dated: New York, New York
November 22, 2011

                    Respectfully submitted,

                    KING & SPALDING LLP

                    By: _____
                        James J. Capra, Jr.
                        1185 Avenue of the Americas
                        New York, New York 10036
                        Tel: (212) 556-2100
                        *Attorneys for Defendant*
                        *PricewaterhouseCoopers LLP*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re REFCO INC. SECURITIES LITIGATION  :  07-MDL No. 1902 (JSR)

------------------------------------------------------------x

This document relates to:  :  08 Civ. 3065 (JSR)
: 08 Civ. 3086 (JSR)
KENNETH M. KRYS, et al.,  :

              Plaintiffs,  :  **AFFIDAVIT OF JAMES J. CAPRA, JR. IN SUPPORT OF MOTION TO ADMIT KENNETH Y. TURNBULL PRO HAC VICE**

-v-  :

CHRISTOPHER SUGRUE, et al.,  :

              Defendants.  :

------------------------------------------------------------x

## AFFIDAVIT OF JAMES J. CAPRA, JR. IN SUPPORT OF MOTION TO ADMIT KENNETH Y. TURNBULL PRO HAC VICE

STATE OF NEW YORK   )
                             ) ss:
COUNTY OF NEW YORK )

James J. Capra, Jr., being duly sworn, hereby deposes and says as follows:

      1.     I am a partner at King & Spalding LLP, counsel for Defendant PricewaterhouseCoopers LLP ("PwC") in the above captioned action. I am familiar with the proceedings of this case. I submit this affidavit based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Kenneth Y. Turnbull as counsel *pro hac vice* to represent Defendant in this matter.

2.  I am a member in good standing of the bar of the State of New York. I also am admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Kenneth Y. Turnbull since 2005.

4.  Mr. Turnbull is a partner at King & Spalding LLP in Washington, DC.

5.  I have found Mr. Turnbull to be a skilled attorney and a person of high moral character. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.  Accordingly, I am pleased to move the admission of Kenneth Y. Turnbull, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Kenneth Y. Turnbull, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Kenneth Y. Turnbull, *pro hac vice*, to represent Defendant in the above captioned matter, be granted.

Respectfully submitted,

KING & SPALDING LLP

By: _____
James J. Capra, Jr.
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556-2100
*Attorneys for Defendants PwC and Mari Ferris*

Sworn to before me this
22nd day of November, 2011

_____
Notary Public

JOHN C. McCULLOUGH
Notary Public, State of New York
No. 01-4905111
Qualified in New York County
Commission Expires Oct. ___, ___
1-30-2014

2

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re REFCO INC. SECURITIES LITIGATION | 07-MDL No. 1902 (JSR) |

------------------------------------------------------------x

| | |
|---|---|
| This document relates to: | 08 Civ. 3065 (JSR) |
| KENNETH M. KRYS, et al., | 08 Civ. 3086 (JSR) |
| Plaintiffs, | |
| -v- | |
| CHRISTOPHER SUGRUE, et al., | |
| Defendants. | |

------------------------------------------------------------x

### [PROPOSED] ORDER FOR ADMISSION OF
### KENNETH Y. TURNBULL PRO HAC VICE

Upon the motion of James J. Capra, Jr., attorney for Defendant PricewaterhouseCoopers LLP and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Kenneth Y. Turnbull
> King & Spalding LLP
> 1700 Pennsylvania Ave NW, Suite 200
> Washington, D.C. 20006-4707
> Phone:  202 737 0500
> Fax:    202 626 3737
> Email:  kturnbull@kslaw.com

is admitted to practice *pro hac vice* as counsel for Defendant PricewaterhouseCoopers LLP in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.  Counsel shall apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____ ___, 2011
       New York, New York

 

_____
Special Master Hon. Ronald Hedges


# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the sixteenth day of December, 1999,

### Kenneth Yeatts Turnbull

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-first day of November, 2011.

_Bessie M. Decker_
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

KENNETH YEATTS TURNBULL

was on the   2ND   day of   NOVEMBER, 2001   duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 18, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

This is to certify, under penalty of perjury, that I have this date served true copies of the attached **MOTION TO ADMIT KENNETH Y. TURNBULL PRO HAC VICE** with Supporting upon counsel for all parties via electronic mail

This 22nd day of November, 2011.

_____
John C. McCullough