

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | MDL- 1902 |

| | |
|---|---|
| MARC S. KIRSCHNER, As Trustee of the Refco Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>GRANT THORNTON LLP, MAYER BROWN, ROWE & MAW, LLP; ERNST & YOUNG U.S. LLP; PRICEWATERHOUSECOOPERS LLP; CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC); BANC OF AMERICA SECURITIES LLC; DEUTSCHE BANK SECURITIES INC.; PHILLIP R. BENNETT; SANTO C. MAGGIO; ROBERT C. TROSTEN; TONE N. GRANT; REFCO GROUP HOLDINGS, INC.; LIBERTY CORNER CAPITAL STRATEGIES, LLC; WILLIAM T. PIGOTT; EMF FINANCIAL PRODUCTS, LLC; EMF CORE FUND, LTD.; DELTA FLYER FUND, LLC; ERIC M. FLANAGAN; INGRAM MICRO, INC.; CIM VENTURES, INC.; BECKENHAM TRADING CO. INC.; ANDREW KRIEGER; COAST ASSET MANAGEMENT, LLC (f/k/a COAST ASSET MANAGEMENT LP); CS LAND MANAGEMENT, LLC; and CHRISTOPHER PETITT,<br><br>Defendants. | Case No. 07 Civ. 11604 ~~(GEL)~~ ( SRN )<br><br> |

**JOINT STIPULATED DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Marc S. Kirschner, as trustee for the Refco Litigation Trust, and Defendant Santo C. Maggio stipulate that: (1) the claims asserted by Plaintiff against Defendant in this action are hereby dismissed with prejudice; and (2) each party will bear its own fees and costs in connection with this action.

Dated: November 22, 2011

Respectfully submitted,

By: _____
Richard I. Werder, Jr.
Sascha N. Rand
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849–7000
Email: rickwerder@quinnemanuel.com
       sascharand@quinnemanuel.com

*Attorneys for Plaintiff Marc S. Kirschner as Trustee of the Refco Litigation Trust*

By: _____
Scott Edward Hershman
White & Case LLP
1155 Avenue of the Americas Suite 2040
New York, New York 10036
(212) 819-8200
Email: Scott.Hershman@whitecase.com

*Attorney for Defendant Santo C. Maggio*

SO ORDERED:

_____
U.S.D.J.
11-23-4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 22, 2011, I caused to be served a copy of the foregoing Joint Stipulated Dismissal with Prejudice upon counsel to defendant by electronic mail.

By: /s/ Nicholas J. Calamari
Nicholas J. Calamari
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849–7000
nicholascalamari@quinnemanuel.com