UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re REFCO INC. SECURITIES LITIGATION         :    07-MDL No. 1902 (JSR)
                                               :
-------------------------------------------------------x
                                               :    08 Civ. 3065 (JSR)
This document relates to:                      :    08 Civ. 3086 (JSR)
                                               :
KENNETH M. KRYS, et al.,                       :
                                               :
              Plaintiffs,                      :
                                               :
       -v-                                     :
                                               :
CHRISTOPHER SUGRUE, et al.,                    :
                                               :
              Defendants.                      :
                                               :
-------------------------------------------------------x

### [PROPOSED] ORDER FOR ADMISSION OF
### KENNETH Y. TURNBULL PRO HAC VICE

Upon the motion of James J. Capra, Jr., attorney for Defendant PricewaterhouseCoopers LLP and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Kenneth Y. Turnbull
> King & Spalding LLP
> 1700 Pennsylvania Ave NW, Suite 200
> Washington, D.C. 20006-4707
> Phone: 202 737 0500
> Fax:   202 626 3737
> Email: kturnbull@kslaw.com

is admitted to practice *pro hac vice* as counsel for Defendant PricewaterhouseCoopers LLP in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys. Counsel shall apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 11/28/2011
~~New York, New York~~
Hackensack NJ

_____
Special Master Hon. Ronald Hedges

2