UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | No. 07 MDL 1902 (JSR) |
| KENNETH M. KRYS, et al., | No. 08 Civ. 3086 (JSR) |
| Plaintiffs, | ECF Case |
| vs. | |
| CHRISTOPHER SUGRUE, et al., | |
| Defendants. | |

### ORDER OF ADMISSION PRO HAC VICE

Upon the motion of Thomas G. Ward, attorney for Defendant Mayer Brown LLP and said sponsor's affirmation in support;

**IT IS HEREBY ORDERED** that

> JOHN S. WILLIAMS
> Williams & Connolly LLP
> 725 Twelfth Street, N.W.
> Washington, DC 20005
> Tel:   (202) 434-5646
> Fax:   (202) 434-5029
> Email: jwilliams@wc.com

is admitted to practice *pro hac vice* as counsel for Mayer Brown LLP in the above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: 12/1/11
City, State: San Francisco, CA

_____
The Honorable Ronald Hedges
Special Master