UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
:
:
IN RE REFCO SECURITIES LITIGATION    :
:
:
:
:
------------------------------------- x

07 MDL 1902 (JSR)
(Applies To All Cases)

<u>CASE MANAGEMENT ORDER #62</u>

JED S. RAKOFF, U.S.D.J.

The Court has received the bills from the Special Masters for the month of November, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on December 9, 2011. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        December 2, 2011

**Professor Daniel J. Capra**
**Special Master**

**Fordham Law School**
**140 West 62nd Street**
**New York, New York 10023**
dcapra@law.fordham.edu

December 1, 2011

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---:|
| November 1 — Krys/DB R and R | 5.7 |
| November 7 ---- THL MTD Krys v. Sugrue | 1.5 |
| November 9 ----- Refco status conference | 2.1 |
| November 11 — THL MTD Krys v. Sugrue | 2.5 |
| November 13 — THL MTD Krys v. Sugrue | 2.4 |
| November 20 — THL MTD Krys v. Sugrue | 3.2 |
| November 21 — THL MTD Krys v. Sugrue | 2.3 |
| November 22— THL MTD Krys v. Sugrue | 2.1 |
| November 27 — THL MTD Krys v. Sugrue | 2.8 |
| November 29 — Krys v. Sugrue Bank Defendants MTD | 2.1 |
| November 30 — Krys v. Sugrue Bank Defendants MTD | 3.2 |

**Total Hours**                                                              29.9
        Hours @ $500/hr.

                                         **Total Bill ------**                     **$14,950.00**

# RONALD J. HEDGES

# INVOICE OF NOVEMBER 30, 2011

# IN RE REFCO SECURITIES LITIGATION

## HOURS INCURRED:

October 31 and after through November 11 – review of, and response to, Mr. Karlan's proposal w/re Ginsburg documents and communications w/re form of order to resolve dispute over same (2.5)

November 3 – communications w/re Krys v. Sugre (.25)

November 9 – preparation for and attendance at status hearing (7.0)

November 11 – preparation for and conference call w/re Grant Thornton (1.0)

November 11 and later dates – communications w/ Chambers and counsel w/re discovery cutoff and attending to filing of order (1.5)

November 11 and later dates – communications w/ counsel w/re Kirschner v. Bennett trial and w/re form of order and attending to filing thereof (2.0)

November 22 and later dates – communications w/counsel and review of pro hac orders and attending to filing thereof (1.0)

November 28 and 29 – communications w/re extension of time to file status report (.5)

**TOTAL HOURS INCURRED**: 15.75 hours @ $400/hour = $10,300.00

# EXPENSES INCURRED:

## November 9:

Mileage to/from Newark 34 miles @ .5 = $17.00

Newark Parking = $18.00

PATH = $4.00

Lunch = $20.00

## TOTAL EXPENSES INCURRED: $59.00

## TOTAL: $10,359.00