IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | MDL- 1902 |
| MARC S. KIRSCHNER, As Trustee of the Refco Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>GRANT THORNTON LLP, MAYER BROWN, ROWE & MAW, LLP; ERNST & YOUNG U.S. LLP; PRICEWATERHOUSECOOPERS LLP; CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC); BANC OF AMERICA SECURITIES LLC; DEUTSCHE BANK SECURITIES INC.; PHILLIP R. BENNETT; SANTO C. MAGGIO; ROBERT C. TROSTEN; TONE N. GRANT; REFCO GROUP HOLDINGS, INC.; LIBERTY CORNER CAPITAL STRATEGIES, LLC; WILLIAM T. PIGOTT; EMF FINANCIAL PRODUCTS, LLC; EMF CORE FUND, LTD.; DELTA FLYER FUND, LLC; ERIC M. FLANAGAN; INGRAM MICRO, INC.; CIM VENTURES, INC.; BECKENHAM TRADING CO. INC.; ANDREW KRIEGER; COAST ASSET MANAGEMENT, LLC (f/k/a COAST ASSET MANAGEMENT LP); CS LAND MANAGEMENT, LLC; and CHRISTOPHER PETITT,<br><br>Defendants. | Case No. 07 Civ. 11604 (GEL) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/11

**JOINT STIPULATED DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Marc S. Kirschner, as trustee for the Refco Litigation Trust, and Defendants Phillip R. Bennett and Refco Group Holdings, Inc. ("Defendants") stipulate that: (1) the claims asserted by Plaintiff against Defendants in this action are hereby dismissed with prejudice; and (2) each party will bear its own fees and costs in connection with this action.

Dated: November 22, 2011

Respectfully submitted,

By: /s/ Richard I. Werder, Jr.
Richard I. Werder, Jr.
Sascha N. Rand
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849-7000
Email: rickwerder@quinnemanuel.com
       sascharand@quinnemanuel.com

*Attorneys for Plaintiff Marc S. Kirschner as Trustee of the Refco Litigation Trust*

By: /s/ Jeffrey T. Golenbock
Jeffrey T. Golenbock
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue, 35th Floor
New York, New York 10022
Tel: (212) 907-730
Email: jgolenbock@golenbock.com

*Attorney for Defendants Phillip R. Bennett and Refco Holdings Group, Inc.*

SO ORDERED

/s/ JSR
12-5-11
USDJ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 22, 2011, I caused to be served copies of the foregoing Joint Stipulated Dismissal with Prejudice upon counsel to defendants by electronic mail.

By: /s/ Nicholas J. Calamari
Nicholas J. Calamari
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849-7000
nicholascalamari@quinnemanuel.com