UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
: 
In re REFCO INC. SECURITIES LITIGATION  :  Case No. 07-MD-1902 (JSR)
:
------------------------------------------------------------ X
    This document relates to:
------------------------------------------------------------ X
KENNETH M. KRYS, *et al.*,  :  Case No. 08-cv-3065 (JSR)
: Case No. 08-cv-3086 (JSR)
               Plaintiffs,  :
:
       -against-  :
:
CHRISTOPHER SUGRUE, *et al.*,  :
:
               Defendants.  :
------------------------------------------------------------ X

## CERTIFICATE OF SERVICE

I, Maureen Quigley, an attorney with the law firm Brown Rudnick LLP, hereby certify that on Thursday, December 8, 2011, I caused a true and correct copy of Plaintiffs' Objection to the Report and Recommendation of the Special Master on Motion to Dismiss Brought by the THL Defendants Dated November 27, 2011 to be served upon Special Master Hedges, Special Master Capra and all counsel-of-record (WHRefcoKrysAll@wilmerhale.com) in the above-captioned matters by electronic mail and by electronically filing through the Court's CM/ECF system.

Dated:  New York, New York
       December 8, 2011

                       **BROWN RUDNICK LLP**

                       By: /s Maureen Quigley
                          Maureen Quigley (MQ-1192)
                       Seven Times Square
                       New York, NY 10036
                       T: 212-209-4902
                       F: 212-209-4801
                       mquigley@brownrudnick.com