UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
In re REFCO, INC. SECURITIES LITIGATION   :   07 MDL 1902 (JSR)
                                                              :
------------------------------------------------------------- x
                                                              :
This document applies to:                                     :
                                                              :
THOMAS H. LEE EQUITY FUND V, L.P.,        :   07 Civ. 8663 (JSR)
THOMAS H. LEE PARALLEL FUND V, L.P.,      :
and THOMAS H. LEE EQUITY (CAYMAN)         :
FUND V, L.P.,                             :   **ORDER OF ADMISSION *PRO HAC***
                                                              :   ***VICE***
    Plaintiffs/Counterclaim-Defendants,   :
                                                              :
                v.                        :
                                                              :
GRANT THORNTON LLP,                       :
                                                              :
    Defendant/Counterclaim-Plaintiff.     :
------------------------------------------------------------- x

Upon the motion of Beth A. Tagliamonti, attorney for Defendant Grant Thornton LLP, and said sponsor's declaration in support:

**IT IS HEREBY ORDERED** that

> Derek J. Sarafa
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, IL 60601-9703
> Tel: (312) 558-5600
> Fax: (312) 558-5700
> E-mail: DSarafa@winston.com

is admitted to practice *pro hac vice* as counsel for Grant Thornton LLP in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: 6/20/11
City, State: Washington DC

_____
Special Master Hon. Ronald Hedges