USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07 MDL No. 1902 |
| MARC S. KIRSCHNER, As Trustee of the Refco Private Actions Trust,<br><br>Plaintiff,<br><br>-against-<br><br>PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER BROWN, LLP, MAYER BROWN INTERNATIONAL, LLP, and GRANT THORTON LLP,<br><br>Defendants. | 07 Civ. 8165 (JSR) |

## [PROPOSED] SPECIAL MASTER ORDER OF WITHDRAWAL OF ATTORNEY #1

WHEREAS Rebecca J. Trent is no longer associated with Quinn Emanuel Urquhart & Sullivan, LLP, and Richard Irving Werder, Jr., Michael Barry Carlinsky, Sascha N. Rand and other attorneys at Quinn Emanuel Urquhart & Sullivan, LLP are counsel of record and continue to represent Marc S. Kirschner in the action captioned *Kirschner v. Bennett et al.*, 07 Civ. 8165 (JSR), which is an associated case in the above-referenced MDL,

IT IS ORDERED that Rebecca J. Trent is withdrawn as counsel for Marc S. Kirschner in the above-captioned action. The Clerk of Court is instructed to terminate Ms. Trent as counsel of

record in the above-caption action and that no further notices be given to or required of her and that no document or pleadings be served upon her.

SO ORDERED

Dated: ~~Hackensack, NJ~~ NYC, NY

_11/9_, 2011

_____
Ronald Hedges – Special Master