UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE REFCO INC. SECURITIES LITIGATION | CASE NO. 07-MD-1902 (JSR) |

This document relates to:

| | |
|---|---|
| KENNETH M. KRYS, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> CHRISTOPHER SUGRUE, *ET AL.* <br><br> Defendants. | CASE NO. 08-CV-3065 (JSR) <br> CASE NO. 08-CV-3086 (JSR) |
| KENNETH M. KRYS, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> DEUTSCHE BANK SECURITIES INC., et al. <br><br> Defendants. | CASE NO. 10-CV-3594 (JSR) |
| KENNETH M. KRYS, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> ROBERT AARON, et al., <br><br> Defendants | CASE NO. 08-CV-7416 (JSR) |
| KENNETH M. KRYS, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> SCHULTE ROTH & ZABEL LLP <br><br> Defendants. | CASE NO. 11-CV-01486 (JSR) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/11

---

MARC S. KIRSCHNER, as Trustee of the Refco Private Actions Trust,

                Plaintiff,

            -against-

PHILLIP R. BENNETT, et al.,

                Defendants.

CASE NO. 07-CV-8165 (JSR)

---

### SPECIAL MASTER ORDER ON DISCOVERY DISPUTES, ETC.

SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders under judicial compulsion as follows:

WHEREAS, pursuant to Case Management Order #2, the Court appointed the undersigned Special Master to, *inter alia*, resolve discovery disputes that arise between or among the parties to the above-captioned litigation;

IT IS ORDERED that, subject to further modification, any discovery disputes that exist as of August 31, 2011 but have not been brought to the attention of the Special Master shall be brought to the Special Master's attention by that date or shall be deemed waived.

IT IS FURTHER ORDERED that, by the same date, coordinating counsel shall submit to both special masters and the Court a joint summary of the status of all actions.

So ordered this ___ day of _____ 2011

HON. RONALD J. HEDGES
SPECIAL MASTER

So ordered, nunc pro tunc 8/31/11.

USDJ

12-16-11