UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | Case No. 07-md-1902 (JSR) |
| KENNETH M. KRYS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER SUGRUE, *et al.*,<br><br>Defendants. | Case No. 08-cv-3065 (JSR)<br>Case No. 08-cv-3086 (JSR)<br><br>ECF Filed<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between Defendants Mark Kavanagh and Brian Owens and Plaintiffs in the above-captioned action, *Krys, et al. v. Sugrue, et al.*, Nos. 08-cv-3065 (JSR), 08-cv-3086 (JSR), by their undersigned counsel, that the time within which Defendants may answer Plaintiffs' Amended Complaint is extended to and including January 23, 2012.

Dated: New York, New York
       December 20, 2011

                    **BROWN RUDNICK LLP**

                    By:   /s/ David Molton
                          David J. Molton
                          Andrew Dash

                  Seven Times Square
                  New York, New York 10036
                  Tel: (212) 209-4800
                  Fax: (212) 209-4801

                  -and-

                  **BEUS GILBERT PLLC**
                  Leo R. Beus, *pro hac vice*
                  4800 North Scottsdale Road
                  Suite 6000
                  Scottsdale, AZ 85251

*Attorneys for Plaintiffs*

Dated: New York, New York
December 20, 2011

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Mitchell Karlan
Mitchell A. Karlan

200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

*Attorneys for Defendants Mark Kavanagh and Brian Owens*

IT IS, this 24 day of December, 2011, SO ORDERED.

HON. RONALD J. HEDGES
SPECIAL MASTER