# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
IN RE: REFCO SECURITIES LITIGATION   :   07 MDL 1902 (JSR)
:
------------------------------------------------------------X

------------------------------------------------------------X
:
KENNETH M. KRYS, et al.   :   08 Civ. 7416 (JSR)
:
                Plaintiffs,   :
:   **AFFIDAVIT OF SERVICE**
-against-   :
:
ROBERT AARON, et al.,   :
:
                Defendants.   :
------------------------------------------------------------X

STATE OF NEW JERSEY   )
                            ) ss.:
COUNTY OF MORRIS     )

     Andrew O. Bunn, being duly sworn, deposes and says:

     1.     I am not a party to the above-captioned actions, am over 18 years of age and reside in Short Hills, New Jersey.

     2.     On October 6, 2011, Hon. Ronald J. Hedges, Special Master, entered an order authorizing substitute service of the summons and complaint in this action on third-party defendant Christopher Sugrue pursuant to *Fed. R. Civ. P.* 4(f)(3) (the "October 6, 2011 Order"). A true and accurate copy of that order is attached as Exhibit A.

EAST\47043708.1

3. Pursuant to the terms of the October 6, 2011 Order, on October 11, 2011, I caused to be served on Mr. Sugrue true and accurate copies of the following documents by Federal Express at Av. Amilar Cabral No 110-2, Ed. Sonangol Distribuidora, Luanda, Angola: (i) a cover letter; (ii) the first amended complaint commencing litigation in the Superior Court of New Jersey, Camden County, dated April 15, 2008; (iii) the amended answer, affirmative defenses, counterclaims, and third-party complaint, dated August 15, 2011; (iv) the federal summons naming Mr. Sugrue as a third-party defendant, dated August 15, 2011; and (v) the October 6, 2011 Order (collectively, the "Documents for Service").

4. The Documents for Service did not reach their destination by Federal Express, as the tracking results indicate that delivery was not successful by that method. A true and accurate copy of the Federal Express tracking report is attached as Exhibit B.

5. Pursuant to the terms of the October 6, 2011 Order, on October 11, 2011, I also caused true and accurate copies of the Documents for Service to be served on Mr. Sugrue by electronic mail at chris.sugrue@yahoo.com.sg. A true and accurate copy of that electronic mail message is attached as Exhibit C.

6. I did not receive any subsequent electronic mail messages indicating that chris.sugrue@yahoo.com.sg is not a valid electronic mail address or that that the October 11, 2011 electronic message was otherwise undeliverable.

_____
Andrew O. Bunn

Sworn to before me this
3rd day of November, 2011

_____
Notary Public

DENICE D. CHRISTIAN
A Notary Public of New Jersey
No. 2358370
My Commission Expires April 9, 2012

EAST\47043708.1

# EXHIBIT A

Case 1:08-cv-07416-JSR   Document 275-6   Filed 12/29/11   Page 6 of 11
Case 1:08-cv-07416-JSR   Document 256-1   Filed 11/03/11   Page 2 of 7
Case 1:07-md-01902-JSR   Document 1279   Filed 10/07/11   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

IN RE: REFCO SECURITIES LITIGATION  :  07 MDL 1902 (JSR)

---------------------------------------------------------X

---------------------------------------------------------X

KENNETH M. KRYS, et al.,  :  08 Civ. 7416 (JSR)

          Plaintiffs,

-against-  :  **ORDER AUTHORIZING SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT CHRISTOPHER SUGRUE PURSUANT TO FED. R. CIV. P. 4(f)(3)**

ROBERT AARON, et al.,

          Defendants.

---------------------------------------------------------X

Upon the application of Defendants/Third Party Plaintiffs Derivatives Portfolio Management, LLC, Derivative Portfolio Management, Ltd., DPM-Mellon, LLC, DPM-Mellon, Ltd., and Guy Castranova (collectively, the "DPM Defendants") for an order authorizing substitute service of the summons and complaint in this action on defendant Christopher Sugrue pursuant to *Fed. R. Civ. P.* 4(f)(3):

**IT IS HEREBY ORDERED** that DPM Defendants may serve Mr. Sugrue by international courier service at Av. Amilar Cabral No 110-2, Ed. Sonangol Distribuidora, Luanda, Angola and by electronic mail at chris.sugrue@yahoo.com.sg; and it is

**FURTHER ORDERED** that DPM Defendants shall serve Mr. Sugrue with a signed copy of this order along with the summons and complaint.

Dated: ~~Hackensack, NJ~~ Honolulu, HI
Oct. 6, 2011

/s/ R. Hedges
Hon. Ronald J. Hedges, Special Master

# EXHIBIT B

Case 1:08-cv-07416-JSR   Document 275-6   Filed 12/29/11   Page 8 of 11
Case 1:08-cv-07416-JSR   Document 256-1   Filed 11/03/11   Page 4 of 7

Page 1 of 2

**FedEx.**   Ship   Track   Manage   Learn   FedEx Office®

Support | Locations | English
Search fedex.com   Submit

## Detailed Results

Printer-Friendly   Get Link   Help

Enter tracking number

| Detailed Results | Notifications |

Tracking no.: 873690132982   Select time format: 12H | 24H   E-mail notifications

