# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
:
IN RE: REFCO SECURITIES LITIGATION  :  07 MDL 1902 (JSR)
:
---------------------------------------------------------X

This Document Relates To:

---------------------------------------------------------X
KENNETH M. KRYS, et al.  :  Case No. 08-cv-7416 (JSR)
:
            Plaintiffs,  :
:
-against-  :
:  ECF Filed
:
ROBERT AARON, et al.,  :
:  **REQUEST FOR ENTRY OF**
            Defendants.  :  **DEFAULT AND**
:  **CLERK'S CERTIFICATION**
:
---------------------------------------------------------X

TO:  CLERK OF THE COURT
     UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK

Please enter a default on the above-referenced dockets and execute a certificate of default for Third-Party Defendant Christopher Sugrue, pursuant to Local Civil Rule 55.1 and Federal Rule of Civil Procedure 55(a), for Third-Party Defendant's failure to plead or otherwise defend the above-captioned action, as fully appears from the court file herein and from the attached declaration of B. John Pendleton, Jr..

Dated: Florham Park, New Jersey
       December 1, 2011

EAST\47280222.1

Respectfully submitted,
DLA PIPER LLP (US)

By: s/ B. John Pendleton, Jr.
B. John Pendleton, Jr.
300 Campus Drive, Suite 100
Florham Park, New Jersey 07932
Telephone: 973-520-2561
Facsimile: 973-520-2581
john.pendleton@dlapiper.com
*Attorneys for Defendants/Third Party Plaintiffs Derivative Portfolio Management, LLC, Derivative Portfolio Management, Ltd, DPM-Mellon, LLC, DPM-Mellon, Ltd. and Guy Castranova*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
IN RE: REFCO SECURITIES LITIGATION : 07 MDL 1902 (JSR)
:
---------------------------------------------------------------X

This Document Relates To:

---------------------------------------------------------------X
KENNETH M. KRYS, et al. : Case No. 08-cv-7416 (JSR)
:
Plaintiffs, :
:
-against- :
: ECF Filed
:
ROBERT AARON, *et al.*, :
:
Defendants. :
: **CLERK'S CERTIFICATION**
:
---------------------------------------------------------------X

I, Ruby J. Krajick, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that this third-party action against Third-Party Defendant Christopher Sugrue was commenced on August 15, 2011. I further certify that Defendants'/Third-Party Plaintiffs' Amended Answer and Third-Party Complaint was served on defendant Christopher Sugrue, by electronic mail (pursuant to Substitute Service Order executed by Special Master Hedges on October 6, 2011) and that proof of service thereon was filed on November 3, 2011.

I further certify that the docket entries indicate that Third-Party Defendant Christopher Sugrue has not filed an answer or otherwise moved with respect to the Third-Party Complaint

3

EAST\47280222.1

herein. The default of the aforementioned third-party defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
December ___, 2011

                                     RUBY J. KRAJICK
                                     Clerk of the Court

                                     By: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
:
IN RE: REFCO SECURITIES LITIGATION    :    07 MDL 1902 (JSR)
:
-------------------------------------------------------X

This Document Relates To:

-------------------------------------------------------X
KENNETH M. KRYS, et al.                :    Case No. 08-cv-7416 (JSR)
:
               Plaintiffs,     :
:    ECF Filed
-against-                              :
:
:    **DECLARATION OF**
ROBERT AARON, et al.,                  :    **B. JOHN PENDLETON, JR.**
:    **IN SUPPORT OF REQUEST**
               Defendants.    :    **FOR ENTRY OF DEFAULT**
:    **AND CLERK'S CERTIFICATE**
:
-------------------------------------------------------X

B. John Pendleton, Jr. declares as follows:

1.     I am a partner at the law firm of DLA Piper LLP (US), counsel for Defendants/Third-Party Plaintiffs Derivative Portfolio Management, LLC, Derivative Portfolio Management, Ltd, DPM-Mellon, LLC, DPM-Mellon, Ltd. and Guy Castranova in the above-captioned action, and admitted to practice before this Court. I have personal knowledge of the matters set forth herein. I respectfully submit this declaration in support of Defendants'/Third-Party Plaintiffs' Request for Entry of Default and Clerk's Certificate of Default.

