# EXHIBIT F

Case 1:08-cv-07416-JSR    Document 262-1    Filed 12/02/11    Page 1 of 2

```
┌────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____             │
│ DATE FILED: 12/2/11             │
└────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X
                                          :
IN RE: REFCO SECURITIES LITIGATION        :    07 MDL 1902 (JSR)
                                          :
-------------------------------------------------X
                                          
        This Document Relates To:         

-------------------------------------------------X
                                          :
KENNETH M. KRYS, et al.                   :    Case No. 08-cv-7416 (JSR)
                                          :
                    Plaintiffs,           :
                                          :
    -against-                             :
                                          :    ECF Filed
                                          :
ROBERT AARON, et al.,                     :
                                          :
                    Defendants.           :
                                          :    CLERK'S CERTIFICATION
                                          :
-------------------------------------------------X

        I, Ruby J. Krajick, Clerk of the Court of the United States District Court for the Southern

District of New York, do hereby certify that this third-party action against Third-Party Defendant

Christopher Sugrue was commenced on August 15, 2011. I further certify that

Defendants'/Third-Party Plaintiffs' Amended Answer and Third-Party Complaint was served on

defendant Christopher Sugrue, by electronic mail (pursuant to Substitute Service Order executed

by Special Master Hedges on October 6, 2011) and that proof of service thereon was filed on

November 3, 2011.

        I further certify that the docket entries indicate that Third-Party Defendant Christopher

Sugrue has not filed an answer or otherwise moved with respect to the Third-Party Complaint

EAST\47280222.1

herein.  The default of the aforementioned third-party defendant is hereby noted pursuant to Rule

55(a) of the Federal Rules of Civil Procedure.


Dated: New York, New York
          December 12, 2011


                                        RUBY J. KRAJICK
                                        Clerk of the Court

                                        By:

EAST\47280222.1