UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | : | 07 MDL No. 1902 (JSR) |

---

| | | |
|---|---|---|
| KENNETH M. KRYS, *et al.*, | : | |
| Plaintiffs, | : | 08 Civ. 3086 (JSR) |
| -against- | : | |
| CHRISTOPHER SUGRUE, *et al.*, | : | |
| Defendants. | : | |

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Robert L. Boone of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 399 Park Avenue, New York, New York 10022, hereby appears on behalf of defendants Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston LLC), Banc of America Securities LLC, and JPMorgan Chase & Co. in the above-captioned action.

I hereby certify that I am admitted to practice before this Court.

- 2 -

Dated: New York, New York
January 3, 2012

                    WILMER CUTLER PICKERING
                    HALE AND DORR LLP

By: /s/ Robert L. Boone
    Robert L. Boone

399 Park Avenue
New York, New York 10022
Tel.: (212) 230-8800
Fax: (212) 230-8888
Email: Robert.Boone@wilmerhale.com

*Attorney for Defendants Credit Suisse Securities (USA) LLC (formerly Credit Suisse First Boston LLC), Banc of America Securities LLC, and JPMorgan Chase & Co.*