UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
IN RE: REFCO SECURITIES LITIGATION  :  07 MDL 1902 (JSR)
:
------------------------------------------------------------X

------------------------------------------------------------X
KENNETH M. KRYS and CHRISTOPHER  :  08 Civ. 7416 (JSR)
STRIDE, as JOINT OFFICIAL LIQUIDATORS :
of SPHINX LTD., *et al.*, :
:  ECF Filed
Plaintiffs, :
:  **NOTICE OF APPEARANCE**
-against- :
:
ROBERT AARON, *et al.*, :
:
Defendants. :
------------------------------------------------------------X

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

    **PLEASE TAKE NOTICE** that Savannah Stevenson, Esq., of the law firm Lowenstein Sandler PC, hereby enters her appearance as counsel on behalf of Defendant Robert Aaron.

New York, New York
January 6, 2012

    /s/ Savannah Stevenson
    Savannah Stevenson (SS9854)
    **LOWENSTEIN SANDLER PC**
    1251 Avenue of the Americas
    New York, New York 10020
    Telephone: (646) 414-6974
    Fax: (973) 422-6825
    E-mail: SStevenson@lowenstein.com