UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X  **Electronically Filed**:

In re REFCO, INC. SECURITIES LITIGATION     :     07 MDL 1902 (JSR)

-----------------------------------------------------------------------X

KENNETH KRYS and CHRISTOPHER STRIDE,     :     08 Civ. 3065 (JSR)
as Joint Official Liquidators of SPHINX LTD., et al.,     :     08 Civ. 3086 (JSR)

                Plaintiffs,     :     **NOTICE OF APPEARANCE**
              v.

CHRISTOPHER SUGRUE, et al.,

                Defendants.

-----------------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters her appearance for Defendants Grant Thornton LLP and Mark Ramler in the above-titled action.

      I hereby certify that I am admitted to practice before this Court.

Dated:  New York, New York
          January 19, 2012

                              **WINSTON & STRAWN LLP**

                              /s/ Caroline J. Maxwell
                      By:    Caroline J. Maxwell
                            cjmaxwell@winston.com

                            200 Park Avenue
                            New York, New York 10166-4193
                            Tel. (212) 294-6700
                            Fax (212) 294-4700

                            *Attorneys for Defendants*
                            *Grant Thornton LLP & Mark Ramler*