UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

In re REFCO, INC. SECURITIES LITIGATION

-----------------------------------------------------------------------X

KENNETH KRYS and CHRISTOPHER STRIDE,
as Joint Official Liquidators of SPHINX LTD., et al.,

       Plaintiffs,

   v.

CHRISTOPHER SUGRUE, et al.,

       Defendants.

-----------------------------------------------------------------------X

Electronically Filed:

07 MDL 1902 (JSR)

08 Civ. 3065 (JSR)
08 Civ. 3086 (JSR)

**NOTICE OF APPEARANCE**

   PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters his appearance for Defendants Grant Thornton LLP and Mark Ramler in the above-titled action.

   I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
    January 19, 2012

            **WINSTON & STRAWN LLP**

            /s/ Calvin Kai-Xin Koo
          By: Calvin Kai-Xin Koo
            ckoo@winston.com

            200 Park Avenue
            New York, New York 10166-4193
            Tel. (212) 294-6700
            Fax (212) 294-4700

            *Attorneys for Defendants*
            *Grant Thornton LLP & Mark Ramler*