UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Electronically Filed:

In re REFCO, INC. SECURITIES LITIGATION    :   07 MDL 1902 (JSR)

------------------------------------------------------------------X

KENNETH KRYS and CHRISTOPHER STRIDE,    :   08 Civ. 3065 (JSR)
as Joint Official Liquidators of SPHINX LTD., et al.,  :   08 Civ. 3086 (JSR)

                Plaintiffs,    :   **NOTICE OF APPEARANCE**
           v.

CHRISTOPHER SUGRUE, et al.,

                Defendants.

------------------------------------------------------------------X

     PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters his appearance for Defendants Grant Thornton LLP and Mark Ramler in the above-titled action.

     I hereby certify that I am admitted to practice before this Court.

Dated:  New York, New York
         January 19, 2012

                      **WINSTON & STRAWN LLP**

                     /s/ Brian T. Fitzpatrick
            By:  Brian T. Fitzpatrick
                bfitzpatrick@winston.com

                200 Park Avenue
                New York, New York 10166-4193
                Tel. (212) 294-6700
                Fax (212) 294-4700

                *Attorneys for Defendants*
                *Grant Thornton LLP & Mark Ramler*