UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X   Electronically Filed:

In re REFCO, INC. SECURITIES LITIGATION   :   07 MDL 1902 (JSR)

-----------------------------------------------------------------------X

KENNETH KRYS and CHRISTOPHER STRIDE,   :   08 Civ. 3065 (JSR)
as Joint Official Liquidators of SPHINX LTD., et al.,   :   08 Civ. 3086 (JSR)

      Plaintiffs,   :   **NOTICE OF APPEARANCE**
    v.

CHRISTOPHER SUGRUE, et al.,

      Defendants.

-----------------------------------------------------------------------X

  PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters her appearance for Defendants Grant Thornton LLP and Mark Ramler in the above-titled action.

  I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
    January 19, 2012

          **WINSTON & STRAWN LLP**

         /s/ Lauren Cuneo
      By: Lauren Cuneo
        Lcuneo@winston.com

      200 Park Avenue
      New York, New York 10166-4193
      Tel. (212) 294-6700
      Fax (212) 294-4700

      *Attorneys for Defendants*
      *Grant Thornton LLP & Mark Ramler*