UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re REFCO INC. SECURITIES LITIGATION      :     Case No. 07-md-1902 (JSR)
                                                            :
------------------------------------------------------------X
                This Document Relates to:
------------------------------------------------------------X
KENNETH M. KRYS, *et al.*,                          :
                                                            :
                              Plaintiffs,           :
                                                            :
             - against -                            :     Case No. 08-cv-3086 (JSR)
                                                    :     Case No. 08-cv-3065 (JSR)
CHRISTOPHER SUGRUE, *et al.*,                       :
                                                            :
                              Defendants.           :
------------------------------------------------------------X

**PLAINTIFFS' RESPONSE TO STATEMENT BY
GRANT THORNTON LLP AND MARK RAMLER CONCERNING THE
<u>REPORT & RECOMMENDATION OF THEIR MOTION TO DISMISS</u>**

8316318v1

In their "Statement by Grant Thornton LLP and Mark Ramler Concerning the Report and Recommendation on their Motion to Dismiss," Defendants Grant Thornton LLP ("GT") and Mark Ramler do not contest the finding by Special Master Capra that Plaintiffs have adequately stated a claim against GT and Ramler for aiding and abetting fraud in Count XVII of the First Amended Complaint. GT and Ramler, accordingly, concede that this claim is adequately stated against them.

As such, while Plaintiffs submit that they also have adequately stated claims against GT and Ramler for aiding and abetting breach of fiduciary duty (Count XVIII) and aiding and abetting conversion (Count XIX) (see SPhinX Plaintiffs' Limited Objection to the December 16, 2011 Report and Recommendation of the Special Master on Motions to Dismiss Brought by Grant Thornton LLP and Mark Ramler), the claim for aiding and abetting fraud should, at minimum, be sustained by the Court.

Dated: New York, New York
January 27, 2012

        Respectfully submitted,

        By:    _s/ David J. Molton_
        David J. Molton
        Andrew Dash
        Mason Simpson
        **BROWN RUDNICK LLP**
        Seven Times Square
        New York, New York 10036
        Telephone: (212) 209-4800
        Facsimile: (212) 209-4801
        dmolton@brownrudnick.com
        adash@brownrudnick.com
        msimpson@brownrudnick.com

        -and-

8316318v1

Leo R. Beus, *pro hac vice*
Dennis K. Blackhurst, *pro hac vice*
**BEUS GILBERT PLLC**
4800 North Scottsdale Road, Suite 6000
Scottsdale, Arizona 85251
Telephone: (480) 429-3000
Facsimile: (480) 429-3100
lbeus@beusgilbert.com
dblackhurst@beusgilbert.com

*Attorneys for Plaintiffs*

8316318v1