UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
In re REFCO INC. SECURITIES LITIGATION     :   Case No. 07-MD-1902 (JSR)
                                                              :
------------------------------------------------------------- X
       This document relates to:                       :
------------------------------------------------------------- X
KENNETH M. KRYS, *et al.*,                        :   Case No. 08-cv-3065 (JSR)
                                                              :   Case No. 08-cv-3086 (JSR)
                                  Plaintiffs,       :
                                                              :
            -against-                                   :
                                                              :
CHRISTOPHER SUGRUE, *et al.*,             :
                                                              :
                                  Defendants.   :
------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

I, Maureen Quigley, an attorney with the law firm Brown Rudnick LLP, hereby certify that on Friday, January 27, 2012, I caused a true and correct copy of Plaintiffs' Response to Statement by Grant Thornton LLP and Mark Ramler Concerning the Report & Recommendation of their Motion to Dismiss to be served upon Special Master Hedges, Special Master Capra and all counsel-of-record (WHRefcoKrysAll@wilmerhale.com) in the above-captioned matters by electronic mail and by electronically filing through the Court's CM/ECF system.

Dated:  New York, New York
              January 27, 2012

                                                             **BROWN RUDNICK LLP**

                                                             By: /s Maureen Quigley
                                                                  Maureen Quigley (MQ-1192)
                                                             Seven Times Square
                                                             New York, NY 10036
                                                             T: 212-209-4902
                                                             F: 212-209-4801
                                                             mquigley@brownrudnick.com