```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
                                     :
                                     :    07 MDL 1902 (JSR)
                                     :    (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION    :
                                     :    CASE MANAGEMENT ORDER #66
                                     :
                                     :
                                     :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

The Court has received the bills from the Special Masters for the month of January, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on February 10, 2012. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       February 3, 2012



# RONALD J. HEDGES

# INVOICE THROUGH JANUARY 30, 2012

# IN RE REFCO SECURITIES LITIGATION

**HOURS INCURRED:**

**December 29 and later dates – communications w/counsel w/re motion for default judgment in *Krys v. Aaron* (.25)**

**December 30 and later dates – review of accountant's invoice and forwarding same for distribution; preparation and attending to filing or order w/re same (.5)**

**December 31 and later dates – communications w/counsel in THL v. Bennett**

1

w/re proceeding and w/re death of defendant (.25)

January 26 and 27 – communications w/ counsel w/re various open matters and w/re request for extension of time to submit pretrial materials (.5); review of motion for default judgment and preparation of R & R (3.0)

**TOTAL HOURS INCURRED**:  4.5 hours @ $400.00/hour = $1,800.00

**TOTAL**: $1,800.00

**Professor Daniel J. Capra**
**Special Master**

**Fordham Law School**
**140 West 62nd Street**
**New York, New York 10023**
**dcapra@law.fordham.edu**

February 1, 2012

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---:|
| January 8 — Mayer Brown MTD R and R | 1.5 |
| January 9 — Mayer Brown MTD R and R | 1.3 |
| January 10 — Mayer Brown MTD R and R | 2.1 |
| January 11 — Mayer Brown MTD R and R and review new 2d circuit Refco opinion | 2.4 |
| January 12 — Mayer Brown MTD R and R | 2.2 |
| January 15 — Mayer Brown MTD R and R | 2.8 |
| January 16 — Mayer Brown MTD R and R | 3.5 |
| January 17 — Mayer Brown MTD R and R | 5.1 |
| January 20 — Loan Defendants R and R | 2.1 |
| January 22 — Loan Defendants R and R | 1.5 |
| January 30 — Loan Defendants R and R | 4.5 |
| January 31 — Loan Defendants R and R | 4.2 |

**Total Hours**                                                                  33.2
        **Hours @ $500/hr.**


               **Total Bill ------**                                                        $16,600.00