UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re REFCO INC. SECURITIES LITIGATION        :    Case No. 07-md-1902 (JSR)
                                              :
-----------------------------------------------------------X
                This Document Relates to:
-----------------------------------------------------------X
KENNETH M. KRYS, *et al.*,                    :
                                              :
                    Plaintiffs,               :
                                              :    Case No. 08-cv-3065 (JSR)
           - against -                        :    Case No. 08-cv-3086 (JSR)
                                              :
CHRISTOPHER SUGRUE, *et al.*,                 :
                                              :
                    Defendants.               :
-----------------------------------------------------------X
KENNETH M. KRYS, *et al.*,                    :
                                              :
                    Plaintiffs,               :    Case No. 08-cv-7416 (JSR)
                                              :
           -against-                          :
                                              :
ROBERT AARON, *et al.*,                       :
                                              :
                    Defendants.               :
-----------------------------------------------------------X
KENNETH M. KRYS, *et al.*                     :
                                              :
                    Plaintiffs,               :    Case No. 10-cv-3594 (JSR)
                                              :
           -against-                          :
                                              :
DEUTSCHE BANK SECURITIES INC., *et al.*,      :
                                              :
                    Defendants.               :
-----------------------------------------------------------X
KENNETH M. KRYS, *et al.*                     :
                                              :
                    Plaintiffs,               :    Case No. 11-cv-1486 (JSR)
                                              :
           -against-                          :
                                              :
SCHULTE ROTH & ZABEL LLP,                     :
                                              :
                    Defendant.                :
-----------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
IN RE: REFCO SECURITIES LITIGATION    :   07 MDL 1902 (JSR)
:
------------------------------------------------------------X
:
------------------------------------------------------------X
KENNETH M. KRYS and CHRISTOPHER       :   No. 08 Civ. 7416 (JSR)
STRIDE, as JOINT OFFICIAL LIQUIDATORS
of SPHINX LTD., *et al.*,             :
:
                    Plaintiffs,   :
:
  -against-                           :
:
ROBERT AARON, *et al.*,               :
:
                    Defendants.   :
------------------------------------------------------------X

## ORDER OF ADMISSION *PRO HACE VICE*

Upon the motion of Donald A. Corbett, attorney for Defendant Robert Aaron and said sponsor's affirmation in support;

**IT IS HEREBY ORDERED** that

    DAVID L. MOSES
    Lowenstein Sandler PC
    1251 Avenue of the Americas
    New York, NY 10020
    Tel: 646-414-6814
    Fax: 973-535-6075
    dmoses@lowenstein.com

is admitted to practice *pro hac vice* as counsel for Defendant Robert Aaron in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys.  Counsel shall apply for an ECF password as nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____2/3_____, 2012

_____
Special Master Hon. Ronald Hedges