UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
                                                            :    07 MDL No.1902 (JSR)
In re REFCO, INC. SECURITIES LITIGATION                     :
                                                            :    ECF CASE
                                                            :
------------------------------------------------------------x
                                                            :
KENNETH M. KRYS, et al.,                                    :
                                                            :
                                                            :    08-cv-3065 (JSR)
                                      Plaintiffs,           :    08-cv-3086 (JSR)
                                                            :
               v.                                           :
                                                            :
CHRISTOPHER SUGRUE, et al.,                                 :
                                                            :
                                      Defendants.           :
                                                            :
------------------------------------------------------------x :
                                                            :
KENNETH M. KRYS, et al.,                                    :
                                                            :
                                                            :    10 Civ. 3594 (JSR)
                                      Plaintiffs,           :
                                                            :
               v.                                           :
                                                            :
DEUTSCHE BANK SECURITIES INC., et al.,                      :
                                                            :
                                      Defendants.           :
                                                            :
------------------------------------------------------------x

1

```
------------------------------------------------------------x  :
                                                               :
KENNETH M. KRYS, et al.,                                       :
                                                               :
                                         Plaintiffs,           :   11 Civ. 1486 (JSR)
                                                               :
                       v.                                      :
                                                               :
SCHULTE ROTH & ZABEL, LLP,                                     :
                                                               :
                                         Defendant.            :
                                                               :
------------------------------------------------------------x  :
                                                               :
KENNETH M. KRYS, et al.,                                       :
                                                               :   08 Civ. 7416 (JSR)
                                         Plaintiffs,           :
                                                               :
                       v.                                      :
                                                               :
ROBERT AARON, et al.,                                          :
                                                               :
                                         Defendants.           :
                                                               :
------------------------------------------------------------x
```

**ORDER AMENDING SPECIAL MASTER ORDER RELATED
TO NOVEMBER 9, 2011 CONFERENCE**

On the application of the Plaintiffs in <u>Krys v. Sugrue</u>, 08 Civ. 3065 (JSR) and 08 Civ. 3086 (JSR), <u>Krys v. Aaron</u>, 08 Civ. 7416 (JSR), <u>Krys v. Deutsche Bank Securities Inc.</u>, 10 Civ. 3594 (JSR), and <u>Krys v. Schulte Roth & Zabel</u>, LLP, 11 Civ. 1486 (JSR), ordering paragraph 9 of the Special Master Order Related to November 9, 2011 Conference, filed November 21, 2011, is hereby amended as follows:

2

1.    The deadline for Plaintiffs to serve their list of potential trial exhibits as required by paragraph 9 of the Special Master Order Related to November 9, 2011 Conference (the "Exhibits List") shall be and is extended for 30 days from the current deadline of January 30, 2012; provided, however, Plaintiffs shall serve by January 30, 2012 a preliminary list of all such exhibits they have identified to date, which preliminary list shall constitute at least a "substantial portion" of the final version of the Exhibits List; provided, further, if any witness noticed by the Defendants is deposed before Plaintiffs provide their final version of the Exhibits List, Defendants reserve all rights to seek to reopen that witness's deposition based on (among other possible grounds) the Plaintiffs' failure to provide the final version of the Exhibits List prior to the deposition and Plaintiffs reserve all rights to oppose such an effort.

2.    Except as provided herein, the Special Master Order Related to November 9, 2011 Conference shall remain in full force and effect.

Dated: ~~New York, New York~~ Washington, DC
February 3, 2012

SO ORDERED:

_____
SPECIAL MASTER RONALD J. HEDGES

3