UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re REFCO INC. SECURITIES LITIGATION  :  Case No. 07-md-1902 (JSR)
                                        :
-----------------------------------------------------------X
                 This Document Relates to:
-----------------------------------------------------------X
KENNETH M. KRYS, *et al.*,              :
                                        :
                    Plaintiffs,         :
                                        :  Case No. 08-cv-3065 (JSR)
         - against -                    :  Case No. 08-cv-3086 (JSR)
                                        :
CHRISTOPHER SUGRUE, *et al.*,           :
                                        :
                    Defendants.         :
-----------------------------------------------------------X
KENNETH M. KRYS, *et al.*,              :
                                        :
                    Plaintiffs,         :  Case No. 08-cv-7416 (JSR)
                                        :
         -against-                      :
                                        :
ROBERT AARON, *et al.*,                 :
                                        :
                    Defendants.         :
-----------------------------------------------------------X
KENNETH M. KRYS, *et al.*               :
                                        :
                    Plaintiffs,         :  Case No. 10-cv-3594 (JSR)
                                        :
         -against-                      :
                                        :
DEUTSCHE BANK SECURITIES INC., *et al.*,:
                                        :
                    Defendants.         :
-----------------------------------------------------------X
KENNETH M. KRYS, *et al.*               :
                                        :
                    Plaintiffs,         :  Case No. 11-cv-1486 (JSR)
                                        :
         -against-                      :
                                        :
SCHULTE ROTH & ZABEL LLP,               :
                                        :
                    Defendant.          :
-----------------------------------------------------------X

SCOT C. STIRLING

## ORDER FOR ADMISSION *PRO HAC VICE* OF BRITTON M. WORTHEN ^

Upon the motion of plaintiffs Kenneth M. Krys, *et al* ("Plaintiffs"), pursuant to Local Civil Rule 1.3(c), for the admission *pro hac vice* of Britton M. Worthen in the above-captioned matters, the affirmation of David Molton in support thereof and the Affidavit of Britton M. Worthen in support thereof;

**IT IS HEREBY ORDERED** that

> Britton M. Worthen
> Beus Gilbert PLLC
> 4800 North Scottsdale Road, Suite 6000
> Scottsdale, Arizona 85251
> Tel. (480) 429-3000
> Fax. (480) 429-3100
> Email: bworthen@beusgilbert.com

is admitted to practice *pro hac vice* as counsel for the Plaintiffs in the above-captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If these actions are assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fees to the Clerk of the Court.

Dated: ~~New York, New York~~ Washington DC
February 3, 2012

_____
Special Master Hon. Ronald J. Hedges

## ORDER FOR ADMISSION *PRO HAC VICE OF* SCOT C. STIRLING

Upon the motion of plaintiffs Kenneth M. Krys, *et al* ("Plaintiffs"), pursuant to Local Civil Rule 1.3(c), for the admission *pro hac vice* of Scot C. Stirling in the above-captioned matters, the affirmation of David Molton in support thereof and the Affidavit of Scot C. Stirling in support thereof;

**IT IS HEREBY ORDERED** that

> Scot C. Stirling
> Beus Gilbert PLLC
> 4800 North Scottsdale Road, Suite 6000
> Scottsdale, Arizona 85251
> Tel. (480) 429-3000
> Fax. (480) 429-3100
> Email: sstirling@beusgilbert.com

is admitted to practice *pro hac vice* as counsel for the Plaintiffs in the above-captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If these actions are assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>. Counsel shall forward the *pro hac vice* fees to the Clerk of the Court.

Dated: ~~New York, New York~~ Washington, DC
February 3, 2012

_____
Special Master Hon. Ronald Hedges