UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x


IN RE REFCO, INC. SECURITIES LITIGATION          07 MDL No. 1902 (JSR)



------------------------------------------------------------------------- x

### NOTICE OF WITHDRAWAL AND ORDER

To the Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that I hereby withdraw my appearance as counsel of record

for Defendant Grant Thornton LLP in the above-captioned action because I am no longer associated

with Winston & Strawn LLP.

As Defendant Grant Thornton LLP will continue to be represented by other counsel of

record, my withdrawal will not delay the resolution of this matter, or prejudice any parties.  All further

notices, pleadings and other documents should be served upon the remaining counsel of record for

Grant Thornton LLP.


Dated:          New York, New York             Respectfully submitted,
                February 7, 2012



                                               By: ___/s/_____
                                                   George T. Soterakis
                                                   Special Assistant Corporation Counsel
                                                   Special Federal Litigation Division
                                                   Office of the Corporation Counsel
                                                   100 Church Street
                                                   New York, New York 10007
                                                   Tel: (212) 442-2360
                                                   Fax: (212) 788-9776
                                                   gsoterak@lawn.nyc.gov



SO ORDERED:

Honorable Jed S. Rakoff