UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE REFCO SECURITIES LITIGATION       07 **MDL** 1902 (JSR)
-----------------------------------------------------------X
KENNETH M. KRYS, et al.,                08 **CIVIL** 3065 (JSR)
                Plaintiffs,   08 **CIVIL** 3086 (JSR)

        -against-              DEFAULT
                          **JUDGMENT**

CHRISTOPHER SUGRUE, et al.,
                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/12

      Whereas on September 6, 2011, Special Master Ronald J. Hedges, having issued a Revised Report and Recommendation (the "report") recommending that default judgment be entered as to all three defendants, Christopher Sugrue, Phillip Bennett, and Refco Group Holdings, Inc. ("RGHI"), and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on February 14, 2012, having rendered its Order adopting the report in its entirety, directing that default judgment be entered against defendants Sugrue, Bennett, and RGHI, and directing the Clerk to enter judgment, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 14, 2012, the report is adopted in its entirety, and default judgment is entered against defendants Sugrue, Bennett, and RGHI.

**Dated:** New York, New York
         February 17, 2012

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                     BY: _____
                                                    **Deputy Clerk**

                        THIS DOCUMENT WAS ENTERED
                        ON THE DOCKET ON _____