UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE: REFCO SECURITIES LITIGATION  :  07 MDL 1902 (JSR)

------------------------------------------------------------X

------------------------------------------------------------X

KENNETH M. KRYS and CHRISTOPHER  :  No. 08 Civ. 7416 (JSR)
STRIDE, as JOINT OFFICIAL LIQUIDATORS
of SPHINX LTD., *et al.*,

                   Plaintiffs,

-against-

ROBERT AARON, *et al.*,

                   Defendants.

------------------------------------------------------------X

## ORDER OF ADMISSION *PRO HACE VICE*

Upon the motion of Savannah Stevenson, attorney for Defendant Robert Aaron and said sponsor's affirmation in support;

**IT IS HEREBY ORDERED** that

    SEAN COLLIER
    Lowenstein Sandler PC
    1251 Avenue of the Americas
    New York, NY 10020
    Tel: 973.597.6110
    Fax: 973.597.6111
    scollier@lowenstein.com

is admitted to practice *pro hac vice* as counsel for Defendant Robert Aaron in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. Counsel shall apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____3/2_____, 2012

_____
Special Master Hon. Ronald Hedges