**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re Refco, Inc. Securities Litigation ) | 07 MDL 1902 (JSR) |
| ) | |
| ) | |
| ) | |
| This document applies to: ) | |
| ) | **Electronically Filed** |
| MARC S. KIRSCHNER, ) | |
| As Trustee of the Refco Private Actions Trust, ) | 07 Civ. 8165 (JSR) |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF MOTION FOR** |
| -vs- ) | **SUMMARY JUDGMENT** |
| ) | |
| PHILLIP R. BENNETT, SANTO C. MAGGIO, ) | |
| ROBERT C. TROSTEN, MAYER, BROWN LLP, ) | |
| MAYER BROWN INTERNATIONAL LLP, ) | |
| and GRANT THORNTON LLP, ) | |
| ) | |
| Defendants. ) | |

**PLEASE TAKE NOTICE THAT**, upon the accompanying Motion for

Summary Judgment, Rule 56.1 Statement in Support and the Declarations of Ruth A. Braun and

Calvin K. Koo, all dated March 2, 2012, the undersigned will move this Court before the

Honorable Judge Jed S. Rakoff, United States District Judge, in the Daniel Patrick Moynihan

United States Courthouse, 500 Pearl Street, Courtroom 14B, New York, New York 10007, at a

date and time to be set by the Court, for an order granting Grant Thornton LLP summary

judgment on all the remaining claims against it, pursuant to Federal Rules of Civil Procedure 56;

any Opposition to this Motion for Summary Judgment shall be served and filed by April 16,

2012 and any Reply to any Opposition to this Motion for Summary Judgment shall be served and

filed fourteen days after oppositions are filed, and in no event after April 30, 2012, with oral

argument scheduled for a date and time to be set by the Court.

Dated:  March 2, 2012
       New York, New York

*Of Counsel:*

Kenneth Cunningham
Tracy W. Berry
GRANT THORNTON LLP
175 West Jackson, 20th Floor
Chicago, Illinois 60604
Ph: 312-856-0001
Fax: 312-565-3473

Respectfully submitted,

WINSTON & STRAWN LLP

          /s/
_____
By:  Calvin K. Koo

Calvin K. Koo (ckoo@winston.com)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Ph: 212-294-6700
Fax: 212-294-4700

Bruce R. Braun (bbraun@winston.com)
Catherine W. Joyce (cjoyce@winston.com)
Linda T. Coberly (lcoberly@winston.com)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Ph: 312-558-5600
Fax: 312-558-5700

*Attorneys for Grant Thornton LLP*