```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
                                        :
                                        :
IN RE REFCO SECURITIES LITIGATION       :    07 MDL 1902 (JSR)
                                        :
                                        :
----------------------------------------x
----------------------------------------x
KENNETH M. KRYS, et al.,                :
                                        :
         Plaintiffs,                    :    08 Civ. 3065 (JSR)
                                        :    08 Civ. 3086 (JSR)
         -v-                            :
                                        :
CHRISTOPHER SUGRUE, et al.,             :    ORDER
                                        :
         Defendants.                    :
----------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On July 19, 2011, Special Master Ronald J. Hedges issued a Report and Recommendation in the above-captioned case recommending that default judgment be entered against defendant Thomas Hackl. Defendant Hackl has failed to file any objections to the Report and Recommendation. See Case Management Order No. 3, dated Nov. 2, 2009. Accordingly, the Court hereby adopts the Special Master's Report and Recommendation in its entirety as if incorporated herein and directs that default judgment be entered against defendant Hackl. The Clerk of the Court is directed to close document 1188 on the docket sheet of 07 MDL 1902, document 460 on the docket sheet of 08 Civ. 3065, and document 544 on the docket sheet of 08 Civ. 3086.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       March 7, 2012