DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE REFCO SECURITIES LITIGATION    07 MDL 1902 (JSR)
------------------------------------------------------------X
KENNETH M. KRYS, et al.,             08 CIVIL 3065 (JSR)
                    Plaintiffs,      08 CIVIL 3086 (JSR)

            -against-                **DEFAULT JUDGMENT**

CHRISTOPHER SUGRUE, et al.,
                    Defendants.
------------------------------------------------------------X

Whereas on July 19, 2011, Special Master Ronald J. Hedges, having issued a Report and Recommendation (the "Report") recommending that default judgment be entered against defendant Thomas Hackl, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on March 8, 2012, having rendered its Order adopting the report in its entirety, directing that default judgment be entered against defendant Thomas Hackl, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 8, 2012, the report is adopted in its entirety, and default judgment is entered against defendant Thomas Hackl.

**Dated:** New York, New York
    March 8, 2012

                                    RUBY J. KRAJICK
                                    _____
                                    Clerk of Court
                            BY:
                                    _____
                                    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____