UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x

In re REFCO, INC. SECURITIES LITIGATION   :   07 MDL No. 1902 (JSR)

                             :   ECF CASE

- - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - x

KENNETH M. KRYS, et al.

          Plaintiffs,   :   08 Civ. 3086 (JSR)

   -v-

CHRISTOPHER SUGRUE, et al.

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - x

KENNETH M. KRYS, et al.

         Plaintiffs,   :   10 Civ. 3594 (JSR)

   -v-

DEUTSCHE BANK SECURITIES INC., et al.

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - x

**Stipulation And Order Granting Extension of Time Within Which
Defendants May Answer Complaints**

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated (as successor by merger to Banc of America Securities LLC), Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc. and Plaintiffs in the above-referenced *Krys* actions, by and through their undersigned counsel, that the time within which Merrill Lynch, Pierce, Fenner & Smith Incorporated (as successor by merger to Banc of America Securities LLC) and Credit Suisse Securities (USA) LLC may answer the First Amended Complaint in 08-CIV-3086, and the time within which Deutsche Bank Securities Inc. may answer the Complaint in 10-CIV-3594, are hereby extended through and including April 30, 2012.

Dated: New York, New York
         February 29, 2012

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: /s/ Philip D. Anker
    Philip D. Anker
    Peter J. Macdonald
    Jeremy S. Winer
    Ross E. Firsenbaum
    399 Park Avenue
    New York, New York 10022
    Tel: (212) 230-8800
    Fax: (212) 230-8888

    *Attorneys for Defendants Merrill Lynch,
    Pierce, Fenner & Smith Incorporated, as
    successor by merger to Banc of America
    Securities LLC, and Credit Suisse Securities
    (USA) LLC*

Dated: New York, New York
         February 29, 2012

LINKLATERS LLP

By: James R. Warnot, Jr.
    James R. Warnot, Jr.
    Ruth E. Harlow
    Robert H. Bell

1345 Avenue of the Americas
New York, New York 10105
Tel.: (212) 903-9100

*Attorneys for Defendant Deutsche Bank Securities Inc.*

Dated:  New York, New York
       February 29, 2012

BROWN RUDNICK LLP


By: Mason Simpson _____
    David J. Molton
    Andrew Dash
    Mason Simpson
    Seven Times Square
    New York, New York 10036
    Tel.: (212) 209-4800

    -and-

BEUS GILBERT PLLC
    Leo R. Beus
    Dennis K. Blackhurst
    4800 North Scottsdale Road
    Suite 600
    Scottsdale, AZ 85251
    Tel: (480) 429-3000

    *Attorneys for Plaintiffs*


**SO ORDERED:**

_____
**HON. RONALD J. HEDGES**
**SPECIAL MASTER**