UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :
                                      :
In re REFCO, INC. SECURITIES LITIGATION : 07 MDL No. 1902 (JSR)
                                      :
                                      : ECF CASE
                                      :
                                      :
                                      :
------------------------------------- x
------------------------------------- x
                                      :
                                      :
                                      :
KENNETH M. KRYS, et al.                :
                                      : 08 Civ. 3086 (JSR)
         Plaintiffs,                  :
    -v-                               :
                                      :
CHRISTOPHER SUGRUE, et al.            :
                                      :
         Defendants.                  :
                                      :
------------------------------------- x
------------------------------------- x
                                      :
                                      :
                                      :
KENNETH M. KRYS, et al.                :
                                      :
Plaintiffs,                           : 10 Civ. 3594 (JSR)
                                      :
    -v-                               :
                                      :
DEUTSCHE BANK SECURITIES INC., et al.  :
                                      :
Defendants.                           :
                                      :
------------------------------------- x

6977305.4

|  |  |  |
|---|---|---|
| KENNETH M. KRYS, et al. | : | |
| Plaintiffs, | : | 11 Civ. 1486 (JSR) |
| -v- | : | |
| SCHULTE ROTH & ZABEL, LLP. | : | |
| Defendant. | : | |

------------------------------- x

|  |  |  |
|---|---|---|
| KENNETH M. KRYS, et al. | : | |
| Plaintiffs, | : | 08 Civ. 7416 (JSR) |
| -v- | : | |
| ROBERT AARON, et al. | : | |
| Defendants. | : | |

------------------------------- x

## [P~~ROPOSED~~] STIPULATED ORDER

**WHEREAS**, non-parties Christopher Aliprandi, Paul Aaronson, and Patrick McMahon were served with subpoenas from Defendants Derivatives Portfolio Management LLC, DPM-Mellon, LLC, Derivatives Portfolio Management, Ltd., DPM-Mellon, Ltd., Guy Castranova, and The Bank of New York Mellon Corporation (the "DPM Parties") in the above-captioned action, *Krys v. Aaron*, which is part of the above-captioned *In re Refco MDL* (the "Actions");

**WHEREAS**, Mr. Aliprandi, Mr. Aaronson, and Mr. McMahon produced documents in response to the subpoenas, subject to the November 23, 2009 Protective Order pursuant to Fed. R. Civ. P. 26(c) and Fed. R. Evid. 502(d);

6977305.4

**WHEREAS**, the documents listed on the attached Schedules A and B (the "Documents") were withheld from production by Mr. Aliprandi, Mr. Aaronson, and Mr. McMahon on the basis of the attorney client privilege and/or work product doctrine;

**WHEREAS**, the DPM Parties have requested that the Documents be produced and have asserted that the Documents are not protected by any privilege, and brought this dispute to the attention of Special Master Ronald Hedges;

**WHEREAS**, counsel for the parties agreed to meet and confer regarding their discovery dispute; and

**WHEREAS**, Mr. Aliprandi, Mr. Aaronson, and Mr. McMahon, while still contending that the Documents are privileged but in an effort to settle this discovery dispute, have agreed to provide to counsel for the DPM Parties the Documents that had previously been withheld on the ground of privilege, subject to certain limitations and protections against waiver under Fed. R. Evid. 502(d);

**IT IS HEREBY ORDERED** that:

1.      Mr. Aliprandi, Mr. Aaronson, and Mr. McMahon still contend that the Documents are privileged but nonetheless desire to end the instant dispute, and thus agree to produce the Documents to the DPM Parties within two (2) business days of issuance of this Stipulated Order, without waiver of any privilege, attorney-client or attorney work product or otherwise, that Mr. Aliprandi, Mr. Aaronson, and Mr. McMahon would be otherwise entitled to assert with respect to any other documents, communications and information.

