UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
IN RE REFCO SECURITIES LITIGATION     :    07 MDL 1902 (JSR)
                                      :
------------------------------------- x
------------------------------------- x
KENNETH M. KRYS, et al.,              :
                                      :
        Plaintiffs,                   :    08 Civ. 3065 (JSR)
                                      :    08 Civ. 3086 (JSR)
        -v-                           :
                                      :    ORDER
CHRISTOPHER SUGRUE, et al.,           :
                                      :
        Defendants.                   :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

   On January 17, 2012, Special Master Daniel J. Capra issued a Report and Recommendation in the above-captioned case recommending that the Mayer Brown Defendants' motion to dismiss plaintiffs' claims be granted in part and denied in part. After the parties timely submitted their objections and responded thereto, the Court heard oral argument on February 28, 2012 and considered the entire matter de novo. Having done so, the Court finds itself in agreement with Special Master Capra's Report and Recommendation in all material respects and hereby adopts it in full as if incorporated herein.

   SO ORDERED.

                                        _____
                                        JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       March 2✗, 2012