UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | Case No. 07 MDL 1902 (JSR) |

| | |
|---|---|
| KENNETH M. KRYS, et. al., <br><br> Plaintiffs, <br><br> - v - <br><br> CHRISTOPHER SUGRUE, et al., <br><br> Defendants. | Case No. 08-CV-3065 (JSR) <br> Case No. 08-CV-3086 (JSR) <br><br><br> **STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Kenneth M. Krys, et al. and defendant Robert Trosten, though their undersigned counsel, in the above-captioned actions, *Krys, et al. v. Sugrue, et al.,* Nos. 08-cv-3065 (JSR), 08-cv-3086 (JSR), that the time within which Trosten may answer Plaintiffs' Amended Complaint is extended to and including April 30, 2012.

| | |
|---|---|
| Dated: New York, New York<br>March 29, 2012 | BROWN RUDNICK LLP<br><br>By: /s/ Mason Simpson<br>    David J. Molton<br>    Andrew Dash<br>    Mason Simpson<br>Seven Times Square<br>New York, NY 10036<br>Tel.: (212) 209-4800<br>Email: dmolton@brownrudnick.com<br>        adash@brownrudnick.com<br>-and-<br><br>BEUS GILBERT PLLC<br>    Leo R. Beus<br>    Dennis K. Blackhurst<br>4800 North Scottsdale Road<br>Suite 600<br>Scottsdale, AZ 85251<br>Tel.: (480) 429-3000<br><br>*Attorneys for Plaintiffs* |
| Dated: New York, New York<br>March 29, 2012 | MORVILLO, ABRAMOWITZ, GRAND,<br>IASON, ANELLO & BOHRER, P.C.<br><br>By: /s/ Judith L. Mogul<br>    Judith L. Mogul<br>    Gates S. Hurand<br>565 Fifth Avenue<br>New York, NY 10017<br>Tel.: (212) 856-9600<br>Email: jmogul@maglaw.com<br>        ghurand@maglaw.com<br><br>*Attorneys for Defendant Robert Trosten* |

IT IS SO ORDERED.

Dated: New York, NY
    4/5, 2012

_____
HON. RONALD J. HEDGES
SPECIAL MASTER

2