UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
                                                            :
In re REFCO, INC. SECURITIES LITIGATION    :   07 MDL No. 1902 (JSR)
                                                            :
                                                            :   ECF CASE
                                                            :
                                                            :
------------------------------------------------------------x
------------------------------------------------------------x
                                                            :
                                                            :
KENNETH M. KRYS, et al.                      :
                                                            :
                                                            :   08 Civ. 3086 (JSR)
                                                            :
                       Plaintiffs,               :
                                                            :
         -v-                                       :
                                                            :
CHRISTOPHER SUGRUE, et al.                :
                                                            :
                       Defendants.              :
------------------------------------------------------------x

**Stipulation And Order Granting Extension of Time Within Which
Defendants May Answer Complaint**

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants Mayer Brown LLP, Edward S. Best, Joseph P. Collins, Paul Koury, and Plaintiffs in the above-referenced *Krys* action, by and through their undersigned counsel, that the time within which Defendants may answer the First Amended Complaint in 08-CIV-3086, is hereby extended through and including May 24, 2012.

Dated: New York, New York
April 5, 2012

WILLIAMS AND CONNOLLY LLP

By: _____
John K. Villa
Craig D. Singer
Daniel P. Shanahan
725 Twelfth Street, NW
Washington, DC  20005
Tel:  (202) 434-5000
Fax:  (202) 434-5029

*Attorneys for Defendants*
*Mayer Brown LLP and Edward S. Best*

Dated: New York, New York  
April 5, 2012

CLAYMAN & ROSENBERG

By: _____  
Charles E. Clayman  
Amy E. Millard  
305 Madison Avenue  
New York, NY 10165  
(212) 922-1080

*Attorney for Defendant Paul Koury*

Dated: New York, New York  
April 5, 2012

COOLEY GODWARD KRONISH LLP

By: _____  
William J. Schwartz  
Jonathan P. Bach  
1114 Avenue of the Americas  
New York, NY 10036-7798  
(212) 479-6000

*Attorneys for Defendant Joseph P. Collins*

Dated: New York, New York　　　　CLAYMAN & ROSENBERG
April 5, 2012

By:_____
Charles E. Clayman
Amy E. Millard
305 Madison Avenue
New York, NY 10165
(212) 922-1080

*Attorney for Defendant Paul Koury*

Dated: New York, New York　　　　COOLEY GODWARD KRONISH LLP
April 5, 2012

By:_____
William J. Schwartz
Jonathan P. Bach
1114 Avenue of the Americas
New York, NY 10036-7798
(212) 479-6000

*Attorneys for Defendant Joseph P. Collins*

Dated: New York, New York
      April 4, 2012

BEUS GILBERT PLLC

By: _____
Leo R. Beus
Dennis K. Blackhurst
4800 North Scottsdale Road
Suite 600
Scottsdale, AZ 85251
Tel: (480) 429-3000

      -and-

BROWN RUDNICK LLP
David J. Molton
Andrew Dash
Mason Simpson
Seven Times Square
New York, New York 10036
Tel: (212) 209-4800

*Attorneys for Plaintiffs*

4/5/12

SO ORDERED:

_____
HON. RONALD HEDGES
SPECIAL MASTER