UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07 MDL No. 1902 (JSR) |
| | ECF CASE |

| | |
|---|---|
| KENNETH M. KRYS, et al.,<br><br>        Plaintiffs,<br><br>  -v-<br><br>CHRISTOPHER SUGRUE, et al.,<br><br>        Defendants. | 08 Civ. 3086 (JSR) |

| | |
|---|---|
| KENNETH M. KRYS, et al.,<br><br>        Plaintiffs,<br><br>  -v-<br><br>SCHULTE ROTH & ZABEL, LLP.<br><br>        Defendant. | 11 Civ. 1486 (JSR) |

**[~~PROPOSED~~] ORDER**

- 2 -

**WHEREAS**, on March 14, 2012, Special Master Hedges held a hearing in connection with Defendant Schulte Roth and Zabel, LLP's ("SRZ") application for relief from the Protective Order dated December 10, 2010 ("December 2010 Protective Order");

**WHEREAS**, Special Master Hedges ordered that SRZ, Mitchell A. Karlan, and Plaintiffs agree upon a date on which Mr. Karlan would be made available for a deposition;

**WHEREAS**, all parties can be available for Mr. Karlan's deposition on April 5, 2012;

It is hereby **ORDERED** as follows:

1. Mr. Karlan shall be deposed on April 5, 2012 for no more than one day of seven hours, unless otherwise stipulated or directed by the court. Plaintiffs reserve their rights to seek additional time to question Mr. Karlan.

2. Plaintiffs shall deliver a set of the unredacted documents subject to the December 2010 Protective Order to Special Master Hedges three business days before the date of the deposition;

3. Plaintiffs shall bring a set of the unredacted documents subject to the December 2010 Protective Order to the deposition.

Dated: New York, New York
April 5, 2012

SO ORDERED:

_____
**SPECIAL MASTER RONALD J. HEDGES**