UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE REFCO INC. SECURITIES LITIGATION | CASE NO. 07-MD-1902 (JSR) |
| This document relates to: | |
| KENNETH M. KRYS, *ET AL.*, <br><br>　　　　　　　　　Plaintiffs, <br><br>　-against- <br><br>CHRISTOPHER SUGRUE, *ET AL.* <br><br>　　　　　　　　　Defendants. | CASE NO. 08-CV-3086 (JSR) |

**STIPULATION AND ORDER GRANTING EXTENSION
OF TIME WITHIN WHICH GRANT THORNTON LLP AND
MARK RAMLER MAY ANSWER THE AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants Grant Thornton LLP and Mark Ramler and Plaintiffs in the above-referenced action, by and through their undersigned counsel, that the time within which Grant Thornton LLP and Mark Ramler may answer the Amended Complaint is hereby extended through and including June 1, 2012.

Dated:  New York, New York
　　　　 April 5, 2012

WINSTON & STRAWN LLP

/s/ Luke A. Connelly

Luke A. Connelly
200 Park Avenue
New York, New York 10166
Ph: 212-294-6700
Fax: 212-294-4700

<div style="display: flex;">

<div>

*Of Counsel:*

Kenneth Cunningham
Tracy W. Berry
GRANT THORNTON LLP
175 West Jackson, 20th Floor
Chicago, Illinois 60604
Ph: 312-856-0001
Fax: 312-565-3473


Dated: Scottsdale, Arizona
       April 4, 2012

</div>

<div>

Bruce R. Braun
Catherine W. Joyce
Linda T. Coberly
David J. Doyle
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Ph: 312-558-5600
Fax: 312-558-5700

*Attorneys for Defendants
Grant Thornton LLP and Mark Ramler*

BEUS GILBERT PLLC

/s/ Lee M. Andelin

Leo R. Beus
Dennis K. Blackhurst
Lee M. Andelin
4800 North Scottsdale Road
Suite 600
Scottsdale, AZ 85251
Ph: 480-429-3000

-and-

BROWN RUDNICK LLP
David J. Molton
Andrew Dash
Mason Simpson
Seven Times Square
New York, New York 10036
Ph: 212-209-4800

*Attorneys for Plaintiffs*

</div>

</div>

SO ORDERED:

_____
Hon. Ronald J. Hedges
Special Master