1

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    --------------------------------------x
      In re REFCO, INC. SECURITIES
 4      LITIGATION
                       07-MDL-1902
 5    --------------------------------x
        This Document Relates To:
 6
      MARC S. KIRSCHNER,as Trustee of
 7    the Refco Private Actions Trust,
                       Plaintiff,
 8        -vs-          07 CIV 8165 (JSR)
 9
      PHILLIP R. BENNETT, SANTO C. MAGGIO,
10    ROBERT C. TROSTEN, MAYER BROWN LLP,
      MAYER BROWN INTERNATIONAL LLP, and
11    GRANT THORNTON LLP,
                       Defendants.
12    --------------------------------------x
      GRANT THORNTON LLP,
13        Defendant/Third Plaintiff,
14        -vs-
15    THOMAS H. LEE PARTNERS, L.P.;
      THL EQUITY ADVISORS V, LLC;
16    THL MANAGERS V, LLC;
      THOMAS H. LEE EQUITY FUND V, L.P.
17    THOMAS H. LEE PARALLEL FUND V, L.P.,
      THOMAS H. LEE EQUITY (CAYMAN) FUND V,
18    L.P., THOMAS H. LEE; DAVID V. HARKINS;
      SCOTT L. JAECKEL; and SCOTT A SCHOEN,
19
          Third-party Defendants.
20
      --------------------------------------x
21              July 12, 2011
                9:06 a.m.
22
23
      WITNESS:  MARC S. KIRSCHNER
24
25
```

1          MARC S. KIRSCHNER
2      A.   Correct.
3      Q.   The one change that at one time
4  existed is that Leuthold Funds for a period of
5  time was a member of the Private Actions Trust
6  Committee but it no longer is that; correct?
7      A.   Correct.
8      Q.   Who by name are the specific
9  individuals that sit on the PAT committee?
10      A.   Starting with Schedule C on
11  behalf of VR Global Partners, Richard Dietz,
12  D-E-I-T-Z.  On behalf of Premier Bank, Ira
13  Greene, G-R-E-E-N-E.
14          On behalf of Lyxor, Jeffery
15  Friedman.  Ira is the at Hogan & Hartson.
16  Richard Dietz is a principal of VR Global.
17  Richards Dietz?Ira Greene is a lawyer at Hogan
18  & Hartson.
19          Jeffrey Friedman is a partner at
20  Katten Rosenman.  Capital Management Select
21  Fund is represented by Paul Bran, B-R-A-N of
22  the Dickstein Shapiro firm.
23          And Abadi & Co. is represented by
24  its principal, Carlos Abadi.  At the time
25  Leuthold was a member of the Trust Board,