Price, Walter Thomas III [PAT]  1/18/2012  9:30:00 AM

1

```
1    30(B)(6) ROGERS FUNDS - WALTER T. PRICE, III - 1-18-12
2           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF NEW YORK
3
4    In Re REFCO, INC.          )
                                ) Case No.
5    SECURITIES LITIGATION      ) 07-MD-1902 (JSR)
                                )
6    - - - - - - - - - - - - - -)
     MARC S. KIRSCHNER, as Trustee   )
7    of the Refco Private Actions    )
     Trust,                  )
8                            )
           Plaintiff,         )
9                            ) Case No.
        vs.                  ) 07-CV-8165 (JSR)
10                           )
     PHILLIP R. BENNETT, et al.,   )
11                           )
           Defendants.        )
12
13
14
15         Videotaped 30(b)(6) deposition of ROGERS
16   FUNDS, by and through its representative WALTER THOMAS
17   PRICE, III, taken before NADINE J. WATTS, CSR, RPR, and
18   Notary Public, pursuant to the Federal Rules of Civil
19   Procedure for the United States District Courts
20   pertaining to the taking of depositions, at Suite 3700,
21   35 West Wacker Drive, in the City of Chicago, Cook
22   County, Illinois, at 9:25 o'clock a.m. on the 18th day
23   of January, A.D., 2012.
24
25
```

1   30(B)(6) ROGERS FUNDS - WALTER T. PRICE, III - 1-18-12
2   A  Correct.
3   Q  And under this settlement agreement, am I
4   correct in saying that more than $287 million of the
5   claims asserted by Rogers Raw Materials and more than
6   $75 million of the claims asserted by Rogers
7   International were considered allowed securities
8   customer claims?
9   A  The 287 million and the 75 million on the filing
10  date?
11  Q  Right.
12  A  Correct.
13  Q  And then pursuant to the settlement agreement,
14  which we have before us, this joinder, a much smaller
15  amount was deemed the allowed FX/unsecured claims,
16  right?
17  A  Correct.
18  Q  And you understand that it's this latter amount
19  that the PAT is asserting on behalf of the Rogers Funds
20  in this litigation?
21  A  I do.
22  Q  And according to your testimony, just looking at
23  the chart we reviewed earlier, the Rogers Funds have
24  already received roughly two-thirds of those amounts in
25  distribution from the PAT, correct?

Price, Walter Thomas III [PAT]  1/18/2012  9:30:00 AM

224

| | |
|---|---|
| 1 | 30(B)(6) ROGERS FUNDS - WALTER T. PRICE, III - 1-18-12 |
| 2 | Q   When we looked at the amounts in the settlement |
| 3 | joinder, which were $287 million for the Raw Materials |
| 4 | Fund and $75 million for the International Fund, when |
| 5 | you combine those numbers, you get the securities |
| 6 | customer claim amount, right? |
| 7 | A   You should, yes. |
| 8 | Q   And so doing rough math, we're looking at $362 |
| 9 | million, correct? |
| 10 | A   That sounds correct. |
| 11 | Q   That was a ballpark figure for the securities |
| 12 | customer claims? |
| 13 | A   That's correct. |
| 14 | Q   It's your testimony and your understanding as |
| 15 | you sit here today that the Rogers Funds have in fact |
| 16 | received more than $362 million on those claims? |
| 17 | A   Correct. |
| 18 | Q   Do you know exactly how much more, sir? |
| 19 | A   I don't have the exact dollar amount for it, but |
| 20 | the -- but I believe it's in excess of 3 percent more. |
| 21 | Between 3 and 5 percent more I would say. |
| 22 | MR. DOYLE:  Let's take a quick break. |
| 23 | THE VIDEOGRAPHER:  We're going off the record |
| 24 | at 4:22. |
| 25 | (Recess was taken.) |