UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re REFCO INC. SECURITIES LITIGATION  :  Case No. 07-md-1902 (JSR)

-----------------------------------------------------------X

This Document Relates to:

-----------------------------------------------------------X
KENNETH M. KRYS, et al.,  :  Case No. 11-cv-1486 (JSR)

Plaintiffs,

-against-

SCHULTE ROTH & ZABEL LLP,

Defendant.
-----------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure:

1. The portion of Count I relating to allegations that defendant committed malpractice in connection with the preparation of SPhinX's organizational documents and conflicting language therein is voluntarily dismissed with prejudice as against Schulte Roth & Zabel LLP, without any rights of appeal;

2. The portion of Count I relating to allegations that Schulte Roth & Zabel LLP committed malpractice in connection with legal advice regarding potential preference litigation and redemption requests shall not be affected by this stipulation.

Dated: April 11, 2012

Plaintiffs Kenneth M. Krys, et al.

By their attorneys,

By: /s/ David J. Molton
David J. Molton
Andrew Dash
Mason Simpson
**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com
adash@brownrudnick.com
msimpson@brownrudnick.com

-and-

Leo R. Beus, pro hac vice
Dennis K. Blackhurst, pro hac vice
**BEUS GILBERT PLLC**
4800 North Scottsdale Road, Suite 6000
Scottsdale, Arizona 85251
Telephone: (480) 429-3000
Facsimile: (480) 429-3100
lbeus@beusgilbert.com
dblackhurst@beusgilbert.com

Dated: April 11, 2012

Defendant Schulte Roth & Zabel LLP

By its attorneys,

By:_____
Scott Sonny Balber
**CHADBOURNE & PARKE LLP (NY)**
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5466
Facsimile: (646) 710-5466
sbalber@chadbourne.com

2

Dated: April 11, 2012                                    Dated: April 11, 2012

Plaintiffs Kenneth M. Krys, et al.                       Defendant Schulte Roth & Zabel LLP

By their attorneys,                                      By its attorneys,

By: _____                               By: *Scott S. Balber* /MB
David J. Molton                                          Scott Sonny Balber
Andrew Dash                                              **CHADBOURNE & PARKE LLP (NY)**
Mason Simpson                                            30 Rockefeller Plaza
**BROWN RUDNICK LLP**                                    New York, NY 10112
Seven Times Square                                       (212) 408-5466
New York, New York 10036                                 Facsimile: (646) 710-5466
Telephone: (212) 209-4800                                sbalber@chadbourne.com
Facsimile: (212) 209-4801
dmolton@brownrudnick.com
adash@brownrudnick.com
msimpson@brownrudnick.com

-and-

Leo R. Beus, pro hac vice
Dennis K. Blackhurst, pro hac vice
**BEUS GILBERT PLLC**
4800 North Scottsdale Road, Suite 6000
Scottsdale, Arizona 85251
Telephone: (480) 429-3000
Facsimile: (480) 429-3100                                **SO ORDERED:**
lbeus@beusgilbert.com
dblackhurst@beusgilbert.com                              _____
                                                                          U.S.D.J.
                                                         4-17-12

2