USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                       :
                                       :       07 MDL 1902 (JSR)
                                       :       (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION    :
                                       :       <u>CASE MANAGEMENT ORDER #72</u>
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

       The Court has received the bills from the Special Masters for the month of April, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on May 14, 2012. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account.

       SO ORDERED.

                                                          _____
                                                          JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
         May 7, 2012

# RONALD J. HEDGES

# INVOICE MAY 1, 2012

# IN RE REFCO SECURITIES LITIGATION

## HOURS INCURRED:

Apr. 2-3 -- communications and conference call w/re Karlan and Ireland depositions (.5)

Apr. 4-5 -- review of privilege-related submissions and attendance at Karlan deposition (9.0)

Apr. 10 -- communications w/re defendant request to amend answer and w/re filing order (.25)

Apr. 16 -- communications w/re monies due and w/re Krys deposition (.5); communications

1

w/re sealed filing after review of applicable case law (.5)

Apr. 24 -- conference call w/re continuation of Krys deposition (.25)

May 1 and earlier dates -- communications w/re, and attending to, filing of orders (.25)

## TOTAL HOURS INCURRED:

11.25 hours @$400.00= $4,500.00

## EXPENSES INCURRED:

Apr. 5 – travel to/from NYC – to be invoiced

## **TOTAL EXPENSES INCURRED:**

See above

**TOTAL:** **$4,500.00**

**Professor Daniel J. Capra**
**Special Master**

**Fordham Law School**
140 West 62nd Street
New York, New York 10023
dcapra@law.fordham.edu

May 1, 2012

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---:|
| April 4 — Schulte Roth R and R | 3.1 |
| April 5 — Schulte Roth R and R | 3.2 |
| April 6 — Schulte Roth R and R | 4.5 |
| April 8 — Schulte Roth R and R | 4.1 |
| April 9 — Schulte Roth R and R | 2.8 |
| April 20 — DPM counterclaim, issues re good faith settlement | 2.1 |
| April 26 — DPM counterclaim and third party claim prepare for oral argument | 4.2 |
| April 27 — DPM counterclaim and third party claim oral argument and research after argument | 6.1 |
| April 29 — DPM counterclaim research | 3.1 |
| April 30 — DPM counterclaim research | 4.3 |

**Total Hours**           37.5
        Hours @ $500/hr.

           Total Bill ------                    $18,750.00