USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

IN RE REFCO SECURITIES LITIGATION     07 **MDL** 1902 (JSR)

-----------------------------------------------------------X
-----------------------------------------------------------X
KENNETH M. KRYS, et al.,
                Plaintiffs,     08 **CIVIL** 7416 (JSR)

    -against-     **DEFAULT JUDGMENT**

ROBERT AARON, et al.,
                Defendants.
-----------------------------------------------------------X

      Whereas on January 27, 2012, Special Master Ronald J. Hedges, having issued a Report and Recommendation (the "Report") recommending that a default judgment be entered against third-party defendant Christopher Sugrue, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on May 6, 2012, having rendered its Order adopting the Special Master's Report, and, for the reasons stated therein, directing that default judgment be entered against third-party defendant Sugrue, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 6, 2012, the Report is adopted, and, for the reasons stated therein, default judgment be entered against third-party defendant Sugrue.

**Dated:** New York, New York
       May 9, 2012

                                      **RUBY J. KRAJICK**
                                         Clerk of Court
                   **BY:**
                                          **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____