Rakoff J

5/9/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re REFCO, INC. SECURITIES LITIGATION   :   07 MDL No. 1902 (~~GEL~~)
:
:
------------------------------------------------------------x

------------------------------------------------------------x
:
KENNETH M. KRYS and CHRISTOPHER   :
STRIDE, as JOINT OFFICIAL LIQUIDATORS   :   08 Civ. 3086 (~~GEL~~)
of SPHINX LTD., et al.   :
:   ECF Filed
Plaintiffs,   :
-vs.-   :
:
CHRISTOPHER SUGRUE, et al.   :
:
Defendants.   :
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF ATTORNEY AND PROPOSED ORDER

PLEASE TAKE NOTICE that Robert Lee Boone is hereby withdrawn as counsel of record in the above-captioned matters for defendants Credit Suisse Securities (USA) LLC, JPMorgan Chase & Co. and Merrill Lynch, Pierce, Fenner & Smith Incorporated (as successor by merger to Banc of America Securities LLC). Mr. Boone is no longer affiliated with the law firm Wilmer Cutler Pickering Hale and Dorr LLP, and will no longer have any association with the above-captioned matters. Wilmer Cutler Pickering Hale and Dorr LLP will continue as counsel for the above-referenced matters.

Dated: New York, New York
May 4, 2012

        WILMER CUTLER PICKERING
        HALE AND DORR LLP

By: _____
    Jeremy S. Winer (JW-8823)

399 Park Avenue
New York, New York 10022
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Defendants Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated (as successor by merger to Banc of America Securities LLC), and JPMorgan Chase & Co.*

SO ORDERED.

Dated: New York, NY

_____5/8_____, 2012

_____
Honorable Jed S. Rakoff

Southern District of New York