UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X   07-MDL-1902 (JSR)
In re REFCO INC. SECURITIES LITIGATION     :
------------------------------------------------------------- X
This document relates to:                                      :
------------------------------------------------------------- X

KENNETH M. KRYS, et al.,                                       :   08 Civ. 7416 (JSR)

       Plaintiffs,                                                :

  -against-                                                     :

ROBERT AARON, et al.,                                          :

       Defendants.                                               :
------------------------------------------------------------- X

## NOTICE OF PARTIAL DISMISSAL
## WITH RESPECT TO COUNTERCLAIM
## FOR CONTRIBUTION ONLY

**PLEASE TAKE NOTICE** that defendants Guy Castranova, Derivative Portfolio Management, LLC, Derivative Portfolio Management, Ltd, DPM-Mellon, LLC, and DPM-Mellon, Ltd, by and through their undersigned counsel, hereby withdraw and voluntarily dismiss without prejudice the Counterclaim for contribution against plaintiffs in this matter pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This partial dismissal shall not affect the Counterclaim for indemnification or the Third-Party Complaint for contribution asserted by the above-named defendants.

Dated: May 7, 2012
       Florham Park, New Jersey

DLA PIPER LLP (US)

By:    s/B. John Pendleton, Jr.
       B. John Pendleton, Jr.
       Katie A. Gummer
       Andrew O. Bunn
       300 Campus Drive, Suite 100
       Florham Park, NJ 07932-1039
       973.520.2550
       john.pendleton@dlapiper.com
       katie.gummer@dlapiper.com
       andrew.bunn@dlapiper.com

*Attorneys for Defendants*
*Guy Castranova, Derivitive Portfolio Management, LLC; Derivative PortfolioManagement, Ltd.; DPM-Mellon, LLC; and DPM-Mellon, Ltd.*