Rabott, 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X   07-MDL-1902 (JSR)
In re REFCO INC. SECURITIES LITIGATION :
------------------------------------- X
This document relates to:             :
------------------------------------- X
                                      :   08 Civ. 7416 (JSR)
KENNETH M. KRYS, et al.,              :
                                      :
           Plaintiffs,                :
                                      :
      -against-                       :
                                      :
ROBERT AARON, et al.,                 :
                                      :
           Defendants.                :
------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/12

## NOTICE OF PARTIAL DISMISSAL WITH RESPECT TO COUNTERCLAIM FOR CONTRIBUTION ONLY

**PLEASE TAKE NOTICE** that defendants Guy Castranova, Derivative Portfolio Management, LLC, Derivative Portfolio Management, Ltd, DPM-Mellon, LLC, and DPM-Mellon, Ltd, by and through their undersigned counsel, hereby withdraw and voluntarily dismiss without prejudice the Counterclaim for contribution against plaintiffs in this matter pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This partial dismissal shall not affect the Counterclaim for indemnification or the Third-Party Complaint for contribution asserted by the above-named defendants.

Dated: May 16, 2012
       Florham Park, New Jersey

DLA PIPER LLP (US)

By: *[signature]*
B. John Pendleton, Jr.
Katie A. Gummer
Andrew O. Bunn
300 Campus Drive, Suite 100
Florham Park, NJ 07932-1039
973.520.2550
john.pendleton@dlapiper.com
katie.gummer@dlapiper.com
andrew.bunn@dlapiper.com

*Attorneys for Defendants*
*Guy Castranova, Derivitive Portfolio Management, LLC; Derivative PortfolioManagement, Ltd.; DPM-Mellon, LLC; and DPM-Mellon, Ltd.*

SO ORDERED:

*[signature]*
U.S.D.J.
5-16-12