```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
                                      :
                                      :   07 MDL 1902 (JSR)
                                      :   (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION     :
                                      :   CASE MANAGEMENT ORDER #74
                                      :
                                      :
                                      :
                                      :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

The Court has received the bills from the Special Masters for the month of May, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on June 11, 2012. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account.

SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       June 4, 2012



**Professor Daniel J. Capra**
**Special Master**

**Fordham Law School**
**140 West 62nd Street**
**New York, New York 10023**
dcapra@law.fordham.edu

June 1, 2012

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---:|
| May 1 — DPM counterclaim research and R and R | 5.1 |
| May 11 — Kirschner/GT summary judgment papers | 2.5 |
| May 16 — Kirschner/GT summary judgment papers | 3.2 |
| May 17 — DPM counterclaim R and R | 2.1 |
| May 21 — DPM counterclaim R and R | 3.1 |
| May 22 — DPM counterclaim R and R | 2.5 |
| May 23 — DPM counterclaim R and R | 3.0 |
| May 24 — DPM counterclaim R and R | 4.5 |
| May 25 — Kirschner/GT summary judgment oral argument, etc. | 5.8 |
| May 26 — DPM counterclaim | 2.1 |
| May 27 — DPM counterclaim | 3.1 |
| May 28 — DPM counterclaim | 3.4 |
| May 29 — DPM counterclaim | 6.8 |
| May 31 — Kirschner/GT summary judgment review of record | 2.5 |

**Total Hours**                                                                 **49.7**

          Hours @ $500/hr.


          **Total Bill ------**                                                          **$24,850.00**

# RONALD J. HEDGES

# INVOICE MAY 30, 2012

# IN RE REFCO SECURITIES LITIGATION

## HOURS INCURRED:

May 2 – conference call on review of submission w/re deposition (.5)

May 15 – conference call w/re discovery disputes (.5)

May 16-17 – communications and conference call w/re Kavanaugh deposition (.5)

May 18-24 – communications w/re status of misc. actions (.5)

May 18 – conference in NYC (7.0)

May 25 – communications w/re Deutsche Bank Answer (.5)

# TOTAL HOURS INCURRED: 9.5 hours @$400.00/hour = $3,800.00

# EXPENSES INCURRED:

Apr. 20 – CAR expenses in/out NYC for deposition – 135.04 plus tip 20.00 = $155.04

May 18 – same = $155.04

# TOTAL EXPENSES INCURRED: $310.08

# TOTAL: $4,110.08