UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re REFCO INC. SECURITIES LITIGATION   :   Case No. 07-md-1902 (JSR)
                                                            :
------------------------------------------------------------X

## SPECIAL MASTER ORDER DIRECTING PAYMENT

SPECIAL MASTER RONALD HEDGES, for good cause shown, hereby orders as follows:

WHEREAS, on May 14, 2012, Ball Baker Leake LLP issued an invoice in the amount of $1,432.03 for accounting services rendered in the above-captioned action and related disbursements from January 1, 2012 through April 30, 2012 (the "Ball Baker Leake Invoice");

WHEREAS, on May 22, 2012, the Ball Baker Leake Invoice was circulated to all counsel of record in the above-captioned action, to allow for objections by any party;

WHEREAS, the parties to the above-captioned action were permitted fourteen (14) calendar days to object to the Ball Baker Leake Invoice;

WHEREAS, no objections to the Ball Baker Leake Invoice were received by the Special Master;

NOW, THEREFORE, the Special Master directs Ball Baker Leake to pay the Ball Baker Leake Invoice in full.

**SO ORDERED** this ___ day of _____, 2012

_____
HON. RONALD HEDGES
SPECIAL MASTER

60555368 v1