UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                              :

                              :

                              :      07 MDL 1902 (JSR)
                              :     (Applies To All Cases)

IN RE REFCO SECURITIES LITIGATION    :

                              :          ORDER

                              :

                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JED S. RAKOFF, U.S.D.J.

       The parties having represented to Special Master Ronald J. Hedges and the Court that certain actions in this MDL have been fully disposed of - either by settlement or by order of the Court - and can therefore be terminated, the Clerk of the Court is hereby directed to close the following cases:

       Mazur v. Refco, Inc., 05 Civ. 8626

       Am. Fin. Int'l Group-Asia, L.L.C. v. Refco, Inc., 05 Civ. 8988

       VR Global Partners L.P. v. Bennett, 07 Civ. 8686

       Capital Mgmt. Select Fund Ltd. v. Bennett, 07 Civ. 8688

The Court grants leave to any party to move within 30 days from the date hereof to reopen their case if a live claim exists.

       SO ORDERED.

                                _____
                              JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       June 6, 2012