UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | |
|---|---|
| In re REFCO INC. SECURITIES LITIGATION | 07-MDL No. 1902 (JSR) |

----------------------------------------------------------------X

| | |
|---|---|
| This document relates to: | 08 Civ. 3065 (JSR) |
| | 08 Civ. 3086 (JSR) |
| KENNETH M. KRYS, et al., | |
| Plaintiffs, | |
| -v- | |
| CHRISTOPHER SUGRUE, et al., | |
| Defendants. | |

----------------------------------------------------------------X

### STATEMENT NOTING DEATH OF DEFENDANT MARI FERRIS

In accordance with to Rule 25(a) of the Federal Rules of Civil Procedure, please take note of the death of defendant Mari Ferris.[*]

Dated: New York, New York
      June 11, 2012

KING & SPALDING LLP

By: /s/James J. Capra, Jr.
    James J. Capra, Jr.
    James P. Cusick
    1185 Avenue of the Americas
    New York, New York 10036
    Tel: (212) 556-2100

*Attorneys for Defendant
PricewaterhouseCoopers LLP*

---

[*] All claims in this action against Ms. Ferris were dismissed with prejudice by Order dated October 24, 2011 (adopting the Special Master's Report and Recommendation dated August 10, 2011). See also Memorandum and Order, dated February 16, 2012 (denying plaintiffs' motion for reconsideration).