DLA PIPER LLP (US)
300 Campus Drive, Suite 100
Florham Park, NJ 07932-1039
Telephone No.: 973.520.2561
Fax No.: 973.520.2581
Attorneys for Defendants
*Derivative Portfolio Management LLC;*
*Derivative Portfolio Management, Ltd.;*
*DPM-Mellon, LLC; DPM-Mellon, Ltd.;*
and Guy Castranova

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
:
IN RE: REFCO SECURITIES LITIGATION  :  07 MDL 1902 (JSR)
:
------------------------------------------------X

------------------------------------------------X
KENNETH M. KRYS, *et al.*  :  08 Civ. 7416 (JSR)
:
                Plaintiffs,  :
:
-against-  :
:
ROBERT AARON, *et al.*,  :
:
                Defendants.  :
------------------------------------------------X

## DECLARATION OF SERVICE

I hereby declare that, on the date indicated below, a true and correct copy of Defendants Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd., DPM-Mellon, LLC, and DPM-Mellon, Ltd.'s (collectively, "DPM") Limited Objections to, or in the Alternative, Request for Reconsideration of, the Report and Recommendation of the Special Master on Plaintiffs' Motion

EAST\48762457.1

to Dismiss the Indemnity Counterclaim and the accompanying Declaration of B. John Pendleton, Jr. in support of said memorandum, with exhibits, were served upon counsel-of-record via electronic filing.

| | | | |
|---|---|---|---|
| Dated: | June 15, 2012<br>Florham Park, New Jersey | By: | *s/ B. John Pendleton, Jr.* |