UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re REFCO INC. SECURITIES LITIGATION    :   Case No. 07-md-1902 (JSR)
                                          :
------------------------------------------------------------X
              This Document Relates to:
------------------------------------------------------------X
KENNETH M. KRYS, *et al.*,                :
                                          :   Case No. 11-cv-1486 (JSR)
                        Plaintiffs,       :
                                          :
          -against-                       :
                                          :
SCHULTE ROTH & ZABEL LLP,                 :
                                          :
                        Defendant.        :
------------------------------------------------------------X

## ORDER FOR ADMISSION *PRO HAC VICE* OF L. RICHARD WILLIAMS

Upon the motion of plaintiffs Kenneth M. Krys and Margot MacInnis as Joint Official Liquidators, Kenneth M. Krys and Margot MacInnis, as assignees of claims, and The Harbour Trust Co. Ltd. as Trustee of the SPhinX Trust ("Plaintiffs"), pursuant to Local Civil Rule 1.3(c), for the admission *pro hac vice* of L. Richard Williams in the above-captioned matter, the affirmation of David Molton in support thereof and the Affidavit of L. Richard Williams in support thereof;

**IT IS HEREBY ORDERED** that

> L. Richard Williams
> Beus Gilbert PLLC
> 4800 North Scottsdale Road, Suite 6000
> Scottsdale, Arizona 85251
> Tel. (480) 429-3000
> Fax (480) 429-3100
> Email: rwilliams@beusgilbert.com

is admitted to practice *pro hac vice* as counsel for the Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: Hackensack, New Jersey
      June **21**, 2012

<u>_____</u>
~~Special Master Hon. Ronald Hedges~~
Jed S. Rakoff,
USDJ

2869985 v1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re REFCO INC. SECURITIES LITIGATION                      :   Case No. 07-md-1902 (JSR)
                                                            :
------------------------------------------------------------X
            This Document Relates to:
------------------------------------------------------------X
KENNETH M. KRYS, et al.,                                    :
                                                            :   Case No. 11-cv-1486 (JSR)
                            Plaintiffs,                     :
                                                            :
              -against-                                     :
                                                            :
SCHULTE ROTH & ZABEL LLP,                                   :
                                                            :
                            Defendant.                      :
------------------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

1. Amy J. Cunningham, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and am an employee of Brown Rudnick LLP, Seven Times Square, New York, New York 10036.

2. On the 18th day of June, 2012, I caused true and correct copies of (1) Motion for *Pro Hac Vice* Admission of L. Richard Williams, (2) Affirmation of David Molton in Support of Motion for Admission of Counsel *Pro Hac Vice*, (3) Affidavit of L. Richard Williams in Support of Motion for Admission *Pro Hac Vice* and (4) [Proposed] Order for Admission *Pro Hac Vice* of L. Richard Williams, to be served upon all counsel-of-record in the above-captioned matters by email at WHRefcoKrysAll@wilmerhale.com.

_____
Amy J. Cunningham

Sworn to before me this
18th day of June, 2012.

_____
Notary Public

CHRISTOPHER M. LAU KAMG
Notary Public, State of New York
No. 01LA6138897
Qualified in Kings County
Commission Expires December 27, 2013

2869985 v1