**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re REFCO, INC. SECURITIES LITIGATION

Case No. 07 MDL 1902 (JSR)

KENNETH M. KRYS, et. al.,

Plaintiffs,

- v -

CHRISTOPHER SUGRUE, et al.,

Defendants.

Case No. 08-CV-3065 (JSR)
Case No. 08-CV-3086 (JSR)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Kenneth M. Krys, et al. and defendant Robert Trosten, though their undersigned counsel, in the above-captioned actions, *Krys, et al. v. Sugrue, et al.*, Nos. 08-cv-3065 (JSR), 08-cv-3086 (JSR), that the time within which Trosten may answer Plaintiffs' Amended Complaint is extended to and including July 18, 2012.

Dated: New York, New York
June 18, 2012

BROWN RUDNICK LLP

By: /s/ Dennis K. Blackhurst
David J. Molton
Andrew Dash
Mason Simpson
Seven Times Square
New York, NY 10036
Tel.: (212) 209-4800
Email: dmolton@brownrudnick.com
adash@brownrudnick.com
-and-

BEUS GILBERT PLLC
Leo R. Beus
Dennis K. Blackhurst
4800 North Scottsdale Road
Suite 600
Scottsdale, AZ 85251
Tel.: (480) 429-3000

*Attorneys for Plaintiffs*

Dated: New York, New York
June 13, 2012

MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

By: /s/ Judith L. Mogul
Judith L. Mogul
Gates S. Hurand
565 Fifth Avenue
New York, NY 10017
Tel.: (212) 856-9600
Email: jmogul@maglaw.com
ghurand@maglaw.com

*Attorneys for Defendant Robert Trosten*

IT IS SO ORDERED.

Dated: ~~New York, NY~~ Hackensack NJ
6/21, 2012

HON. RONALD J. HEDGES
SPECIAL MASTER