UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re REFCO INC. SECURITIES LITIGATION  :  Case No. 07-md-1902 (JSR)

-----------------------------------------------------------X
                    This Document Relates to:
-----------------------------------------------------------X
KENNETH M. KRYS, *et al.*                :
                                         :  Case No. 10-cv-3594 (JSR)
                                         :
                    Plaintiffs,          :
                                         :
        -against-                        :
                                         :
DEUTSCHE BANK SECURITIES INC., *et al.*, :
                                         :
                    Defendants.          :
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/12

## ORDER FOR ADMISSION *PRO HAC VICE* OF L. RICHARD WILLIAMS

Upon the motion of plaintiffs Kenneth M. Krys and Margot MacInnis as Joint Official Liquidators, Kenneth M. Krys and Margot MacInnis, as assignees of claims, and The Harbour Trust Co. Ltd. as Trustee of the SPhinX Trust ("Plaintiffs"), pursuant to Local Civil Rule 1.3(c), for the admission *pro hac vice* of L. Richard Williams in the above-captioned matter, the affirmation of David Molton in support thereof and the Affidavit of L. Richard Williams in support thereof;

**IT IS HEREBY ORDERED** that

>L. Richard Williams
>Beus Gilbert PLLC
>4800 North Scottsdale Road, Suite 6000
>Scottsdale, Arizona 85251
>Tel. (480) 429-3000
>Fax (480) 429-3100
>Email: rwilliams@beusgilbert.com

is admitted to practice *pro hac vice* as counsel for the Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before

this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: Hackensack, New Jersey
       June 21, 2012

                                              Special Master Hon. Ronald Hedges
                                                          USDJ