```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
                                      :      07 MDL 1902 (JSR)
                                      :      (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION     :
                                      :      <u>CASE MANAGEMENT ORDER #76</u>
                                      :
                                      :
                                      :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

   The Court has received the bills from the Special Masters for the month of June, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, on June 9, 2012. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account.

   SO ORDERED.

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 2, 2012

# RONALD J. HEDGES

# INVOICE AS OF JUNE 30, 2012

# IN RE REFCO SECURITIES LITIGATION

**HOURS INCURRED:**

May 31 – review of 502(d) order and forwarding same to Chambers (.25)

June 5-6 – review of motion papers on letters rogatory; attending to filing of same and of stipulation extending time to answer (1.0)

June 20-21 – attending to filing of orders, review of papers in Krys v. SR&Z discovery dispute, and communications w/re same (1.0)

**TOTAL HOURS INCURRED:** 2.25 @400.00/hr: $900.00

## EXPENSES INCURRED:

## May 16 -- Telephone charges re: deposition in Ireland = $27.84

## TOTAL EXPENSES INCURRED: $27.84

## TOTAL: $927.84

**Professor Daniel J. Capra**
**Special Master**

**Fordham Law School**
**140 West 62nd Street**
**New York, New York 10023**
dcapra@law.fordham.edu

July 1, 2012

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---:|
| June 1 — Kirschner GT summary judgment | 5.3 |
| June 6 — Kirschner GT summary judgment | 4.2 |
| June 7 — Kirschner GT summary judgment | 5.1 |
| June 8 — Kirschner GT summary judgment | 3.1 |
| June 9 — Kirschner GT summary judgment | 5.5 |
| June 10 — Kirschner GT summary judgment | 4.3 |
| June 13 — Kirschner GT summary judgment | 4.1 |
| June 14 — Kirschner GT summary judgment | 3.8 |
| June 15 — Kirschner GT summary judgment | 8.4 |
| June 16 — Kirschner GT summary judgment | 10.5 |
| June 24 — Feighery motion to dismiss in Krys v. Aaron, research | 1.5 |

**Total Hours**     55.8

        **Hours @ $500/hr.**

              **Total Bill ------**     $27,900.00