UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
:
In re REFCO, INC. SECURITIES LITIGATION :   07 MDL No. 1902 (JSR)
:
---------------------------------- x
:
This document relates to:               :
:                                           07 Civ. 8165 (JSR)
MARC S. KIRSCHNER,                      :
As Trustee of the Refco Private Actions Trust :
:                                           DECLARATION OF
Plaintiff,        :                         DAVID DOYLE IN SUPPORT OF
:                                           GRANT THORNTON LLP'S MOTION
-v-              :                          IN LIMINE TO EXCLUDE TESTIMONY
:                                           AND CLAIMS NOT SUPPORTED BY
PHILLIP R. BENNETT, SANTO C. MAGGIO,    :   PERSONAL KNOWLEDGE
ROBERT C. TROSTEN, MAYER BROWN,         :
LLP, MAYER BROWN INTERNATIONAL          :
LLP, and GRANT THORNTON LLP,            :
:
Defendants.      :
---------------------------------- x

David Doyle, an attorney with Winston & Strawn LLP and counsel for Grant Thornton LLP in the above captioned action, submits this Declaration in Support of Grant Thornton's Motion to Exclude Testimony and Claims Not Supported by Personal Knowledge. Under penalty of perjury, he declares as follows:

1. Attached hereto as Exhibit A is a true and correct copy of Docket No. 1313, Order Regarding FX Customer Deposition Discovery, filed November 29, 2011.

2. Attached hereto as Exhibit B is a true and correct copy of excerpts of the transcript of a November 11, 2011 hearing before Special Master Hedges.

3. Attached hereto as Exhibit C is a true and correct copy of the Refco Private Actions Trust Preliminary Witness List, served and dated June 1, 2012.

4.      Attached hereto as Exhibit D is a true and correct copy of excerpts of the transcript of the November 8, 2011 deposition of Raphael T. Wallander.

5.      Attached hereto as Exhibit E is a true and correct copy of excerpts of the transcript of the January 18, 2012 deposition of Walter Thomas Price III.

6.      Attached hereto as Exhibit F is a true and correct copy of excerpts of the transcript of the July 26, 2011 deposition of Craig Mawdsley.

7.      Attached hereto Exhibit G is a true and correct copy of excerpts of the transcript of the October 21, 2011 deposition of Nathanael Benzaken.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 8, 2012                                          /s/ David Doyle
                                                                  David Doyle

2