UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC S. KIRSCHNER, As Trustee of the Refco Private Actions Trust,<br><br>     Plaintiff,<br><br>    v.<br><br>PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER BROWN, LLP, MAYER BROWN INTERNATIONAL, LLP, and GRANT THORNTON LLP,<br><br>     Defendants. | 07 MDL 1902 (JSR)<br><br>07 Civ. 8165 (JSR) |

<u>**REFCO PRIVATE ACTIONS TRUST PRELIMINARY WITNESS LIST**</u>

Pursuant to the agreem ent between counsel fo r the parties, below are the witnesses, in alphabetical order, that Plaintiff Marc S. Kirschner, as Trustee of the Refco Private Actions Trust (the "Trustee"), currently expects to call at tr ial.  The Truste e expressly reserves the right to add or delete witnesses or o therwise modify this list.  Further, the Trustee r eserves the right to ca ll any witness on Grant Thornton LLP's witness list.

**<u>Witnesses that the Trustee Currently Expects to Call</u>**

| Name | Address | Live or Via Deposition Testimony |
|---|---|---|
| Benzaken, Nathanaël | c/o Robert Gottlieb<br>Jeff Friedman<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY 10022 | Live or Via Deposition Testimony |

| Name | Address | Live or Via Deposition Testimony |
|---|---|---|
| Breitman, Leo | c/o Greg A. Danilow<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Live or Via Deposition Testimony |
| Carmichael, Douglas R. | c/o Sascha N. Rand<br>Quinn Emanuel Urquhart & Sullivan LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | Live |
| Collura, Lisa M. | c/o Sascha N. Rand<br>Quinn Emanuel Urquhart & Sullivan LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | Live |
| Cutler, Linda | c/o Michael Krauss<br>Faegre Baker Daniels<br>90 S. Seventh Street, Suite 2200<br>Minneapolis, MN 55402 | Live or Via Deposition Testimony |
| DePiro, Valerie (Capstone) | Capstone Advisory Group<br>104 W. 40th Street, 16th Floor<br>New York, NY 10018 | Live |
| Dispenza, Stephen | c/o Henry Putzel<br>565 Fifth Avenue<br>New York, NY 10017 | Live |
| Donoghue, Mark (Former RCM Employee) | 513 Red Oak Drive,<br>Mandeville, LA 70471 | Live |
| Gantcher, Nathan | c/o Greg A. Danilow<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Live or Via Deposition Testimony |
| James, Peter | 919 Orchard Road<br>Red Bank, NJ 07701 | Live or Via Deposition Testimony |

| Name | Address | Live or Via Deposition Testimony |
|---|---|---|
| Kirschner, Marc S. | c/o Sascha N. Rand<br>Quinn Emanuel Urquhart & Sullivan LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | Live |
| Kraker, Vera | c/o Dominic F. Amorosa<br>521 Fifth Avenue, Suite 3300<br>New York, NY 10175 | Live |
| Lucas, Barbara | c/o Sascha N. Rand<br>Quinn Emanuel Urquhart & Sullivan LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | Live |
| Luttinger, Matthew | c/o Bruce R. Braun<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601 | Live |
| Maggio, Santo C. | Deceased | Deposition Testimony |
| Mawdsley, Craig | c/o Bruce G. Paulsen<br>Seward & Kissel, LLP<br>One Battery Park Plaza<br>New York, NY 10004 | Live or Via Deposition Testimony |
| McCarthy, Frank | c/o Kristina L. Carson<br>Dorsey & Whitney LLP<br>50 S. Sixth Street, Suite 1500<br>Minneapolis, MN 55402 | Live or Via Deposition Testimony |
| O'Kelley, Ronald | c/o Greg A. Danilow<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Live or Via Deposition Testimony |
| Patanella, Michael | c/o Bruce R. Braun<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601 | Live |

| Name | Address | Live or Via Deposition Testimony |
| --- | --- | --- |
| Price III, Walter T. | c/o James A. McGurk<br>10 S. LaSalle Street, Suite 3300<br>Chicago, Illinois 60603 | Live or Via Deposition Testimony |
| Ramler, Mark | c/o Bruce R. Braun<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601 | Live |
| Sevilleja, Carlos | c/o Thomas J. Hall<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 | Live or Via Deposition Testimony |
| Shaked, Israel | c/o Sascha N. Rand<br>Quinn Emanuel Urquhart & Sullivan LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | Live |
| Trosten, Robert | c/o Judith Mogul<br>Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.<br>565 Fifth Avenue<br>New York, NY 10017 | Live or Via Deposition Testimony |
| Wallander, Raphael | Wayzata Investment Partners<br>701 East Lake Street, Suite 300<br>Wayzata, MN 55391 | Live or Via Deposition Testimony |