UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
IN RE: REFCO SECURITIES LITIGATION       :   07 MDL 1902 (JSR)
:
------------------------------------------------------------X

------------------------------------------------------------X
:
KENNETH M. KRYS, et al.                  :   08 Civ. 7416 (JSR)
:
                    Plaintiffs,          :
                                         :   **SUBSTITUTION OF**
        -against-                        :   **ATTORNEY**
                                         :
                                         :
ROBERT AARON, et al.,                    :
                                         :
                    Defendants.          :
------------------------------------------------------------X

The undersigned hereby consent to the substitution of the firm of DLA PIPER LLP (US), 300 Campus Drive, Suite 100, Florham Park, New Jersey 07932 as attorneys for ROBERT AARON in the above-captioned action, in place and stead of LOWENSTEIN SANDLER P.C., 1251 Avenue of Americas, New York, New York 10020. This consent to Substitution of Attorney may be executed in counterparts, and copies of signatures shall suffice as originals.

Dated: July 10, 2012

LOWENSTEIN SANDLER P.C.            DLA PIPER LLP (US)
1251 Avenue of Americas            300 Campus Drive, Suite 100
New York, New York 10020           Florham Park, New Jersey 07932
Tel:   (212) 262-6700              Tel:   (973) 520-2561

By: _____          By: _____
    Donald A. Corbett                  B. John Pendleton, Jr
    Withdrawing Attorneys              Superceding Attorneys

EAST\49427396.1