UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
IN RE REFCO, INC. SECURITIES
LITIGATION        Plaintiff,

Case No. 07-MDL-1902

-against-

Defendant.
------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending          ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Lori A. Martin**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: LM7125        My State Bar Number is: 2495638

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: WILMER CUTLER PICKERING HALE AND DORR LLP
            FIRM ADDRESS: 399 PARK AVENUE, NEW YORK, NEW YORK, 10022
            FIRM TELEPHONE NUMBER: 212-230-8800
            FIRM FAX NUMBER: 212-230-8888

NEW FIRM:   FIRM NAME: WILMER CUTLER PICKERING HALE AND DORR LLP
            FIRM ADDRESS: 7 WORLD TRADE CENTER, NEW YORK, NY 10007
            FIRM TELEPHONE NUMBER: 212-230-8800
            FIRM FAX NUMBER: 212-230-8888

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: JULY 11, 2012                    /S/ LORI MARTIN
                                        ATTORNEY'S SIGNATURE