UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x
:
:
In re REFCO, INC. SECURITIES LITIGATION     : Case No. 07-md-1902 (JSR)
:
:
---------------------------------------------x
---------------------------------------------x
:
KENNETH M. KRYS, et. al.,                    :
:                                             Case No. 08-cv-3065 (JSR)
          Plaintiffs,                        : Case No. 08-cv-3086 (JSR)
:
     v.                                      :
:                                             **ORDER EXTENDING**
CHRISTOPHER SUGRUE, et. al.,                 : **CERTAIN EXPERT**
:                                             **DEADLINES**
          Defendants.                        :
:
---------------------------------------------x

SPECIAL MASTER RONALD J. HEDGES, hereby orders as follows:

   1.   Defendants Kavanagh and Owens may serve expert reports by October 15, 2012.

   2.   Plaintiffs shall have until October 31, 2012 to depose any experts identified in any expert reports served by defendants Kavanagh and Owens.

SO ORDERED this 12th day of July, 2012

_____
HON. RONALD HEDGES
SPECIAL MASTER