UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

In re Refco, Inc. Securities Litigation          Plaintiff,                    Case No. 07-MDL-1902

-against-

                                                                Defendant.
------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Jeremy Winer_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JW8823          My State Bar Number is: 4228888

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Wilmer Cutler Pickering Hale and Dorr LLP
             FIRM ADDRESS: 399 Park Avenue, New York, NY 10022
             FIRM TELEPHONE NUMBER: 212 230 8800
             FIRM FAX NUMBER: 212 230 8888

NEW FIRM:    FIRM NAME: Wilmer Cutler Pickering Hale and Dorr LLP
             FIRM ADDRESS: 7 World Trade Center, New York, NY 10007
             FIRM TELEPHONE NUMBER: 212- 230-8800
             FIRM FAX NUMBER: 212-230-8888

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 12, 2012                          s/ Jeremy Winer
                                              _____
                                              ATTORNEY'S SIGNATURE