```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
IN RE REFCO SECURITIES LITIGATION    :      07 MDL 1902 (JSR)
                                     :
------------------------------------ x
------------------------------------ x
KENNETH M. KRYS, et al.,             :
                                     :
            Plaintiffs,              :      08 Civ. 3065 (JSR)
                                     :      08 Civ. 3086 (JSR)
      -v-                            :
                                     :      ORDER
CHRISTOPHER SUGRUE, et al.,          :
                                     :
            Defendants.              :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

On February 10, 2012, Special Master Daniel J. Capra issued a Report and Recommendation in the above-captioned cases recommending that the Court grant the motions to dismiss of defendants Ingram Micro, Inc. and its subsidiary CIM Ventures, Inc. (collectively "the Ingram Defendants") and Liberty Corner Capital Strategies LLC and William T. Pigott, the sole owner of Liberty Corner (collectively "the Liberty Corner Defendants"). After the plaintiffs timely submitted their objections to the report and recommendation and defendants responded thereto, the Court considered the entire matter de novo. Having done so, and for reasons that will be explained in a forthcoming written opinion, the Court finds itself in agreement with the Special Master's conclusion that plaintiffs' claims against defendants should be dismissed, with prejudice. Final judgment, however, will not issue until the Court issues its written opinion

giving the reasons for this ruling.  Meanwhile, all further discovery and proceedings related to these defendants are hereby stayed.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 17, 2012

2