UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
IN RE REFCO SECURITIES LITIGATION     :     07 MDL 1902 (JSR)
                                      :
------------------------------------- x
------------------------------------- x
KENNETH M. KRYS, et al.,              :
                                      :
            Plaintiffs,               :     11 Civ. 1486 (JSR)
                                      :
            -v-                       :     ORDER
                                      :
SCHULTE ROTH & ZABEL LLP,             :
                                      :
            Defendant.                :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

On April 9, 2012, Special Master Daniel J. Capra issued a Report and Recommendation on the Motion to Dismiss Brought by Schulte Roth & Zabel LLP, recommending that defendant's motion be granted in part and denied in part. Plaintiffs and defendant timely filed their objections to the Report and Recommendation and their responses thereto, and the Court heard oral argument on the parties' objections on May 30, 2012. Having now considered the entire matter de novo, the Court, for reasons that will be explained in a forthcoming written opinion, the Court disagrees in part with the Special Master's Report and Recommendation and concludes that plaintiffs' claims against defendant should be dismissed, with prejudice. Final judgment, however, will not issue until the Court issues its written opinion setting forth the reasons for this ruling. Meanwhile, all further discovery and proceedings in this case are hereby stayed.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 17, 2012