# In The Matter Of:

*MARC S. KIRSCHNER, et al.*

*v.*

*PHILLIP R. BENNETT, et al.*

_____

*STEPHEN C. DISPENZA - Vol. 1*

*July 19, 2011*

_____

**MERRILL CORPORATION**

**LegaLink, Inc.**

225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

STEPHEN C. DISPENZA - 7/19/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
 In re REFCO, INC. SECURITIES
    LITIGATION
                          07-MDL-1902
-----------------------------------x
  This Document Relates To:

MARC S. KIRSCHNER,as Trustee of
the Refco Private Actions Trust,

                        Plaintiff,
       -vs-             07 CIV 8165 (JSR)

PHILLIP R. BENNETT, SANTO C. MAGGIO,
ROBERT C. TROSTEN, MAYER BROWN LLP,
MAYER BROWN INTERNATIONAL LLP, and
GRANT THORNTON LLP,
                        Defendants.
-----------------------------------x
GRANT THORNTON LLP,
        Defendant/Third Plaintiff,

        -vs-

THOMAS H. LEE PARTNERS, L.P.;
THL EQUITY ADVISORS V, LLC;
THL MANAGERS V, LLC;
THOMAS H. LEE EQUITY FUND V, L.P.
THOMAS H. LEE PARALLEL FUND V, L.P.,
THOMAS H. LEE EQUITY (CAYMAN) FUND V,
L.P., THOMAS H. LEE; DAVID V. HARKINS;
SCOTT L. JAECKEL; and SCOTT A SCHOEN,

        Third-party Defendants.

-----------------------------------x
                        July 19, 2011
                        9:09 a.m.


WITNESS: STEPHEN C. DISPENZA

STEPHEN C. DISPENZA - 7/19/2011

Page 34

STEPHEN C. DISPENZA

```
09:39:26  2      Q.    Who was that?
09:39:27  3      A.    Gary Weiss.
09:39:28  4      Q.    Was that the CEO of Refco FX
09:39:37  5  Associates Limited?
09:39:37  6      A.    I don't recall what his title, I
09:39:39  7  don't recall for which entity he was the CEO.
09:39:41  8      Q.    You just knew him as the CEO?
09:39:43  9      A.    He was the boss of Bermuda.
09:39:46 10      Q.    So he was the head of the Bermuda
09:39:48 11  operations?
09:39:49 12      A.    That's correct.
09:39:49 13      Q.    Did at some point you consider
09:39:58 14  yourself to be the head of the FX trading
09:40:03 15  business in Bermuda?
09:40:06 16      A.    I considered myself to be the
09:40:08 17  most senior person responsible for the FX
09:40:12 18  business in Bermuda.
09:40:13 19      Q.    During what time frame?
09:40:27 20      A.    I don't recall the date, but it
09:40:29 21  was -- it would be following the departure of
09:40:34 22  who was at the time the head of Bermuda.  I
09:40:39 23  don't recall the year he left.
09:40:40 24      Q.    Who was that?
09:40:41 25      A.    Barry Fetner.
```

Page 35

STEPHEN C. DISPENZA

```
09:40:46  2      Q.    So after Mr. Fetner left you were
09:40:48  3  the senior most person responsible for the FX
09:40:52  4  trading business in Bermuda?
09:40:55  5      A.    In Bermuda, yes.
09:41:03  6      Q.    How large was the operation in
09:41:05  7  Bermuda, in terms of number of employees?
09:41:11  8      A.    When?  Could you be more specific
09:41:13  9  about what years?
09:41:14 10      Q.    Well, why don't you explain to me
09:41:17 11  how the office grew.
09:41:19 12      A.    The office grew and the office
09:41:21 13  shrank during the course of the eight years I
09:41:22 14  was there.  I would say we were as small as 10
09:41:24 15  and as large as 30.
09:41:28 16      Q.    When you left in 2001 how large
09:41:30 17  was the office?
09:41:31 18      A.    Twelve.
09:41:37 19      Q.    What circumstances led to your
09:41:40 20  departing Bermuda in 2001?
09:41:43 21      A.    A repatriate -- the firm decided
09:41:47 22  to repatriate the operations to the United
09:41:59 23  States.
09:41:59 24      Q.    When exactly did you leave
09:42:01 25  Bermuda?
```

