CONFIDENTIAL

```
                                              Date      09/30/05              01 USA
                                              Customer  JWH GLOBAL TRUST   (93317   )
REFCO CAPITAL MARKETS, LTD.                   Account ID  9399
C/O REFCO SECURITIES, LLC
200 LIBERTY ST
NY, NY, 10281
```

**REFCO**

                         CUSTOMER STATEMENT

Enclosed please find the customer statement covering the period from 09/01/05 thru 09/30/05.
Please advise within 10 business days if any portion of this statement is incorrect.

Equity Account Value & Table of Contents   (The figures here are the sum totals of
all currency equity calculations inclusive of collateral)

| Currency Account | Currency Value | Conv. Rate | Value in US Dollar | Page | Euro Rate | Value in Euros |
|---|---:|---:|---:|---:|---:|---:|
| Canadian Dollar | 0.00 | 1.162800 | 0.00 | 3 | | |
| Swiss Franc | 0.00 | 1.294350 | 0.00 | 4 | | |
| Euro | 0.00 | 1.202200 | 0.00 | 6 | 1.000000 | |
| British Pound | 0.00 | 1.763850 | 0.00 | 8 | | |
| Japanese Yen | -4.00 | 113.495000 | -0.04 | 10 | | |
| U.S. Dollar | 26,587,511.76 | 1.000000 | 26,587,511.76 | 13 | | |

Period ending balance                                    26,587,511.72   Total Euro & Equiv      0.00

                                Mail To:

                                CIS INVESTMENTS INC.
                                JWH GLOBAL TRUST
                                233 S. WACKER DRIVE
                                SUITE 2300
                                CHICAGO, IL 60606



EXHIBIT 3171
WIT: DiSpenza
DATE: 3/19/11
T.M. PASTOR, RPR, CLR

REFCO-S-0600727

CONFIDENTIAL

REFCO CAPITAL MARKETS, LTD.
C/O REFCO SECURITIES, LLC
200 LIBERTY ST
NY, NY, 10281

JWH GLOBAL TRUST
CIS INVESTMENTS INC.
JWH GLOBAL TRUST
233 S. WACKER DRIVE
SUITE 2300
CHICAGO, IL 60606

| | |
|---|---|
| Date | 09/30/05 |
| Customer | JWH GLOBAL TRUST |
| Account ID | 9399 |

01 USA

(93317  )

**REFCO**

CUSTOMER STATEMENT                           Base currency Inf:Information                      Page    2

Dear Customer:

As part of our internal audit, we would like to confirm that your account with us currently operates within the framework of the following provisions:
1. That current account authorization documentation held on file remains in full force and effect. Any changes in such authorization should be advised to us promptly
2. Refco maintains a general lien on, and in, any and all credit balances, securities, options, and all other property of whatsoever kind belonging to you (or any of your affiliates) or in which you (or any of your affiliates) may have an interest which is being held by Refco and/or its affiliates or carried for the account of you (or any of your affiliates), for discharge of obligations (including unmatured and contingent obligations) however arising and without regard to whether Refco has made advances with respect to such property. At any time and from time to time Refco, in its sole discretion and without notice, may apply and transfer any securities, contracts relating thereto, cash or any other property therein, interchangeably between accounts of you (or any of your affiliates) to cover margin deficiencies or debit balances in accounts maintained for you or any of your affiliates.
3. Funds or property which are transferred from any regulated futures accounts held at Refco, Inc. to accounts held at Refco, will be used to meet specific margin requirements or debit balances as they relate to specific foreign exchange trading activity.
4. Refco does not segregate any collateral or other property deposited with it. Refco's transactions with you are executed in the interbank foreign exchange market and these transactions are not subject to the U.S. Commodity Exchange Act. Accordingly, the segregation requirements of that Act are inapplicable, even with respect to funds or property transferred from Refco, Inc.
5. Refco Capital Markets, Ltd. acts as correspondent clearing broker for Refco Capital Markets International Services, Ltd., who executes all foreign exchange transactions as principal.

We would like to take this opportunity to thank you for your ongoing support and look forward to a continuation of our mutually beneficial relationship in the coming months.

Sincerely,
REFCO

```
************************************************************************************************************************
** To Our Valued Customers:                                                                                             **
**                                                                                                                      **
** As you are aware, Refco has enhanced the quality of its operations, compliance and technology over the past year.  In order to insure a high quality of service **
** to our clients, its has become necessary to institute a per ticket "handling" charge.                                **
**                                                                                                                      **
** Effective November 1, 2001, Refco Capital Markets Ltd, and Refco FX Associates, will institute a $7.50 handling charge for all non-online transactions and **
** online transactions of less than $250,000.  A $5.00 handling charge will be instituted for all online transactions of $250,000 and over.                   **
**                                                                                                                      **
** Refco does not trade for its own account, but acts as a broker in principal.  Spreads have thinned, as price transparency has become more prevalent, therefore, **
** the decision to institute this charge.                                                                               **
**                                                                                                                      **
** Please feel free to contact your Refco Account Representative if you have any questions. We look forward to continuing our mutually prosperous relationship, **
** and we thank you for your support.                                                                                   **
**                                                                                                                      **
** Refco Capital Markets, Ltd.                                                                                          **
** Refco FX Associates                                                                                                  **
************************************************************************************************************************
```

REFCO-S-0600728

```
REFCO CAPITAL MARKETS, LTD.           JWH GLOBAL TRUST              Date        09/30/05                    01 USA
C/O REFCO SECURITIES, LLC             CIS INVESTMENTS INC.
200 LIBERTY ST                        JWH GLOBAL TRUST              Customer    JWH GLOBAL TRUST            (93317    )
NY, NY, 10281                         233 S. WACKER DRIVE
                                      SUITE 2300                    Account ID  9399
                                      CHICAGO, IL 60606
```

