## 1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2
 3   -------------------------------------x
     In re REFCO, INC. SECURITIES
 4   LITIGATION           07-MDL-1902
 5   -------------------------------------x
     This Document Relates To:
 6
     In re REFCO, INC. SECURITIES
 7   LITIGATION                05 Civ. 8626
                              (GEL)
 8
     -------------------------------------x
 9
     And All Other Cases Subject to Deposition
10   Protocol Order
11   -------------------------------------x
12                VOLUME 1
13
                  December 14, 2009
14                9:39 a.m.
15
16       Videotaped deposition of SANTO C. MAGGIO,
17   pursuant to notice, at the offices of White &
18   Case LLP, 1155 Avenue of the Americas, New York,
19   New York, before Eric J. Finz, a Shorthand
20   Reporter and Notary Public within and for the
21   State of New York.
22
23
24
25
```

## 2

```
 1
 2   A P P E A R A N C E S:
 3   BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
     Attorneys for Lead Plaintiffs RH CAPITAL
 4   ASSOCIATES LLC and PACIFIC INVESTMENT MANAGEMENT
     COMPANY LLC and CO-LEAD COUNSEL for the PUTATIVE
 5   CLASS
          1285 Avenue of the Americas
 6        New York, NY 10019
 7   BY:  JEREMY P. ROBINSON, ESQ.
 8
 9   GRANT & EISENHOFER P.A.
     Attorneys for Lead Plaintiffs RH CAPITAL
10   ASSOCIATES LLC and PACIFIC INVESTMENT MANAGEMENT
     COMPANY LLC and CO-LEAD COUNSEL for the PUTATIVE
11   CLASS
          Chase Manhattan Centre
12        1201 North Market Street
          Wilmington, DE 19801
13
     BY:  CHRISTINE MACKINTOSH, ESQ.
14
15
     QUINN EMANUEL URQUHART OLIVER
16   & HEDGES, LLP
     Attorneys for REFCO ESTATE
17        51 Madison Avenue, 22nd Floor
          New York, NY 10010
18
     BY:  SASCHA N. RAND, ESQ.
19         -and-
          NICHOLAS J. CALAMARI, ESQ.
20
          -AND-
21
     MILBANK TWEED HADLEY & McCLOY LLP
22   Attorneys for REFCO ESTATE
          One Chase Manhattan Plaza
23        New York, New York 10005
24   BY:  SANDER BAK, ESQ.
25
```

## 3

```
 1
 2   A P P E A R A N C E S (Continued):
 3   WINSTON & STRAWN LLP
     Attorneys for Defendant GRANT THORNTON LLP
 4        200 Park Avenue
          New York, NY 10166
 5
     BY:  CALVIN K. KOO, ESQ.
 6          -and-
          DAVID MOLLON, ESQ.
 7
 8
     WILMER CUTLER PICKERING HALE and DORR LLP
 9   Attorneys for the UNDERWRITER Defendants and the
     WITNESS
10        399 Park Avenue
          New York, NY 10022
11
     BY:  ROSS E. FIRSENBAUM, ESQ.
12          -and-
          MARGAUX HALL, ESQ.
13
14
     LATHAM & WATKINS LLP
15   Attorneys for Defendant ERNST & YOUNG LLP
          53rd at Third
16        885 Third Avenue
          New York, NY 10022-4802
17
     BY:  CHRISTOPHER HARRIS, ESQ.
18
19
     SHAPIRO FORMAN ALLEN & SAVA LLP
     Attorneys for Defendants JOSEPH J. MURPHY and
20   GERALD M. SHERER
          380 Madison Avenue
21        New York, NY 10017
22
     BY:  MATTHEW J. SAVA, ESQ.
23
24
25
```

## 4

