# Exhibit 2

 **REFCO**

**Refco Capital Markets, LTD**

C/O REFCO SECURITIES, LLC
200 LIBERTY STREET
NY, NY 10281

| ACCOUNT NO. | STATEMENT PERIOD | PAGE |
|---|---|---|
| 10011674 | 09/01/03 - 09/30/03 | 1 of 2 |
| | ACCOUNT EXECUTIVE | |
| 9999 - REFCO CAPITAL MARKETS | | |

## ACCOUNT ACTIVITY

| DATE | REF NUM | TRN | QUANTITY | DESCRIPTION | PRICE OR EXCHANGE RATE | AMOUNT | CCY | TYPE |
|---|---|---|---|---|---|---|---|---|
| 09/03/03 | | ADJ | | I/W 10011674 U S DOLLARS | | 800,000.00- | USD | 2 |
| 09/10/03 | 091003 L0054 | WFT | | WT TO HARRIS TRUST CHICAGO | | 100,000.00 | USD | 2 |
| 09/12/03 | 091203 L0039 | WFT | | U S DOLLARS WT TO HARRIS TRUST CHICAGO | | 150,000.00 | USD | 2 |

## BALANCE SUMMARY

| CURRENCY & ACCOUNT TYPE | OPENING BALANCE INFORMATION | | | CLOSING BALANCE INFORMATION | | |
|---|---|---|---|---|---|---|
| | OPENING BALANCE | EXCHANGE RATE | USD EQUIVALENT | CLOSING BALANCE | EXCHANGE RATE | USD EQUIVALENT |
| USD MARGIN ACCOUNT | 20,114,204.66CR | | $20,114,204.66CR | 20,664,204.66CR | | $20,664,204.66CR |

## INCOME AND EXPENSE SUMMARY

| INCOME SOURCE | CURRENT MONTH | YEAR-TO-DATE |
|---|---|---|
| EQUITY DIVIDENDS | $.00 | $.00 |
| INTEREST INCOME | $.00 | $.00 |
| TREASURY INTEREST | $.00 | $.00 |
| ACCR INT TREASURY | $.00 | $.00 |
| ACCRUED INTEREST | $.00 | $.00 |
| INTEREST EXPENSE | $.00 | $.00 |
| ACCR TREASURY INT EXPENSE | $.00 | $.00 |
| ACCR INTEREST EXPENSE | $.00 | $.00 |

## PORTFOLIO SUMMARY IN U.S. DOLLARS

| SECURITY TYPE | LONG | SHORT |
|---|---|---|
| EQUITIES | $.00 | $.00 |
| CORPORATE BONDS | $.00 | $.00 |
| MUNICIPAL SECURITIES | $.00 | $.00 |
| U.S. TREASURIES | $.00 | $.00 |
| OPTIONS | $.00 | $.00 |
| MUTUAL FUNDS | $.00 | $.00 |
| MUNICIPAL BONDS | $.00 | $.00 |
| MONEY MARKETS FUNDS | $.00 | $.00 |
| TOTALS | $.00 | $.00 |

SPHINX MANAGED FUTURES FUND SPC/
ROTELLA CAPITAL MANAGEMENT
P.O. BOX 2199
GENESIS BUILDING, 4TH FL
CAYMANY ISLANDS, GRAND CAYMAN
BWI   WI


EXHIBIT
Kraker
1419 For ID
8/12/09 DH

 **REFCO**

**Refco Capital Markets, LTD**

STATEMENT OF ACCOUNT

| ACCOUNT NO. | STATEMENT PERIOD | PAGE |
|---|---|---|
| 10011674 | 09/01/03 – 09/30/03 | 2 of 2 |

**ACCOUNT SUMMARY TOTALS IN USD**

| | |
|---|---|
| TOTAL NET PORTFOLIO VALUE | .00 |
| TOTAL NET BALANCE | 20,664,204.66 |
| TOTAL VALUE OF YOUR ACCOUNT | 20,664,204.66 |

**END OF STATEMENT**