# Exhibit 3

**CONFIDENTIAL**

```
                                                    Date      09/30/05              01 USA
                                                    Customer  JWH GLOBAL TRUST      (93317  )
REFCO CAPITAL MARKETS, LTD.                         Account ID    9399
C/O REFCO SECURITIES, LLC
200 LIBERTY ST
NY, NY, 10281
```


```
                        CUSTOMER STATEMENT

Enclosed please find the customer statement covering the period from 09/01/05 thru 09/30/05.
Please advise within 10 business days if any portion of this statement is incorrect.

Equity Account Value & Table of Contents  (The figures here are the sum totals of
all currency equity calculations inclusive of collateral)

Currency Account          Currency Value  Conv. Rate  Value in US Dollar  Page    Euro Rate       Value in Euros

Canadian Dollar                     0.00   1.162800              0.00      3
Swiss Franc                         0.00   1.294350              0.00      4
Euro                                0.00   1.202200              0.00      6      1.000000
British Pound                       0.00   1.763850              0.00      8
Japanese Yen                       -4.00 113.495000             -0.04     10
U.S. Dollar                26,587,511.76   1.000000      26,587,511.76    13

Period ending balance                                   26,587,511.72     Total Euro & Equiv         0.00
```

```
                                Mail To:

                                CIS INVESTMENTS INC.
                                JWH GLOBAL TRUST
                                233 S. WACKER DRIVE
                                SUITE 2300
                                CHICAGO, IL 60606
```



REFCO-S-0600727

CONFIDENTIAL

| | | | |
|---|---|---|---|
| REFCO CAPITAL MARKETS, LTD.<br>C/O REFCO SECURITIES, LLC<br>200 LIBERTY ST<br>NY, NY, 10281 | JWH GLOBAL TRUST<br>CIS INVESTMENTS INC.<br>JWH GLOBAL TRUST<br>233 S. WACKER DRIVE<br>SUITE 2300<br>CHICAGO, IL 60606 | Date  09/30/05<br>Customer  JWH GLOBAL TRUST<br>Account ID  9399 | 01 USA<br>(93317  ) |



CUSTOMER STATEMENT                                   Base currency Inf:Information                Page    2

Dear Customer:

As part of our internal audit, we would like to confirm that your account with us currently operates within the framework of the following provisions:
1. That current account authorization documentation held on file remains in full force and effect. Any changes in such authorization should be advised to us promptly
2. Refco maintains a general lien on, and in, any and all credit balances, securities, options, and all other property of whatsoever kind belonging to you (or any of your affiliates) or in which you (or any of your affiliates) may have an interest which is being held by Refco and/or its affiliates or carried for the account of you (or any of your affiliates), for discharge of obligations (including unmatured and contingent obligations) however arising and without regard to whether Refco has made advances with respect to such property. At any time and from time to time Refco, in its sole discretion and without notice, may apply and transfer any securities, contracts relating thereto, cash or any other property therein, interchangeably between accounts of you (or any of your affiliates) to cover margin deficiencies or debit balances in accounts maintained for you or any of your affiliates.
3. Funds or property which are transferred from any regulated futures accounts held at Refco, Inc. to accounts held at Refco, will be used to meet specific margin requirements or debit balances as they relate to specific foreign exchange trading activity.
4. Refco does not segregate any collateral or other property deposited with it. Refco's transactions with you are executed in the interbank foreign exchange market and these transactions are not subject to the U.S. Commodity Exchange Act. Accordingly, the segregation requirements of that Act are inapplicable, even with respect to funds or property transferred from Refco, Inc.
5. Refco Capital Markets, Ltd. acts as correspondent clearing broker for Refco Capital Markets International Services, Ltd., who executes all foreign exchange transactions as principal.

We would like to take this opportunity to thank you for your ongoing support and look forward to a continuation of our mutually beneficial relationship in the coming months.

Sincerely,
REFCO

```
************************************************************************************************************************
** To Our Valued Customers:                                                                                            **
**                                                                                                                     **
** As you are aware, Refco has enhanced the quality of its operations, compliance and technology over the past year. In order to insure a high quality of service **
** to our clients, its has become necessary to institute a per ticket "handling" charge.                               **
**                                                                                                                     **
** Effective November 1, 2001, Refco Capital Markets Ltd, and Refco FX Associates, will institute a $7.50 handling charge for all non-online transactions and **
** online transactions of less than $250,000. A $5.00 handling charge will be instituted for all online transactions of $250,000 and over. **
**                                                                                                                     **
** Refco does not trade for its own account, but acts as a broker in principal. Spreads have thinned, as price transparency has become more prevalent, therefore, **
** the decision to institute this charge.                                                                              **
**                                                                                                                     **
** Please feel free to contact your Refco Account Representative if you have any questions. We look forward to continuing our mutually prosperous relationship, **
** and we thank you for your support.                                                                                  **
**                                                                                                                     **
** Refco Capital Markets, Ltd.                                                                                         **
** Refco FX Associates                                                                                                 **
************************************************************************************************************************
```

REFCO-S-0600728

CONFIDENTIAL

```
REFCO CAPITAL MARKETS, LTD.          JWH GLOBAL TRUST                Date         09/30/05                    01 USA
C/O REFCO SECURITIES, LLC            CIS INVESTMENTS INC.
200 LIBERTY ST                       JWH GLOBAL TRUST                Customer     JWH GLOBAL TRUST      (93317    )
NY, NY, 10281                        233 S. WACKER DRIVE
                                     SUITE 2300                      Account ID   9399
                                     CHICAGO, IL 60606
```

**REFCO**

CUSTOMER STATEMENT                                        Base currency CAD:Canadian Dollar              Page   3

