# Exhibit 4

## 1

```
 1                CONFIDENTIAL
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ---------------------------------------------X
 4   In Re REFCO, INC. SECURITIES       07-MDL-1902
     LITIGATION
 5   ---------------------------------------------X
     This Document Relates to:
 6
 7   In Re REFCO, INC. SECURITIES       05 Civ. 8626
     LITIGATION                               (GEL)
 8   ---------------------------------------------X
 9   And All Other Cases Subject to Deposition
     Protocol Order
10   ---------------------------------------------X
11                       Milbank, Tweed, Hadley
                         & McCloy, LLP
12                       One Chase Manhattan Plaza
                         New York, New York 10005
13
                         August 12, 2009
14                       9:31 a.m.
15
16
17
18
19          CONFIDENTIAL VIDEOTAPED DEPOSITION OF VERA
20   KRAKER, taken at the above place, date and time,
21   before Dawn Matera, a Registered Professional
22   Reporter and Notary Public within and for the State
23   of New York.
24
25
```

## 2

```
 1                CONFIDENTIAL
 2   A P P E A R A N C E S:
 3
 4     MILBANK, TWEED, HADLEY & MCCLOY, LLP
           Attorneys for Mark Kirschner as the trustee
 5         for the Refco Litigation Trust
           One Chase Manhattan Plaza
 6         New York, New York 10005
       BY: MELANIE WESTOVER, ESQ.
 7     BY: ERIC FISHMAN, ESQ.
 8
 9
10     DOMINIC F. AMOROSA, ESQ.
           Attorney for Ms. Vera Kraker
11         521 Fifth Avenue
           Suite 3300
12         New York, New York 10175
13
14
15     GRANT & EISENHOFER, P.A.
           Attorneys for Lead Plaintiffs
16         RH Capital Associates LLC, Pacific
           Investment Management Company LLC and
17         Colead Counsel for the Putative Class
           1201 North Market Street
18         Chase Manhattan Centre
           Wilmington, Delaware 19801
19     BY: CHRISTINE M. MACKINTOSH, ESQ.
20
21
22     BEUS GILBERT, PLLC
           Attorneys for Plaintiff Krys
23         4800 North Scottsdale Road
           Suite 6000
24         Scottsdale, Arizona 85251
       BY: LEE MICHAEL ANDELIN, ESQ.
25     BY: ROBERT T. MILLS, ESQ.
```

## 3

```
 1                CONFIDENTIAL
 2   A P P E A R A N C E S (Continued):
 3
 4     WINSTON & STRAWN LLP
           Attorneys for Defendant Grant Thornton LLP
 5         200 Park Avenue
           New York, New York 10166
 6     BY: BETH TAGLIAMONTI, ESQ.
 7
 8
 9     WILMER CUTLER PICKERING HALE and DORR LLP
           Attorneys for Underwriter Defendants
10         399 Park Avenue
           New York, New York 10022
11     BY: ROSS E. FIRSENBAUM, ESQ.
            -and-
12     BY: BENJAMIN LOVELAND, ESQ.
           60 State Street
13         Boston, Massachusetts 02109
14
15
       KATTEN MUCHIN ROSENMAN LLP
16         Attorneys for Dennis A. Klejna
           575 Madison Avenue
17         New York, New York  10022-2585
       BY: DANIEL A. EDELSON, ESQ.
18
19
20
       LATHAM & WATKINS LLP
21         Attorneys for Ernst & Young
           555 Eleventh Street, N.W.
22         Suite 1000
           Washington, D.C. 20004-1304
23     BY: KEVIN H. METZ, ESQ.
24
25
```

## 4

```
 1                CONFIDENTIAL
 2
 3   A P P E A R A N C E S (Continued):
 4
 5     FRIEDMAN & WITTENSTEIN
           Attorneys for William Sexton
 6         600 Lexington Avenue
           New York, New York 10022
 7     BY: JONATHAN D. DAUGHERTY, ESQ.
 8
 9
10     WILLIAMS & CONNOLLY LLP
           Attorneys for Mayer Brown LLP
11         725 Twelfth Street, N.W.
           Washington, D.C. 20005
12     BY: DANIEL P. SHANAHAN, ESQ.
       BY: JOHN S. WILLIAMS, ESQ.
13
14
15
       ORRICK, HERRINGTON & SUTCLIFFE LLP
16         Attorneys for Defendant
           PricewaterhouseCoopers LLP
17         666 Fifth Avenue
           New York, New York 10103
18     BY: JAMES P. CUSICK, ESQ.
19
20
21     PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
           Attorneys for THL Partners
22         1285 Avenue of the Americas
           New York, New York 10019-6064
23     BY: PHILANDER HUYNH, ESQ.
24
25
```

