UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re REFCO, INC. SECURITIES LITIGATION

: Case No. 07-md-1902 (JSR)
:
:

---

KENNETH M. KRYS, *et al.*,

   Plaintiffs,

  v.

CHRISTOPHER SUGRUE, *et al.*,

   Defendants.

: Case No. 08-cv-3065 (JSR)
: Case No. 08-cv-3086 (JSR)

---

KENNETH M. KRYS, *et al.*,

   Plaintiffs,

  v.

ROBERT AARON, *et al.*,

   Defendants.

: Case No. 08-cv-7416 (JSR)

---

KENNETH M. KRYS, *et al.*,

   Plaintiffs,

  v.

DEUTSCHE BANK SECURITIES, INC.,

   Defendant.

: Case No. 10-cv-3594 (JSR)

---

## [PROPOSED] SPECIAL MASTER ORDER EXTENDING FACT DEPOSITION DEADLINE FOR LIMITED PURPOSE

WHEREAS, defendants Mark Kavanagh and Brian Owens served a deposition subpoena on non-party Walkers Global ("Walkers") on March 1, 2012;

WHEREAS, Walkers is a Cayman Islands partnership;

WHEREAS, Walkers has volunteered to make itself available for a deposition in New York, New York on August 22, 2012;

WHEREAS, the parties in the above-captioned actions have been ordered to conclude all fact depositions on or before July 31, 2012, pursuant to the Scheduling and Discovery Order dated December 22, 2011 (the "Scheduling Order"); and

WHEREAS, the parties in the above-captioned actions have agreed that the Walkers deposition should take place in New York on August 22, 2012.

SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders as follows:

1. The fact deposition deadline shall be extended beyond July 31, 2012, for the limited purpose of completing the deposition of Walkers.

2. This Order shall have no effect on any prior orders entered concerning the Scheduling Order.

SO ORDERED this __ day of ____, 2012

_____
Honorable Ronald D. Hedges
Special Master

101337570.1