USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re REFCO INC. SECURITIES
LITIGATION                                                                                07 **MDL** 1902 (JSR)
-----------------------------------------------------------X
KENNETH M. KRYS, et al.,
                           Plaintiffs,                              08 **CIVIL** 3065 (JSR)
                                                                                     08 **CIVIL** 3086 (JSR)
      -against-                                                                      **JUDGMENT**

CHRISTOPHER SUGRUE, et al.,
                           Defendants.
-----------------------------------------------------------X

Whereas on February 10, 2012, Special Master Daniel J. Capra, having issued a Report and Recommendation (the "RTL R&R") recommending that the Court grant the motions to dismiss of defendants Ingram Micro, Inc., its subsidiary CIM Ventures, Inc., Liberty Corner Capital Strategies LLC, and William T. Pigott; by "bottom-line" order dated July 17, 2012, this Court having granted defendants' motion to dismiss, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on July 28, 2012, having rendered its Memorandum Order finding itself in agreement with Special Master Capra's Report and Recommendation, reaffirming its own "bottom line" Order of July 17, 2012, dismissing, with prejudice, plaintiffs' claims of aiding and abetting fraud against Ingram Micro, Inc., CIM Ventures, Inc., Liberty Corner Capital Strategies LLC, and William T. Pigott, and directing the Clerk to enter judgment to this effect, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated July 28, 2012, the Court finds itself in agreement with Special Master Capra's Report and Recommendation; accordingly, the Court, reaffirms its own "bottom

line" Order of July 17, 2012, dismissing, with prejudice, plaintiffs' claims of aiding and abetting fraud against Ingram Micro, Inc., CIM Ventures, Inc., Liberty Corner Capital Strategies LLC, and William T. Pigott.

**Dated:** New York, New York
   July 31, 2012

              **RUBY J. KRAJICK**
              **Clerk of Court**

**BY:** _____
             **Deputy Clerk**


THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____