UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re REFCO INC. SECURITIES LITIGATION        Case No. 07-MD-1902 (JSR)
------------------------------------------------------------X
                This Document Relates to:
------------------------------------------------------------X
KENNETH M. KRYS, et al.,                  :
                                          :   Case No. 08-CV-3065 (JSR)
                              Plaintiffs, :   Case No. 08-CV-3086 (JSR)
                                          :
               -against-                  :
                                          :
CHRISTOPHER SUGRUE, et al.,               :   ORAL ARGUMENT
                                          :   REQUESTED
                              Defendants. :
                                          :
------------------------------------------------------------X

   PLEASE TAKE NOTICE that, upon Moving Defendants' Memorandum in Support of Summary Judgment, and the accompanying Rule 56.1 Statement and the Declaration of James J. Capra, Jr., dated August 2, 2012 and the exhibits thereto, and at a time and location to be determined, defendants Mayer Brown LLP, Edward S. Best, Joseph P. Collins, and Paul Koury (the "Mayer Brown Defendants") will move this Court for an order dismissing the remaining count of the Amended Complaint directed at them (Count XVII) pursuant to Rule 56 of the Federal Rules of Civil Procedure, and granting such other and further relief as the Court deems just and proper.[1]

---

[1] In seeking leave to file these motions, the Mayer Brown Defendants and other Moving Defendants reserved their right to move for summary judgment on other grounds at the appropriate time, if necessary. Plaintiffs consented to the Moving Defendants' present motions being heard on an expedited basis in advance of summary judgment motions on other issues, and the Special Master, in consultation with the Court, agreed to hear them at this time. *See* emails dated July 30 and 31, 2012 among Special Master Capra, counsel for plaintiffs (Dennis Blackhurst), and counsel for Credit Suisse Securities (USA) LLC and Merrill Lynch, Pierce, Fenner & Smith, Inc. (Philip Anker), who wrote on behalf of Moving Defendants.

                Respectfully submitted,

Dated: Washington, D.C.          WILLIAMS & CONNOLLY LLP
       August 2, 2012

By: /s/ Craig D. Singer
   John K. Villa
   George A. Borden
   Craig D. Singer
   (csinger@wc.com)

   725 Twelfth Street, NW
   Washington, DC 20005
   Tel.: (202) 434-5000

*Attorneys for Defendants Mayer Brown LLP and Edward S. Best*

Dated: New York, New York        COOLEY LLP
       August 2, 2012

By: /s/ William J. Schwartz
   William J. Schwartz
   (wschwartz@cooley.com)
   Jonathan P. Bach
   Reed A. Smith

   1114 Avenue of the Americas
   New York, NY 10036-7798
   Tel.: (212) 479-6000

*Attorneys for Defendant Joseph P. Collins*

Dated: New York, New York        CLAYMAN & ROSENBERG
       August 2, 2012

By: /s/ Charles E. Clayman
   Charles E. Clayman
   (clayman@clayro.com)

305 Madison Avenue, Suite 1301
New York, NY 10165
Tel.: (212) 922-1080

*Attorneys for Defendant Paul Koury*