UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| In re REFCO INC. SECURITIES LITIGATION | Case No. 07-md-1902 (JSR) |

This Document Relates to:

| | |
|---|---|
| KENNETH M. KRYS, *et al.*, <br><br>   Plaintiffs, <br><br>   v. <br><br> DEUTSCHE BANK SECURITIES INC., *et al.*, <br><br>   Defendants. | Case No. 10-cv-3594 (JSR) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance for Defendant Deutsche Bank Securities Inc. in the above-captioned action.

I certify that I am admitted to practice before this Court.

Dated:   New York, NY
         August 3, 2012

                                        Respectfully submitted,

                                        LINKLATERS LLP

                                        By:   */s/ Robert H. Bell*
                                              Robert H. Bell
                                              (robert.bell@linklaters.com)

                                        1345 Avenue of the Americas
                                        New York, NY 10105
                                        (212) 903-9000 (telephone)
                                        (212) 903-9100 (facsimile)

                                        Attorneys for Deutsche Bank Securities Inc.

A15388078/0.0/03 Aug 2012