UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                  :

In re REFCO INC. SECURITIES LITIGATION   :     Case No. 07-md-1902 (JSR)

                                  :
-------------------------------------------------------------X
           This Document Relates to:          
-------------------------------------------------------------X
KENNETH M. KRYS, *et al.*,            :

                                  :     Case No. 11-cv-1486 (JSR)

                  Plaintiffs,       :

          -against-                   :

SCHULTE ROTH & ZABEL LLP,         :

                  Defendant.      :
-------------------------------------------------------------X

## ORDER FOR ADMISSION *PRO HAC VICE* OF L. RICHARD WILLIAMS

Upon the motion of plaintiffs Kenneth M. Krys and Margot MacInnis as Joint Official

Liquidators, Kenneth M. Krys and Margot MacInnis, as assignees of claims, and The Harbour

Trust Co. Ltd. as Trustee of the SPhinX Trust ("Plaintiffs"), pursuant to Local Civil Rule 1.3(c),

for the admission *pro hac vice* of L. Richard Williams in the above-captioned matter, the

affirmation of David Molton in support thereof and the Affidavit of L. Richard Williams in support

thereof;

      **IT IS HEREBY ORDERED** that

          L. Richard Williams
          Beus Gilbert PLLC
          4800 North Scottsdale Road, Suite 6000
          Scottsdale, Arizona 85251
          Tel. (480) 429-3000
          Fax (480) 429-3100
          Email: rwilliams@beusgilbert.com

is admitted to practice *pro hac vice* as counsel for the Plaintiffs in the above-captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing before

this Court are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys.   If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:  Hackensack, New Jersey
          June 22, 2012

_____
Special Master Hon. Ronald Hedges

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                 :
In re REFCO INC. SECURITIES LITIGATION           :          Case No. 07-md-1902 (JSR)
                                                 :
                                                 :
------------------------------------------------------------X
                This Document Relates to:        :
------------------------------------------------------------X
KENNETH M. KRYS, *et al.*                        :
                                                 :          Case No. 10-cv-3594 (JSR)
                                                 :
                     Plaintiffs,                 :
                                                 :
            -against-                            :
                                                 :
DEUTSCHE BANK SECURITIES INC., *et al.*,         :
                                                 :
                     Defendants.                 :
------------------------------------------------------------X

## ORDER FOR ADMISSION *PRO HAC VICE* OF L. RICHARD WILLIAMS

Upon the motion of plaintiffs Kenneth M. Krys and Margot MacInnis as Joint Official

Liquidators, Kenneth M. Krys and Margot MacInnis, as assignees of claims, and The Harbour

Trust Co. Ltd. as Trustee of the SPhinX Trust ("Plaintiffs"), pursuant to Local Civil Rule 1.3(c),

for the admission *pro hac vice* of L. Richard Williams in the above-captioned matter, the

affirmation of David Molton in support thereof and the Affidavit of L. Richard Williams in support

thereof;

**IT IS HEREBY ORDERED** that

> L. Richard Williams
> Beus Gilbert PLLC
> 4800 North Scottsdale Road, Suite 6000
> Scottsdale, Arizona 85251
> Tel. (480) 429-3000
> Fax (480) 429-3100
> Email: rwilliams@beusgilbert.com

is admitted to practice *pro hac vice* as counsel for the Plaintiffs in the above-captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing before

this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>.  Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:  Hackensack, New Jersey
        June 22, 2012

_____
Special Master Hon. Ronald Hedges

60553942 v1