UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re REFCO, INC. SECURITIES LITIGATION  :  07 MDL 1902 (JSR)

------------------------------------------------------------x  ECF CASE

------------------------------------------------------------x

KENNETH M. KRYS, et al.,           :  08 Civ. 3065 (JSR)
                                   :  08 Civ. 3086 (JSR)
                    Plaintiffs,    :
                                   :
        -v-                        :
                                   :
CHRISTOPHER SUGRUE, et al.,        :
                                   :
                    Defendants.    :

------------------------------------------------------------x

                                   :  08 Civ. 7416 (JSR)

KENNETH M. KRYS, et al.,           :
                    Plaintiffs,    :
                                   :
        -v-                        :
                                   :
ROBERT AARON, et al.,              :
                                   :
                    Defendants.    :

------------------------------------------------------------x

### [PROPOSED] ORDER EXTENDING DEADLINE FOR SERVING EXPERT REPORTS LIMITED PURPOSE

WHEREAS, the defendants in the above-captioned actions are required to serve their expert reports by August 14, 2012;

EAST\50291871.1

WHEREAS, the DPM Defendants[1] and Aaron require additional time to prepare their expert reports.

SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders as follows:

1. The deadline for the DPM Defendants and Aaron to serve two of their expert reports shall be extended until August 31, 2012;

2. The deadline for the DPM Defendants and Aaron to serve any additional expert reports shall be extended until September 14, 2012.

SO ORDERED

Dated: 9/11, 2012

RONALD J. HEDGES
Special Master

---

[1] The "DPM Defendants" refer to defendants Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd., DPM-Mellon, LLC, DPM-Mellon, Ltd., Guy Castranova and the BNY Mellon Corporation.