UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re REFCO, INC. SECURITIES LITIGATION    :    07 MDL 1902 (JSR)
                                                            :
------------------------------------------------------------x    ECF CASE

------------------------------------------------------------x
                                                            :    08 Civ. 3065 (JSR)
                                                            :    08 Civ. 3086 (JSR)
KENNETH M. KRYS, et al.                          :
                           Plaintiffs,             :
                                                            :
    -v-                                                     :
                                                            :
                                                            :
CHRISTOPHER SUGRUE, et al.,                   :
                                                            :
                           Defendants.            :
                                                            :
------------------------------------------------------------x
                                                            :    10 Civ. 3594 (JSR)
                                                            :
KENNETH M. KRYS, et al.                          :
                           Plaintiffs,             :
                                                            :
    -v-                                                     :
                                                            :
                                                            :
DEUTSCHE BANK SECURITIES INC., et. al.,    :
                                                            :
                           Defendants.            :
                                                            :
------------------------------------------------------------x

## [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR SERVING EXPERT REPORTS

   WHEREAS, the defendants in the above-captioned actions are required to serve their expert reports by August 14, 2012;

   WHEREAS, Defendants Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated (as successor by merger to Banc of America Securities LLC),

Deutsche Bank Securities Inc., Grant Thornton LLP, Mark Ramler, Mayer Brown LLP, Joseph Collins, Edward S. Best, Paul Koury, and PricewaterhouseCoopers LLP require additional time to prepare one of their expert reports.

SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders as follows:

1. The deadline for the above-referenced defendants to serve one of their expert reports shall be extended until August 17, 2012;

2. The deadline for the Plaintiffs to seek leave to serve any rebuttal to that report shall be extended until August 23, 2012.

SO ORDERED

Dated: ___8/14___, 2012

_____
RONALD J. HEDGES
Special Master