UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                  :
In re REFCO INC. SECURITIES LITIGATION    :    Case No. 07-md-1902 (JSR)
                                                  :
-----------------------------------------------------------X

## SPECIAL MASTER ORDER DIRECTING PAYMENT

SPECIAL MASTER RONALD HEDGES, for good cause shown, hereby orders as follows:

WHEREAS, on July 18, 2012, Ball Baker Leake LLP issued an invoice in the amount of $2,392.66 for accounting services rendered in the above-captioned action and related disbursements from May 1, 2012 through July 18, 2012 (the "Ball Baker Leake Invoice");

WHEREAS, on August 1, 2012, the Ball Baker Leake Invoice was circulated to all counsel of record in the above-captioned action, to allow for objections by any party;

WHEREAS, the parties to the above-captioned action were permitted fourteen (14) calendar days to object to the Ball Baker Leake Invoice;

WHEREAS, no objections to the Ball Baker Leake Invoice were received by the Special Master;

NOW, THEREFORE, the Special Master directs Ball Baker Leake to pay the Ball Baker Leake Invoice in full.

SO ORDERED this _____ day of _____, 2012

_____
HON. RONALD HEDGES
SPECIAL MASTER

60715723