UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE REFCO INC. SECURITIES LITIGATION | CASE NO. 07-MD-1902 (JSR) |

This document relates to:

| | |
|---|---|
| KENNETH M. KRYS, *ET AL.*, <br><br>  Plaintiffs, <br><br> -against- <br><br> CHRISTOPHER SUGRUE, *ET AL.*, <br><br> Defendants. | CASE NO. 08-CV-3065 (JSR) <br><br> CASE NO. 08-CV-3086 (JSR) |

| | |
|---|---|
| KENNETH M. KRYS, *ET AL.*, <br><br> Plaintiffs, <br><br> -against- <br><br> DEUTSCHE BANK SECURITIES INC., *ET AL.*, <br><br> Defendants. | CASE NO. 10-cv-3594 (JSR) |

**NOTICE OF MOTION TO DISMISS OR FOR OTHER SANCTIONS FOR
<u>SPOLIATION OF EVIDENCE</u>**

PLEASE TAKE NOTICE that, upon the Memorandum in Support of the Undersigned Defendants' Motion To Dismiss or for Other Sanctions for Spoliation of Evidence and the exhibits thereto, and at a time and location to be determined, defendants Mayer Brown LLP, Edward S. Best, Joseph P. Collins, Paul Koury, Grant Thornton LLP, Mark Ramler, PricewaterhouseCoopers LLP, and Deutsche Bank Securities Inc. (the "Undersigned Defendants") will move this Court for an order granting their Motion To Dismiss or for Other Sanctions for Spoliation of Evidence, and granting such relief as the Court deems just and proper.

Respectfully submitted,

Dated: Washington, D.C.
August 21, 2012

WILLIAMS & CONNOLLY LLP

By: /s/ Craig D. Singer
John K. Villa
George A. Borden
Craig D. Singer
(csinger@wc.com)
725 Twelfth Street, N.W.
Washington, DC 20005
Tel.: (202) 434-5000

*Attorneys for Defendants Mayer Brown LLP and Edward S. Best*

Dated: New York, New York
       August 21, 2012

WINSTON & STRAWN LLP

By: /s/ Linda T. Coberly
    Linda T. Coberly
    Bruce R. Braun
    Catherine W. Joyce
    David J. Doyle
    35 W. Wacker Drive
    Chicago, Illinois 60601
    Tel: (312) 558-5600
    Fax: (312) 558-5700

    Luke A. Connelly
    200 Park Avenue
    New York, New York 10166
    Ph: (212) 294-6700
    Fax: (212) 294-4700

*Attorneys for Defendants Grant Thornton LLP and Mark Ramler*

LINKLATERS LLP

By: /s/ James R. Warnot, Jr.
    James R. Warnot, Jr.
    Ruth E. Harlow
    Robert H. Bell
    1345 Avenue of the Americas
    New York, New York 10105
    Tel: (212) 903-9000

*Attorneys for Defendant Deutsche Bank Securities Inc.*

KING & SPALDING LLP

By: /s/ James J. Capra, Jr.
    James J. Capra, Jr.
    James P. Cusick
    1185 Avenue of the Americas
    New York, New York 10036
    Tel: (212) 556-2100

*Attorneys for Defendant PricewaterhouseCoopers LLP*

COOLEY LLP

By: <u>/s/ William J. Schwartz</u>
    William J. Schwartz
    Jonathan P. Bach
    Reed A. Smith
    1114 Avenue of the Americas
    New York, NY 10036-7798
    Tel: (212) 479-6000

    *Attorneys for Defendant Joseph P. Collins*

CLAYMAN & ROSENBERG

By: <u>/s/ Charles E. Clayman</u>
    Charles E. Clayman
    305 Madison Avenue, Suite 1301
    New York, NY 10165
    Tel: (212) 922-1080

    *Attorneys for Defendant Paul Koury*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 21st day of August 2012, a copy of the foregoing Notice of Motion To Dismiss or for Other Sanctions for Spoliation of Evidence was filed with the Court through the CM/ECF system.  The foregoing was served on counsel of record via the Court's CM/ECF system.

                /s/ John Williams
                John Williams