# EXHIBIT 1

Case 1:10-cv-03594-JSR   Document 186-1   Filed 08/21/12   Page 1 of 5

```
                1
11:47:22    2        A.   Not that I recall.
11:47:24    3        Q.   Okay.
11:47:26    4             MR. SINGER:  Let's go off the
11:47:27    5        record.
11:47:28    6             THE VIDEOGRAPHER:  The time is
11:47:29    7        now 11:47 a.m., off the record.
11:47:41    8             (A recess was taken.)
11:52:52    9             THE VIDEOGRAPHER:  The time is
11:52:53   10        now 11:52 a.m., back on the record.
11:52:56   11   BY MR. SINGER:
11:52:57   12        Q.   Mr. Rose, one more thing for
11:53:00   13   you.  When you were working at PlusFunds,
11:53:02   14   did you have a practice of taking
11:53:03   15   handwritten notes at any point in time?
11:53:06   16        A.   Yes.
11:53:07   17        Q.   And what was that practice?
11:53:13   18        A.   I continuously write notes in
11:53:15   19   folders, binders, you know, ring,
11:53:19   20   typically ring ones.  I still do.
11:53:23   21        Q.   In looseleaf binders?
11:53:26   22        A.   Yes.
11:53:26   23        Q.   And did you have binders of
11:53:28   24   handwritten notes when you were at
11:53:29   25   PlusFunds?
```

```
                   1
11:53:30    2          A.    Yes, yes, I did.
11:53:33    3          Q.    And did you keep those notes,
11:53:36    4   typically, or keep the binders, or did
11:53:39    5   you throw them out?
11:53:40    6          A.    I threw them out.  I typically
11:53:46    7   fill up one, go on to the next one.  And
11:53:49    8   if I didn't have to go back to the prior
11:53:51    9   one for, you know, things I had taken
11:53:54   10   notes on within a week, I'd dispose of
11:53:57   11   it.
11:53:58   12          Q.    So how long would it typically
11:54:01   13   take you to go through one of those
11:54:03   14   binders?
11:54:04   15          A.    It depends on what was going
11:54:06   16   on.  But I don't know, a few weeks
11:54:09   17   typically.
11:54:10   18          Q.    Okay.  So as of the October
11:54:14   19   10, 2005 date, did you have any
11:54:17   20   handwritten notes in your possession
11:54:19   21   relating to your work at PlusFunds?
11:54:21   22          A.    I would have had them in -- on
11:54:28   23   around that date, yes.
11:54:29   24          Q.    And what happened to them?
11:54:32   25          A.    I'm sure they were just thrown
```

```
              1
11:54:36      2    out at some point during that process.
11:54:39      3         Q.    Even after the events at Refco
11:54:43      4    unfolded and there was impending
11:54:46      5    litigation, you would have thrown out
11:54:48      6    notes?
11:54:48      7         A.    Yes, yeah.
11:54:52      8         Q.    Okay.  So do you believe that
11:54:54      9    there are any handwritten notes of yours
11:54:56     10    that survived from the time period prior
11:55:00     11    to October the 10th of 2005?
11:55:03     12         A.    I have no idea.  No idea.
11:55:07     13         Q.    Do you think you would have
11:55:08     14    thrown them all out?
11:55:10     15         A.    Yeah.  Most probably.  I mean,
11:55:16     16    these are not, you know, grand designs,
11:55:20     17    this is just me keeping track of things
11:55:22     18    to do, to-do lists.  And, you know,
11:55:27     19    ongoing stuff.
11:55:30     20         Q.    Well, would you take notes,
11:55:32     21    for example, of meetings that you
11:55:34     22    participated in?
11:55:35     23         A.    Yes, yes.
11:55:38     24         Q.    And you'd take notes of
11:55:40     25    telephone calls if you thought that there
```

```
              1
11:55:43   2    was something important said on the
11:55:44   3    telephone call?
11:55:45   4         A.   Well, telephonic meeting, yes.
11:55:47   5         Q.   Okay.  And what about the time
11:55:50   6    period, let's talk about the time period
11:55:52   7    after October 10, 2005 until the day that
11:55:56   8    you left PlusFunds, were you still taking
11:56:01   9    handwritten notes in looseleaf binders?
11:56:04  10         A.   Yeah.
11:56:05  11         Q.   And what has become of those
11:56:08  12    notes?
11:56:09  13         A.   They were either thrown out or
11:56:19  14    produced by me or in some storage
11:56:26  15    somewhere of PlusFunds, I don't know.  I
11:56:28  16    mean, I'm not being flippant, I'm just
11:56:31  17    saying I don't actually know what became
11:56:33  18    of those.
11:56:34  19         Q.   Are you aware of any notes, of
11:56:36  20    any handwritten notes of yours in any
11:56:38  21    form that have been produced in
11:56:40  22    connection with any litigation?
11:56:42  23         A.   Not specifically, no.
11:56:50  24              MR. SINGER:  That's all I
11:56:52  25    have.  Thanks.
```