# EXHIBIT 2

Case 1:10-cv-03594-JSR   Document 186-2   Filed 08/21/12   Page 1 of 3

| | |
|---|---|
| **From:** | Pat McMahon |
| **Sent:** | Wednesday, November 30, 2005 4:12 PM |
| **To:** | *ALL STAFF |
| **Subject:** | Privileged and Confidential |
| **Attachments:** | SKNYC1-622554-PlusFunds Notice re Preserving Documents.DOC |



SKNYC1-622554-PlusFunds Notice...

```
Document Preservation Notice.

Please read immediately.

Patrick
```

1

PLF-CR04-1645392

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY WORK PRODUCT**
**ATTORNEY-CLIENT COMMUNICATION**

November 30, 2005

To:     All PlusFunds Personnel

From:   Patrick McMahon

### Direction to Preserve
### Electronic and Hard Copy Records

Because of the recent developments arising in relation to the REFCO bankruptcy, PlusFunds should take appropriate steps to preserve and maintain all documents relating to REFCO. Accordingly, do not alter, destroy or erase any hard copy, electronic or other form of documents relating to REFCO. This means, among other things, that you may not delete emails relating to REFCO. This direction shall remain in force until further written notice is issued from the office of the General Counsel.

If you have any questions about this direction to preserve electronic and hard copy emails, please send an email to Tony Chang or me. Thank you.