UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
                                :
                                :    <u>ORDER</u>
In Re:                          :
Refco Securities Litigation   :    07 MD 1902 (JSR)
                                :
                                :
                                :
- - - - - - - - - - - - - - - - x
UNITED STATES DISTRICT JUDGE

    Upon the *ex parte* application of the United States of America, acting by and through the United States Attorney for the Southern District of New York,

    IT IS HEREBY ORDERED that to the extent any provision in any of the protective orders in this case, including Paragraph 21 of the protective order issued by the Honorable Gerard E. Lynch on February 8, 2008, requires a party that receives a federal grand jury subpoena to refrain from complying with the subpoena for a period of more than two business days from the giving of any required notice to other parties, in order that the other parties may use that period to move to quash the subpoena or for other protection, that period is hereby shortened to (a) two business days from the giving of the

required notice, or (b) two business days from the issuance of this order, whichever is later.

SO ORDERED.

_____
The Honorable Jed S. Rakoff
United States District Judge
August 23, 2012