**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re Refco, Inc. Securities Litigation, | 07 MDL 1902 (JSR) |
| This document applies to: | |
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Private Actions Trust, | <u>Electronically Filed</u> |
| Plaintiff, | 07 Civ. 8165 (JSR) |
| -vs- | **NOTICE OF MOTION OF PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATING TO CARLOS SEVILLEJA GARCIA** |
| PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER, BROWN LLP, MAYER BROWN INTERNATIONAL LLP and GRANT THORNTON LLP, | |
| Defendants. | |

**PLEASE TAKE NOTICE THAT** the undersigned will move this Court before the Honorable Judge Jed S. Rakoff, United States District Judge in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14B, New York, New York 10007, at a date and time to be set by the Court upon the accompanying Memorandum of Law in Support of Plaintiff's Motion *in Limine* to exclude Evidence Relating to Carlos Sevilleja Garcia, with exhibits dated and served on Defendant's counsel on August 3, 2012.

| | |
|---|---|
| Dated: August 3, 2012<br>New York, New York | Respectfully Submitted,<br><br>QUINN EMANUEL URQUHART &<br>  SULLIVAN, LLP<br><br>  /s/   Richard I. Werder, Jr.<br>By:  Richard I. Werder, Jr.<br><br>Richard I. Werder Jr.<br>Sascha N. Rand<br>Rex Lee<br>Nicholas J. Calamari<br>QUINN EMANUEL URQUHART &<br>  SULLIVAN, LLP<br>51 Madison Ave., 22nd Floor<br>New York, New York 10010<br>Phone:   (212) 849-7000<br>Fax:      (212) 849-7100<br>rickwerder@quinnemanuel.com<br>sascharand@quinnemanuel.com<br>rexlee@quinnemanuel.com<br>nicholascalamari@quinnemanuel.com<br><br>*Attorneys for Plaintiff, Marc S. Kirschner* |