UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marc S. Kirschner, as Trustee of the
Refco Private Actions Trust        Plaintiff,

-against-

Grant Thornton LLP et al.    Defendant.

07-md-1902 (JSR)

07 cv 8165 ( JSR )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Joanna Rubin Travalini, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Illinois; and that his/her contact information is as follows (please print):

Applicant's Name: Joanna Rubin Travalini

Firm Name: Winston & Strawn LLP

Address: 35 W. Wacker Drive

City / State / Zip: Chicago/IL/60601

Telephone / Fax: (312) 558-3256

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Grant Thornton LLP in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 8/25/12

United States District / Magistrate Judge