UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

In re REFCO INC. SECURITIES LITIGATION        Case No. 07-MD-1902 (JSR)

-----------------------------------------------------------------------X

            This Document Relates to:

-----------------------------------------------------------------------X
KENNETH M. KRYS, et al.,                      :   Case No. 08-CV-3065 (JSR)
                Plaintiffs,   :   Case No. 08-CV-3086 (JSR)
                                              :
       -against-                             :
                                              :
CHRISTOPHER SUGRUE, et al.,                   :
                Defendants.   :
                                              :
-----------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, Mason Simpson, a partner with the law firm Brown Rudnick LLP, hereby certify that on Tuesday, August 28, 2012, I caused true and correct copies of (1) Plaintiffs' Response to PricewaterhouseCoopers LLP's Motion to Strike Expert Opinions Relating to Dismissed Claims and (2) Declaration of Mason C. Simpson in Support, dated August 28, 2012, with Exhibits A to H thereto, to be served upon Special Master Hedges, Special Master Capra and all counsel-of-record (WHRefcoKrysAll@wilmerhale.com) in the above-captioned matters by electronic mail and by electronically filing through the Court's CM/ECF system.

Dated:  New York, New York
        August 28, 2012

                                            **BROWN RUDNICK LLP**

                                            By: /s Mason Simpson
                                                Mason Simpson
                                            Seven Times Square
                                            New York, NY 10036
                                            T: 212-209-4907
                                            F: 212-209-4801

                                            msimpson@brownrudnick.com