UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

In re Refco Securities Litigation    Plaintiff,         Case No. 1:07-md-01902-JSR

-against-

Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Helen B. Kim**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: HK 8757          My State Bar Number is 2190221

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Katten Muchin Rosenman LLP
            FIRM ADDRESS: 2029 Century Park East
            FIRM TELEPHONE NUMBER: 310-788-4525
            FIRM FAX NUMBER: 310-712-8226

NEW FIRM:   FIRM NAME: Theodora Oringher PC
            FIRM ADDRESS: 10880 Wilshire Blvd. Suite 1700
            FIRM TELEPHONE NUMBER: 310-788-3575
            FIRM FAX NUMBER: 310-551-0283

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: August 31, 2012

_____
ATTORNEY'S SIGNATURE