UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07-MDL-1902 |
| MARC S. KIRSCHNER, as Trustee of the Refco Private Actions Trust,<br><br>Plaintiff,<br><br>-vs-<br><br>PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER, BROWN, ROWE & MAW, LLP, GRANT THORNTON LLP, and ERNST & YOUNG U.S. LLP,<br><br>Defendants. | 07 Civ. 8165 (JSR)<br><br>ECF Filed |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Maaren Choksi of Quinn Emanuel Urquhart & Sullivan, LLP, with offices at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of plaintiff Marc S. Kirschner in his capacity as trustee of the Refco Private Actions Trust (the "Trustee") in the above captioned Matter.

I hereby certify that I am admitted to practice in this Court.

|  |  |
|---|---|
| Dated: New York, New York<br>September 3, 2012 | By:  /s/ Maaren Choksi<br>Maaren Choksi<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Tel:     (212) 849–7000<br>Fax:    (212) 849–7100<br>Email: maarenchoksi@quinnemanuel.com<br><br>*Attorney for Plaintiff Marc S. Kirschner as Trustee of the Refco Private Actions Trust* |