**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
                                      :
                                      :
In re REFCO, INC. SECURITIES LITIGATION : 07 MDL No. 1902 (JSR)
                                      :
                                      : ECF CASE
                                      :
                                      :
------------------------------------- x
------------------------------------- x
                                      :
                                      :
KENNETH M. KRYS, et al.               : 08 Civ. 3065 (JSR)
                                      :
         Plaintiffs,                  : 08 Civ. 3086 (JSR)
    -v-                               :
                                      :
CHRISTOPHER SUGRUE, et al.            :
                                      :
         Defendants.                  :
                                      :
------------------------------------- x
------------------------------------- x
                                      :
                                      :
KENNETH M. KRYS, et al.               :
                                      :
         Plaintiffs,                  : 10 Civ. 3594 (JSR)
    -v-                               :
                                      :
DEUTSCHE BANK SECURITIES INC., et al. :
                                      :
         Defendants.                  :
                                      :
------------------------------------- x

[PROPOSED] ORDER REGARDING SCHEDULING ON MOTION TO DISMISS OR
FOR OTHER SANCTIONS FOR SPOLIATION OF EVIDENCE

**Error! Unknown document property name.**

**WHEREAS,** on August 21, 2012, defendants Mayer Brown LLP, Edward S. Best, Grant Thornton LLP, Mark Ramler, Deutsche Bank Securities Inc., PricewaterhouseCoopers LLP, Joseph P. Collins, and Paul Koury (collectively, the "Moving Defendants"), by and through their attorneys, filed a Motion to Dismiss or for Other Sanctions for Spoliation of Evidence in the above-captioned actions (the "Motion");

**WHEREAS,** on August 29, 2012 Special Master Hedges held a telephonic conference and established a schedule for briefing and argument in connection with the Motion;

It is hereby **ORDERED** as follows:

1. Plaintiffs Kenneth M. Krys, et al. shall file and serve any opposition to the Motion on or before September 14, 2012; and

2. The Moving Parties shall file and serve any reply in further support of the Motion on or before September 24, 2012; and

3. Oral argument on the Motion shall be held at 1:00 p.m. EDT on October 2, 2012 at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street New York, New York 10007.

Dated: ~~New York, New York~~ Hackensack, NJ
~~August __, 2012~~
9/4/12

SO ORDERED:

_R. Hedges_
SPECIAL MASTER RONALD J. HEDGES

- 2 -