UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x
                                    :
In re REFCO, INC. SECURITIES LITIGATION : 07 MDL 1902 (JSR)
                                    :
----------------------------------- x
                                    :
This document relates to:           :
                                    : 07 Civ. 8165 (JSR)
MARC S. KIRSCHNER,                  :
As Trustee of the Refco Private Actions Trust :
                                    :
Plaintiff,                          :
                                    :
            -v-                     :
                                    :
PHILLIP R. BENNETT, SANTO C. MAGGIO, :
ROBERT C. TROSTEN, MAYER BROWN,     :
LLP, MAYER BROWN INTERNATIONAL      :
LLP, and GRANT THORNTON LLP,        :
                                    :
Defendants.                         :
----------------------------------- x

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Marc S. Kirschner, as Trustee of the Refco Private Actions Trust, and Defendant Grant Thornton LLP hereby stipulate that all claims against Grant Thornton LLP in this action are dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses relating thereto. Plaintiff and Grant Thornton also hereby withdraw and terminate all pending motions submitted in this action with respect to the Trustee's claims against Grant Thornton.

Dated: September 4, 2012
       New York, New York

Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

_____
By:  Richard I Werder, Jr.

Richard I. Werder, Jr.
  (rickwerder@quinnemanuel.com)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000

*Attorneys for Marc S. Kirschner,*
*as Trustee for the Refco Private Actions Trust*

Dated: September 4, 2012
       New York, New York

WINSTON & STRAWN LLP

_____
By:  Bruce R. Braun

Bruce R. Braun (bbraun@winston.com)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

Luke A. Connelly (lconnelly@winston.com)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700

*Attorneys for Grant Thornton LLP*

SO ORDERED

_____
USDJ
9/4/12