RAKOFF, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                      :
In re REFCO, INC. SECURITIES LITIGATION :  07 MDL 1902 (JSR)
                                      :
------------------------------------- X
This document relates to:             :
                                      :
CAPITAL MANAGEMENT SELECT             :  08 Civ. 9810 (JSR)
FUND LTD., INVESTMENT & DEVELOPMENT   :
FINANCE CORPORATION, IDC FINANCIAL    :
S.A., VR GLOBAL PARTNERS, L.P., PATON :
HOLDINGS LTD., VR CAPITAL GROUP LTD., :
VR ARGENTINA RECOVERY FUND, LTD.,     :
GLOBAL MANAGEMENT WORLDWIDE           :
LIMITED, ARBAT EQUITY ARBITRAGE FUND  :
LIMITED, RUSSIAN INVESTORS SECURITIES :
LIMITED, and MARC S. KIRSCHNER, as Trustee :
of the Refco Private Action Trust     :
                                      :
                 Plaintiffs,          :
         -v-                          :
                                      :
PHILLIP R. BENNETT, WILLIAM M. SEXTON,
SANTO C. MAGGIO, JOSEPH J. MURPHY,
PHILIP SILVERMAN, ROBERT C. TROSTEN,
RICHARD N. OUTRIDGE, TONE GRANT,
REFCO GROUP HOLDINGS, INC., THOMAS H.
LEE PARTNERS, L.P., THOMAS H. LEE
ADVISTORS LLC, THL MANAGERS V, LLC,
THL EQUITY ADVISORS V, LLC, THOMAS H.
LEE EQUITY FUND V, L.P., THOMAS H. LEE
PARALLEL FUND V, L.P., THOMAS H. LEE
EQUITY (CAPMAN) FUND V, L.P., THOMAS H.
LEE INVESTORS LIMITED PARTNERSHIP,
1997 THOMAS H. LEE NOMINEE TRUST,
THOMAS H. LEE, DAVID V. HARKINS, SCOTT
L. JAECKEL, SCOTT A. SCHOEN, and GRANT
THORNTON LLP,

                 Defendants.
------------------------------------- X

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Capital Management Select Fund, Ltd., Investment & Development Finance Corporation, IDC Financial S.A., VR Global Partners, L.P., Paton Holdings Ltd., VR Capital Group Ltd., VR Argentina Recovery Fund, Ltd., Global Management Worldwide Limited, Arbat Equity Arbitrage Fund Limited, Russian Investors Securities Limited, and Marc S. Kirschner, as Trustee of the Refco Private Action Trust, along with Defendant Grant Thornton LLP, hereby stipulate that all claims against Grant Thornton LLP in this action are dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses relating thereto.

Dated: September 5, 2012
New York, New York

Respectfully submitted,

MILBANK, TWEED, HADLEY & McCLOY LLP

By: *[signature]*

Scott A. Edelman (sedelman@milbank.com)
Sander Bak (sbak@milbank.com)
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000

*Attorneys for Plaintiffs and Marc S. Kirschner,
as Trustee for the Refco Private Actions Trust*

Dated: September 5, 2012  
New York, New York

WINSTON & STRAWN LLP

*Bruce R. Braun*  
By: Bruce R. Braun

Bruce R. Braun (bbraun@winston.com)  
WINSTON & STRAWN LLP  
35 W. Wacker Drive  
Chicago, Illinois 60601  
(312) 558-5600

Luke A. Connelly (lconnelly@winston.com)  
WINSTON & STRAWN LLP  
200 Park Avenue  
New York, NY 10166  
(212) 294-6700

*Attorneys for Grant Thornton LLP*

SO ORDERED.

_____  
U.S.D.J.

9-7-12