USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/13/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE REFCO SECURITIES LITIGATION            07 **MDL** 1902 (JSR)
-----------------------------------------------------------X
-----------------------------------------------------------X
KENNEITH M. KRYS, et al.,

                Plaintiff,                     08 **CIVIL** 7416 (JSR)

     -against-                                **JUDGMENT**

ROBERT AARON, et al.,
                Defendants.
-----------------------------------------------------------X

       Whereas on August 7, 2012, Special Master Daniel J. Capra having issued a Report and Recommendation (the "Report") in the above-captioned case recommending that the third-party complaint filed by Derivatives Portfolio Management LLC, et al., against Andrew Feighery be dismissed with prejudice, or alternatively that summary judgment be granted in Feighery's favor, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on September 11, 2012, having rendered its Order adopting the Report in full, and directing the Clerk of the Court to enter judgment dismissing the third party complaint against Mr. Feighery, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 11, 2012, the Report is adopted in full; judgment is entered dismissing the third party complaint against Mr. Feighery.

**Dated:** New York, New York
       September 13, 2012                                **RUBY J. KRAJICK**

                                                                      Clerk of Court
                                      **BY:**
                                                                   **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____