UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re REFCO INC. SECURITIES LITIGATION   :   Case No. 07-md-1902 (JSR)
                                                            :
------------------------------------------------------------X

### ORDER TO SHOW CAUSE

**WHEREAS**, on March 17, 2011, Special Master Hedges signed an order directing George Miller, as Chapter 7 Trustee for the Estate of Suffolk, LLC, to render payment to Ball Baker Leake LLC in the amount of $5,892.53 (the "March 2011 Order"), in satisfaction of his required contribution towards the replenishment account in the above-captioned multi-district litigation to pay for the period November 23, 2010 through December 16, 2010 (the "Ball Baker Leake Invoice"), within seven (7) days after entry of the March 2011 Order; and

**WHEREAS**, Ball Baker Leake LLC did not receive such payment; it is hereby

**ORDERED**, that George Miller, as Chapter 7 Trustee for the Estate of Suffolk, LLC show cause before this Court at a hearing in Courtroom ~~A~~ [Judge Rakoff's], United States Courthouse, 500 Pearl Street, New York, New York on October 2, 2012 at ~~1~~ 3:00 p.m., why an order should not be entered directing George Miller, as Chapter 7 Trustee for the Estate of Suffolk, LLC to comply with the March 17, 2011 Order and to immediately make payment on the Ball Baker Leake Invoice; and it is further [*]

**ORDERED**, that George Miller, as Chapter 7 Trustee for the Estate of Suffolk, LLC shall file any objection to this Order by [COB on 10/1], 2012; and it is further

**ORDERED**, that Brown Rudnick LLP, as liaison to the Court and Special Masters on behalf of the Plaintiffs' Coordinating Committee, shall effect delivery of a copy of this Order

[*] Mr. Miller is to be present.

upon Mr. Miller, through his attorneys, no later than ___COB___ on ___9/28___, 2012, by personal delivery or Federal Express, which shall constitute due and sufficient service and notice thereof.

SO ORDERED this ___26___ day of ___Sept___, 2012

_____
HON. RONALD HEDGES
SPECIAL MASTER

60778048