UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re REFCO, INC. SECURITIES LITIGATION       :   07 MDL 1902 (JSR)
:
---------------------------------------------------------------x   ECF CASE
:
---------------------------------------------------------------x
:   08 Civ. 7416 (JSR)
:
KENNETH M. KRYS, et al.                        :
            Plaintiffs,           :
:
  -v-                                          :
:
:
ROBERT AARON, et al.,                          :
:
            Defendants.           :
:
---------------------------------------------------------------x

## [PROPOSED] ORDER GRANTING A PROTECTIVE ORDER REGARDING THE NOTICE OF DEPOSITION OF JAMES PALERMO

WHEREAS, Plaintiffs served a Notice of Deposition of James Palermo on January 11, 2012;

WHEREAS, the DPM Defendants[1] served a letter memorandum on March 13, 2012 for a protective order vacating the Notice of Deposition of Mr. Palermo;

WHEREAS, the Court instructed Plaintiffs to complete the depositions of all other DPM witnesses before attempting to depose Mr. Palermo;

WHEREAS, Plaintiffs served an Amended Notice of Deposition of Mr. Palermo on August 20, 2012;

---

[1] The "DPM Defendants" refer to defendants Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd., DPM-Mellon, LLC, DPM-Mellon, Ltd., Guy Castranova and the BNY Mellon Corporation.

EAST\51557178.1

WHEREAS, a telephonic conference was held on September 7, 2012, with Special Master Hedges regarding the dispute;

WHEREAS, Defendant Robert Aaron and the DPM Defendants (collectively, "Defendants") served a letter memorandum on September 12, 2012, for a protective order limiting Palermo's deposition to a deposition on written questions;

WHEREAS, Plaintiffs served a letter memorandum in opposition on September 15, 2012;

WHEREAS, Defendants, with leave, served a reply letter memorandum on September 18, 2012.

SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders that Defendants' application for a protective order is GRANTED, and the deposition of Mr. Palermo shall proceed as a deposition by written questions consistent with Federal Rule of Civil Procedure 31. (*)

SO ORDERED

Dated: September 26, 2012

RONALD J. HEDGES
Special Master

(*) Plaintiffs wish me to infer that Mr. Palermo has personal knowledge of relevant (indeed, central) facts. I decline to do so on this record. Plaintiffs should file their submissions with the Clerk.

EAST\51557178.1