UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re REFCO, INC. SECURITIES LITIGATION    :    07 MDL 1902 (JSR)
                                                            :
------------------------------------------------------------x    ECF CASE

------------------------------------------------------------x
                                                            :
                                                            :    08 Civ. 7416 (JSR)
                                                            :
KENNETH M. KRYS, et al.                       :
                                  Plaintiffs,           :
                                                            :
    -v-                                                  :
                                                            :
                                                            :
ROBERT AARON, et al.,                           :
                                                            :
                                  Defendants.       :
                                                            :
------------------------------------------------------------x

## [~~PROPOSED~~] SPECIAL MASTER ORDER EXTENDING DISCOVERY DEADLINE FOR LIMITED PURPOSE

WHEREAS, Defendant Robert Aaron and Defendants/Third-Party Plaintiffs Derivative Portfolio Management, LLC, Derivative Portfolio Management, Ltd., DPM-Mellon, LLC, DPM-Mellon, Ltd. and Guy Castranova ("Defendants") identified Anthony J. Leitner as an expert whose opinion may be presented at trial;

WHEREAS, Defendants identified Anthony Travers as an expert whose opinion may be presented at trial;

WHEREAS, Plaintiffs intend to take the depositions of Messrs. Leitner and Travers;

WHEREAS, Mr. Travers has volunteered to make himself available for a deposition in New York, New York on October 3, 2012;

EAST\51616348.1

WHEREAS, Mr. Leitner has volunteered to make himself available for a deposition in New York, New York on October 5, 2012;

WHEREAS, the parties in the above-captioned action have been ordered to complete expert depositions and to conclude all discovery on or before September 30, 2012, pursuant to the Scheduling Order dated December 22, 2011 (the "Scheduling Order");

WHEREAS, the parties in the above-captioned action have agreed that the deposition of Mr. Travers should take place in New York on October 3, 2012.

WHEREAS, the parties in the above-captioned action have agreed that the deposition of Mr. Leitner should take place in New York on October 5, 2012.

SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders as follows:

1. The expert and discovery deadlines shall be extended from September 30, 2012 to October 5, 2012, for the limited purpose of completing the depositions of Messrs. Leitner and Travers.

2. This Order shall have no effect on any prior orders entered concerning the Scheduling Order.

SO ORDERED this 1st day of October, 2012.

Honorable Ronald J. Hedges
Special Master

EAST\51616348.1