# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                          :
In re REFCO, INC.                         :   07 MDL 1902 (JSR)
SECURITIES LITIGATION                     :
                                          :
------------------------------------------------------------------x

## ORDER DISCHARGING ORDER TO SHOW CAUSE

The pending Order to Show Cause, filed on September 26, 2012, is hereby DISCHARGED.

10/1/12