UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO INC. SECURITIES LITIGATION | 07 MDL No. 1902 (JSR) |
| KENNETH M. KRYS, *et al.*,<br>            Plaintiffs,<br>    -against-<br>CHRISTOPHER SUGRUE, *et al.*,<br>            Defendants. | ECF CASE<br><br>08-cv-3065 (JSR) |
| KENNETH M. KRYS, *et al.*,<br>            Plaintiffs,<br>    -against-<br>ROBERT AARON, *et al.*,<br>            Defendants. | 08-cv-7416 (JSR) |
| KENNETH M. KRYS, et. al.,<br>            Plaintiffs,<br>    -against-<br>DEUTSCHE BANK SECURITIES INC., et. al.,<br>            Defendants. | 10-cv-3594 (JSR) |

WHEREAS, the Court having conducted a telephone conference with counsel regarding case management in the above-captioned matters on October 1, 2012;

WHEREAS, there will be no further in-person status conferences until further ordered;

WHEREAS, the parties have agreed to make a joint submission regarding case scheduling and status.

SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders as follows:

1. By October 29, 2012, the parties shall submit a joint report on the status of the above-captioned matters.

2. The joint status submission shall include:

   a. Status of service;

   b. Status of default judgments;

   c. List of remaining motions pursuant to Fed. R. Civ. P. 12(b);

   d. Status of discovery;

   e. Proposed deadlines for motions for summary judgment;

   f. Proposed trial dates (for the case Nos. 08-cv-3065 and 10-cv-3594); and

   g. Proposed scheduling orders for each matter.

SO ORDERED this 2d day of October, 2012

Honorable Ronald J. Hedges
Special Master