UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- x
                                          :
IN RE REFCO SECURITIES LITIGATION         :    07 MDL 1902 (JSR)
                                          :
----------------------------------------- x
----------------------------------------- x
KENNETH M. KRYS, et al.,                  :
                                          :
            Plaintiffs,                   :    08 Civ. 7416 (JSR)
                                          :
            -v-                           :    ORDER
                                          :
ROBERT AARON, et al.,                     :
                                          :
            Defendants.                   :
----------------------------------------- x

JED S. RAKOFF, U.S.D.J.

     The Court heard oral argument on October 10, 2012, regarding plaintiffs' appeal from Special Master Hedges's order of September 26, 2012, limiting the deposition of James Palermo to written questions. However, during the course of the argument, the parties reached agreement with the Court that in place of the written questions, Mr. Palermo should submit to a two-hour telephonic deposition. Accordingly, the appeal is denied as moot and the parties are directed to promptly arrange the aforesaid telephonic deposition.

     SO ORDERED.

                                                  JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       October 1(, 2012