UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07 MDL 1902 (JSR) |
| This document relates to:<br><br>MARC S. KIRSCHNER,<br>As Trustee of the Refco Private Actions Trust<br><br>Plaintiff,<br><br>-v-<br><br>PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER BROWN, LLP, MAYER BROWN INTERNATIONAL LLP, and GRANT THORNTON LLP,<br><br>Defendants. | 07 Civ. 8165 (JSR) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Marc S. Kirschner, as Trustee of the Refco Private Actions Trust, and Defendants Phillip R. Bennett, Santo C. Maggio, and Robert C. Trosten, by and through their counsel, hereby stipulate that all claims against Messrs. Bennett, Maggio, and Trosten in this action are dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses relating thereto.

SO ORDERED
/s/ JSR
USDJ
10-10-12



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/12

DATED: October 1, 2012  
New York, New York

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _____  
Sascha N. Rand

Sascha N. Rand  
(sascharand@quinnemanuel.com)  
QUINN EMANUEL URQUHART & SULLIVAN, LLP  
51 Madison Avenue, 22nd Floor  
New York, New York 10010-1601  
(212) 849-7000

*Attorneys for Marc S. Kirschner,*  
*as Trustee for the Refco Private Actions Trust*

DATED: October 1, 2012  
New York, New York

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

By: _____  
Jeffrey T. Golenbock

Jeffrey T. Golenbock  
(jgolenbock@golenbock.com)  
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP  
437 Madison Avenue  
New York, New York 10022  
(212) 907-7373

*Attorneys for Phillip R. Bennett*

DATED: October 1, 2012  WHITE & CASE LLP
New York, New York

By: _____
Scott Hershman

Scott Hershman
 (shershman@whitecase.com)
WHITE & CASE LLP
1155 Avenue of the Americas Suite 2040
New York, New York 10036
(212) 819-8200

*Attorneys for Santo C. Maggio*


DATED: October 1, 2012  MORVILLO LLP
New York, New York

By: _____
E. Scott Morvillo

E. Scott Morvillo
 (smorvillo@morvillolaw.com)
MORVILLO LLP
One World Financial Center
27th Floor
New York, New York 10281
(212) 796-6330

*Attorneys for Robert C. Trosten*

DATED:   October 1, 2012              WHITE & CASE LLP
         New York, New York


By: _____
    Scott Hershman

    Scott Hershman
      (shershman@whitecase.com)
    WHITE & CASE LLP
    1155 Avenue of the Americas Suite 2040
    New York, New York  10036
    (212) 819-8200

    *Attorneys for Santo C. Maggio*


DATED:   October 2, 2012              MORVILLO, ABRAMOWITZ, GRAND, IASON,
         New York, New York           ANELLO & BOHER, P.C.


By: _____/s/ Judith Mogul_____
    Judith Mogul

    Judith Mogul
      (jmogul@maglaw.com)
    Morvillo, Abramowitz, Grand, Iason, Anello &
    Bohrer, P.C.
    565 Fifth Avenue
    New York, NY 10017
    (212.856.9600

    *Attorneys for Robert C. Trosten*

3