USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARC S. KIRSCHNER, As Trustee of the
Refco Private Actions Trust,

    Plaintiff,

-against-

PHILLIP R. BENNETT, SANTO C.
MAGGIO, ROBERT C. TROSTEN, MAYER
BROWN, LLP, MAYER BROWN
INTERNATIONAL, LLP, and GRANT
THORNTON LLP,

    Defendants.

07 MDL 1902 (JSR)

07 Civ. 8165 (JSR)

[~~PROPOSED~~] FINAL JUDGMENT

---

**WHEREAS** the above-captioned action having come before this Court, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on October 22, 2012, having rendered its Order directing the Clerk of the Court to enter final judgment dismissing the Amended Complaint in its entirety, with prejudice, in the matter of Kirschner v. Bennett, 07 Civ. 8165, it is,

**ORDERED, ADJUDGED AND DECREED** that for the reasons stated in the Court's Order dated October 22, 2012, final judgment is entered dismissing the Amended Complaint in its entirety, with prejudice, in the matter of Kirschner v. Bennett, 07 Civ. 8165.

DATED:     New York, New York
            October 24, 2012

_Ruby J. Krajick_
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____