USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10-24-2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re REFCO INC. SECURITIES LITIGATION  :  Case No. 07-md-1902 (JSR)
                                                            :
------------------------------------------------------------X
         This Document Relates to:                 :
------------------------------------------------------------X
KENNETH M. KRYS, *et al.*                      :
                                                            :  Case No. 08-cv-3086 (JSR)
                                                            :
                              Plaintiffs,          :
                                                            :
         -against-                                     :
                                                            :
CHRISTOPHER SUGRUE, *et al.*,          :
                                                            :
                              Defendants.       :
------------------------------------------------------------X

## ORDER FOR ADMISSION *PRO HAC VICE* OF THOMAS A. GILSON

Upon the motion of plaintiffs Kenneth M. Krys and Margot MacInnis as Joint Official Liquidators, Kenneth M. Krys and Margot MacInnis, as assignees of claims, and The Harbour Trust Co. Ltd. as Trustee of the SPhinX Trust ("Plaintiffs"), pursuant to Local Civil Rule 1.3(c), for the admission *pro hac vice* of Thomas A. Gilson in the above-captioned matter, the affirmation of David Molton in support thereof and the affidavit of Thomas A. Gilson in support thereof;

**IT IS HEREBY ORDERED** that

> Thomas A. Gilson
> Beus Gilbert PLLC
> 4800 North Scottsdale Road, Suite 6000
> Scottsdale, Arizona 85251
> Tel. (480) 429-3000
> Fax (480) 429-3100
> Email: tgilson@beusgilbert.com

is admitted to practice *pro hac vice* as counsel for the Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the check for the *pro hac vice* fee to the Clerk of the Court within one business day of the filing of this Order.

Dated: Hackensack, New Jersey
September 23, 2012

_____
Special Master Hon. Ronald Hedges