UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC S. KIRSCHNER, As Trustee of the Refco Private Actions Trust,<br><br>     Plaintiff,<br><br>    -against-<br><br>PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER BROWN, LLP, MAYER BROWN INTERNATIONAL, LLP, and GRANT THORNTON LLP,<br><br>     Defendants. | 07 MDL 1902 (JSR)<br><br>07 Civ. 8165 (JSR)<br><br>**NOTICE OF APPEAL** |

  Notice is hereby given that Marc S. Kirschner, as Trustee of the Refco Private Actions Trust, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment filed in this action on October 24, 2012 (Ex. A).

Dated:  October 26, 2012

       /s/ Richard I. Werder, Jr.
      Richard I. Werder, Jr. (rickwerder@quinnemanuel.com)
      Sascha N. Rand (sascharand@quinnemanuel.com)
      QUINN EMANUEL URQUHART & SULLIVAN, LLP
      51 Madison Avenue, 22nd Floor
      New York, NY 10010
      (212) 849-7000

      *Attorneys for Plaintiff Marc S. Kirschner, as Trustee of the Refco Private Actions Trust*