UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY ORIGINAL
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/12

MARC S. KIRSCHNER, As Trustee of the
Refco Private Actions Trust,

    Plaintiff,

-against-

PHILLIP R. BENNETT, SANTO C.
MAGGIO, ROBERT C. TROSTEN, MAYER
BROWN, LLP, MAYER BROWN
INTERNATIONAL, LLP, and GRANT
THORNTON LLP,

    Defendants.

07 MDL 1902 (JSR)

07 Civ. 8165 (JSR)

[~~PROPOSED~~] FINAL JUDGMENT

**WHEREAS** the above-captioned action having come before this Court, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on October 22, 2012, having rendered its Order directing the Clerk of the Court to enter final judgment dismissing the Amended Complaint in its entirety, with prejudice, in the matter of Kirschner v. Bennett, 07 Civ. 8165, it is,

**ORDERED, ADJUDGED AND DECREED** that for the reasons stated in the Court's Order dated October 22, 2012, final judgment is entered dismissing the Amended Complaint in its entirety, with prejudice, in the matter of Kirschner v. Bennett, 07 Civ. 8165.

DATED:     New York, New York
             October 24, 2012

_Ruby J. Krajick_
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARC S. KIRSCHNER, As Trustee of the
Refco Private Actions Trust,

        Plaintiff,

-against-

PHILLIP R. BENNETT, SANTO C.
MAGGIO, ROBERT C. TROSTEN, MAYER
BROWN, LLP, MAYER BROWN
INTERNATIONAL, LLP, and GRANT
THORNTON LLP,

        Defendants.

---

07 MDL 1902 (JSR)

07 Civ. 8165 (JSR)

[PROPOSED] ORDER

---

On June 3, 2010, Special Master Daniel J. Capra, issued a Report and Recommendation recommending the dismissal of counts 5, 6, and 7 with prejudice against defendants Mayer Brown International, LLP and Mayer Brown, LLP (together, "Mayer Brown"). After the Plaintiff timely submitted Objections to the Report and Recommendation on June 14, 2010, and Mayer Brown responded thereto on June 24, 2010, the Court heard oral argument on July 28, 2010, and on December 13, 2010, the Court adopted in full the Report and Recommendation of the Special Master, dismissing with prejudice the Amended Complaint in its entirety against Mayer Brown.

On September 4, 2012, defendant Grant Thornton LLP and plaintiff Marc S. Kirschner entered into a joint stipulation of dismissal with prejudice, so ordered and filed by the Court on September 4, 2012.

On October 1, 2012, defendants Phillip R. Bennett, Santo C. Maggio, and Robert C. Trosten and plaintiff Marc S. Kirschner entered into a joint stipulation of dismissal with prejudice, so ordered by the Court on October 10, 2012, and filed on October 12, 2012.

Accordingly, for the reasons stated in the Court's Order dated December 13, 2010, and the Stipulations of Dismissal entered on September 5, 2012, and October 12, 2012, the Amended Complaint hereby is dismissed in its entirety, with prejudice, and the Clerk of the Court is directed to enter final judgment in the matter of Kirschner v. Bennett, 07 Civ. 8165.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

DATED:   New York, New York
         October 22, 2012