USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
In re REFCO INC. SECURITIES           :   07 MDL 1902 (JSR)
LITIGATION                            :
---------------------------------x

---------------------------------x
KENNETH M. KRYS, et al.,              :   08 Civ. 3065 (JSR)
                                      :   08 Civ. 3086 (JSR)
             Plaintiffs,              :
                                      :
    -against-                         :   PROPOSED ORDER
                                      :   AMENDING JULY 28,
CHRISTOPHER SUGRUE, et al.,           :   2012 MEMORANDUM
                                      :   ORDER
             Defendants.              :
                                      :
---------------------------------x

On July 28, 2012, the Court entered a Memorandum Order (the "Order"), dismissing all remaining claims against Ingram Micro, Inc., CIM Ventures, Inc., Liberty Corner Capital Strategies, LLC, and William T. Pigott and directing the Clerk to enter judgment with respect to them. To make express the Court's determination with respect to the direction of entry of judgment, the final paragraph of the Order is amended *nunc pro tunc* to add before the period at the end of the last sentence:

> in accordance with Rule 54(b), the Court having determined there is no just reason for delay.

SO ORDERED.

                                         _____
                                         Jed S. Rakoff, U.S.D.J.

Dated: New York, New York
       October 07, 2012

STIPULATED TO AS TO FORM:

| | |
|---|---|
| **MARINO, TORTORELLA & BOYLE, P.C.** | **BROWN RUDNICK LLP** |
| By: /s/ | By: /s/ |
| Kevin H. Marino | David J. Molton |
| John D. Tortorella | Mason C. Simpson |
| | |
| 437 Southern Boulevard | Seven Times Square |
| Chatham, New Jersey 07928-1488 | New York, New York 10036 |
| Tel: (973) 824-9300 | Tel: (212) 209-4800 |
| Fax: (973) 824-8425 | Fax: (212) 209-4801 |
| kmarino@khmarino.com | dmolton@brownrudnick.com |
| jtortorella@khmarino.com | msimpson@brownrudnick.com |
| *Attorneys for Defendants Liberty Corner Capital Strategies, LLC and William T. Pigott* | *Attorneys for Plaintiffs* |
| | - and - |
| **DAVIS POLK & WARDWELL LLP** | **BEUS GILBERT PLLC** |
| By: /s/ | Leo R. Beus, Esq. |
| Robert F. Wise, Jr. | Dennis K. Blackhurst, Esq. |
| Paul Spagnoletti | 4800 North Scottsdale Road |
| 450 Lexington Avenue | Suite 6000 |
| New York, NY 10017 | Scottsdale, AZ 85251 |
| Tel.: (212) 450-4000 | Telephone (480) 429-3000 |
| Fax: (212) 701-5800 | Facsimile (480) 429-3100 |
| robert.wise@davispolk.com | |
| paul.spagnoletti@davispolk.com | *Co-Counsel for Plaintiffs* |
| *Attorneys for Defendants Ingram Micro, Inc. and CIM Ventures, Inc.* | |