UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
                                      :    07 MDL 1902 (JSR)
                                      :    (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION     :
                                      :    CASE MANAGEMENT ORDER #84
                                      :
                                      :
                                      :
------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/12

JED S. RAKOFF, U.S.D.J.

    The Court has received the bill from the Special Master Capra for the month of October, which will be docketed for the parties' review.  Any party who wishes to object to this bill must submit such objection to the Court in writing no later than one week from today, i.e., by November 16, 2012.  If no objections are received, the Case Accountant will be authorized to pay the bill out of the established account.

    SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        November 9, 2012

**Professor Daniel J. Capra**
**Special Master**

**Fordham Law School**
**140 West 62nd Street**
**New York, New York 10023**
**dcapra@law.fordham.edu**

November 5, 2012

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---|
| October 8 – summary judgment R and R | 2.5 |
| October 9 — summary judgment R and R | 1.5 |
| October 10 — summary judgment R and R | 2.0 |
| October 11 — summary judgment R and R | 2.5 |
| October 15 — summary judgment R and R | 3.5 |
| October 16 — summary judgment R and R | 4.1 |
| October 17 — summary judgment R and R | 2.0 |
| October 25 — motion to strike experts GT and PwC | 1.5 |
| October 27 — motion to strike experts GT and PwC | 1.4 |

**Total Hours** 21.0

**Hours @ $500/hr.**

**Total Bill ------** $10500.00