UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE REFCO INC. SECURITIES LITIGATION | ECF Case<br>07-MD-1902 (JSR) |
| This document relates to:<br><br>KENNETH M. KRYS, et al.,<br>          Plaintiffs,<br>-against-<br>CHRISTOPHER SUGRUE, et al.,<br>          Defendants. | 08-CV-3065 (JSR) |

## NOTICE OF WITHDRAWAL AND ORDER

To the Clerk of the Court and all parties of record:

       PLEASE TAKE NOTICE that Beth A. Tagliamonti is no longer associated with Winston & Strawn LLP and should be withdrawn as counsel of record on behalf of Defendants Grant Thornton LLP and Mark Ramler in the above-captioned actions.

Dated: New York, New York
       November 5, 2012

Respectfully submitted,

*Luke A. Connelly* (signature)

Luke A. Connelly
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
T: (212) 294-6700
F: (212) 294-4700

*Attorneys for Defendants*
*Grant Thornton LLP and Mark Ramler*

SO ORDERED:

(signature)

Honorable Jed S. Rakoff
United States District Judge

11-10-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE REFCO INC. SECURITIES LITIGATION

ECF Case

07-MD-1902 (JSR)

This document relates to:

KENNETH M. KRYS, et al.,

        Plaintiffs,

-against-

CHRISTOPHER SUGRUE, et al.,

        Defendants.

08-CV-3065 (JSR)

## DECLARATION OF LUKE A. CONNELLY
## PURSUANT TO LOCAL RULE 1.4

Luke A. Connelly declares as follows:

    1. I am an attorney admitted to practice before this Court and am a member of the firm Winston & Strawn LLP. I submit this declaration in accordance with Local Civil Rule 1.4 in support of my Notice of Withdrawal of Beth A. Tagliamonti as counsel of record to Defendants Grant Thornton LLP and Mark Ramler.

    2. I respectfully request that the Court permit the requested withdrawal because Ms. Tagliamonti has resigned from Winston & Strawn LLP and thus is no longer associated with Winston & Strawn LLP. Defendants Grant Thornton LLP and Mark Ramler will continue to be represented by other Counsel of Record. Therefore, the withdrawal of Ms. Tagliamonti will not delay the resolution of this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 5, 2012
New York, New York

Respectfully submitted,

/s/ Luke A. Connelly

Luke A. Connelly