USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re REFCO INC. SECURITIES
LITIGATION

07 **MDL** 1902 (JSR)
------------------------------------------------------------X
KENNETH M. KRYS, et al.,

                Plaintiffs,

11 **CIVIL** 1486 (JSR)

      -against-

**JUDGMENT**

SHULTE ROTH & ZABEL LLP,
                Defendant.
------------------------------------------------------------X

Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on November 13, 2012, having rendered its Memorandum Order reaffirming its bottom line Order of July 18, 2012 granting defendant's motion to dismiss, and directing the Clerk of the Court to enter final judgment dismissing the case with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated November 13, 2012, the Court reaffirms its bottom line Order of July 18, 2012 granting defendant's motion to dismiss, and enters final judgment dismissing the case with prejudice.

**Dated:** New York, New York
        November 15, 2012

                              **RUBY J. KRAJICK**
                              **Clerk of Court**

        BY:

                              **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____