UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re REFCO INC. SECURITIES LITIGATION         Case No. 07-MD-1902 (JSR)

------------------------------------------------------------------X

                  This Document Relates to:

------------------------------------------------------------------X

KENNETH M. KRYS, et al.,                                           :        Case No. 08-CV-3065 (JSR)
                              Plaintiffs,    :        Case No. 08-CV-3086 (JSR)
                                          :
               -against-                                     :

CHRISTOPHER SUGRUE, et al.,                                      :
                              Defendants.    :

------------------------------------------------------------------X

KENNETH M. KRYS, et al.,                                           :
                                          :        Case No. 10-CV-3594 (JSR)
                              Plaintiffs,    :

             -against-                                       :

DEUTSCHE BANK SECURITIES INC., et al.,              :
                              Defendants.    :

------------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

      I, Mason Simpson, a partner with the law firm Brown Rudnick LLP, hereby certify that on Tuesday, November 27, 2012, I caused a true and correct copy of Plaintiffs' Response to Defendants' Limited Objection to the Report and Recommendation of the Special Master on Defendants' Motion for Summary Judgment to be served upon Special Master Hedges, Special Master Capra and all counsel-of-record (WHRefcoKrysAll@wilmerhale.com) in the above-captioned matters by electronic mail and by electronically filing through the Court's CM/ECF system.

Dated:  New York, New York
       November 27, 2012

                                              **BROWN RUDNICK LLP**

                                              By: <u>/s Mason Simpson</u>
                                                   Mason Simpson
                                            Seven Times Square
                                            New York, NY 10036
                                            T: 212-209-4907
                                            F: 212-209-4801
                                            msimpson@brownrudnick.com