```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
                                      :   07 MDL 1902 (JSR)
                                      :   (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION     :
                                      :   CASE MANAGEMENT ORDER #86
                                      :
                                      :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

The Court has received the bill from Special Master Capra for the month of November and the bill from Special Master Hedges for the months of October and November, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, i.e., by December 7, 2012. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       November 30, 2012

**Professor Daniel J. Capra**
**Special Master**

**Fordham Law School**
**140 West 62nd Street**
**New York, New York 10023**
dcapra@law.fordham.edu

**December 1, 2012**

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---:|
| November 6 — motion to strike experts, GT and PwC | 2.0 |
| November 7 — motion to strike experts, GT and PwC | 3.1 |
| November 13 — motion to strike experts, GT and PwC | 1.5 |
| November 19 — motion to strike experts, GT and PwC | 2.6 |
| November 20 — motion to strike experts, GT and PwC | 2.5 |
| November 26 — motion to strike experts, GT and PwC | 3.1 |
| November 27 — motion to strike experts, GT and PwC | 3.3 |
| November 28 — motion to strike experts, GT and PwC | 2.8 |
| November 29 — motion to strike experts, GT and PwC | 3.3 |

**Total Hours**     24.2

       **Hours @ $500/hr.**

           **Total Bill ------**     $12100.00

# IN RE REFCO

# INVOICE

# OCTOBER-NOVEMBER 2012

## HOURS INCURRED:

Oct. 1 – telephone conference w/re pending sanctions motion (.25)

Oct. 1 and 2 – attending to filing of orders (.25)

Oct. 9 to 11 – communications w/ parties and Chambers w/re Rule 41(b) dismissal order (.25)

Oct. 12 and other dates – communications w/ parties and w/

1

Chambers w/re appeal on Palermo deposition (.5)

Oct. 22 and other dates: attending to filing of pro hac orders (.5)

Nov. 5 – communications w/ Clerk and parties w/re pro hac procedure (.5)

Nov. 6 and other dates – communications w/ parties and w/ Chambers w/re *Krys* case management order (.5)

Nov. 26 – communications w/ counsel w/re scheduling Nov. 28 oral argument (.5)

Nov. 27 – preparation for oral argument on sanctions motion (4.0)

Nov. 27 and earlier dates – attending to circulation and filing of BBL reimbursement order (.5)

Nov. 28 – attending oral argument on sanctions motion (4.0)

**TOTAL HOURS INCURRED**: 11.75 @ $400/hour = $4,700.00

**EXPENSES INCURRED**: $127.00

**TOTAL**: $4,827.00