UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re REFCO, INC. SECURITIES LITIGATION                     :   07 MDL 1902 (JSR)
                                                            :
------------------------------------------------------------x   ECF CASE

------------------------------------------------------------x
                                                            :   08 Civ. 3065 (JSR)
                                                            :   08 Civ. 3086 (JSR)
KENNETH M. KRYS, et al.                                     :
                            Plaintiffs,                     :
                                                            :
    -v-                                                     :
                                                            :
                                                            :
CHRISTOPHER SUGRUE, et al.,                                 :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------x
                                                            :   10 Civ. 3594 (JSR)
                                                            :
KENNETH M. KRYS, et al.                                     :
                            Plaintiffs,                     :
                                                            :
    -v-                                                     :
                                                            :
                                                            :
DEUTSCHE BANK SECURITIES INC., et. al.,                     :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------x

## [PROPOSED] ORDER GRANTING PERMISSION TO FILE HARD COPY

WHEREAS, the defendants in the above-captioned actions are required to submit their summary judgment motions by December 17, 2012;

WHEREAS, Defendants Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated (as successor by merger to Banc of America Securities LLC),

Deutsche Bank Securities Inc., Grant Thornton LLP, Mark Ramler, Mayer Brown LLP, Joseph Collins, Edward S. Best, Paul Koury, and PricewaterhouseCoopers LLP plan to file exhibits to their joint or respective Rule 56.1 statements that exceed the aggregate file size limits for electronic filings;

SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders as follows:

1. The above-referenced defendants may file the exhibits to their Rule 56.1 statements on electronic disks, provided, however, that these exhibits be part of the public Record and be so docketed by the *

SO ORDERED

Dated: 12/14, 2012

RONALD J. HEDGES
Special Master

* Clerk of the Court. Defendants shall take all necessary steps, including conferring with the Clerk, to ensure public docketing. Moreover, nothing shall be filed under seal.

2