UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re REFCO INC. SECURITIES LITIGATION          Case No. 07-MD-1902 (JSR)
-----------------------------------------------------------X
               This Document Relates to:
-----------------------------------------------------------X
KENNETH M. KRYS, et al.,                        :
                                                :   Case No. 08-CV-3065 (JSR)
                                                :   Case No. 08-CV-3086 (JSR)
                                  Plaintiffs,   :
                                                :
               -against-                        :   **ORAL ARGUMENT REQUESTED**
                                                :
CHRISTOPHER SUGRUE, et al.,                     :
                                                :
                                  Defendants.   :
                                                :
-----------------------------------------------------------X
KENNETH M. KRYS, et al.,                        :   Case No. 10-CV-3594 (JSR)
                                  Plaintiffs,   :
                                                :
               -against-                        :
                                                :
DEUTSCHE BANK SECURITIES INC., et al.,          :
                                                :
                                  Defendants.   :
                                                :
-----------------------------------------------------------X

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon (1) the Memorandum of Law of Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner & Smith, Incorporated, as Successor-by-Merger to Banc of America Securities LLC, and Deutsche Bank Securities Inc. in Support of Motion for Summary Judgment; the accompanying Rule 56.1 Statement; and the Declaration of Philip D. Anker, dated December 17, 2012 (and exhibits thereto); as well as (2) Moving Defendants' Joint Memorandum of Law Addressing Common Issues in Defendants' Motions for Summary Judgment; the accompanying Joint Rule 56.1 Statement; and the Declaration of Luke

Connelly, dated December 17, 2012 (and exhibits thereto); and at a time and location to be determined, defendants Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner & Smith, Incorporated, as successor-by-merger to Banc of America Securities LLC, and Deutsche Bank Securities Inc. (the "Banks") will move this Court for an order dismissing Count XXII of the Amended Complaint in *Krys v. Sugrue* and Count IV of the Complaint in *Krys v. Deutsche Bank* pursuant to Rule 56 of the Federal Rules of Civil Procedure, and granting such other and further relief as the Court deems just and proper.

Pursuant to the Special Masters' Order dated November 14, 2012, Plaintiffs' opposition to the motion (if any) is due on January 21, 2013 and the Banks' reply (if any) is due on January 31, 2013.

| | |
|---|---|
| Dated: New York, New York<br>December 17, 2012 | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br><br>By:  /s/ Philip D. Anker_____<br><br>Philip D. Anker<br>Lori A. Martin<br>Peter J. Macdonald<br>Jeremy S. Winer<br>Ross E. Firsenbaum<br><br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Tel: (212) 230-8800<br>Fax: (212) 230-8888<br><br>*Attorneys for Defendants Merrill Lynch, Pierce, Fenner & Smith, Incorporated, as successor-by-merger to Banc of America Securities LLC and Credit Suisse Securities (USA) LLC* |
| Dated: New York, New York<br>December 17, 2012 | **LINKLATERS LLP**<br><br> By:   /s/ James R. Warnot, Jr._____<br>James R. Warnot, Jr.<br>Ruth E. Harlow<br>Robert H. Bell<br><br>1345 Avenue of the Americas<br>New York, New York 10105<br>Tel: (212) 903-9000<br><br>*Attorneys for Defendant Deutsche Bank Securities Inc.* |