UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re REFCO INC. SECURITIES LITIGATION         Case No. 07-MD-1902 (JSR)
-----------------------------------------------------------X
            This Document Relates to:
-----------------------------------------------------------X
KENNETH M. KRYS, et al.,                       :
                                               :   Case No. 08-CV-3065 (JSR)
                                               :   Case No. 08-CV-3086 (JSR)
                        Plaintiffs,            :
                                               :
        -against-                              :
                                               :
CHRISTOPHER SUGRUE, et al.,                    :
                                               :
                        Defendants.            :
                                               :
-----------------------------------------------------------X

## DECLARATION OF JAMES J. CAPRA, JR. IN SUPPORT OF PRICEWATERHOUSECOOPER LLP'S RESPONSE TO PLAINTIFFS' OBJECTION TO THE REPORT AND RECOMMENDATION STRIKING EXPERT OPINIONS

James J. Capra, Jr., an attorney duly admitted to practice in the State of New York, hereby affirms under penalty of perjury:

1.      I am a member of the law firm of King & Spalding LLP, attorneys for Defendant PricewaterhouseCoopers LLP ("PwC"). I submit this declaration in connection with PwC's Response to Plaintiffs' Objection to the Report and Recommendation Striking Expert Opinions filed on December 20, 2012.

2.      Attached as Exhibit A is a copy of the portion of the transcript from the September 14, 2012 oral argument before Special Master Capra on the motions of PwC and Grant Thornton LLP/Mark Ramler to strike certain opinions of Plaintiffs' experts I. Michael Greenberger and R. David Wallace.

Dated: New York, New York
       December 20, 2012

                                        /s/ James J. Capra, Jr.
                                        James J. Capra, Jr.