# **EXHIBIT 2**

# In The Matter Of:

*In re REFCO, INC. SECURITIES LITIGATION*

_____

ROBERT C. TROSTEN
*December 10, 2009*

_____

*MERRILL CORPORATION*
*25 West 45th Street - Suite 900*
*New York, NY 10036*
PH: 212-557-7400 / FAX: 212-692-9171

TROSTEN, ROBERT C. - Vol. 1

ROBERT C. TROSTEN

| Page 14 | Page 16 |
|---|---|
| 1  ROBERT C. TROSTEN<br>09:45:07  2   balance sheet to senior management.<br>09:45:10  3       Q.  And how long were you at Lehman<br>09:45:13  4   Brothers?<br>09:45:13  5       A.  Approximately five years.<br>09:45:14  6       Q.  That would bring you back to<br>09:45:16  7   1998; is that right?<br>09:45:17  8       A.  '97, 1998.<br>09:45:18  9       Q.  Then where did you go?<br>09:45:19 10       A.  I went to work for Refco Group<br>09:45:23 11  Limited.<br>09:45:23 12       Q.  When you first joined Refco Group<br>09:45:28 13  Limited -- strike that.<br>09:45:29 14           You joined Refco in 1997?<br>09:45:31 15       A.  I did, yes.  Approximately June<br>09:45:33 16  of '97.<br>09:45:34 17       Q.  So when you first joined Refco in<br>09:45:36 18  June of 1997, what were your job<br>09:45:38 19  responsibilities?<br>09:45:38 20       A.  I was a manager in charge of the<br>09:45:43 21  consolidation.<br>09:45:45 22       Q.  When you say manager in charge of<br>09:45:47 23  consolidation, can you be a little bit more<br>09:45:50 24  descriptive about what that meant.<br>09:45:52 25       A.  Yes.  Refco, like Lehman Brothers | 1  ROBERT C. TROSTEN<br>09:47:09  2       A.  I don't recall.<br>09:47:12  3       Q.  How long did you work at Refco<br>09:47:13  4   then from 1997 until when?<br>09:47:15  5       A.  Until approximately August of<br>09:47:17  6   2004.<br>09:47:19  7       Q.  So that was right after the Refco<br>09:47:21  8   LBO?<br>09:47:22  9       A.  That's correct.<br>09:47:25 10       Q.  Can you just walk me through the<br>09:47:27 11  positions you held during those seven years,<br>09:47:28 12  you started as a manager you said then what<br>09:47:31 13  position were you elevated to?<br>09:47:32 14       A.  To the best of my recollection in<br>09:47:34 15  1998 I was promoted Vice President in charge of<br>09:47:47 16  group administration and assistant controller.<br>09:47:49 17  In 1999, approximately became senior Vice<br>09:47:57 18  President.<br>09:47:57 19           And in approximately 2000, 2001<br>09:48:00 20  time frame I became the Executive Vice<br>09:48:03 21  President and Chief Financial Officer of Refco<br>09:48:05 22  Group Limited.  And I held that title up until<br>09:48:09 23  I left the firm.<br>09:48:12 24       Q.  Now you were indicted in<br>09:48:13 25  connection with the fraud at Refco; right? |
| Page 15 | Page 17 |
| 1  ROBERT C. TROSTEN<br>09:45:57  2   although certainly not as large at that time<br>09:46:01  3   had many operating subsidiaries, both domestic<br>09:46:04  4   and abroad.  I would review, aggregate those<br>09:46:09  5   financial data, review it, perform variation<br>09:46:13  6   analysis like I did at Lehman Brothers and<br>09:46:15  7   report the consolidation up to senior<br>09:46:18  8   management.<br>09:46:18  9       Q.  How did you come to join Refco?<br>09:46:23 10       A.  I went to work for a gentleman by<br>09:46:27 11  the name of Stephen Rossi who I worked with at<br>09:46:30 12  Lehman Brothers who brought me over to Refco.<br>09:46:33 13       Q.  What was Mr. Rossi's position at<br>09:46:36 14  Refco when you joined?<br>09:46:38 15       A.  I believe his title was<br>09:46:40 16  controller.<br>09:46:42 17       Q.  When Mr. Rossi asked you to join<br>09:46:46 18  Refco did he tell you anything about the<br>09:46:47 19  company?<br>09:46:55 20       A.  I believe he did, although I<br>09:46:56 21  don't recall the specifics.<br>09:46:57 22       Q.  Any recollection of anything Mr.<br>09:46:59 23  Rossi told you about the company that made you<br>09:47:01 24  think leaving Lehman and joining Refco made<br>09:47:04 25  sense for you that you recall? | 1  ROBERT C. TROSTEN<br>09:48:16  2       A.  Yes, I was.<br>09:48:18  3       Q.  And you pled guilty to that<br>09:48:20  4   indictment?<br>09:48:21  5       A.  To pieces of the indictment.<br>09:48:24  6       Q.  You pled guilty to conspiracy to<br>09:48:26  7   commit securities fraud; right?<br>09:48:28  8       A.  I did, yes.<br>09:48:28  9       Q.  And you pled guilty to<br>09:48:33 10  conspiracy -- excuse me, pled guilty to bank<br>09:48:36 11  fraud; right?<br>09:48:37 12       A.  I did yes.<br>09:48:39 13       Q.  And wire fraud?<br>09:48:40 14       A.  I did as well.<br>09:48:41 15       Q.  How were you, just generally what<br>09:48:44 16  was the compensation you received at Refco, I<br>09:48:46 17  know various different pieces of it.  If I can<br>09:48:49 18  just kind of walk through general compensation<br>09:48:51 19  you got from Refco over those seven years.<br>09:48:54 20       A.  Can you please expand?<br>09:48:56 21       Q.  Sure.  Let's start in the<br>09:48:57 22  beginning do you recall what you made when you<br>09:48:59 23  joined Refco in 1997?<br>09:49:00 24       A.  In 1997 my base salary was<br>09:49:02 25  approximately $120,000.  And to the best of my |

5 (Pages 14 to 17)

MERRILL LEGAL SOLUTIONS

(800) 325-3376                                    www.MerrillCorp.com