# **EXHIBIT 3**

82KATROPps

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

              v.                      05 CR 1192 (NRB)

ROBERT TROSTEN,

              Defendant.

------------------------------x
                                      New York, N.Y.
                                      February 20, 2008
                                      5:30 p.m.

Before:

              HON. NAOMI REICE BUCHWALD

                                      District Judge


                       APPEARANCES

MICHAEL J. GARCIA
     Acting United States Attorney for the
     Southern District of New York
BY:  CHRISTOPHER GARCIA
     NEIL BAROFSKY
     Assistant United States Attorneys

MORVILLO, ABRAMOWITZ, GRAND, IASON,
ANELLO & BOHRER, P.C.
     Attorneys for Defendant
BY:  ROBERT G. MORVILLO
     CHRISTOPHER J. MORVILLO
     RACHEL M. KORENBLAT


Also Present:  Robert W. Manchak, Criminal Investigator
               Rua M. Kelly, Assistant United States Attorney
               Mary Beth Allen, Paralegal
               United States Attorney's Office
```



EXHIBIT 2808
WIT: Trosten
DATE: 12/10/09
T.M. PASTOR, RPR, CLR

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

former chief executive officer, and other Refco executives, including me, were involved in a series of transactions at the end of Refco's financial reporting periods to make it appear as if a receivable was due from third-party customers rather than from a related party.

The RGHI receivable was composed of, amongst other things, historic customer losses, bad debts, and expenses that RGHI incurred on behalf of Refco.

In addition, I participated in a number of transactions that padded or inflated Refco's income. For example, I participated in transactions that shifted expenses off the books of Refco and onto the books of Refco Group Holdings, Inc.

I, along with other Refco executives, agreed to conceal the true size and nature of the RGHI receivable from, amongst others, Refco's auditors, Thomas H. Lee Partners; HSBC, which, in 2004, participated in Refco's senior secured credit facility, as referenced in paragraph 14 -- I'm sorry -- paragraph 41 and Count Fifteen of the indictment; and investors who purchased bonds that Refco issued in 2004, as referenced in Count Two of the indictment.

I left the company in August of 2004, one year before the IPO of Refco. I and other Refco executives used the interstate wires to accomplish these acts within this district, as referenced in Count Seven of the indictment.