# **EXHIBIT 7**

```
                                        1
   7CJAAMAGP          Plea
 1 UNITED STATES DISTRICT COURT
 1 SOUTHERN DISTRICT OF NEW YORK
 2 ------------------------------x
 2
 3 UNITED STATES OF AMERICA,
 3
 4      v.                07 SD 312 (RLE)
 4
 5 SANTO C. MAGGIO,
 5
 6      Defendant.
 6
 7 ------------------------------x
 7
 8                       New York, N.Y.
 8                       December 19, 2007
 9                       11:30 a.m.
 9
10
10 Before:
11
11             HON. RONALD L. ELLIS,
12
12                    Magistrate Judge
13
13
14                    APPEARANCES
14
15 JAMES B. COMEY
15      United States Attorney for the
16      Southern District of New York
16 NEIL BAROFSKY
17 CHRISTOPHER GARCIA
17      Assistant United States Attorney
18
18 PAUL SHECHTMAN
19      Attorney for Defendant Maggio
19
20 SCOTT E. HERSHMAN
20      Attorney for Defendant Maggio
```



DEPOSITION EXHIBIT
Maggio 2871
12/16/09
ERIC J. FINZ

```
                              5
     7CJAAMAGP          Plea
```

1     THE DEFENDANT:  Yes, your Honor.
2     THE COURT:  Did they explain it to you?
3     THE DEFENDANT:  Yes.
4     THE COURT:  Do you understand that you have an
5 absolute right to have this proceeding before a United States
6 district judge?
7     THE DEFENDANT:  Yes, I do.
8     THE COURT:  You are voluntarily proceeding before a
9 United States magistrate judge?
10     THE DEFENDANT:  Yes.
11     THE COURT:  Mr. Maggio, you are charged in a four
12 count information.  Count One of the information charges you,
13 well, conspiracy to commit securities fraud, wire fraud, bank
14 fraud and money laundering and to make false filings with the
15 SEC and material misstatements to auditors in violation of
16 Title 18 U.S.C. Sections 371.  This crime carries a maximum
17 sentence of five years imprisonment, a maximum fine which is
18 the greatest of either $250,5000 or twice the gross pecuniary
19 gain derived from the offense or twice the gross pecuniary loss
20 to persons other than yourself as a result of the offense.
21 There is a $100 special assessment and a term of supervised
22 release of three years.
23     Counts Two and Three of the information charge you
24 with securities fraud in violation of Title 15 U.S.C. Section
25 78 (J) (B) and 78 (F) (F) and Title 17 Code of Federal

```
              SOUTHERN DISTRICT REPORTERS, P.C.
                      (212) 805-0300
```

7CJAAMAGP              Plea

1  defendant used or caused to be used interstate wires or that
2  such use was reasonably foreseeable to him.
3        THE COURT: Mr. Maggio, did you hear that recitation?
4        THE DEFENDANT: Yes.
5        THE COURT: Did you understand that if the government
6  were to proceed to trial against you it would have the burden
7  of proving each element for each offense, that is, each count
8  beyond a reasonable doubt.
9        THE DEFENDANT: Yes.
10       THE COURT: Did you commit the offenses for which you
11 have been charged, Mr. Maggio?
12       THE DEFENDANT: Yes.
13       THE COURT: Tell me what you did.
14       MR. SCHECTMAN: Judge, if it's acceptable to you
15 Mr. Maggio has written out a statement that I think speaks to
16 all four crimes.
17       THE COURT: Considering the complexities here I'll
18 allow him to read and then if it's not he could fill in the
19 gaps.
20       THE DEFENDANT: Your Honor, from the late 1990s to
21 October 2005 I was a senior executive at Revko Ink. During
22 that period I participated with others to hide the true
23 financial health of Revko from banks, counter-parties, auditors
24 and investors. With my knowledge and active participation
25 Revko's substantial losses were covered up as revenues padded

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

18

7CJAAMAGP          Plea

1   and certain operating expenses were moved off its book. Among
2   the acts I personally engaged in the signing of loan agreements
3   referencing paragraphs 61-D and 61-P of the indictment.
4       As a result of my conduct and that of my
5   coconspirators false financial statements were issued to obtain
6   debt financing from the public including 9 percent senior
7   subordinated notes referenced in Count Two of the indictment.
8       To consummate the sale of 57 percent of Revko to a
9   group headed by Thomas H. Lee in 2004 and to obtain $800
10  million in bank financing the same year and to effect the Revko
11  initial public offering in 2005. Moreover, with my knowledge
12  false financial statements were filed with the SEC including
13  form 10K referencing Count Four. The mails and interstate
14  wires were used as part of the fraudulent scheme.
15      I deeply regret my conduct and the harm that it has
16  caused.
17      THE COURT: First of all, with respect to all of the
18  activities that you've indicate you participated in it
19  knowingly?
20      THE DEFENDANT: Yes.
21      THE COURT: Okay. Where did this take place.
22      THE DEFENDANT: In New York, New York. Manhattan, New
23  York.
24      THE COURT: You said coconspirators, so other people
25  had agreed with you to effectuate this scheme?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300