# **EXHIBIT 9**

# In The Matter Of:

*REFCO, INC. SECURITIES LITIGATION*

_____

*ORAL ARGUMENT - Vol. 1*
*September 14, 2012*

_____

*CONFIDENTIAL*

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

CONFIDENTIAL
ORAL ARGUMENT - 9/14/2012

Page 150

```
                    1          MOTION/ARGUMENT - Mr. Beus
11:24:05    2      respectfully disagree.  I think it's his
11:24:07    3      responsibility as an expert to render his
11:24:09    4      independent opinions, and it's our
11:24:11    5      responsibility as lawyers to tender those.
11:24:13    6              PROFESSOR CAPRA:  And what is
11:24:13    7      the point of this?  This is something that you
11:24:15    8      could argue on appeal.  But what's the point
11:24:17    9      of this?  It's law of the case.
11:24:19   10              MR. BEUS:  I don't think I can
11:24:20   11      argue it on appeal unless we tender the
11:24:22   12      opinion.  And that's -- I don't mean to insult
11:24:25   13      you or Judge Rakoff, obviously.
11:24:28   14              PROFESSOR CAPRA:  Okay.  Well,
11:24:29   15      let's proceed.
11:24:30   16              MR. BEUS:  We're going to make
11:24:31   17      a record, and we're going to try to do it
11:24:33   18      respectfully.  If I've offended you, I
11:24:37   19      apologize.  But we will not withdraw it.
11:24:39   20              PROFESSOR CAPRA:  I'm also
11:24:40   21      offended, by the way, of this expert using
11:24:42   22      statements in the R and R as if they were
11:24:44   23      facts when actually all they were were
11:24:46   24      restating what was alleged in your complaint.
11:24:53   25      So here's a couple.  Paragraph 86.
```

Page 151

```
                    1          MOTION/ARGUMENT - Mr. Beus
11:25:07    2              These are the facts he's
11:25:08    3      relying on.  "Once the cash was at RCM, it was
11:25:11    4      commingled for use in fraudulent activities
11:25:11    5      designed to conceal Refco's losses, bolster
11:25:11    6      Refco's financial statements, and enrich
11:25:17    7      individuals, quote, Special Master standing R
11:25:18    8      and R."
11:25:18    9              I mean, come on, Mr. Beus.  I
11:25:20   10      did not make that as a statement of fact.
11:25:23   11              MR. BEUS:  If you look at what
11:25:25   12      Maggio said in his deposition, that's exactly
11:25:27   13      what he said.
11:25:28   14              PROFESSOR CAPRA:  That said
11:25:29   15      "see also."  "The Special Master standing R
11:25:31   16      and R at 2."  That's the major citation.
11:25:34   17      That's not a statement of fact.  And your
11:25:36   18      expert ought to know that.
11:25:46   19              Paragraph 93.  Blah, blah,
11:25:49   20      blah.  The concealment of losses and expenses,
11:25:51   21      the inflation of Refco's revenues and
11:25:53   22      financial position, the use of round-trip
11:25:55   23      loans, et cetera.  "Special Master Violations
11:25:59   24      R and R at 25."  And then the "see also"
11:26:01   25      again.
```

Page 152

```
                    1          MOTION/ARGUMENT - Mr. Beus
11:26:01    2              I mean, if you want to rely on
11:26:03    3      Maggio's deposition as a fact, I am not
11:26:05    4      opining about that right now, but you cannot
11:26:07    5      absolutely rely on the R and R as a statement
11:26:11    6      of fact for any of this.  And you know that as
11:26:13    7      well as I do.  Right?
11:26:14    8              MR. BEUS:  We apologize for
11:26:15    9      that.
11:26:16   10              PROFESSOR CAPRA:  Okay.  So
11:26:17   11      let's proceed.
11:26:20   12              MR. BEUS:  Could I have you
11:26:22   13      look at the handout --
11:26:23   14              PROFESSOR CAPRA:  I think you
11:26:23   15      need to have this opinion redone.  That's my
11:26:26   16      thought on it.  I mean, I think there's so
11:26:28   17      much offensive in this opinion that it really
11:26:30   18      should be redone.  Is that a possibility?
11:26:35   19              MR. BEUS:  Sure.
11:26:37   20              MS. COBERLY:  Special Master
11:26:38   21      Capra, there's a September 30th cutoff for
11:26:41   22      expert discovery that's firm.
11:26:42   23              PROFESSOR CAPRA:  Then we'll
11:26:43   24      deal with what we have, then.  I'm sorry.
11:26:45   25      Thank you for making me aware of that.  So
```

Page 153

```
                    1          MOTION/ARGUMENT - Mr. Beus
11:26:48    2      that's off the table.  Let's just keep going.
11:26:50    3              MR. BEUS:  Let's talk about
11:26:51    4      back with what's in the Refco fraud according
11:26:53    5      to the R and Rs, as affirmed by Judge Rakoff.
11:26:59    6              The Refco fraud includes --
11:27:00    7              PROFESSOR CAPRA:  So now we're
11:27:01    8      relying on these opinions?  Okay.  Let's go.
11:27:08    9      Let's do it.
11:27:08   10              MR. BEUS:  Professor Capra,
11:27:09   11      what I'm trying to do, and I would like to do
11:27:11   12      this without insulting you, and if I can't do
11:27:14   13      that I'm going to try my very best not to
11:27:16   14      insult you.
11:27:17   15              PROFESSOR CAPRA:  Okay, good.
11:27:18   16              MR. BEUS:  I would just like to
11:27:19   17      start with the way the Refco fraud is defined
11:27:22   18      and the way -- we don't agree with that.  I'm
11:27:25   19      not going to argue that again.
11:27:26   20              PROFESSOR CAPRA:  Okay.
11:27:27   21              MR. BEUS:  I'm going to use
11:27:28   22      what has been ruled on the Refco fraud and,
11:27:31   23      with that as a springboard, try to describe
11:27:36   24      why what Greenberger says on the key stuff
11:27:39   25      with respect to CFTC and what Mr. Wallace says
```

39 (Pages 150 to 153)