UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
                                                       :
In re REFCO, INC. SECURITIES LITIGATION                :    07 MDL 1902 (JSR)
                                                       :
-------------------------------------------------------x    ECF CASE

-------------------------------------------------------x
                                                       :    08 Civ. 3065 (JSR)
                                                       :    08 Civ. 3086 (JSR)
KENNETH M. KRYS, et al.                                :
                        Plaintiffs,                    :
                                                       :
   -v-                                                 :
                                                       :
                                                       :
CHRISTOPHER SUGRUE, et al.,                            :
                                                       :
                        Defendants.                    :
                                                       :
-------------------------------------------------------x
```

## ORDER GRANTING PERMISSION TO FILE EXHIBITS BY DISK

WHEREAS, the plaintiffs in the above-captioned actions were required to submit their summary judgment opposition papers by January 22, 2012;

WHEREAS, plaintiffs electronically filed their brief and Rule 56.1 statement and counterstatement, they were unable to electronically file the voluminous exhibits to their declaration due to the ECF system timing out while they attempted to upload the large exhibit files;

WHEREAS, plaintiffs placed the unfiled declaration exhibits on an FTP site the morning after the filing deadline and provided access to the FTP site to defendants;

WHEREAS, plaintiffs have mailed and/or hand delivered disks containing the unfiled declaration exhibits.

SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders as follows:

1. Plaintiffs may file the exhibits to their summary judgment opposition declaration on electronic disks at the Courthouse.

SO ORDERED

Dated: 1/24/2013

_____
RONALD J. HEDGES
Special Master

60982468 v1-WorksiteUS-028337/0001