**In transit**

Initiated — Picked up — In transit — Delivered

Delivery exception
LUANDA AO

**Shipment Dates**   **Destination**
Ship date: Oct 11, 2011   LUANDA AO

### Shipment Facts   Help

Service type: Intl Economy Pak
Weight: 1.8 lbs/.8 kg

### Shipment Travel History   Help

Select time zone: Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 26, 2011 12:32 PM | Shipment exception | LUANDA AO | Destroyed at customer's request |
| Oct 26, 2011 11:24 AM | Delivery exception | LUANDA AO | Incorrect address |
| Oct 26, 2011 11:23 AM | At local FedEx facility | LUANDA AO | |
| Oct 25, 2011 11:52 AM | Delivery exception | LUANDA AO | Incorrect address |
| Oct 25, 2011 11:49 AM | At local FedEx facility | LUANDA AO | |
| Oct 24, 2011 10:34 AM | Delivery exception | LUANDA AO | Incorrect address |
| Oct 24, 2011 10:31 AM | At local FedEx facility | LUANDA AO | |
| Oct 21, 2011 12:02 PM | Delivery exception | LUANDA AO | Incorrect address |
| Oct 21, 2011 12:00 PM | At local FedEx facility | LUANDA AO | |
| Oct 21, 2011 10:59 AM | Delivery exception | LUANDA AO | Incorrect address |
| Oct 21, 2011 10:55 AM | At local FedEx facility | LUANDA AO | |
| Oct 20, 2011 12:39 PM | Delivery exception | LUANDA AO | Incorrect address |
| Oct 20, 2011 12:37 PM | At local FedEx facility | LUANDA AO | |
| Oct 19, 2011 11:10 AM | Delivery exception | LUANDA AO | Incorrect address |
| Oct 19, 2011 11:09 AM | At local FedEx facility | LUANDA AO | |
| Oct 19, 2011 10:38 AM | Delivery exception | LUANDA AO | Incorrect address |
| Oct 19, 2011 10:35 AM | At local FedEx facility | LUANDA AO | |
| Oct 18, 2011 12:00 PM | Delivery exception | LUANDA AO | Incorrect address |
| Oct 18, 2011 8:35 AM | On FedEx vehicle for delivery | LUANDA AO | |
| Oct 17, 2011 3:17 PM | Delivery exception | LUANDA AO | Package at station, arrived after courier dispatch |
| Oct 17, 2011 2:51 PM | International shipment release | LUANDA AO | |
| Oct 17, 2011 2:44 PM | In transit | LUANDA AO | Package available for clearance |
| Oct 14, 2011 6:00 PM | In transit | PRIOR VELHO PT | |
| Oct 14, 2011 8:16 AM | In transit | MADRID ES | |
| Oct 14, 2011 8:16 AM | In transit | MADRID ES | |
| Oct 14, 2011 4:07 AM | Departed FedEx location | PARIS FR | |
| Oct 13, 2011 9:52 PM | Departed FedEx location | PARIS FR | |
| Oct 13, 2011 9:14 PM | In transit | PARIS FR | |
| Oct 13, 2011 7:11 PM | Arrived at FedEx location | PARIS FR | |
| Oct 13, 2011 3:57 AM | Departed FedEx location | MEMPHIS, TN | |
| Oct 13, 2011 3:35 AM | In transit | MEMPHIS, TN | |
| Oct 13, 2011 12:02 AM | Departed FedEx location | MEMPHIS, TN | |
| Oct 11, 2011 7:36 PM | Picked up | EAST HANOVER, NJ | |

Case 1:08-cv-07416-JSR   Document 275-6   Filed 12/29/11   Page 9 of 11
Case 1:08-cv-07416-JSR   Document 256-1   Filed 11/03/11   Page 5 of 7

Page 2 of 2



# EXHIBIT C

## Marino, Steven

| | |
|---|---|
| **From:** | Bunn, Andrew |
| **Sent:** | Tuesday, October 11, 2011 3:23 PM |
| **To:** | chris.sugrue@yahoo.com.sg |
| **Cc:** | Pendleton, John; Gummer, Katie; Trimarco, Gina; Marino, Steven; 'whrefcokrysall@wilmerhale.com'; 'Ron Hedges'; 'Daniel Capra' |
| **Subject:** | Krys, et al. v. Aaron, et al., 08 Civ. 7416(JSR) |
| **Attachments:** | Christopher Sugrue Summons.pdf; First Amended Complaint.pdf; Amended Answer, Affirmative Defenses, Counterclaims, and Third-Party Complaint.pdf; Substitute Service Order for Sugrue.pdf; Letter to Sugrue.pdf |

Dear Mr. Sugrue:

On behalf of Third Party Plaintiffs in the above-referenced litigation, I attach the following: (1) a cover letter; (2) the first amended complaint; (3) first amended answer, affirmative defenses, counterclaims, and third-party complaint; (4) summons; and (5) order directing substituted service.



Andrew O. Bunn
Partner
DLA Piper LLP (US)
300 Campus Drive, Suite 100
Florham Park, New Jersey 07932-1039

T  973.520.2562
F  973.520.2582
M  718.772.4610
andrew.bunn@dlapiper.com
www.dlapiper.com | Bio

11/3/2011