2.     On August 15, 2011 Defendants/Third-Party Plaintiffs filed an Amended Answer, Affirmative Defenses, Counterclaims and Third-Party Complaint.

5

EAST\47280222.1

3. On October 7, 2011, this Court entered an Order authorizing service of Summons and Complaint on Third-Party Defendant Christopher Sugrue via international courier and electronic mail, pursuant to Federal Rule of Civil Procedure 4(f)(3). A true and accurate copy is annexed hereto as **Exhibit A**.

4. On November 3, 2011 Defendants/Third-Party Plaintiffs filed an Affidavit of Service of Summons and Complaint upon Third-Party Defendant Christopher Sugrue. A true and accurate copy is annexed hereto as **Exhibit B**. The affidavit of service stated that Mr. Sugrue was served via email on October 11, 2011, giving him twenty days to answer, move or otherwise respond, or until November 1, 2011.

5. Third-Party Defendant Christopher Sugrue has neither answered, moved, nor otherwise responded to the Third-Party Complaint.

6. Jurisdiction was properly obtained over Third-Party Defendant Christopher Sugrue by serving him with a copy of the Amended Answer, Affirmative Defenses, Counterclaim and Third-Party Complaint via e-mail. See **Exhibit B**.

7. Third-Party Defendant Sugrue is not an infant, in the military, or an incompetent person.

8. I declare under the penalty of perjury that the foregoing is true and correct.

**WHEREFORE**, Defendants/Third-Party Plaintiffs respectfully request that the Clerk of this Court enter the default by Third-Party Defendant Sugrue and issue a certificate for default of said third-party defendant.

Dated: December 1, 2011

_____
B. JOHN PENDLETON, JR.

6

EAST\47280222.1

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
IN RE: REFCO SECURITIES LITIGATION  :  07 MDL 1902 (JSR)
------------------------------------X

------------------------------------X
KENNETH M. KRYS, et al.             :  08 Civ. 7416 (JSR)
                  Plaintiffs,       :
                                    :  ORDER AUTHORIZING
     -against-                      :  SERVICE OF SUMMONS AND
                                    :  COMPLAINT ON DEFENDANT
ROBERT AARON, et al.,               :  CHRISTOPHER SUGRUE
                                    :  PURSUANT TO FED. R. CIV. P.
                  Defendants.       :  4(f)(3)
------------------------------------X

Upon the application of Defendants/Third Party Plaintiffs Derivatives Portfolio Management, LLC, Derivative Portfolio Management, Ltd., DPM-Mellon, LLC, DPM-Mellon, Ltd., and Guy Castranova (collectively, the "DPM Defendants") for an order authorizing substitute service of the summons and complaint in this action on defendant Christopher Sugrue pursuant to Fed. R. Civ. P. 4(f)(3):

IT IS HEREBY ORDERED that DPM Defendants may serve Mr. Sugrue by international courtier service at Av. Amilar Cabral No 110-2, Ed. Sonangol Distribuidora, Luanda, Angola and by electronic mail at chris.sugrue@yahoo.com.sg; and it is

FURTHER ORDERED that DPM Defendants shall serve Mr. Sugrue with a signed copy of this order along with the summons and complaint.

Dated: Honolulu, HI
~~Hackensack, NJ~~
Oct. 6, 2011

Hon. Ronald J. Hedges, Special Master

# EXHIBIT B

Case 1:08-cv-07416-JSR   Document 275-7   Filed 12/29/11   Page 11 of 20
Case 1:08-cv-07416-JSR   Document 263-2   Filed 12/02/11   Page 2 of 11
Case 1:08-cv-07416-JSR   Document 256   Filed 11/03/11   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE: REFCO SECURITIES LITIGATION  :   07 MDL 1902 (JSR)

------------------------------------------------------------X

------------------------------------------------------------X

KENNETH M. KRYS, et al.  :   08 Civ. 7416 (JSR)

                      Plaintiffs,  :

    -against-  :   **AFFIDAVIT OF SERVICE**

ROBERT AARON, et al.,  :

                      Defendants.  :

------------------------------------------------------------X

STATE OF NEW JERSEY  )
                          ) ss.:
COUNTY OF MORRIS  )

Andrew O. Bunn, being duly sworn, deposes and says:

1. I am not a party to the above-captioned actions, am over 18 years of age and reside in Short Hills, New Jersey.

2. On October 6, 2011, Hon. Ronald J. Hedges, Special Master, entered an order authorizing substitute service of the summons and complaint in this action on third-party defendant Christopher Sugrue pursuant to *Fed. R. Civ. P.* 4(f)(3) (the "October 6, 2011 Order"). A true and accurate copy of that order is attached as Exhibit A.