2.      The DPM Parties shall use the Documents only for purposes of the Actions;

6977305.4

3.  The agreement by Mr. Aliprandi, Mr. Aaronson, and Mr. McMahon to this Stipulated Order and the production of the Documents pursuant to this Stipulated Order shall not constitute a waiver by Mr. Aliprandi, Mr. Aaronson, and Mr. McMahon of (a) any attorney-client privilege or any other applicable privileges that otherwise may exist with respect to the Documents, including, without limitation, communications with counsel as may be reflected by the Documents and communications with counsel about or relating to communications referenced by the Documents, and/or (b) any attorney-client privilege or any other applicable privileges that otherwise may exist with respect to undisclosed communications or information that concern the same subject matter as contained in the Documents under Federal Rule of Evidence 502(a) or otherwise;

4.  Upon request, Mr. Aliprandi, Mr. Aaronson, and Mr. McMahon will produce the Documents to any other party to the Actions subject to any such party and counsel agreeing to agreeing to be bound by the terms and conditions of this instant Order, with any such production being subject to the terms and conditions of this instant Order;

5.  The DPM Parties shall not make available any of the Documents to any other party to the Actions, including counsel, or to any other person or entity, until such party, person, or entity agrees in writing to be bound by the terms and conditions set forth in the instant Order, and until the DPM Parties, or their counsel, have provided counsel to Mr. Aliprandi, Mr. Aaronson, and Mr. McMahon (Robert Zito, Esq. of Carter Ledyard & Milburn LLP) twenty four (24) hours written advance notice of any such production, with any such production being subject to the terms and conditions of this instant Order; and

6.  This Stipulated Order is issued in accordance with Federal Rule of Evidence 502(d).

6977305.4

Dated: ~~New York, New York~~
March 21, 2012

_____
SPECIAL MASTER RONALD J. HEDGES

## SCHEDULE A
### Christopher Aliprandi Privileged Documents Initially Withheld Being Produced Pursuant to Stipulated Order
### *Krys v. Aaron* (Case No. 08-cv-7416 (S.D.N.Y))

| Document Type | Date | Author | Recipient(s) | Cc(s) | Subject or Description | Privilege |
|---|---|---|---|---|---|---|
| E-mail with attachments | 12/8/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding stock purchase agreement and employment issues. | Attorney-Client |
| E-mail with attachment | 12/8/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding employment issues. | Attorney-Client |
| E-mail with attachment | 12/8/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding PlusFunds events and developments. | Attorney-Client |
| E-mail with attachment | 12/9/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding indemnity resolution. | Attorney-Client |
| E-mail | 12/9/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding communications with Brian Owens. | Attorney-Client |
| E-mail | 12/10/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding SPhinX board meeting. | Attorney-Client |
| E-mail | 12/14/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding loan agreement between Suffolk and Refco. | Attorney-Client |
| E-mail | 12/19/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding recent PlusFunds developments. | Attorney-Client |
| E-mail | 12/20/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding separation from PlusFunds. | Attorney-Client |
| E-mail with attachment | 12/21/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding draft separation agreement. | Attorney-Client |

1

6986019.2

SCHEDULE A

**Christopher Aliprandi Privileged Documents Initially Withheld Being Produced Pursuant to Stipulated Order**

*Krys v. Aaron* (Case No. 08-cv-7416 (S.D.N.Y))

| Document Type | Date | Author | Recipient(s) | Cc(s) | Subject or Description | Privilege |
|---|---|---|---|---|---|---|
| E-mail | 12/21/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding SEC meetings. | Attorney-Client |
| E-mail | 12/21/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding SEC meetings. | Attorney-Client |
| E-mail | 12/22/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding SEC meeting. | Attorney-Client |
| E-mail | 12/22/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding SEC meeting. | Attorney-Client |
| E-mail | 12/22/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding SEC meeting. | Attorney-Client |
| E-mail | 12/22/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding SEC meetings. | Attorney-Client |
| E-mail | 12/22/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding draft separation agreement. | Attorney-Client |
| E-mail with attachment | 12/22/2005 | Tom Fallati, Esq. | Christopher Aliprandi | Kenneth Breen, Esq.; Craig Rubin, Esq. | Confidential communication from counsel regarding indemnification issues. | Attorney-Client; Work Product |
| E-mail with attachment | 12/22/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding legal issues and services rendered. | Attorney-Client |
| E-mail | 12/23/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding draft separation agreement. | Attorney-Client |
| E-mail | 12/23/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding draft separation agreement. | Attorney-Client |
| E-mail with attachment | 12/27/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding stock sale agreement. | Attorney-Client |