Page 36

STEPHEN C. DISPENZA

```
09:42:06  2      A.    Can you be more specific; me
09:42:08  3  personally?
09:42:08  4      Q.    Yes.
09:42:09  5      A.    Or the operation?
09:42:10  6      Q.    You.
09:42:11  7      A.    My last -- I closed the door to
09:42:16  8  that office in January, the first week of
09:42:18  9  January 2002.
09:42:24 10      Q.    Is that when you returned to New
09:42:26 11  York?
09:42:31 12      A.    I returned earlier to New York,
09:42:34 13  but because our offices were operated in New
09:42:37 14  York out of the World Financial Center and
09:42:40 15  following the bombing of the Trade Center, we
09:42:43 16  couldn't move everything back to New York when
09:42:44 17  I wanted to.  So, I left some of it in Bermuda
09:42:49 18  to maintain the operation along with our
09:42:51 19  operations in Chicago.
09:42:54 20      I don't know if that answers your
09:42:55 21  question.  It is a gray area of the exact date
09:42:57 22  back because of that event.
09:42:59 23      Q.    Understood.  Back in 2001, can
09:43:06 24  you describe for me all of the offices that
09:43:10 25  Refco had where it conducted FX trading?
```

Page 37

STEPHEN C. DISPENZA

```
09:43:20  2      A.    Conducted FX trading, could you
09:43:23  3  be more specific where, what do you mean
09:43:25  4  conducted FX trading?
09:43:27  5      Q.    Where it had employees that
09:43:28  6  facilitated it.
09:43:30  7      A.    Okay.  In the United States that
09:43:32  8  would be New York and Chicago.  In Canada it
09:43:37  9  would be Montreal, Toronto.  In Europe it would
09:43:43 10  be London, Geneva.
09:43:51 11      In Bermuda in 2001 until we
09:43:56 12  departed.  In Asia it would be Hong Kong,
09:44:02 13  Singapore, Tokyo.  I think I've got them.  I
09:44:11 14  think that's all of them.
09:44:12 15      Q.    Refco had employees in all those
09:44:14 16  locations?
09:44:14 17      A.    Yes.
09:44:15 18      Q.    Were those employees employees of
09:44:19 19  Refco Capital Markets, which we'll refer to as
09:44:22 20  RCM in this deposition?
09:44:26 21      A.    I can't speak to whether they
09:44:28 22  were employees of Refco Capital Markets because
09:44:32 23  even the people that worked for Capital Markets
09:44:35 24  weren't necessarily employed by Capital
09:44:38 25  Markets.  So I don't know the answer to that
```

10  (Pages 34 to 37)

fcbddd3b-67b9-4d9d-b4fd-593b91083629

STEPHEN C. DISPENZA - 7/19/2011

Page 254

STEPHEN C. DISPENZA

1

15:21:49 2    Q.   Did it house some of them?
15:21:53 3    A.   I can't answer that with
15:21:55 4 confidence.
15:22:01 5    Q.   We're done with that.  Thank you.
15:22:03 6        MR. PUTZEL:  Before we --
15:22:14 7        MR. KARLAN:  Did I make a mistake?
15:22:20 8 I assume you are not writing him a note.
15:22:23 9        MR. PUTZEL:  I am not writing him a
15:22:25 10 note.  If he needs to correct testimony,
15:22:27 11 I'd rather he do it now.
15:22:29 12        MR. KARLAN:  I agree. Do you want
15:22:31 13 to take a break and talk to him?
15:22:33 14        MR. PUTZEL:  I think it might make
15:22:34 15 sense.  Let's go off the record if we may.
15:22:36 16        VIDEOGRAPHER:  Going off the record
15:22:37 17 3:22.
15:23:27 18        (Recess taken.)
15:31:31 19        VIDEOGRAPHER:  Returning to the
15:32:07 20 record at 3:31.
15:32:10 21        MR. PUTZEL:  Mr. Karlan, Mr.
15:32:11 22 Dispenza would like to clarify a previous
15:32:14 23 or maybe even correct previous testimony.
15:32:17 24 EXAMINATION CONDUCTED BY MR. KARLAN
15:32:19 25    Q.   Have at it.  Tell us which