CUSTOMER STATEMENT                                                        Base currency CAD:Canadian Dollar            Page    3

TRADING ACCOUNT ACTIVITY

| Value Dt | Trade Dt | B/S | Units | Commodity | Description | Price/Yield | Sequence | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/05 | | | | | Opening balance | | | | | 0.00 |
| 09/21/05 | 06/10/05 | SEL | 30,009,136.35 | U.S. Dollar | Physical settlement(Rollover) | 1.249843 | 4201477.00 | | 37,506,709.00 | 37,506,709.00 CR |
| 09/21/05 | 06/27/05 | SEL | 28,061,460.92 | U.S. Dollar | Physical settlement | 1.230050 | 4193690.00 | | 34,517,000.00 | 72,023,709.00 CR |
| 09/21/05 | 06/30/05 | BUY | 2,021,296.01 | U.S. Dollar | Physical settlement | 1.225441 | 4194011.00 | 2,476,979.00 | | 69,546,730.00 CR |
| 09/21/05 | 06/30/05 | BUY | 1,921,533.83 | U.S. Dollar | Physical settlement | 1.225063 | 4195635.00 | 2,354,000.00 | | 67,192,730.00 CR |
| 09/21/05 | 07/29/05 | BUY | 27,664,935.68 | U.S. Dollar | Physical settlement | 1.229934 | 4187950.00 | 34,026,045.00 | | 33,166,685.00 CR |
| 09/21/05 | 08/01/05 | BUY | 825,212.23 | U.S. Dollar | Physical settlement | 1.216275 | 4193503.00 | 1,003,685.00 | | 32,163,000.00 CR |
| 09/21/05 | 08/01/05 | BUY | 26,428,644.80 | U.S. Dollar | Physical settlement | 1.216975 | 4193570.00 | 32,163,000.00 | | 0.00 |

Account Summary for Canadian Dollar

|  | Currency Value | Euro Value |
|---|---|---|
| Beginning Cash Balance | 0.00 | |
| Net Cash Deposits/Withdrawals | 0.00 | |
| Net Settlements | 0.00 | |
| Adjustments/Interest | 0.00 | |
| Commission | 0.00 | |
| Option Premium | 0.00 | |
| Ending Cash Balance | 0.00 | |
| Ending Net Interest | 0.00 | |
| Unrealized Gain/Loss on Open Forwards | 0.00 | |
| Market value of Open OTC Options | 0.00 | |
| Pending Settlement on OTC Options | 0.00 | |
| Accrued Financing | 0.00 | |
| Total Account Value (CAD) | 0.00 | |

CONFIDENTIAL

REFCO CAPITAL MARKETS, LTD.
C/O REFCO SECURITIES, LLC
200 LIBERTY ST
NY, NY, 10281

JWH GLOBAL TRUST
CIS INVESTMENTS INC.
JWH GLOBAL TRUST
233 S. WACKER DRIVE
SUITE 2300
CHICAGO, IL 60606

Date 09/30/05   01 USA
Customer JWH GLOBAL TRUST   (93317  )
Account ID 9399

**REFCO**

CUSTOMER STATEMENT                              Base currency CHF:Swiss Franc                Page    4

TRADING ACCOUNT ACTIVITY

| Value Dt | Trade Dt | B/S | Units | Commodity | Description | Price/Yield | Sequence | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/05 | | | | | Opening balance | | | | | 0.00 |
| 09/21/05 | 06/10/05 | BUY | 38,131,676.46 | U.S. Dollar | Physical settlement(Rollover) | 1.244110 | 4194548.00 | 47,440,000.00 | | 47,440,000.00 DR |
| 09/21/05 | 06/30/05 | SEL | 3,722,366.33 | U.S. Dollar | Physical settlement | 1.276070 | 4194907.00 | | 4,750,000.00 | 42,690,000.00 DR |
| 09/21/05 | 08/01/05 | SEL | 33,418,373.14 | U.S. Dollar | Physical settlement | 1.277441 | 4187500.00 | | 42,690,000.00 | 0.00 |

Account Summary for Swiss Franc

|  | Currency Value | Euro Value |
|---|---|---|
| Beginning Cash Balance | 0.00 | |
| Net Cash Deposits/Withdrawals | 0.00 | |
| Net Settlements | 0.00 | |
| Adjustments/Interest | 0.00 | |
| Commission | 0.00 | |
| Option Premium | 0.00 | |
| Ending Cash Balance | 0.00 | |
| Ending Net Interest | 0.00 | |
| Unrealized Gain/Loss on Open Forwards | 0.00 | |
| Market value of Open OTC Options | 0.00 | |
| Pending Settlement on OTC Options | 0.00 | |
| Accrued Financing | 0.00 | |
| Total Account Value (CHF) | 0.00 | |

REFCO-S-0600730

CONFIDENTIAL

REFCO CAPITAL MARKETS, LTD.
C/O REFCO SECURITIES, LLC
200 LIBERTY ST
NY, NY, 10281

JWH GLOBAL TRUST
CIS INVESTMENTS INC.
JWH GLOBAL TRUST
233 S. WACKER DRIVE
SUITE 2300
CHICAGO, IL 60606

Date       09/30/05                01 USA
Customer   JWH GLOBAL TRUST        (93317  )
Account ID 9399

**REFCO**

CUSTOMER STATEMENT                              Base currency EUR:Euro                    Page    5