```
 1
 2   A P P E A R A N C E S (Continued):
 3   PAUL, WEISS, RIFKIND, WHARTON &
     GARRISON LLP
 4   Attorneys for the THL Parties and the Audit
     Committee Defendants
 5        1285 Avenue of the Americas
          New York, NY 10019
 6
     BY:  WALTER RIEMAN, ESQ.
 7          -and-
          PHILANDER HUYNH, ESQ.
 8
 9
     MARINO, TORTORELLA & BOYLE, P.C.
10   Attorneys for LIBERTY CORNER CAPITAL STRATEGIES
     and WILLIAM PIGOTT
11        437 Southern Boulevard
          Chatham, New Jersey 07928-1488
12
     BY:  JOHN D. TORTORELLA, ESQ.
13
14
     GIBSON DUNN & CRUTCHER LLP
15   Attorneys for MARK CAVANAUGH and BRIAN OWENS
          200 Park Avenue
16        New York, New York 10166
17   BY:  DAVID J. KERSTEIN, ESQ.
            -and-
18        KENNETH JUAN FIGUEROA, ESQ. (p.m. only)
19
     FRIEDMAN & WITTENSTEIN
20   Attorneys for Defendant WILLIAM M. SEXTON
          600 Lexington Avenue
21        New York, NY 10022
22
     BY:  IVAN KLINE, ESQ.
23
24
25
```

## 45

```
 1              SANTO C. MAGGIO
 2         MS. RENDON:  Objection to
 3    form.
 4         A.    I mentioned with the FCM that
 5    we took $25 million out of the segregated
 6    accounts and sent it to Refco Capital
 7    Corp.
 8         Q.    Did you take that money
 9    directly out of the segregated account or
10    did you have to transfer it somewhere
11    first before you could use it?
12         A.    We transferred it to Refco
13    Capital.
14         Q.    Refco Capital Corporation or
15    Refco Capital Markets?
16         A.    Actually Refco Capital Corp.
17         Q.    And what was Refco Capital
18    Corporation?
19         A.    It was a nonregulated entity
20    in Refco that handled the treasury and
21    financing and banking arms or cash
22    management arms -- cash management for
23    Refco Group in the entire '90s and early
24    2000s.
25         Q.    Did Refco Capital Corp. serve
```

## 46

```
 1              SANTO C. MAGGIO
 2    as the bank of Refco?
 3         A.    Yes.
 4         Q.    And could you describe for me
 5    a little bit about what that means?
 6         A.    Refco had a number of
 7    subsidiaries.  Most of those subsidiaries
 8    were operating companies that transacted
 9    businesses with clients, as well as banks
10    and broker/dealers.  So on every day
11    there was what we had a settlement.  So
12    because each company was working very
13    thin as it relates to its own cash
14    reserves, each company was instructed to,
15    if they had any extra money to send it to
16    RCC, Refco Capital Corp.
17              So at the end of the day each
18    company had needs and also had extra
19    money.  And so they informed RCC what
20    their needs would be for daily settlement
21    or if they were going to send them any
22    extra money that they may have from its
23    settlement.
24         Q.    What was the primary source of
25    funding for Refco Capital Corp.?
```

## 47

```
 1              SANTO C. MAGGIO
 2         A.    Excuse me?
 3         Q.    Let me re-ask the question.
 4    I'll ask a different question.
 5              What was the primary source of
 6    funding for Refco Capital Corp.?
 7         A.    The largest, the largest
 8    lender or largest funder for Refco
 9    Capital Corp. was Refco Capital Markets.
10         Q.    And I think you mentioned
11    earlier that was the Bermuda entity;
12    right?
13         A.    Yes.
14         Q.    And it was unregulated; right?
15         A.    Yes.
16         Q.    Did Refco Capital Markets or
17    RCM, have employees in Bermuda?
18         A.    For a period of time.
19         Q.    For what period of time?
20         A.    From 1995 through 2001 or
21    2002.
22         Q.    And during that period of
23    time, 1995 through 2001 or 2002, did
24    Refco Capital Markets have operations in
25    Bermuda?
```

## 48

```
 1              SANTO C. MAGGIO
 2         A.    Yes.
 3         Q.    And what were those
 4    operations?
 5         A.    You know, primarily the
 6    operations were FX, foreign exchange,
 7    where we had a group of traders and we
 8    also had the back office.  And then we
 9    also had a small securities group there
10    where the traders were there but the back
11    office operations were handled in New
12    York, except for the margin department,
13    which was in Bermuda.
14         Q.    Did the operations in --
15    strike that.
16              Did RCM's operations in
17    Bermuda cease in 2001 or 2002?
18         A.    Yes.
19         Q.    And how did that come about?
20         A.    I became president of Refco
21    Capital Markets in 2002.  Or 2000.  And
22    decided that I was going to close the
23    operations.  And move -- well, there are
24    two things.  One, as I closed the
25    securities operations sooner than that,
```