TRADING ACCOUNT ACTIVITY

| Value Dt | Trade Dt | B/S | Units | Commodity | Description | Price/Yield | Sequence | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/05 | | | | | Opening balance | | | | | 0.00 |
| 09/21/05 | 06/10/05 | SEL | 30,009,136.35 | U.S. Dollar | Physical settlement(Rollover) | 1.249843 | 4201477.00 | | 37,506,709.00 | 37,506,709.00 CR |
| 09/21/05 | 06/27/05 | SEL | 28,061,460.92 | U.S. Dollar | Physical settlement | 1.230050 | 4193690.00 | | 34,517,000.00 | 72,023,709.00 CR |
| 09/21/05 | 06/30/05 | BUY | 2,021,296.01 | U.S. Dollar | Physical settlement | 1.225441 | 4194011.00 | 2,476,979.00 | | 69,546,730.00 CR |
| 09/21/05 | 06/30/05 | BUY | 1,921,533.83 | U.S. Dollar | Physical settlement | 1.225063 | 4195635.00 | 2,354,000.00 | | 67,192,730.00 CR |
| 09/21/05 | 07/29/05 | BUY | 27,664,935.68 | U.S. Dollar | Physical settlement | 1.229934 | 4187950.00 | 34,026,045.00 | | 33,166,685.00 CR |
| 09/21/05 | 08/01/05 | BUY | 825,212.23 | U.S. Dollar | Physical settlement | 1.216275 | 4193503.00 | 1,003,685.00 | | 32,163,000.00 CR |
| 09/21/05 | 08/01/05 | BUY | 26,428,644.80 | U.S. Dollar | Physical settlement | 1.216975 | 4193570.00 | 32,163,000.00 | | 0.00 |

Account Summary for Canadian Dollar

|  | Currency Value | Euro Value |
|---|---|---|
| Beginning Cash Balance | 0.00 | |
| Net Cash Deposits/Withdrawals | 0.00 | |
| Net Settlements | 0.00 | |
| Adjustments/Interest | 0.00 | |
| Commission | 0.00 | |
| Option Premium | 0.00 | |
| Ending Cash Balance | 0.00 | |
| Ending Net Interest | 0.00 | |
| Unrealized Gain/Loss on Open Forwards | 0.00 | |
| Market value of Open OTC Options | 0.00 | |
| Pending Settlement on OTC Options | 0.00 | |
| Accrued Financing | 0.00 | |
| Total Account Value (CAD) | 0.00 | |

REFCO-S-0600729

CONFIDENTIAL

```
                                    JWH GLOBAL TRUST                    Date       09/30/05              01 USA
                                    CIS INVESTMENTS INC.
                                    JWH GLOBAL TRUST                    Customer   JWH GLOBAL TRUST      (93317   )
                                    233 S. WACKER DRIVE
REFCO CAPITAL MARKETS, LTD.         SUITE 2300                          Account ID 9399
C/O REFCO SECURITIES, LLC           CHICAGO, IL 60606
200 LIBERTY ST                                                                                          REFCO
NY, NY, 10281
```

                        CUSTOMER STATEMENT                              Base currency CHF:Swiss Franc        Page    4

TRADING ACCOUNT ACTIVITY

| Value Dt | Trade Dt | B/S | Units | Commodity | Description | Price/Yield | Sequence | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/05 | | | | | Opening balance | | | | | 0.00 |
| 09/21/05 | 06/10/05 | BUY | 38,131,676.46 | U.S. Dollar | Physical settlement(Rollover) | 1.244110 | 4194548.00 | 47,440,000.00 | | 47,440,000.00 DR |
| 09/21/05 | 06/30/05 | SEL | 3,722,366.33 | U.S. Dollar | Physical settlement | 1.276070 | 4194907.00 | | 4,750,000.00 | 42,690,000.00 DR |
| 09/21/05 | 08/01/05 | SEL | 33,418,373.14 | U.S. Dollar | Physical settlement | 1.277441 | 4187500.00 | | 42,690,000.00 | 0.00 |

Account Summary for Swiss Franc

|  | Currency Value | Euro Value |
|---|---|---|
| Beginning Cash Balance | 0.00 | |
| Net Cash Deposits/Withdrawals | 0.00 | |
| Net Settlements | 0.00 | |
| Adjustments/Interest | 0.00 | |
| Commission | 0.00 | |
| Option Premium | 0.00 | |
| Ending Cash Balance | 0.00 | |
| Ending Net Interest | 0.00 | |
| Unrealized Gain/Loss on Open Forwards | 0.00 | |
| Market value of Open OTC Options | 0.00 | |
| Pending Settlement on OTC Options | 0.00 | |
| Accrued Financing | 0.00 | |
| Total Account Value (CHF) | 0.00 | |

REFCO-S-0600730

CONFIDENTIAL

```
REFCO CAPITAL MARKETS, LTD.
C/O REFCO SECURITIES, LLC
200 LIBERTY ST
NY, NY, 10281
```

```
JWH GLOBAL TRUST
CIS INVESTMENTS INC.
JWH GLOBAL TRUST
233 S. WACKER DRIVE
SUITE 2300
CHICAGO, IL 60606
```

| | | |
|---|---|---|
| Date | 09/30/05 | 01 USA |
| Customer | JWH GLOBAL TRUST | (93317 ) |
| Account ID | 9399 | |

**REFCO**

CUSTOMER STATEMENT                                          Base currency EUR:Euro                                  Page  5