## 21

```
 1              VERA KRAKER - CONFIDENTIAL
 2   referring to Refco Capital Markets?
 3         A.    Yes.
 4         Q.    To your knowledge, in 2004 and 2005,
 5   where was RCM located?
 6         A.    The securities division was in New
 7   York.  The FX division was New York and Chicago, I
 8   believe.  And we had a derivatives desk in London.
 9         Q.    Did you also have a Miami office?
10         A.    Oh, yes, Miami.
11         Q.    And what did Miami handle?
12         A.    They primarily did emerging markets.
13         Q.    Where would you say RCM's principal
14   place of business was?
15         A.    For our desk was New York.
16         Q.    To your knowledge, in 2004/2005, did
17   RCM have any offices or operations in Bermuda?
18         A.    Not that I know of.
19         Q.    Do you recall if RCM ever had offices
20   or operations in Bermuda?
21         A.    Yes.
22         Q.    When was that?
23         A.    In January of '94 they moved the whole
24   trading desk to Bermuda and then operations, as well.
25         Q.    And how long did the trading desk and
```

## 22

```
 1              VERA KRAKER - CONFIDENTIAL
 2   the operations stay in Bermuda, to your knowledge?
 3         A.    Operations came back first, and I am
 4   not really sure when -- and I believe they officially
 5   closed the office towards the end of '01.
 6         Q.    And after 2001, there were no offices
 7   or operations for RCM in Bermuda?
 8         A.    Not that I know of.
 9         Q.    Do you know why RCM moved its
10   operations out of Bermuda?
11         A.    I don't know.
12         Q.    Did you have any understanding as to
13   what impact, if any, moving RCM's operations out of
14   Bermuda would have?
15         A.    No.
16               MR. SHANAHAN:  Object to the form.
17         Q.    So after 2001, did you understand RCM
18   to have any operations outside of the United States?
19         A.    I don't know.
20         Q.    Do you know if RCM had any of its own
21   employees?
22         A.    I am not sure what you mean by that.
23         Q.    As opposed to people working for RCM,
24   but are actually employed by another Refco entity?
25               MR. CUSICK:  Object to the form.
```

## 23

```
 1              VERA KRAKER - CONFIDENTIAL
 2         A.    I don't know.
 3         Q.    Did RCM have an any brokers?
 4         A.    I am not sure what you mean by broker.
 5         Q.    Did they employ anybody who acted as a
 6   broker?
 7               MR. CUSICK:  Object to the form.
 8         A.    Is that different from a salesman?  I
 9   am not sure what you mean.
10         Q.    Well, what do you understand a
11   salesman's responsibilities to have been?
12         A.    To trade for their accounts.
13         Q.    And did you understand the salesman to
14   be able to trade for their accounts only on a
15   customer's instruction?
16               MR. HUYNH:  Objection to form.
17         A.    I guess that would depend on what kind
18   of an account was open, i.e. discretionary or
19   nondiscretionary account.
20         Q.    Do you know whether RCM had any
21   discretionary accounts?
22         A.    I don't know.
23         Q.    If a customer wanted to open an
24   account with RCM, where would that customer call or
25   go to to do that?
```

## 24

```
 1              VERA KRAKER - CONFIDENTIAL
 2               MR. CUSICK:  Object to the form.
 3         A.    If they had a salesman?
 4         Q.    If they didn't, if they were brand new
 5   to Refco and wanted to open a RCM account?
 6               MR. CUSICK:  Same objection.
 7         A.    I don't know.  I've never seen that
 8   happen with them having no introduction.
 9         Q.    Okay.  So if a customer had a -- let
10   me go back.
11               If a customer had a relationship with
12   an RCM salesman and wanted to open an account at RCM,
13   do you know what that process would be?
14         A.    The salesman would have New Accounts
15   send out paperwork.
16         Q.    And where is New Accounts?
17         A.    At our offices, One World Financial on
18   the 24th floor.
19         Q.    And if a customer who had an account
20   with RCM had a question, where would they call?
21         A.    Their salesman.
22         Q.    And that would be in New York, their
23   salesman would be located in New York?
24               MR. CUSICK:  Object to the form.
25         A.    Or it could have been Miami.
```