EAST\47043708.1

Case 1:08-cv-07416-JSR   Document 275-7   Filed 12/29/11   Page 12 of 20
Case 1:08-cv-07416-JSR   Document 263-2   Filed 12/02/11   Page 3 of 11
Case 1:08-cv-07416-JSR   Document 256   Filed 11/03/11   Page 2 of 3

3. Pursuant to the terms of the October 6, 2011 Order, on October 11, 2011, I caused to be served on Mr. Sugrue true and accurate copies of the following documents by Federal Express at Av. Amilar Cabral No 110-2, Ed. Sonangol Distribuidora, Luanda, Angola: (i) a cover letter; (ii) the first amended complaint commencing litigation in the Superior Court of New Jersey, Camden County, dated April 15, 2008; (iii) the amended answer, affirmative defenses, counterclaims, and third-party complaint, dated August 15, 2011; (iv) the federal summons naming Mr. Sugrue as a third-party defendant, dated August 15, 2011; and (v) the October 6, 2011 Order (collectively, the "Documents for Service").

4. The Documents for Service did not reach their destination by Federal Express, as the tracking results indicate that delivery was not successful by that method. A true and accurate copy of the Federal Express tracking report is attached as Exhibit B.

5. Pursuant to the terms of the October 6, 2011 Order, on October 11, 2011, I also caused true and accurate copies of the Documents for Service to be served on Mr. Sugrue by electronic mail at chris.sugrue@yahoo.com.sg. A true and accurate copy of that electronic mail message is attached as Exhibit C.

6. I did not receive any subsequent electronic mail messages indicating that chris.sugrue@yahoo.com.sg is not a valid electronic mail address or that that the October 11, 2011 electronic message was otherwise undeliverable.

EAST\47043708.1

Case 1:08-cv-07416-JSR   Document 275-7   Filed 12/29/11   Page 13 of 20
Case 1:08-cv-07416-JSR   Document 263-2   Filed 12/02/11   Page 4 of 11
Case 1:08-cv-07416-JSR   Document 256   Filed 11/03/11   Page 3 of 3

_____
Andrew O. Bunn

Sworn to before me this
3rd day of November, 2011

_____
Notary Public

DENICE D. CHRISTIAN
A Notary Public of New Jersey
No. 2358370
My Commission Expires April 9, 2012

EAST\47043708.1

Case 1:08-cv-07416-JSR   Document 275-7   Filed 12/29/11   Page 14 of 20
Case 1:08-cv-07416-JSR   Document 263-2   Filed 12/02/11   Page 5 of 11
Case 1:08-cv-07416-JSR   Document 256-1   Filed 11/03/11   Page 1 of 7

# EXHIBIT A

Case 1:08-cv-07416-JSR   Document 275-7   Filed 12/29/11   Page 15 of 20
Case 1:08-cv-07416-JSR   Document 263-2   Filed 12/02/11   Page 6 of 11
Case 1:08-cv-07416-JSR   Document 256-1   Filed 11/03/11   Page 2 of 7
Case 1:07-md-01902-JSR   Document 1279   Filed 10/07/11   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
IN RE: REFCO SECURITIES LITIGATION       :   07 MDL 1902 (JSR)
------------------------------------X

------------------------------------X
KENNETH M. KRYS, et al.                  :   08 Civ. 7416 (JSR)

                   Plaintiffs,

-against-                                    ORDER AUTHORIZING
                                             SERVICE OF SUMMONS AND
                                             COMPLAINT ON DEFENDANT
ROBERT AARON, et al.,                        CHRISTOPHER SUGRUE
                                             PURSUANT TO FED. R. CIV. P.
                   Defendants.         4(f)(3)
------------------------------------X