2

6986019.2

SCHEDULE A

**Christopher Aliprandi Privileged Documents Initially Withheld Being Produced Pursuant to Stipulated Order**

*Krys v. Aaron* (Case No. 08-cv-7416 (S.D.N.Y))

| Document Type | Date | Author | Recipient(s) | Cc(s) | Subject or Description | Privilege |
|---|---|---|---|---|---|---|
| E-mail with attachments | 12/28/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding draft separation agreement. | Attorney-Client; Work Product |
| E-mail | 12/28/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding communications with Mark Kavanaugh and Brian Owens. | Attorney-Client |
| E-mail | 12/28/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding terms of separation. | Attorney-Client |
| E-mail | 12/30/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding draft separation agreement. | Attorney-Client |
| E-mail | 12/30/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding draft separation agreement. | Attorney-Client |
| E-mail | 12/30/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding draft separation agreement. | Attorney-Client |
| E-mail | 12/15/2005 | Patrick McMahon | Paul Aaronson; Christopher Aliprandi; Robert Zito, Esq. | | Confidential communication with counsel regarding meeting with SEC | Attorney-Client |
| | | | | | | Redacted |
| E-mail with attachment | 12/14/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding draft investor disclosure letter. | Attorney-Client |
| | | | | | | Redacted |

3

SCHEDULE A
Christopher Aliprandi Privileged Documents Initially Withheld Being Produced Pursuant to Stipulated Order
*Krys v. Aaron* (Case No. 08-cv-7416 (S.D.N.Y))

| Document Type | Date | Author | Recipient(s) | Cc(s) | Subject or Description | Privilege |
|---|---|---|---|---|---|---|
| E-mail | 12/11/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding SPhinX board meeting. | Attorney-Client |
| | | | | | | Redacted |
| E-mail | 12/8/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding potential assertion of preference claim. | Attorney-Client |
| | | | | | | Redacted |
| E-mail | 12/14/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding meeting with SEC. | Attorney-Client |
| | | | | | | Redacted |
| E-mail | 12/16/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding meeting with SEC. | Attorney-Client |
| | | | | | | Redacted |
| E-mail | 12/18/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding asset freeze TRO. | Attorney-Client |
| | | | | | | Redacted |
| E-mail | 12/18/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding asset freeze TRO. | Attorney-Client |
| | | | | | | Redacted |
| E-mail | 12/16/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding related party disclosures. | Attorney-Client |
| | | | | | | Redacted |

6986019.2

SCHEDULE A

Christopher Aliprandi Privileged Documents Initially Withheld Being Produced Pursuant to Stipulated Order

*Krys v. Aaron* (Case No. 08-cv-7416 (S.D.N.Y))

| Document Type | Date | Author | Recipient(s) | Cc(s) | Subject or Description | Privilege |
|---|---|---|---|---|---|---|
| E-mail with attachment | 12/20/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding draft separation agreement. | Attorney-Client Redacted |
| E-mail | 12/20/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding draft separation agreement. | Attorney-Client Redacted |
| E-mail | 12/20/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding investor disclosure. | Attorney-Client Redacted |
| E-mail | 12/23/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding meeting with SEC. | Attorney-Client Redacted |
| E-mail | 12/20/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding director and officer indemnity. | Attorney-Client Redacted |
| E-mail | 12/16/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding related party disclosures. | Attorney-Client Redacted |
| E-mail | 12/30/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding separation agreement and indemnification. | Attorney-Client Redacted |
| E-mail | 12/30/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding draft separation | Attorney-Client |

6986019.2

**SCHEDULE A**
**Christopher Aliprandi Privileged Documents Initially Withheld Being Produced Pursuant to Stipulated Order**
*Krys v. Aaron* (Case No. 08-cv-7416 (S.D.N.Y))

| Document Type | Date | Author | Recipient(s) | Cc(s) | Subject or Description | Privilege |
|---|---|---|---|---|---|---|
| E-mail | 12/30/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | agreement. | Redacted |
| E-mail | 12/28/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding draft separation agreement. | Attorney-Client Redacted |
| E-mail with attachments | 12/28/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding draft separation agreement. | Attorney-Client Redacted |
| E-mail | 12/31/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding draft separation agreement. | Attorney-Client Redacted |
| E-mail with attachments | 12/31/2005 | Kenneth Breen, Esq. | Christopher Aliprandi | | Confidential communication from counsel regarding draft separation agreement. | Attorney-Client Redacted |
| E-mail | 12/30/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding draft separation agreement. | Attorney-Client Redacted |
| E-mail | 12/29/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding draft separation agreement. | Attorney-Client Redacted |