Page 255

STEPHEN C. DISPENZA

1

15:32:21 2 numbers we're looking at.
15:32:23 3    A.   Kraker 1419.
15:32:32 4    Q.   Okay.
15:32:35 5        MR. RAND:  As well as what was
15:32:37 6 marked today as 3171.
15:32:41 7    A.   So, just to clarify, it's easy
15:32:44 8 for me to identify a securities account versus
15:32:47 9 an FX account based on the format the document
15:32:50 10 is generated in, because I know what systems
15:32:53 11 were generating the FX statements versus
15:32:57 12 securities statements.
15:32:58 13        So Kraker Exhibit 1419 is in the
15:33:02 14 securities format, generated by a securities
15:33:05 15 system.
15:33:06 16    Q.   Okay.
15:33:06 17    A.   And the other document, 3171 is a
15:33:10 18 foreign exchange document generated by the
15:33:12 19 foreign exchange back office system.
15:33:16 20        Now the confusion about the
15:33:18 21 address is the physical mailing address of
15:33:21 22 Refco Capital Markets I recall continued to be
15:33:25 23 Bermuda, even though we no longer had a
15:33:28 24 physical presence there.
15:33:29 25        So any correspondence with

Page 256

STEPHEN C. DISPENZA

1

15:33:30 2 customers, even if they were Capital Markets
15:33:33 3 customers included the care of Refco Securities
15:33:37 4 address of 200 Liberty Street in New York, the
15:33:40 5 One World Financial Center so that somebody
15:33:43 6 could address the correspondence because had it
15:33:45 7 been sent to the Bermuda address, it would just
15:33:48 8 end up on a lawyer's desk for which they
15:33:51 9 wouldn't know what to do with it.
15:33:52 10        So, I recall us including the
15:33:55 11 care of Refco Securities, World Financial
15:33:59 12 Center address on Capital Markets
15:34:00 13 correspondence.
15:34:19 14        MR. FIRSENBAUM:  Off the record.
15:34:21 15        VIDEOGRAPHER:  Going off the record
15:34:23 16 at 2:33.
15:35:33 17        (Recess taken.)
15:35:34 18        VIDEOGRAPHER:  Returning to the
15:35:45 19 record at 3:35.
15:35:54 20 EXAMINATION CONDUCTED BY MR. KARLAN
15:35:56 21    Q.   So 3171 you're able to say is a
15:35:59 22 statement for an FX account?
15:36:00 23    A.   Yes.
15:36:03 24    Q.   And 1419 you're able to say is a
15:36:05 25 statement for a securities account? For

Page 257

STEPHEN C. DISPENZA

1

15:36:13 2 something other than --
15:36:14 3    A.   I am saying to say it is not an
15:36:15 4 FX statement.
15:36:16 5    Q.   But your ability to distinguish
15:36:20 6 between the two does not derive, am I right,
15:36:23 7 from the fact that 1419 says care of Refco
15:36:28 8 Securities LLC, because they both say that; am
15:36:31 9 I right?
15:36:31 10    A.   I would agree with that.
15:36:33 11    Q.   Okay.  Thank you, sir.
15:36:38 12        So, is it just the look, the
15:36:42 13 visual look of each of the two that tells you
15:36:46 14 which is which?
15:36:46 15    A.   In this case, yes, but the answer
15:36:48 16 to that question is no.  Because if there was
15:36:50 17 trading in this account 1419 --
15:36:55 18    Q.   Yes, sir.
15:36:55 19    A.   -- that represented products
15:36:57 20 other than foreign exchange --
15:36:59 21    Q.   Yes, sir.
15:36:59 22    A.   -- I would know it wouldn't be a
15:37:01 23 foreign exchange account because you couldn't
15:37:03 24 trade anything but FX and of course gold and
15:37:06 25 silver, platinum and palladium in an FX

65 (Pages 254 to 257)

fcbddd3b-67b9-4d9d-b4fd-593b91083629