TRADING ACCOUNT ACTIVITY

| Value Dt | Trade Dt | B/S | Units | Commodity | Description | Price/Yield | Sequence | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/05 | | | | | Opening balance | | | | | 0.00 |
| 09/21/05 | 06/10/05 | BUY | 68,100,760.26 | U.S. Dollar | Physical settlement(Rollover) | 1.227970 | 4188450.00 | 55,458,000.00 | | 55,458,000.00 DR |
| 09/21/05 | 06/10/05 | BUY | 97,475,030.63 | U.S. Dollar | Physical settlement(Rollover) | 1.227970 | 4194631.00 | 79,379,000.00 | | 134,837,000.00 DR |
| 09/21/05 | 06/10/05 | BUY | 92,803,832.75 | U.S. Dollar | Physical settlement(Rollover) | 1.227970 | 4201102.00 | 75,575,000.00 | | 210,412,000.00 DR |
| 09/21/05 | 06/10/05 | BUY | 30,009,130.86 | U.S. Dollar | Physical settlement(Rollover) | 1.227970 | 4201482.00 | 24,438,000.00 | | 234,850,000.00 DR |
| 09/21/05 | 06/30/05 | SEL | 6,248,192.86 | U.S. Dollar | Physical settlement | 1.212535 | 4193979.00 | | 5,153,000.00 | 229,697,000.00 DR |
| 09/21/05 | 06/30/05 | SEL | 2,021,295.85 | U.S. Dollar | Physical settlement | 1.212535 | 4194007.00 | | 1,667,000.00 | 228,030,000.00 DR |
| 09/21/05 | 06/30/05 | SEL | 4,585,807.37 | U.S. Dollar | Physical settlement | 1.212535 | 4194078.00 | | 3,782,000.00 | 224,248,000.00 DR |
| 09/21/05 | 06/30/05 | SEL | 9,181,315.02 | U.S. Dollar | Physical settlement | 1.212535 | 4194107.00 | | 7,572,000.00 | 216,676,000.00 DR |
| 09/21/05 | 07/01/05 | SEL | 49,759,806.14 | U.S. Dollar | Physical settlement | 1.212530 | 4191750.00 | | 41,038,000.00 | 175,638,000.00 DR |
| 09/21/05 | 07/06/05 | SEL | 55,420,729.69 | U.S. Dollar | Physical settlement | 1.197173 | 4185318.00 | | 46,293,000.00 | 129,345,000.00 DR |
| 09/21/05 | 07/13/05 | SEL | 71,809,871.88 | U.S. Dollar | Physical settlement | 1.221755 | 4205688.00 | | 58,776,000.00 | 70,569,000.00 DR |
| 09/21/05 | 07/19/05 | SEL | 68,648,076.93 | U.S. Dollar | Physical settlement | 1.200855 | 4192235.00 | | 57,166,000.00 | 13,403,000.00 DR |
| 09/21/05 | 07/21/05 | SEL | 66,815,826.00 | U.S. Dollar | Physical settlement | 1.218000 | 4196596.00 | | 54,857,000.00 | 41,454,000.00 CR |
| 09/21/05 | 07/29/05 | SEL | 27,664,943.32 | U.S. Dollar | Physical settlement | 1.214920 | 4187967.00 | | 22,771,000.00 | 64,225,000.00 CR |
| 09/21/05 | 08/01/05 | BUY | 67,136,410.31 | U.S. Dollar | Physical settlement | 1.223844 | 4187561.00 | 54,857,000.00 | | 9,368,000.00 CR |
| 09/21/05 | 08/01/05 | BUY | 35,971,222.85 | U.S. Dollar | Physical settlement | 1.223844 | 4193549.00 | 29,392,000.00 | | 20,024,000.00 DR |
| 09/21/05 | 08/01/05 | SEL | 24,436,909.14 | U.S. Dollar | Physical settlement | 1.220381 | 4193567.00 | | 20,024,000.00 | 0.00 |

CONFIDENTIAL

```
REFCO CAPITAL MARKETS, LTD.      JWH GLOBAL TRUST           Date      09/30/05              01 USA
C/O REFCO SECURITIES, LLC        CIS INVESTMENTS INC.
200 LIBERTY ST                   JWH GLOBAL TRUST           Customer  JWH GLOBAL TRUST      (93317  )
NY, NY, 10281                    233 S. WACKER DRIVE
                                 SUITE 2300                 Account ID   9399
                                 CHICAGO, IL 60606
```

**REFCO**

CUSTOMER STATEMENT                                            Base currency EUR:Euro                Page    6

Account Summary for Euro

(Euro Conversion Rate = 1.000000)

|  | Currency Value | Euro Value |
|---|---:|---:|
| Beginning Cash Balance | 0.00 | 0.00 |
| Net Cash Deposits/Withdrawals | 0.00 | 0.00 |
| Net Settlements | 0.00 | 0.00 |
| Adjustments/Interest | 0.00 | 0.00 |
| Commission | 0.00 | 0.00 |
| Option Premium | 0.00 | 0.00 |
| Ending Cash Balance | 0.00 | 0.00 |
| Ending Net Interest | 0.00 | 0.00 |
| Unrealized Gain/Loss on Open Forwards | 0.00 | 0.00 |
| Market value of Open OTC Options | 0.00 | 0.00 |
| Pending Settlement on OTC Options | 0.00 | 0.00 |
| Accrued Financing | 0.00 | 0.00 |
| Total Account Value (EUR) | 0.00 | 0.00 |

CONFIDENTIAL

```
REFCO CAPITAL MARKETS, LTD.
C/O REFCO SECURITIES, LLC
200 LIBERTY ST
NY, NY, 10281
```

```
JWH GLOBAL TRUST
CIS INVESTMENTS INC.
JWH GLOBAL TRUST
233 S. WACKER DRIVE
SUITE 2300
CHICAGO, IL 60606
```

Date       09/30/05                              01 USA
Customer   JWH GLOBAL TRUST         (93317   )
Account ID   9399

**REFCO**

CUSTOMER STATEMENT                              Base currency GBP:British Pound          Page    7