TRADING ACCOUNT ACTIVITY

| Value Dt | Trade Dt | B/S | Units | Commodity | Description | Price/Yield | Sequence | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/05 | | | | | Opening balance | | | | | 0.00 |
| 09/21/05 | 06/10/05 | BUY | 68,100,760.26 | U.S. Dollar | Physical settlement(Rollover) | 1.227970 | 4188450.00 | 55,458,000.00 | | 55,458,000.00 DR |
| 09/21/05 | 06/10/05 | BUY | 97,475,030.63 | U.S. Dollar | Physical settlement(Rollover) | 1.227970 | 4194631.00 | 79,379,000.00 | | 134,837,000.00 DR |
| 09/21/05 | 06/10/05 | BUY | 92,803,832.75 | U.S. Dollar | Physical settlement(Rollover) | 1.227970 | 4201102.00 | 75,575,000.00 | | 210,412,000.00 DR |
| 09/21/05 | 06/10/05 | BUY | 30,009,130.86 | U.S. Dollar | Physical settlement(Rollover) | 1.227970 | 4201482.00 | 24,438,000.00 | | 234,850,000.00 DR |
| 09/21/05 | 06/30/05 | SEL | 6,248,192.86 | U.S. Dollar | Physical settlement | 1.212535 | 4193979.00 | | 5,153,000.00 | 229,697,000.00 DR |
| 09/21/05 | 06/30/05 | SEL | 2,021,295.85 | U.S. Dollar | Physical settlement | 1.212535 | 4194007.00 | | 1,667,000.00 | 228,030,000.00 DR |
| 09/21/05 | 06/30/05 | SEL | 4,585,807.37 | U.S. Dollar | Physical settlement | 1.212535 | 4194078.00 | | 3,782,000.00 | 224,248,000.00 DR |
| 09/21/05 | 06/30/05 | SEL | 9,181,315.02 | U.S. Dollar | Physical settlement | 1.212535 | 4194107.00 | | 7,572,000.00 | 216,676,000.00 DR |
| 09/21/05 | 07/01/05 | SEL | 49,759,806.14 | U.S. Dollar | Physical settlement | 1.212530 | 4191750.00 | | 41,038,000.00 | 175,638,000.00 DR |
| 09/21/05 | 07/06/05 | SEL | 55,420,729.69 | U.S. Dollar | Physical settlement | 1.197173 | 4185318.00 | | 46,293,000.00 | 129,345,000.00 DR |
| 09/21/05 | 07/13/05 | SEL | 71,809,871.88 | U.S. Dollar | Physical settlement | 1.221755 | 4205688.00 | | 58,776,000.00 | 70,569,000.00 DR |
| 09/21/05 | 07/19/05 | SEL | 68,648,076.93 | U.S. Dollar | Physical settlement | 1.200855 | 4192235.00 | | 57,166,000.00 | 13,403,000.00 DR |
| 09/21/05 | 07/21/05 | SEL | 66,815,826.00 | U.S. Dollar | Physical settlement | 1.218000 | 4196596.00 | | 54,857,000.00 | 41,454,000.00 CR |
| 09/21/05 | 07/29/05 | SEL | 27,664,943.32 | U.S. Dollar | Physical settlement | 1.214920 | 4187967.00 | | 22,771,000.00 | 64,225,000.00 CR |
| 09/21/05 | 08/01/05 | BUY | 67,136,410.31 | U.S. Dollar | Physical settlement | 1.223844 | 4187561.00 | 54,857,000.00 | | 9,368,000.00 CR |
| 09/21/05 | 08/01/05 | BUY | 35,971,222.85 | U.S. Dollar | Physical settlement | 1.223844 | 4193549.00 | 29,392,000.00 | | 20,024,000.00 DR |
| 09/21/05 | 08/01/05 | SEL | 24,436,909.14 | U.S. Dollar | Physical settlement | 1.220381 | 4193567.00 | | 20,024,000.00 | 0.00 |

REFCO-S-0600731

CONFIDENTIAL

```
                                    JWH GLOBAL TRUST                Date       09/30/05                    01 USA
                                    CIS INVESTMENTS INC.
                                    JWH GLOBAL TRUST                Customer   JWH GLOBAL TRUST            (93317   )
                                    233 S. WACKER DRIVE
REFCO CAPITAL MARKETS, LTD.         SUITE 2300                      Account ID  9399
C/O REFCO SECURITIES, LLC           CHICAGO, IL 60606
200 LIBERTY ST
NY, NY, 10281                                                                                              REFCO
```

                              CUSTOMER STATEMENT                                    Base currency EUR:Euro                Page    6

Account Summary for Euro


     (Euro Conversion Rate = 1.000000)


                                                                    Currency Value        Euro Value


     Beginning Cash Balance                                                   0.00              0.00
     Net Cash Deposits/Withdrawals                                            0.00              0.00
     Net Settlements                                                          0.00              0.00
     Adjustments/Interest                                                     0.00              0.00
     Commission                                                               0.00              0.00
     Option Premium                                                           0.00              0.00


     Ending Cash Balance                                                      0.00              0.00
     Ending Net Interest                                                      0.00              0.00
     Unrealized Gain/Loss on Open Forwards                                    0.00              0.00
     Market value of Open OTC Options                                         0.00              0.00
     Pending Settlement on OTC Options                                        0.00              0.00
     Accrued Financing                                                        0.00              0.00


     Total Account Value (EUR)                                                0.00              0.00

REFCO-S-0600732

CONFIDENTIAL

REFCO CAPITAL MARKETS, LTD.
C/O REFCO SECURITIES, LLC
200 LIBERTY ST
NY, NY, 10281

JWH GLOBAL TRUST
CIS INVESTMENTS INC.
JWH GLOBAL TRUST
233 S. WACKER DRIVE
SUITE 2300
CHICAGO, IL 60606

Date     09/30/05                01 USA
Customer    JWH GLOBAL TRUST    (93317   )
Account ID    9399