      Upon the application of Defendants/Third Party Plaintiffs Derivatives Portfolio Management, LLC, Derivative Portfolio Management, Ltd., DPM-Mellon, LLC, DPM-Mellon, Ltd., and Guy Castranova (collectively, the "DPM Defendants") for an order authorizing substitute service of the summons and complaint in this action on defendant Christopher Sugrue pursuant to *Fed. R. Civ. P.* 4(f)(3):

      IT IS HEREBY ORDERED that DPM Defendants may serve Mr. Sugrue by international courtier service at Av. Amilar Cabral No 110-2, Ed. Sonangol Distribuidora, Luanda, Angola and by electronic mail at chris.sugrue@yahoo.com.sg; and it is

      FURTHER ORDERED that DPM Defendants shall serve Mr. Sugrue with a signed copy of this order along with the summons and complaint.

Dated: ~~Hackensack, NJ~~ Honolulu, HI
       Oct. 6, 2011

                                      /s/ R. Hedges
                              Hon. Ronald J. Hedges, Special Master

Case 1:08-cv-07416-JSR   Document 275-7   Filed 12/29/11   Page 16 of 20
Case 1:08-cv-07416-JSR   Document 263-2   Filed 12/02/11   Page 7 of 11
Case 1:08-cv-07416-JSR   Document 256-1   Filed 11/03/11   Page 3 of 7

# EXHIBIT B

Case 1:08-cv-07416-JSR   Document 275-7   Filed 12/29/11   Page 17 of 20
Case 1:08-cv-07416-JSR   Document 263-2   Filed 12/02/11   Page 8 of 11
Case 1:08-cv-07416-JSR   Document 256-1   Filed 11/03/11   Page 4 of 7

Page 1 of 2

**FedEx**   Ship   Track   Manage   Learn   FedEx Office®

Support | Locations | English
Search fedex.com

## Detailed Results

Printer Friendly   Get Link   Help

Enter tracking number

| Detailed Results | Notifications |

Tracking no.: 873690132982    Select time format: 12H | 24H    Email notifications

**In transit**

Delivery exception
LUANDA AO

**Shipment Dates**
Ship date: Oct 11, 2011

**Destination**
LUANDA AO

### Shipment Facts                                                                   Help

| Service type | Intl Economy Pak |
| Weight | 1.8 lbs/0.8 kg |

### Shipment Travel History                                                          Help

Select time zone: Local Scan Time

All shipment travel activity is displayed in local time for the location.