6

6986019.2

**SCHEDULE A**
**Christopher Aliprandi Privileged Documents Initially Withheld Being Produced Pursuant to Stipulated Order**
*Krys v. Aaron* (Case No. 08-cv-7416 (S.D.N.Y))

| Document Type | Date | Author | Recipient(s) | Cc(s) | Subject or Description | Privilege |
|---|---|---|---|---|---|---|
| E-mail | 12/29/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | | Confidential communication with counsel regarding draft separation agreement. | Attorney-Client<br><br>Redacted |

7

**SCHEDULE B**
**Paul Aaronson Privileged Documents Initially Withheld Being Produced Pursuant to Stipulated Order**
*Krys v. Aaron* (Case No. 08-cv-7416 (S.D.N.Y.)

| Document Type | Date | Author | Recipient(s) | Cc(s) | Subject or Description | Privilege |
|---|---|---|---|---|---|---|
| E-mail | 12/27/2005 | Paul Aaronson | Robert J.A. Zito, Esq.; Patrick McMahon | | Confidential communication with counsel regarding draft separation agreement. | Attorney-Client |
| E-mail | 12/8/2005 | Paul Aaronson | Robert J.A. Zito, Esq. | Christopher Aliprandi; Patrick McMahon | Confidential communication with counsel regarding transition terms. | Attorney-Client |
| E-mail with attachments | 12/27/2005 | Robert J.A. Zito, Esq. | Paul Aaronson; Patrick McMahon | | Confidential communication from counsel transmitting draft separation agreement. | Attorney-Client; Work Product |
| E-mail | 12/22/2005 | Patrick McMahon | Robert J.A. Zito, Esq.; Paul Aaronson | | Confidential communication with counsel regarding draft separation agreement. | Attorney-Client |
| E-mail | 12/21/2005 | Robert J.A. Zito, Esq. | Patrick McMahon; Paul Aaronson; Christopher Aliprandi | | Confidential communication from counsel regarding SEC meeting. | Attorney-Client |
| E-mail | 12/22/2005 | Robert J.A. Zito, Esq. | Paul Aaronson; Patrick McMahon | | Confidential communication from counsel regarding draft separation agreement. | Attorney-Client |
| E-mail with attachments | 12/22/2005 | Robert J.A. Zito, Esq. | Paul Aaronson; Christopher Aliprandi; Patrick McMahon; Kenneth Breen, Esq. | | Confidential communication from counsel transmitting draft separation agreement. | Attorney-Client; Work Product |
| E-mail | 12/22/2005 | Patrick McMahon | Robert J.A. Zito, Esq.; Paul Aaronson; Christopher Aliprandi; Kenneth Breen, Esq. | | Confidential communication with counsel regarding draft separation agreement. | Attorney-Client |

1

6685603.3
6986012.2

**SCHEDULE B**
**Paul Aaronson Privileged Documents Initially Withheld Being Produced Pursuant to Stipulated Order**
*Krys v. Aaron* (Case No. 08-cv-7416 (S.D.N.Y.))