TRADING ACCOUNT ACTIVITY

| Value Dt | Trade Dt | B/S | Units | Commodity | Description | Price/Yield | Sequence | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/05 | | | | | Opening balance | | | | | 0.00 |
| 09/21/05 | 06/10/05 | BUY | 46,274,716.32 | U.S. Dollar | Physical settlement(Rollover) | 1.817760 | 4200921.00 | 25,457,000.00 | | 25,457,000.00 DR |
| 09/21/05 | 06/10/05 | SEL | 136,342,710.66 | U.S. Dollar | Physical settlement(Rollover) | 1.817034 | 4201030.00 | | 75,035,861.00 | 49,578,861.00 CR |
| 09/21/05 | 06/10/05 | BUY | 2,490,331.20 | U.S. Dollar | Physical settlement(Rollover) | 1.817760 | 4202045.00 | 1,370,000.00 | | 48,208,861.00 CR |
| 09/21/05 | 06/14/05 | SEL | 45,928,882.98 | U.S. Dollar | Physical settlement | 1.804175 | 4189626.00 | | 25,457,000.00 | 73,665,861.00 CR |
| 09/21/05 | 06/28/05 | SEL | 24,177,158.88 | U.S. Dollar | Physical settlement | 1.815920 | 4188878.00 | | 13,314,000.00 | 86,979,861.00 CR |
| 09/21/05 | 06/30/05 | SEL | 2,446,606.28 | U.S. Dollar | Physical settlement | 1.785844 | 4193912.00 | | 1,370,000.00 | 88,349,861.00 CR |
| 09/21/05 | 06/30/05 | BUY | 1,621,546.35 | U.S. Dollar | Physical settlement | 1.785844 | 4194038.00 | 908,000.00 | | 87,441,861.00 CR |
| 09/21/05 | 06/30/05 | BUY | 9,181,316.32 | U.S. Dollar | Physical settlement | 1.784339 | 4194114.00 | 5,145,500.00 | | 82,296,361.00 CR |
| 09/21/05 | 07/05/05 | BUY | 21,702,187.98 | U.S. Dollar | Physical settlement | 1.749330 | 4187678.00 | 12,406,000.00 | | 69,890,361.00 CR |
| 09/21/05 | 07/06/05 | BUY | 55,420,739.88 | U.S. Dollar | Physical settlement | 1.753527 | 4191802.00 | 31,605,296.00 | | 38,285,065.00 CR |
| 09/21/05 | 07/07/05 | SEL | 580,853.88 | U.S. Dollar | Physical settlement | 1.746031 | 4202360.00 | | 332,671.00 | 38,617,736.00 CR |
| 09/21/05 | 07/19/05 | BUY | 68,648,062.16 | U.S. Dollar | Physical settlement | 1.734224 | 4200701.00 | 39,584,311.00 | | 966,575.00 DR |
| 09/21/05 | 07/20/05 | SEL | 1,676,858.77 | U.S. Dollar | Physical settlement | 1.734846 | 4206110.00 | | 966,575.00 | 0.00 |
| 09/21/05 | 07/21/05 | BUY | 66,815,827.57 | U.S. Dollar | Physical settlement | 1.740659 | 4196600.00 | 38,385,363.00 | | 38,385,363.00 DR |
| 09/21/05 | 08/01/05 | SEL | 67,136,402.81 | U.S. Dollar | Physical settlement | 1.765932 | 4193568.00 | | 38,017,547.00 | 367,816.00 DR |
| 09/21/05 | 08/02/05 | SEL | 650,563.15 | U.S. Dollar | Physical settlement | 1.768719 | 4205288.00 | | 367,816.00 | 0.00 |

REFCO-S-0600733

CONFIDENTIAL

```
REFCO CAPITAL MARKETS, LTD.        JWH GLOBAL TRUST           Date       09/30/05              01 USA
C/O REFCO SECURITIES, LLC          CIS INVESTMENTS INC.
200 LIBERTY ST                     JWH GLOBAL TRUST           Customer   JWH GLOBAL TRUST      (93317   )
NY, NY, 10281                      233 S. WACKER DRIVE
                                   SUITE 2300                 Account ID   9399
                                   CHICAGO, IL 60606
```



CUSTOMER STATEMENT                                   Base currency GBP:British Pound          Page    8

Account Summary for British Pound

|  | Currency Value | Euro Value |
|---|---|---|
| Beginning Cash Balance | 0.00 | |
| Net Cash Deposits/Withdrawals | 0.00 | |
| Net Settlements | 0.00 | |
| Adjustments/Interest | 0.00 | |
| Commission | 0.00 | |
| Option Premium | 0.00 | |
| Ending Cash Balance | 0.00 | |
| Ending Net Interest | 0.00 | |
| Unrealized Gain/Loss on Open Forwards | 0.00 | |
| Market value of Open OTC Options | 0.00 | |
| Pending Settlement on OTC Options | 0.00 | |
| Accrued Financing | 0.00 | |
| Total Account Value (GBP) | 0.00 | |

REFCO-S-0600734

CONFIDENTIAL

```
REFCO CAPITAL MARKETS, LTD.
C/O REFCO SECURITIES, LLC
200 LIBERTY ST
NY, NY, 10281
```

```
JWH GLOBAL TRUST
CIS INVESTMENTS INC.
JWH GLOBAL TRUST
233 S. WACKER DRIVE
SUITE 2300
CHICAGO, IL 60606
```

| | |
|---|---|
| Date | 09/30/05 |
| Customer | JWH GLOBAL TRUST   (93317  ) |
| Account ID | 9399 |

01 USA



CUSTOMER STATEMENT                                    Base currency JPY:Japanese Yen                            Page    9