**REFCO**

CUSTOMER STATEMENT                                  Base currency GBP:British Pound                Page    7

TRADING ACCOUNT ACTIVITY

| Value Dt | Trade Dt | B/S | Units | Commodity | Description | Price/Yield | Sequence | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/05 | | | | | Opening balance | | | | | 0.00 |
| 09/21/05 | 06/10/05 | BUY | 46,274,716.32 | U.S. Dollar | Physical settlement(Rollover) | 1.817760 | 4200921.00 | 25,457,000.00 | | 25,457,000.00 DR |
| 09/21/05 | 06/10/05 | SEL | 136,342,710.66 | U.S. Dollar | Physical settlement(Rollover) | 1.817034 | 4201030.00 | | 75,035,861.00 | 49,578,861.00 CR |
| 09/21/05 | 06/10/05 | BUY | 2,490,331.20 | U.S. Dollar | Physical settlement(Rollover) | 1.817760 | 4202045.00 | 1,370,000.00 | | 48,208,861.00 CR |
| 09/21/05 | 06/14/05 | SEL | 45,928,882.98 | U.S. Dollar | Physical settlement | 1.804175 | 4189626.00 | | 25,457,000.00 | 73,665,861.00 CR |
| 09/21/05 | 06/28/05 | SEL | 24,177,158.88 | U.S. Dollar | Physical settlement | 1.815920 | 4188878.00 | | 13,314,000.00 | 86,979,861.00 CR |
| 09/21/05 | 06/30/05 | SEL | 2,446,606.28 | U.S. Dollar | Physical settlement | 1.785844 | 4193912.00 | | 1,370,000.00 | 88,349,861.00 CR |
| 09/21/05 | 06/30/05 | BUY | 1,621,546.35 | U.S. Dollar | Physical settlement | 1.785844 | 4194038.00 | 908,000.00 | | 87,441,861.00 CR |
| 09/21/05 | 06/30/05 | BUY | 9,181,316.32 | U.S. Dollar | Physical settlement | 1.784339 | 4194114.00 | 5,145,500.00 | | 82,296,361.00 CR |
| 09/21/05 | 07/05/05 | BUY | 21,702,187.98 | U.S. Dollar | Physical settlement | 1.749330 | 4187678.00 | 12,406,000.00 | | 69,890,361.00 CR |
| 09/21/05 | 07/06/05 | BUY | 55,420,739.88 | U.S. Dollar | Physical settlement | 1.753527 | 4191802.00 | 31,605,296.00 | | 38,285,065.00 CR |
| 09/21/05 | 07/07/05 | SEL | 580,853.88 | U.S. Dollar | Physical settlement | 1.746031 | 4202360.00 | | 332,671.00 | 38,617,736.00 CR |
| 09/21/05 | 07/19/05 | BUY | 68,648,062.16 | U.S. Dollar | Physical settlement | 1.734224 | 4200701.00 | 39,584,311.00 | | 966,575.00 DR |
| 09/21/05 | 07/20/05 | SEL | 1,676,858.77 | U.S. Dollar | Physical settlement | 1.734846 | 4206110.00 | | 966,575.00 | 0.00 |
| 09/21/05 | 07/21/05 | BUY | 66,815,827.57 | U.S. Dollar | Physical settlement | 1.740659 | 4196600.00 | 38,385,363.00 | | 38,385,363.00 DR |
| 09/21/05 | 08/01/05 | SEL | 67,136,402.81 | U.S. Dollar | Physical settlement | 1.765932 | 4193568.00 | | 38,017,547.00 | 367,816.00 DR |
| 09/21/05 | 08/02/05 | SEL | 650,563.15 | U.S. Dollar | Physical settlement | 1.768719 | 4205288.00 | | 367,816.00 | 0.00 |

REFCO-S-0600733

CONFIDENTIAL

```
REFCO CAPITAL MARKETS, LTD.        JWH GLOBAL TRUST           Date        09/30/05           01 USA
C/O REFCO SECURITIES, LLC          CIS INVESTMENTS INC.
200 LIBERTY ST                     JWH GLOBAL TRUST           Customer    JWH GLOBAL TRUST   (93317  )
NY, NY, 10281                      233 S. WACKER DRIVE
                                   SUITE 2300                 Account ID  9399
                                   CHICAGO, IL 60606
```

**REFCO**

CUSTOMER STATEMENT                                              Base currency GBP:British Pound            Page    8

Account Summary for British Pound

|  | Currency Value | Euro Value |
|---|---|---|
| Beginning Cash Balance | 0.00 | |
| Net Cash Deposits/Withdrawals | 0.00 | |
| Net Settlements | 0.00 | |
| Adjustments/Interest | 0.00 | |
| Commission | 0.00 | |
| Option Premium | 0.00 | |
| Ending Cash Balance | 0.00 | |
| Ending Net Interest | 0.00 | |
| Unrealized Gain/Loss on Open Forwards | 0.00 | |
| Market value of Open OTC Options | 0.00 | |
| Pending Settlement on OTC Options | 0.00 | |
| Accrued Financing | 0.00 | |
| Total Account Value (GBP) | 0.00 | |

REFCO-S-0600734

CONFIDENTIAL

REFCO CAPITAL MARKETS, LTD.
C/O REFCO SECURITIES, LLC
200 LIBERTY ST
NY, NY, 10281

JWH GLOBAL TRUST
CIS INVESTMENTS INC.
JWH GLOBAL TRUST
233 S. WACKER DRIVE
SUITE 2300
CHICAGO, IL 60606

Date      09/30/05            01 USA
Customer  JWH GLOBAL TRUST   (93317  )
Account ID  9399