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 26, 2011 12:22 PM | Shipment exception | LUANDA AO | Destroyed at customer's request |
| Oct 26, 2011 11:24 AM | Delivery exception | LUANDA AO | Incorrect address |
| Oct 26, 2011 11:23 AM | At local FedEx facility | LUANDA AO | |
| Oct 25, 2011 11:52 AM | Delivery exception | LUANDA AO | Incorrect address |
| Oct 25, 2011 11:48 AM | At local FedEx facility | LUANDA AO | |
| Oct 24, 2011 10:34 AM | Delivery exception | LUANDA AO | Incorrect address |
| Oct 24, 2011 10:31 AM | At local FedEx facility | LUANDA AO | |
| Oct 21, 2011 12:02 PM | Delivery exception | LUANDA AO | Incorrect address |
| Oct 21, 2011 12:00 PM | At local FedEx facility | LUANDA AO | |
| Oct 21, 2011 10:59 AM | Delivery exception | LUANDA AO | Incorrect address |
| Oct 21, 2011 10:55 AM | At local FedEx facility | LUANDA AO | |
| Oct 20, 2011 12:39 PM | Delivery exception | LUANDA AO | Incorrect address |
| Oct 20, 2011 12:37 PM | At local FedEx facility | LUANDA AO | |
| Oct 19, 2011 11:10 AM | Delivery exception | LUANDA AO | Incorrect address |
| Oct 19, 2011 11:09 AM | At local FedEx facility | LUANDA AO | |
| Oct 19, 2011 10:38 AM | Delivery exception | LUANDA AO | Incorrect address |
| Oct 19, 2011 10:35 AM | At local FedEx facility | LUANDA AO | |
| Oct 18, 2011 12:00 PM | Delivery exception | LUANDA AO | Incorrect address |
| Oct 18, 2011 9:35 AM | On FedEx vehicle for delivery | LUANDA AO | |
| Oct 17, 2011 3:17 PM | Delivery exception | LUANDA AO | Package at station, arrived after courier dispatch |
| Oct 17, 2011 2:51 PM | International shipment release | LUANDA AO | |
| Oct 17, 2011 2:44 PM | In transit | LUANDA AO | Package available for clearance |
| Oct 14, 2011 6:00 PM | In transit | PRIOR VELHO PT | |
| Oct 14, 2011 8:15 AM | In transit | MADRID ES | |
| Oct 14, 2011 8:10 AM | In transit | MADRID ES | |
| Oct 14, 2011 4:07 AM | Departed FedEx location | PARIS FR | |
| Oct 13, 2011 9:52 PM | Departed FedEx location | PARIS FR | |
| Oct 13, 2011 9:14 PM | In transit | PARIS FR | |
| Oct 13, 2011 7:11 PM | Arrived at FedEx location | PARIS FR | |
| Oct 13, 2011 3:57 AM | Departed FedEx location | MEMPHIS, TN | |
| Oct 13, 2011 3:35 AM | In transit | MEMPHIS, TN | |
| Oct 13, 2011 12:02 AM | Departed FedEx location | MEMPHIS, TN | |
| Oct 11, 2011 7:35 PM | Picked up | EAST HANOVER, NJ | |

http://www.fedex.com/Tracking                                              10/30/2011

Case 1:08-cv-07416-JSR   Document 275-7   Filed 12/29/11   Page 18 of 20
Case 1:08-cv-07416-JSR   Document 263-2   Filed 12/02/11   Page 9 of 11
Case 1:08-cv-07416-JSR   Document 256-1   Filed 11/03/11   Page 5 of 7

Page 2 of 2



Case 1:08-cv-07416-JSR   Document 275-7   Filed 12/29/11   Page 19 of 20
Case 1:08-cv-07416-JSR   Document 263-2   Filed 12/02/11   Page 10 of 11
Case 1:08-cv-07416-JSR   Document 256-1   Filed 11/03/11   Page 6 of 7

# EXHIBIT C

Case 1:08-cv-07416-JSR   Document 275-7   Filed 12/29/11   Page 20 of 20
Case 1:08-cv-07416-JSR   Document 263-2   Filed 12/02/11   Page 11 of 11
Case 1:08-cv-07416-JSR   Document 256-1   Filed 11/03/11   Page 7 of 7

Page 1 of 1

## Marino, Steven

| | |
|---|---|
| **From:** | Bunn, Andrew |
| **Sent:** | Tuesday, October 11, 2011 3:23 PM |
| **To:** | chris.sugrue@yahoo.com.sg |
| **Cc:** | Pendleton, John; Gummer, Katie; Trimarco, Gina; Marino, Steven; 'whrefcokrysall@wilmerhale.com'; 'Ron Hedges'; 'Daniel Capra' |
| **Subject:** | Krys, et al. v. Aaron, et al., 08 Civ. 7416(JSR) |
| **Attachments:** | Christopher Sugrue Summons.pdf; First Amended Complaint.pdf; Amended Answer, Affirmative Defenses, Counterclaims, and Third-Party Complaint.pdf; Substitute Service Order for Sugrue.pdf; Letter to Sugrue.pdf |

Dear Mr. Sugrue:

On behalf of Third Party Plaintiffs in the above-referenced litigation, I attach the following: (1) a cover letter; (2) the first amended complaint; (3) first amended answer, affirmative defenses, counterclaims, and third-party complaint; (4) summons; and (5) order directing substituted service.



Andrew O. Bunn
Partner
DLA Piper LLP (US)
300 Campus Drive, Suite 100
Florham Park, New Jersey 07932-1039

T  973.520.2562
F  973.520.2582
M  718.772.4610
andrew.bunn@dlapiper.com
www.dlapiper.com | Bio

11/3/2011