| | | | | | |
|---|---|---|---|---|---|
| E-mail | 12/22/2005 | Paul Aaronson | Robert J.A. Zito, Esq.; Patrick McMahon; Christopher Aliprandi; Kenneth Breen, Esq. | | Confidential communication with counsel regarding draft separation agreement. | Attorney-Client |
| E-mail with attachments | 12/22/2005 | Robert J.A. Zito, Esq. | Paul Aaronson; Patrick McMahon; Christopher Aliprandi; Kenneth Breen, Esq. | | Confidential communication from counsel transmitting draft separation agreement. | Attorney-Client; Work Product |
| E-mail | 12/21/2005 | Christopher Aliprandi | Robert J.A. Zito, Esq.; Patrick McMahon; Paul Aaronson | | Confidential communication with counsel regarding SEC meeting. | Attorney-Client |
| E-mail with attachment | 12/21/2005 | Paul Aaronson | Christopher Aliprandi | | Confidential communication discussing draft separation agreement and legal advice of counsel. | Attorney-Client; Work Product |
| E-mail | 12/21/2005 | Robert J.A. Zito, Esq. | Patrick McMahon | | Confidential communication with client regarding SEC meetings. | Attorney Client |
| E-mail | 12/21/2005 | Paul Aaronson | Robert J.A. Zito, Esq.; Patrick McMahon; Christopher Aliprandi | | Confidential communication with counsel regarding SEC meetings. | Attorney-Client |
| E-mail | 12/21/2005 | Patrick McMahon | Robert J.A. Zito, Esq.; Christopher Aliprandi; Paul Aaronson | | Confidential communication with counsel regarding SEC meetings. | Attorney-Client |
| E-mail | 12/21/2005 | Robert J.A. Zito, Esq. | Patrick McMahon; Paul Aaronson | | Confidential communication from counsel regarding SEC meetings. | Attorney-Client |
| E-mail | 12/21/2005 | Patrick McMahon | Robert J.A. Zito, Esq.; Paul Aaronson | | Confidential communication with counsel regarding SEC meetings. | Attorney-Client |
| E-mail | 12/21/2005 | Robert J.A. Zito, Esq. | Patrick McMahon; Paul Aaronson; | | Confidential communication from counsel regarding SEC | Attorney-Client |

2

**SCHEDULE B**
**Paul Aaronson Privileged Documents Initially Withheld Being Produced Pursuant to Stipulated Order**
***Krys v. Aaron* (Case No. 08-cv-7416 (S.D.N.Y.)**

| | Date | From | To | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| E-mail | 12/16/2005 | Paul Aaronson | Christopher Aliprandi | Robert J.A. Zito, Esq.; Patrick McMahon | Confidential communication with counsel regarding SEC meetings. | Attorney-Client |
| Email with attachment | 12/14/2005 | Patrick McMahon | Robert J.A. Zito, Esq. | Paul Aaronson | Confidential communication to counsel regarding meeting with S&P. | Attorney-Client |
| E-mail | 12/8/2005 | Paul Aaronson | Robert J.A. Zito, Esq. | | Confidential communication to counsel regarding PlusFunds committee resolution. | Attorney-Client |
| E-mail | 12/8/2005 | Paul Aaronson | Robert J.A. Zito, Esq. | Christopher Aliprandi; Patrick McMahon | Confidential communication with counsel regarding transition terms. | Attorney-Client |
| E-mail | 12/6/2005 | Paul Aaronson | Robert J.A. Zito, Esq. | | Confidential communication with counsel regarding draft letter to PlusFunds directors. | Attorney-Client |
| E-mail | 12/5/2005 | Robert J.A. Zito, Esq. | Paul Aaronson | | Confidential communication from counsel regarding draft letter to PlusFunds directors. | Attorney-Client |
| E-mail with attachment | 12/5/2005 | Paul Aaronson | Robert J.A. Zito, Esq. | | Confidential communication with counsel regarding draft letter to PlusFunds directors. | Attorney-Client; Work Product |
| E-mail | 12/21/2005 | Patrick McMahon | Robert J.A. Zito, Esq.; Paul Aaronson; Christopher Aliprandi | | Confidential communication with counsel regarding SEC meetings. | Attorney-Client |
| E-mail | 12/22/2005 | Paul Aaronson | Robert J.A. Zito, Esq.; Patrick McMahon | | Confidential communication with counsel regarding draft separation agreement. | Attorney-Client |
| E-mail | 12/22/2005 | Paul Aaronson | Robert J.A. Zito, Esq.; Kenneth Breen, Esq.; | | Confidential communication with counsel regarding draft | Attorney-Client |

3

**SCHEDULE B**
**Paul Aaronson Privileged Documents Initially Withheld Being Produced Pursuant to Stipulated Order**
*Krys v. Aaron* (Case No. 08-cv-7416 (S.D.N.Y.))