TRADING ACCOUNT ACTIVITY

| Value Dt | Trade Dt | B/S | Units | Commodity | Description | Price/Yield | Sequence | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/05 | | | | | Opening balance | | | | | 0.00 |
| 09/01/05 | | DR | | Japanese Yen | Balance Initialization -MIGRATE | | 4242573.00 | 4.00 | | 4.00 DR |
| 09/21/05 | 06/10/05 | SEL | 46,274,725.00 | U.S. Dollar | Physical settlement(Rollover) | 106.441700 | 4198706.00 | | 4,925,560,374.00 | 4,925,560,370.00 CR |
| 09/21/05 | 06/10/05 | SEL | 92,803,824.00 | U.S. Dollar | Physical settlement(Rollover) | 106.530300 | 4201058.00 | | 9,886,419,200.00 | 14,811,979,570.00 CR |
| 09/21/05 | 06/10/05 | BUY | 75,402,830.00 | U.S. Dollar | Physical settlement(Rollover) | 106.465500 | 4202001.00 | 8,027,800,000.00 | | 6,784,179,570.00 CR |
| 09/21/05 | 06/14/05 | BUY | 45,928,893.00 | U.S. Dollar | Physical settlement | 108.220000 | 4189651.00 | 4,970,424,848.00 | | 1,813,754,722.00 CR |
| 09/21/05 | 06/15/05 | SEL | 414,334.00 | U.S. Dollar | Physical settlement | 108.280900 | 4194582.00 | | 44,864,474.00 | 1,858,619,196.00 CR |
| 09/21/05 | 06/27/05 | BUY | 28,061,472.00 | U.S. Dollar | Physical settlement | 108.522700 | 4193694.00 | 3,045,306,714.00 | | 1,186,687,518.00 DR |
| 09/21/05 | 06/28/05 | BUY | 24,177,160.00 | U.S. Dollar | Physical settlement | 109.043700 | 4185528.00 | 2,636,366,984.00 | | 3,823,054,502.00 DR |
| 09/21/05 | 06/30/05 | SEL | 12,784,251.00 | U.S. Dollar | Physical settlement | 110.026000 | 4193953.00 | | 1,406,600,000.00 | 2,416,454,502.00 DR |
| 09/21/05 | 06/30/05 | SEL | 1,621,547.00 | U.S. Dollar | Physical settlement | 110.076700 | 4194034.00 | | 178,494,549.00 | 2,237,959,953.00 DR |
| 09/21/05 | 06/30/05 | BUY | 6,248,193.00 | U.S. Dollar | Physical settlement | 110.154500 | 4194062.00 | 688,266,629.00 | | 2,926,226,582.00 DR |
| 09/21/05 | 06/30/05 | SEL | 1,921,534.00 | U.S. Dollar | Physical settlement | 110.003900 | 4195637.00 | | 211,376,253.00 | 2,714,850,329.00 DR |
| 09/21/05 | 07/01/05 | BUY | 49,759,799.00 | U.S. Dollar | Physical settlement | 109.936100 | 4191643.00 | 5,470,398,271.00 | | 8,185,248,600.00 DR |
| 09/21/05 | 07/04/05 | SEL | 994,700.00 | U.S. Dollar | Physical settlement | 110.817500 | 4198976.00 | | 110,230,114.00 | 8,075,018,486.00 DR |
| 09/21/05 | 07/05/05 | SEL | 21,702,196.00 | U.S. Dollar | Physical settlement | 111.076500 | 4197747.00 | | 2,410,603,992.00 | 5,664,414,494.00 DR |
| 09/21/05 | 07/06/05 | SEL | 426,774.00 | U.S. Dollar | Physical settlement | 110.757500 | 4191836.00 | | 47,268,443.00 | 5,617,146,051.00 DR |
| 09/21/05 | 07/13/05 | BUY | 71,809,879.00 | U.S. Dollar | Physical settlement | 110.704400 | 4205683.00 | 7,949,669,532.00 | | 13,566,815,583.00 DR |
| 09/21/05 | 07/14/05 | SEL | 1,227,691.00 | U.S. Dollar | Physical settlement | 111.029000 | 4196939.00 | | 136,309,337.00 | 13,430,506,246.00 DR |
| 09/21/05 | 08/01/05 | SEL | 35,971,216.00 | U.S. Dollar | Physical settlement | 111.211500 | 4193551.00 | | 4,000,412,856.00 | 9,430,093,390.00 DR |
| 09/21/05 | 08/01/05 | SEL | 59,359,642.00 | U.S. Dollar | Physical settlement | 111.543800 | 4193556.00 | | 6,621,200,000.00 | 2,808,893,390.00 DR |
| 09/21/05 | 08/01/05 | SEL | 26,428,641.00 | U.S. Dollar | Physical settlement | 111.450100 | 4193571.00 | | 2,945,474,675.00 | 136,581,285.00 CR |
| 09/21/05 | 08/02/05 | BUY | 225,371.00 | U.S. Dollar | Physical settlement | 111.092500 | 4205283.00 | 25,037,075.00 | | 111,544,210.00 CR |
| 09/21/05 | 08/02/05 | BUY | 1,003,976.00 | U.S. Dollar | Physical settlement | 111.102500 | 4205285.00 | 111,544,214.00 | | 4.00 DR |

REFCO-S-0600735

CONFIDENTIAL

REFCO CAPITAL MARKETS, LTD.  
C/O REFCO SECURITIES, LLC  
200 LIBERTY ST  
NY, NY, 10281

JWH GLOBAL TRUST  
CIS INVESTMENTS INC.  
JWH GLOBAL TRUST  
233 S. WACKER DRIVE  
SUITE 2300  
CHICAGO, IL 60606

Date 09/30/05         01 USA  
Customer   JWH GLOBAL TRUST   (93317  )  
Account ID   9399

**REFCO**

CUSTOMER STATEMENT                                    Base currency JPY:Japanese Yen         Page    10

Account Summary for Japanese Yen

|  | Currency Value | Euro Value |
|---|---|---|
| Beginning Cash Balance | 0.00 | |
| Net Cash Deposits/Withdrawals | 0.00 | |
| Net Settlements | 0.00 | |
| Adjustments/Interest | 4.00 DR | |
| Commission | 0.00 | |
| Option Premium | 0.00 | |
| Ending Cash Balance | 4.00 DR | |
| Ending Net Interest | 0.00 | |
| Unrealized Gain/Loss on Open Forwards | 0.00 | |
| Market value of Open OTC Options | 0.00 | |
| Pending Settlement on OTC Options | 0.00 | |
| Accrued Financing | 0.00 | |
| Total Account Value (JPY) | 4.00 DR | |