**REFCO**

CUSTOMER STATEMENT                                   Base currency JPY:Japanese Yen                Page   9

TRADING ACCOUNT ACTIVITY

| Value Dt | Trade Dt | B/S | Units | Commodity | Description | Price/Yield | Sequence | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/05 | | | | | Opening balance | | | | | 0.00 |
| 09/01/05 | | DR | | Japanese Yen | Balance Initialization   -MIGRATE | | 4242573.00 | 4.00 | | 4.00 DR |
| 09/21/05 | 06/10/05 | SEL | 46,274,725.00 | U.S. Dollar | Physical settlement(Rollover) | 106.441700 | 4198706.00 | | 4,925,560,374.00 | 4,925,560,370.00 CR |
| 09/21/05 | 06/10/05 | SEL | 92,803,824.00 | U.S. Dollar | Physical settlement(Rollover) | 106.530300 | 4201058.00 | | 9,886,419,200.00 | 14,811,979,570.00 CR |
| 09/21/05 | 06/10/05 | BUY | 75,402,830.00 | U.S. Dollar | Physical settlement(Rollover) | 106.465500 | 4202001.00 | 8,027,800,000.00 | | 6,784,179,570.00 CR |
| 09/21/05 | 06/14/05 | BUY | 45,928,893.00 | U.S. Dollar | Physical settlement | 108.220000 | 4189651.00 | 4,970,424,848.00 | | 1,813,754,722.00 CR |
| 09/21/05 | 06/15/05 | SEL | 414,334.00 | U.S. Dollar | Physical settlement | 108.280900 | 4194582.00 | | 44,864,474.00 | 1,858,619,196.00 CR |
| 09/21/05 | 06/27/05 | BUY | 28,061,472.00 | U.S. Dollar | Physical settlement | 108.522700 | 4193694.00 | 3,045,306,714.00 | | 1,186,687,518.00 DR |
| 09/21/05 | 06/28/05 | BUY | 24,177,160.00 | U.S. Dollar | Physical settlement | 109.043700 | 4185528.00 | 2,636,366,984.00 | | 3,823,054,502.00 DR |
| 09/21/05 | 06/30/05 | SEL | 12,784,251.00 | U.S. Dollar | Physical settlement | 110.026000 | 4193953.00 | | 1,406,600,000.00 | 2,416,454,502.00 DR |
| 09/21/05 | 06/30/05 | SEL | 1,621,547.00 | U.S. Dollar | Physical settlement | 110.076700 | 4194034.00 | | 178,494,549.00 | 2,237,959,953.00 DR |
| 09/21/05 | 06/30/05 | BUY | 6,248,193.00 | U.S. Dollar | Physical settlement | 110.154500 | 4194062.00 | 688,266,629.00 | | 2,926,226,582.00 DR |
| 09/21/05 | 06/30/05 | SEL | 1,921,534.00 | U.S. Dollar | Physical settlement | 110.003900 | 4195637.00 | | 211,376,253.00 | 2,714,850,329.00 DR |
| 09/21/05 | 07/01/05 | BUY | 49,759,799.00 | U.S. Dollar | Physical settlement | 109.936100 | 4191643.00 | 5,470,398,271.00 | | 8,185,248,600.00 DR |
| 09/21/05 | 07/04/05 | SEL | 994,700.00 | U.S. Dollar | Physical settlement | 110.817500 | 4198976.00 | | 110,230,114.00 | 8,075,018,486.00 DR |
| 09/21/05 | 07/05/05 | SEL | 21,702,196.00 | U.S. Dollar | Physical settlement | 111.076500 | 4197747.00 | | 2,410,603,992.00 | 5,664,414,494.00 DR |
| 09/21/05 | 07/06/05 | SEL | 426,774.00 | U.S. Dollar | Physical settlement | 110.757500 | 4191836.00 | | 47,268,443.00 | 5,617,146,051.00 DR |
| 09/21/05 | 07/13/05 | BUY | 71,809,879.00 | U.S. Dollar | Physical settlement | 110.704400 | 4205683.00 | 7,949,669,532.00 | | 13,566,815,583.00 DR |
| 09/21/05 | 07/14/05 | SEL | 1,227,691.00 | U.S. Dollar | Physical settlement | 111.029000 | 4196939.00 | | 136,309,337.00 | 13,430,506,246.00 DR |
| 09/21/05 | 08/01/05 | SEL | 35,971,216.00 | U.S. Dollar | Physical settlement | 111.211500 | 4193551.00 | | 4,000,412,856.00 | 9,430,093,390.00 DR |
| 09/21/05 | 08/01/05 | SEL | 59,359,642.00 | U.S. Dollar | Physical settlement | 111.543800 | 4193556.00 | | 6,621,200,000.00 | 2,808,893,390.00 DR |
| 09/21/05 | 08/01/05 | SEL | 26,428,641.00 | U.S. Dollar | Physical settlement | 111.450100 | 4193571.00 | | 2,945,474,675.00 | 136,581,285.00 CR |
| 09/21/05 | 08/02/05 | BUY | 225,371.00 | U.S. Dollar | Physical settlement | 111.092500 | 4205283.00 | 25,037,075.00 | | 111,544,210.00 CR |
| 09/21/05 | 08/02/05 | BUY | 1,003,976.00 | U.S. Dollar | Physical settlement | 111.102500 | 4205285.00 | 111,544,214.00 | | 4.00 DR |

CONFIDENTIAL

REFCO CAPITAL MARKETS, LTD.
C/O REFCO SECURITIES, LLC
200 LIBERTY ST
NY, NY, 10281

JWH GLOBAL TRUST
CIS INVESTMENTS INC.
JWH GLOBAL TRUST
233 S. WACKER DRIVE
SUITE 2300
CHICAGO, IL 60606

| | |
|---|---|
| Date | 09/30/05 |
| Customer | JWH GLOBAL TRUST |
| Account ID | 9399 |