| | | | | | |
|---|---|---|---|---|---|
| E-mail | 12/22/2005 | Paul Aaronson | Christopher Aliprandi; Patrick McMahon | separation agreement. | Attorney-Client |
| E-mail | 12/22/2005 | Paul Aaronson | Robert J.A. Zito, Esq.; Kenneth Breen, Esq.; Christopher Aliprandi; Patrick McMahon | Confidential communication with counsel regarding draft separation agreement. | Attorney-Client |
| E-mail | 12/8/2005 | Patrick McMahon | Robert J.A. Zito, Esq.; Paul Aaronson | Confidential communication with counsel regarding transition terms. | Attorney-Client |
| | | | Christopher Aliprandi | | |
| E-mail | 12/8/2005 | Christopher Aliprandi | Kenneth Breen, Esq. | Confidential communication with counsel regarding transition terms. | Attorney-Client |
| E-mail | 12/8/2005 | Christopher Aliprandi | Paul Aaronson; Patrick McMahon | Confidential communication regarding communications with and advice of counsel in connection with transition terms. | Attorney-Client |
| E-mail | 12/24/2005 | Robert J.A. Zito, Esq. | Paul Aaronson | Confidential communication from counsel regarding draft separation agreement. | Attorney-Client<br><br>Redacted Document: AR009403 |
| E-mail | 12/20/205 | Patrick McMahon | Robert J.A. Zito, Esq.; Paul Aaronson | Confidential communication with counsel regarding SEC meetings.. | Attorney-Client<br><br>Redacted Document: AR009458 |
| E-mail with attachment | 12/20/2005 | Paul Aaronson | Robert J.A. Zito, Esq.; Patrick McMahon | Confidential communication with counsel regarding draft separation agreement. | Attorney-Client; Work Product |

4

**SCHEDULE B**
**Paul Aaronson Privileged Documents Initially Withheld Being Produced Pursuant to Stipulated Order**
*Krys v. Aaron* (Case No. 08-cv-7416 (S.D.N.Y.))

| | | | | | |
|---|---|---|---|---|---|
| E-mail with attachment | 12/20/2005 | Paul Aaronson | Robert J.A. Zito, Esq. | Confidential communication with counsel regarding draft separation agreement. | Redacted Document: AR009460 Attorney-Client |
| E-mail | 12/20/2005 | Patrick McMahon | Robert J.A. Zito, Esq.; Paul Aaronson | Confidential communication with counsel regarding draft separation agreement. | Redacted Document: AR009462 Attorney-Client |
| E-mail | 12/18/2005 | Paul Aaronson | Robert J.A. Zito, Esq. | Confidential communication with counsel regarding draft separation agreement. | Redacted Document: AR009464 Attorney-Client |
| E-mail | 12/16/2005 | Robert J.A. Zito, Esq. | Paul Aaronson | Confidential communication with counsel regarding investor letter. | Redacted Document: AR009490 Attorney-Client |
| E-mail | 12/16/2005 | Paul Aaronson | Robert J.A. Zito, Esq. | Confidential communication with counsel regarding investor letter. | Redacted Document: AR009493 Attorney-Client Redacted |

5

**SCHEDULE B**
**Paul Aaronson Privileged Documents Initially Withheld Being Produced Pursuant to Stipulated Order**
*Krys v. Aaron* (Case No. 08-cv-7416 (S.D.N.Y.))

| | | | | | | |
|---|---|---|---|---|---|---|
| E-mail | 12/20/2005 | Paul Aaronson | Robert J.A. Zito, Esq.; Patrick McMahon | | Confidential communication with counsel regarding draft separation agreement. | Document: AR009494 Attorney-Client |
| E-mail | 12/16/2005 | Patrick McMahon | Robert J.A. Zito, Esq.; Paul Aaronson | | Confidential communication with counsel regarding SEC meeting. | Redacted Document: AR002308 Attorney-Client |
| E-mail | 12/16/2005 | Robert J.A. Zito, Esq. | Paul Aaronson; Patrick McMahon | | Confidential communication from counsel regarding SEC meeting. | Attorney-Client |
| E-mail | 12/8/2005 | Paul Aaronson | Christopher Aliprandi; Patrick McMahon | | Confidential communication regarding communication with and advice of counsel in connection with transition terms. | Attorney-Client |

6685603.3
6986012.2