REFCO-S-0600736

CONFIDENTIAL

REFCO CAPITAL MARKETS, LTD.
C/O REFCO SECURITIES, LLC
200 LIBERTY ST
NY, NY, 10281

JWH GLOBAL TRUST
CIS INVESTMENTS INC.
JWH GLOBAL TRUST
233 S. WACKER DRIVE
SUITE 2300
CHICAGO, IL 60606

Date       09/30/05              01 USA
Customer   JWH GLOBAL TRUST      (93317  )
Account ID 9399



CUSTOMER STATEMENT                                    Base currency USD:U.S. Dollar            Page    11

## TRADING ACCOUNT ACTIVITY

| Value Dt | Trade Dt | B/S | Units | Commodity | Description | Price/Yield | Sequence | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/05 | | | | | Opening balance | | | | | 0.00 |
| 09/01/05 | | CR | | U.S. Dollar | Balance Initialization -MIGRATE | | 4242574.00 | | 25,924,177.62 | 25,924,177.62 CR |
| 09/21/05 | 06/10/05 | SEL | 25,457,000.00 | British Pound | Physical settlement(Rollover) | 1.817760 | 4200921.00 | | 46,274,716.32 | 72,198,893.94 CR |
| 09/21/05 | 06/10/05 | BUY | 75,035,861.00 | British Pound | Physical settlement(Rollover) | 1.817034 | 4201030.00 | 136,342,710.66 | | 64,143,816.72 DR |
| 09/21/05 | 06/10/05 | SEL | 1,370,000.00 | British Pound | Physical settlement(Rollover) | 1.817760 | 4202045.00 | | 2,490,331.20 | 61,653,485.52 DR |
| 09/21/05 | 06/14/05 | BUY | 25,457,000.00 | British Pound | Physical settlement | 1.804175 | 4189626.00 | 45,928,882.98 | | 107,582,368.50 DR |
| 09/21/05 | 06/28/05 | BUY | 13,314,000.00 | British Pound | Physical settlement | 1.815920 | 4188878.00 | 24,177,158.88 | | 131,759,527.38 DR |
| 09/21/05 | 06/30/05 | BUY | 1,370,000.00 | British Pound | Physical settlement | 1.785844 | 4193912.00 | 2,446,606.28 | | 134,206,133.66 DR |
| 09/21/05 | 06/30/05 | SEL | 908,000.00 | British Pound | Physical settlement | 1.785844 | 4194038.00 | | 1,621,546.35 | 132,584,587.31 DR |
| 09/21/05 | 06/30/05 | SEL | 5,145,500.00 | British Pound | Physical settlement | 1.784339 | 4194114.00 | | 9,181,316.32 | 123,403,270.99 DR |
| 09/21/05 | 07/05/05 | SEL | 12,406,000.00 | British Pound | Physical settlement | 1.749330 | 4187678.00 | | 21,702,187.98 | 101,701,083.01 DR |
| 09/21/05 | 07/06/05 | SEL | 31,605,296.00 | British Pound | Physical settlement | 1.753527 | 4191802.00 | | 55,420,739.88 | 46,280,343.13 DR |
| 09/21/05 | 07/07/05 | BUY | 332,671.00 | British Pound | Physical settlement | 1.746031 | 4202360.00 | 580,853.88 | | 46,861,197.01 DR |
| 09/21/05 | 07/19/05 | SEL | 39,584,311.00 | British Pound | Physical settlement | 1.734224 | 4200701.00 | | 68,648,062.16 | 21,786,865.15 CR |
| 09/21/05 | 07/20/05 | BUY | 966,575.00 | British Pound | Physical settlement | 1.734846 | 4206110.00 | 1,676,858.77 | | 20,110,006.38 CR |
| 09/21/05 | 07/21/05 | SEL | 38,385,363.00 | British Pound | Physical settlement | 1.740659 | 4196600.00 | | 66,815,827.57 | 86,925,833.95 CR |
| 09/21/05 | 08/01/05 | BUY | 38,017,547.00 | British Pound | Physical settlement | 1.765932 | 4193568.00 | 67,136,402.81 | | 19,789,431.14 CR |
| 09/21/05 | 08/02/05 | BUY | 367,816.00 | British Pound | Physical settlement | 1.768719 | 4205288.00 | 650,563.15 | | 19,138,867.99 CR |
| 09/21/05 | 06/10/05 | BUY | 37,506,709.00 | Canadian Dollar | Physical settlement(Rollover) | 1.249843 | 4201477.00 | 30,009,136.35 | | 10,870,268.36 DR |
| 09/21/05 | 06/27/05 | BUY | 34,517,000.00 | Canadian Dollar | Physical settlement | 1.230050 | 4193690.00 | 28,061,460.92 | | 38,931,729.28 DR |
| 09/21/05 | 06/30/05 | SEL | 2,476,979.00 | Canadian Dollar | Physical settlement | 1.225441 | 4194011.00 | | 2,021,296.01 | 36,910,433.27 DR |
| 09/21/05 | 06/30/05 | SEL | 2,354,000.00 | Canadian Dollar | Physical settlement | 1.225063 | 4195635.00 | | 1,921,533.83 | 34,988,899.44 DR |
| 09/21/05 | 07/29/05 | SEL | 34,026,045.00 | Canadian Dollar | Physical settlement | 1.229934 | 4187950.00 | | 27,664,935.68 | 7,323,963.76 DR |
| 09/21/05 | 08/01/05 | SEL | 1,003,685.00 | Canadian Dollar | Physical settlement | 1.216275 | 4193503.00 | | 825,212.23 | 6,498,751.53 DR |
| 09/21/05 | 08/01/05 | SEL | 32,163,000.00 | Canadian Dollar | Physical settlement | 1.216975 | 4193570.00 | | 26,428,644.80 | 19,929,893.27 CR |
| 09/21/05 | 06/10/05 | SEL | 55,458,000.00 | Euro | Physical settlement(Rollover) | 1.227970 | 4188450.00 | | 68,100,760.26 | 88,030,653.53 CR |
| 09/21/05 | 06/10/05 | SEL | 79,379,000.00 | Euro | Physical settlement(Rollover) | 1.227970 | 4194631.00 | | 97,475,030.63 | 185,505,684.16 CR |
| 09/21/05 | 06/10/05 | SEL | 75,575,000.00 | Euro | Physical settlement(Rollover) | 1.227970 | 4201102.00 | | 92,803,832.75 | 278,309,516.91 CR |
| 09/21/05 | 06/10/05 | SEL | 24,438,000.00 | Euro | Physical settlement(Rollover) | 1.227970 | 4201482.00 | | 30,009,130.86 | 308,318,647.77 CR |
| 09/21/05 | 06/30/05 | BUY | 5,153,000.00 | Euro | Physical settlement | 1.212535 | 4193979.00 | 6,248,192.86 | | 302,070,454.91 CR |
| 09/21/05 | 06/30/05 | BUY | 1,667,000.00 | Euro | Physical settlement | 1.212535 | 4194007.00 | 2,021,295.85 | | 300,049,159.06 CR |
| 09/21/05 | 06/30/05 | BUY | 3,782,000.00 | Euro | Physical settlement | 1.212535 | 4194078.00 | 4,585,807.37 | | 295,463,351.69 CR |
| 09/21/05 | 06/30/05 | BUY | 7,572,000.00 | Euro | Physical settlement | 1.212535 | 4194107.00 | 9,181,315.02 | | 286,282,036.67 CR |
| 09/21/05 | 07/01/05 | BUY | 41,038,000.00 | Euro | Physical settlement | 1.212530 | 4191750.00 | 49,759,806.14 | | 236,522,230.53 CR |
| 09/21/05 | 07/06/05 | BUY | 46,293,000.00 | Euro | Physical settlement | 1.197173 | 4185318.00 | 55,420,729.69 | | 181,101,500.84 CR |
| 09/21/05 | 07/13/05 | BUY | 58,776,000.00 | Euro | Physical settlement | 1.221755 | 4205688.00 | 71,809,871.88 | | 109,291,628.96 CR |
| 09/21/05 | 07/19/05 | BUY | 57,166,000.00 | Euro | Physical settlement | 1.200855 | 4192235.00 | 68,648,076.93 | | 40,643,552.03 CR |
| 09/21/05 | 07/21/05 | BUY | 54,857,000.00 | Euro | Physical settlement | 1.218000 | 4196596.00 | 66,815,826.00 | | 26,172,273.97 DR |