01 USA
(93317  )

**REFCO**

CUSTOMER STATEMENT                         Base currency JPY:Japanese Yen          Page    10

Account Summary for Japanese Yen

|  | Currency Value | Euro Value |
|---|---|---|
| Beginning Cash Balance | 0.00 | |
| Net Cash Deposits/Withdrawals | 0.00 | |
| Net Settlements | 0.00 | |
| Adjustments/Interest | 4.00 DR | |
| Commission | 0.00 | |
| Option Premium | 0.00 | |
| Ending Cash Balance | 4.00 DR | |
| Ending Net Interest | 0.00 | |
| Unrealized Gain/Loss on Open Forwards | 0.00 | |
| Market value of Open OTC Options | 0.00 | |
| Pending Settlement on OTC Options | 0.00 | |
| Accrued Financing | 0.00 | |
| Total Account Value (JPY) | 4.00 DR | |

REFCO-S-0600736

CONFIDENTIAL

```
                                        JWH GLOBAL TRUST              Date        09/30/05              01 USA
                                        CIS INVESTMENTS INC.
                                        JWH GLOBAL TRUST              Customer    JWH GLOBAL TRUST      (93317   )
                                        233 S. WACKER DRIVE
REFCO CAPITAL MARKETS, LTD.             SUITE 2300                    Account ID  9399
C/O REFCO SECURITIES, LLC               CHICAGO, IL 60606
200 LIBERTY ST                                                                                          REFCO
NY, NY, 10281

                        CUSTOMER STATEMENT                            Base currency USD:U.S. Dollar     Page    11


TRADING ACCOUNT ACTIVITY

Value Dt  Trade Dt  B/S    Units         Commodity         Description                Price/Yield  Sequence      Debit             Credit         Running Balance

09/01/05                                                   Opening balance                                                                              0.00
09/01/05            CR                   U.S. Dollar       Balance Initialization  -MIGRATE        4242574.00                      25,924,177.62  25,924,177.62 CR

09/21/05  06/10/05  SEL    25,457,000.00 British Pound     Physical settlement(Rollover)  1.817760 4200921.00                      46,274,716.32  72,198,893.94 CR
09/21/05  06/10/05  BUY    75,035,861.00 British Pound     Physical settlement(Rollover)  1.817034 4201030.00   136,342,710.66                    64,143,816.72 DR
09/21/05  06/10/05  SEL     1,370,000.00 British Pound     Physical settlement(Rollover)  1.817760 4202045.00                       2,490,331.20  61,653,485.52 DR
09/21/05  06/14/05  BUY    25,457,000.00 British Pound     Physical settlement            1.804175 4189626.00    45,928,882.98                   107,582,368.50 DR
09/21/05  06/28/05  BUY    13,314,000.00 British Pound     Physical settlement            1.815920 4188878.00    24,177,158.88                   131,759,527.38 DR
09/21/05  06/30/05  BUY     1,370,000.00 British Pound     Physical settlement            1.785844 4193912.00     2,446,606.28                   134,206,133.66 DR
09/21/05  06/30/05  SEL       908,000.00 British Pound     Physical settlement            1.785844 4194038.00                       1,621,546.35 132,584,587.31 DR
09/21/05  06/30/05  SEL     5,145,500.00 British Pound     Physical settlement            1.784339 4194114.00                       9,181,316.32 123,403,270.99 DR
09/21/05  07/05/05  SEL    12,406,000.00 British Pound     Physical settlement            1.749330 4187678.00                      21,702,187.98 101,701,083.01 DR
09/21/05  07/06/05  SEL    31,605,296.00 British Pound     Physical settlement            1.753527 4191802.00                      55,420,739.88  46,280,343.13 DR
09/21/05  07/07/05  BUY       332,671.00 British Pound     Physical settlement            1.746031 4202360.00       580,853.88                    46,861,197.01 DR
09/21/05  07/19/05  SEL    39,584,311.00 British Pound     Physical settlement            1.734224 4200701.00                      68,648,062.16  21,786,865.15 CR
09/21/05  07/20/05  BUY       966,575.00 British Pound     Physical settlement            1.734846 4206110.00     1,676,858.77                    20,110,006.38 CR
09/21/05  07/21/05  SEL    38,385,363.00 British Pound     Physical settlement            1.740659 4196600.00                      66,815,827.57  86,925,833.95 CR
09/21/05  08/01/05  BUY    38,017,547.00 British Pound     Physical settlement            1.765932 4193568.00    67,136,402.81                    19,789,431.14 CR
09/21/05  08/02/05  BUY       367,816.00 British Pound     Physical settlement            1.768719 4205288.00       650,563.15                    19,138,867.99 CR
09/21/05  06/10/05  BUY    37,506,709.00 Canadian Dollar   Physical settlement(Rollover)  1.249843 4201477.00    30,009,136.35                    10,870,268.36 DR
09/21/05  06/27/05  BUY    34,517,000.00 Canadian Dollar   Physical settlement            1.230050 4193690.00    28,061,460.92                    38,931,729.28 DR
09/21/05  06/30/05  SEL     2,476,979.00 Canadian Dollar   Physical settlement            1.225441 4194011.00                       2,021,296.01  36,910,433.27 DR
09/21/05  06/30/05  SEL     2,354,000.00 Canadian Dollar   Physical settlement            1.225063 4195635.00                       1,921,533.83  34,988,899.44 DR
09/21/05  07/29/05  SEL    34,026,045.00 Canadian Dollar   Physical settlement            1.229934 4187950.00                      27,664,935.68   7,323,963.76 DR
09/21/05  08/01/05  SEL     1,003,685.00 Canadian Dollar   Physical settlement            1.216275 4193503.00                         825,212.23   6,498,751.53 DR
09/21/05  08/01/05  SEL    32,163,000.00 Canadian Dollar   Physical settlement            1.216975 4193570.00                      26,428,644.80  19,929,893.27 DR
09/21/05  06/10/05  SEL    55,458,000.00 Euro              Physical settlement(Rollover)  1.227970 4188450.00                      68,100,760.26  88,030,653.53 CR
09/21/05  06/10/05  SEL    79,379,000.00 Euro              Physical settlement(Rollover)  1.227970 4194631.00                      97,475,030.63 185,505,684.16 CR
09/21/05  06/10/05  SEL    75,575,000.00 Euro              Physical settlement(Rollover)  1.227970 4201102.00                      92,803,832.75 278,309,516.91 CR
09/21/05  06/10/05  SEL    24,438,000.00 Euro              Physical settlement(Rollover)  1.227970 4201482.00                      30,009,130.86 308,318,647.77 CR
09/21/05  06/30/05  BUY     5,153,000.00 Euro              Physical settlement            1.212535 4193979.00     6,248,192.86                   302,070,454.91 CR
09/21/05  06/30/05  BUY     1,667,000.00 Euro              Physical settlement            1.212535 4194007.00     2,021,295.85                   300,049,159.06 CR
09/21/05  06/30/05  BUY     3,782,000.00 Euro              Physical settlement            1.212535 4194078.00     4,585,807.37                   295,463,351.69 CR
09/21/05  06/30/05  BUY     7,572,000.00 Euro              Physical settlement            1.212535 4194107.00     9,181,315.02                   286,282,036.67 CR
09/21/05  07/01/05  BUY    41,038,000.00 Euro              Physical settlement            1.212530 4191750.00    49,759,806.14                   236,522,230.53 CR
09/21/05  07/06/05  BUY    46,293,000.00 Euro              Physical settlement            1.197173 4185318.00    55,420,729.69                   181,101,500.84 CR
09/21/05  07/13/05  BUY    58,776,000.00 Euro              Physical settlement            1.221755 4205688.00    71,809,871.88                   109,291,628.96 CR
09/21/05  07/19/05  BUY    57,166,000.00 Euro              Physical settlement            1.200855 4192235.00    68,648,076.93                    40,643,552.03 CR
09/21/05  07/21/05  BUY    54,857,000.00 Euro              Physical settlement            1.218000 4196596.00    66,815,826.00                    26,172,273.97 DR
```