REFCO-S-0600737

CONFIDENTIAL

```
REFCO CAPITAL MARKETS, LTD.
C/O REFCO SECURITIES, LLC
200 LIBERTY ST
NY, NY, 10281
```

```
JWH GLOBAL TRUST              Date      09/30/05              01 USA
CIS INVESTMENTS INC.
JWH GLOBAL TRUST              Customer  JWH GLOBAL TRUST      (93317  )
233 S. WACKER DRIVE
SUITE 2300                    Account ID  9399
CHICAGO, IL 60606
```

® REFCO

CUSTOMER STATEMENT                                          Base currency USD:U.S. Dollar                    Page    12

TRADING ACCOUNT ACTIVITY (cont'd)

| Value Dt | Trade Dt | B/S | Units | Commodity | Description | Price/Yield | Sequence | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/05 | 07/29/05 | BUY | 22,771,000.00 | Euro | Physical settlement | 1.214920 | 4187967.00 | 27,664,943.32 | | 53,837,217.29 DR |
| 09/21/05 | 08/01/05 | SEL | 54,857,000.00 | Euro | Physical settlement | 1.223844 | 4187561.00 | | 67,136,410.31 | 13,299,193.02 CR |
| 09/21/05 | 08/01/05 | SEL | 29,392,000.00 | Euro | Physical settlement | 1.223844 | 4193549.00 | | 35,971,222.85 | 49,270,415.87 CR |
| 09/21/05 | 08/01/05 | BUY | 20,024,000.00 | Euro | Physical settlement | 1.220381 | 4193567.00 | 24,436,909.14 | | 24,833,506.73 CR |
| 09/21/05 | 06/10/05 | BUY | 4,925,560,374.00 | Japanese Yen | Physical settlement(Rollover) | 106.441700 | 4198706.00 | 46,274,724.79 | | 21,441,218.06 DR |
| 09/21/05 | 06/10/05 | BUY | 9,886,419,200.00 | Japanese Yen | Physical settlement(Rollover) | 106.530300 | 4201058.00 | 92,803,823.89 | | 114,245,041.95 DR |
| 09/21/05 | 06/10/05 | SEL | 8,027,800,000.00 | Japanese Yen | Physical settlement(Rollover) | 106.465500 | 4202001.00 | | 75,402,830.02 | 38,842,211.93 DR |
| 09/21/05 | 06/14/05 | SEL | 4,970,424,848.00 | Japanese Yen | Physical settlement | 108.220000 | 4189651.00 | | 45,928,893.44 | 7,086,681.51 CR |
| 09/21/05 | 06/15/05 | BUY | 44,864,474.00 | Japanese Yen | Physical settlement | 108.280900 | 4194582.00 | 414,334.14 | | 6,672,347.37 CR |
| 09/21/05 | 06/27/05 | SEL | 3,045,306,714.00 | Japanese Yen | Physical settlement | 108.522700 | 4193694.00 | | 28,061,472.06 | 34,733,819.43 CR |
| 09/21/05 | 06/28/05 | SEL | 2,636,366,984.00 | Japanese Yen | Physical settlement | 109.043700 | 4185528.00 | | 24,177,160.02 | 58,910,979.45 CR |
| 09/21/05 | 06/30/05 | BUY | 1,406,600,000.00 | Japanese Yen | Physical settlement | 110.026000 | 4193953.00 | 12,784,251.00 | | 46,126,728.45 CR |
| 09/21/05 | 06/30/05 | BUY | 178,494,549.00 | Japanese Yen | Physical settlement | 110.076700 | 4194034.00 | 1,621,547.06 | | 44,505,181.39 CR |
| 09/21/05 | 06/30/05 | SEL | 688,266,629.00 | Japanese Yen | Physical settlement | 110.154500 | 4194062.00 | | 6,248,193.48 | 50,753,374.87 CR |
| 09/21/05 | 06/30/05 | BUY | 211,376,253.00 | Japanese Yen | Physical settlement | 110.003900 | 4195637.00 | 1,921,534.17 | | 48,831,840.70 CR |
| 09/21/05 | 07/01/05 | SEL | 5,470,398,271.00 | Japanese Yen | Physical settlement | 109.936100 | 4191643.00 | | 49,759,799.29 | 98,591,639.99 CR |