REFCO-S-0600737

CONFIDENTIAL

REFCO CAPITAL MARKETS, LTD.
C/O REFCO SECURITIES, LLC
200 LIBERTY ST
NY, NY, 10281

JWH GLOBAL TRUST
CIS INVESTMENTS INC.
JWH GLOBAL TRUST
233 S. WACKER DRIVE
SUITE 2300
CHICAGO, IL 60606

Date  09/30/05                 01 USA
Customer  JWH GLOBAL TRUST     (93317  )
Account ID  9399

**REFCO**

CUSTOMER STATEMENT                               Base currency USD:U.S. Dollar                Page   12

TRADING ACCOUNT ACTIVITY (cont'd)

| Value Dt | Trade Dt | B/S | Units | Commodity | Description | Price/Yield | Sequence | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/05 | 07/29/05 | BUY | 22,771,000.00 | Euro | Physical settlement | 1.214920 | 4187967.00 | 27,664,943.32 | | 53,837,217.29 DR |
| 09/21/05 | 08/01/05 | SEL | 54,857,000.00 | Euro | Physical settlement | 1.223844 | 4187561.00 | | 67,136,410.31 | 13,299,193.02 CR |
| 09/21/05 | 08/01/05 | SEL | 29,392,000.00 | Euro | Physical settlement | 1.223844 | 4193549.00 | | 35,971,222.85 | 49,270,415.87 CR |
| 09/21/05 | 08/01/05 | BUY | 20,024,000.00 | Euro | Physical settlement | 1.220381 | 4193567.00 | 24,436,909.14 | | 24,833,506.73 CR |
| 09/21/05 | 06/10/05 | BUY | 4,925,560,374.00 | Japanese Yen | Physical settlement(Rollover) | 106.441700 | 4198706.00 | 46,274,724.79 | | 21,441,218.06 DR |
| 09/21/05 | 06/10/05 | BUY | 9,886,419,200.00 | Japanese Yen | Physical settlement(Rollover) | 106.530300 | 4201058.00 | 92,803,823.89 | | 114,245,041.95 DR |
| 09/21/05 | 06/10/05 | SEL | 8,027,800,000.00 | Japanese Yen | Physical settlement(Rollover) | 106.465500 | 4202001.00 | | 75,402,830.02 | 38,842,211.93 DR |
| 09/21/05 | 06/14/05 | SEL | 4,970,424,848.00 | Japanese Yen | Physical settlement | 108.220000 | 4189651.00 | | 45,928,893.44 | 7,086,681.51 CR |
| 09/21/05 | 06/15/05 | BUY | 44,864,474.00 | Japanese Yen | Physical settlement | 108.280900 | 4194582.00 | 414,334.14 | | 6,672,347.37 CR |
| 09/21/05 | 06/27/05 | SEL | 3,045,306,714.00 | Japanese Yen | Physical settlement | 108.522700 | 4193694.00 | | 28,061,472.06 | 34,733,819.43 CR |
| 09/21/05 | 06/28/05 | SEL | 2,636,366,984.00 | Japanese Yen | Physical settlement | 109.043700 | 4185528.00 | | 24,177,160.02 | 58,910,979.45 CR |
| 09/21/05 | 06/30/05 | BUY | 1,406,600,000.00 | Japanese Yen | Physical settlement | 110.026000 | 4193953.00 | 12,784,251.00 | | 46,126,728.45 CR |
| 09/21/05 | 06/30/05 | BUY | 178,494,549.00 | Japanese Yen | Physical settlement | 110.076700 | 4194034.00 | 1,621,547.06 | | 44,505,181.39 CR |
| 09/21/05 | 06/30/05 | SEL | 688,266,629.00 | Japanese Yen | Physical settlement | 110.154500 | 4194062.00 | | 6,248,193.48 | 50,753,374.87 CR |
| 09/21/05 | 06/30/05 | BUY | 211,376,253.00 | Japanese Yen | Physical settlement | 110.003900 | 4195637.00 | 1,921,534.17 | | 48,831,840.70 CR |
| 09/21/05 | 07/01/05 | SEL | 5,470,398,271.00 | Japanese Yen | Physical settlement | 109.936100 | 4191643.00 | | 49,759,799.29 | 98,591,639.99 CR |
| 09/21/05 | 07/04/05 | BUY | 110,230,114.00 | Japanese Yen | Physical settlement | 110.817500 | 4198976.00 | 994,699.52 | | 97,596,940.47 CR |