| 09/21/05 | 07/04/05 | BUY | 110,230,114.00 | Japanese Yen | Physical settlement | 110.817500 | 4198976.00 | 994,699.52 | | 97,596,940.47 CR |
| 09/21/05 | 07/05/05 | BUY | 2,410,603,992.00 | Japanese Yen | Physical settlement | 111.076500 | 4197747.00 | 21,702,196.16 | | 75,894,744.31 CR |
| 09/21/05 | 07/06/05 | BUY | 47,268,443.00 | Japanese Yen | Physical settlement | 110.757500 | 4191836.00 | 426,774.20 | | 75,467,970.11 CR |
| 09/21/05 | 07/13/05 | SEL | 7,949,669,532.00 | Japanese Yen | Physical settlement | 110.704400 | 4205683.00 | | 71,809,878.67 | 147,277,848.78 CR |
| 09/21/05 | 07/14/05 | BUY | 136,309,337.00 | Japanese Yen | Physical settlement | 111.029000 | 4196939.00 | 1,227,691.30 | | 146,050,157.48 CR |
| 09/21/05 | 08/01/05 | BUY | 4,000,412,856.00 | Japanese Yen | Physical settlement | 111.211500 | 4193551.00 | 35,971,215.71 | | 110,078,941.77 CR |
| 09/21/05 | 08/01/05 | BUY | 6,621,200,000.00 | Japanese Yen | Physical settlement | 111.543800 | 4193556.00 | 59,359,641.68 | | 50,719,300.09 CR |
| 09/21/05 | 08/01/05 | BUY | 2,945,474,675.00 | Japanese Yen | Physical settlement | 111.450100 | 4193571.00 | 26,428,640.93 | | 24,290,659.16 CR |
| 09/21/05 | 08/02/05 | SEL | 25,037,075.00 | Japanese Yen | Physical settlement | 111.092500 | 4205283.00 | | 225,371.42 | 24,516,030.58 CR |
| 09/21/05 | 08/02/05 | SEL | 111,544,214.00 | Japanese Yen | Physical settlement | 111.102500 | 4205285.00 | | 1,003,975.73 | 25,520,006.31 CR |
| 09/21/05 | 06/10/05 | SEL | 47,440,000.00 | Swiss Franc | Physical settlement(Rollover) | 1.244110 | 4194548.00 | | 38,131,676.46 | 63,651,682.77 CR |
| 09/21/05 | 06/30/05 | BUY | 4,750,000.00 | Swiss Franc | Physical settlement | 1.276070 | 4194907.00 | 3,722,366.33 | | 59,929,316.44 CR |
| 09/21/05 | 08/01/05 | BUY | 42,690,000.00 | Swiss Franc | Physical settlement | 1.277441 | 4187500.00 | 33,418,373.14 | | 26,510,943.30 CR |
| 09/30/05 | | CR | | U.S. Dollar | Interest Adjustment | -INTEREST | 4436600.38 | | 76,568.46 | 26,587,511.76 CR |

CONFIDENTIAL

```
REFCO CAPITAL MARKETS, LTD.
C/O REFCO SECURITIES, LLC
200 LIBERTY ST
NY, NY, 10281
```

```
JWH GLOBAL TRUST
CIS INVESTMENTS INC.
JWH GLOBAL TRUST
233 S. WACKER DRIVE
SUITE 2300
CHICAGO, IL 60606
```

| | |
|---|---|
| Date | 09/30/05 |
| Customer | JWH GLOBAL TRUST |
| Account ID | 9399 |

01 USA
(93317   )



CUSTOMER STATEMENT                    Base currency USD:U.S. Dollar            Page    13

Account Summary for U.S. Dollar

|  | Currency Value | Euro Value |
|---|---|---|
| Beginning Cash Balance | 0.00 | |
| Net Cash Deposits/Withdrawals | 0.00 | |
| Net Settlements | 586,765.68 CR | |
| Adjustments/Interest | 26,000,746.08 CR | |
| Commission | 0.00 | |
| Option Premium | 0.00 | |
| | | |
| Ending Cash Balance | 26,587,511.76 CR | |
| Ending Net Interest | 0.00 | |
| Unrealized Gain/Loss on Open Forwards | 0.00 | |
| Market value of Open OTC Options | 0.00 | |
| Pending Settlement on OTC Options | 0.00 | |
| Accrued Financing | 0.00 | |
| | | |
| Total Account Value (USD) | 26,587,511.76 CR | |

REFCO-S-0600739