| 09/21/05 | 07/05/05 | BUY | 2,410,603,992.00 | Japanese Yen | Physical settlement | 111.076500 | 4197747.00 | 21,702,196.16 | | 75,894,744.31 CR |
| 09/21/05 | 07/06/05 | BUY | 47,268,443.00 | Japanese Yen | Physical settlement | 110.757500 | 4191836.00 | 426,774.20 | | 75,467,970.11 CR |
| 09/21/05 | 07/13/05 | SEL | 7,949,669,532.00 | Japanese Yen | Physical settlement | 110.704400 | 4205683.00 | | 71,809,878.67 | 147,277,848.78 CR |
| 09/21/05 | 07/14/05 | BUY | 136,309,337.00 | Japanese Yen | Physical settlement | 111.029000 | 4196939.00 | 1,227,691.30 | | 146,050,157.48 CR |
| 09/21/05 | 08/01/05 | BUY | 4,000,412,856.00 | Japanese Yen | Physical settlement | 111.211500 | 4193551.00 | 35,971,215.71 | | 110,078,941.77 CR |
| 09/21/05 | 08/01/05 | BUY | 6,621,200,000.00 | Japanese Yen | Physical settlement | 111.543800 | 4193556.00 | 59,359,641.68 | | 50,719,300.09 CR |
| 09/21/05 | 08/01/05 | BUY | 2,945,474,675.00 | Japanese Yen | Physical settlement | 111.450100 | 4193571.00 | 26,428,640.93 | | 24,290,659.16 CR |
| 09/21/05 | 08/02/05 | SEL | 25,037,075.00 | Japanese Yen | Physical settlement | 111.092500 | 4205283.00 | | 225,371.42 | 24,516,030.58 CR |
| 09/21/05 | 08/02/05 | SEL | 111,544,214.00 | Japanese Yen | Physical settlement | 111.102500 | 4205285.00 | | 1,003,975.73 | 25,520,006.31 CR |
| 09/21/05 | 06/10/05 | SEL | 47,440,000.00 | Swiss Franc | Physical settlement(Rollover) | 1.244110 | 4194548.00 | | 38,131,676.46 | 63,651,682.77 CR |
| 09/21/05 | 06/30/05 | BUY | 4,750,000.00 | Swiss Franc | Physical settlement | 1.276070 | 4194907.00 | 3,722,366.33 | | 59,929,316.44 CR |
| 09/21/05 | 08/01/05 | BUY | 42,690,000.00 | Swiss Franc | Physical settlement | 1.277441 | 4187500.00 | 33,418,373.14 | | 26,510,943.30 CR |
| 09/30/05 | | CR | | U.S. Dollar | Interest Adjustment | -INTEREST | 4436600.38 | | 76,568.46 | 26,587,511.76 CR |

CONFIDENTIAL

```
                                    JWH GLOBAL TRUST                    Date          09/30/05              01 USA
                                    CIS INVESTMENTS INC.
                                    JWH GLOBAL TRUST                    Customer      JWH GLOBAL TRUST     (93317  )
                                    233 S. WACKER DRIVE
REFCO CAPITAL MARKETS, LTD.         SUITE 2300                          Account ID    9399
C/O REFCO SECURITIES, LLC           CHICAGO, IL 60606
200 LIBERTY ST
NY, NY, 10281
```

**REFCO**

CUSTOMER STATEMENT                                          Base currency USD:U.S. Dollar                Page    13

Account Summary for U.S. Dollar

|  | Currency Value | Euro Value |
|---|---|---|
| Beginning Cash Balance | 0.00 |  |
| Net Cash Deposits/Withdrawals | 0.00 |  |
| Net Settlements | 586,765.68 CR |  |
| Adjustments/Interest | 26,000,746.08 CR |  |
| Commission | 0.00 |  |
| Option Premium | 0.00 |  |
| Ending Cash Balance | 26,587,511.76 CR |  |
| Ending Net Interest | 0.00 |  |
| Unrealized Gain/Loss on Open Forwards | 0.00 |  |
| Market value of Open OTC Options | 0.00 |  |
| Pending Settlement on OTC Options | 0.00 |  |
| Accrued Financing | 0.00 |  |
| Total Account Value (USD) | 26,587,511.76 CR |  |

REFCO-S-0600739