UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
IN RE REFCO SECURITIES LITIGATION  :  07 MDL 1902 (JSR)

------------------------------------- x
------------------------------------- x
KENNETH M. KRYS, et al.,           :

    Plaintiffs,                    :  08 Civ. 3065 (JSR)
                                      :  08 Civ. 3086 (JSR)
    -v-                             :
                                      :  ORDER
CHRISTOPHER SUGRUE, et al.,        :

    Defendants.                    :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

    On November 29, 2012, Special Master Daniel J. Capra issued a Report and Recommendation in the above-captioned case recommending that the motion to strike certain opinions of proposed experts I. Michael Greenberger and R. David Wallace brought by defendants Grant Thornton LLP and Mark Ramler be granted in part and denied in part.[1] After the parties timely submitted their objections to the Special Master's Report and Recommendation and responded thereto, the Court heard oral argument on January 30, 2013 and considered the entire matter de novo.

    Having done so, the Court finds itself in complete agreement with Special Master Capra's Report and Recommendation in all material

---

[1] By stipulation of the parties, PricewaterhouseCoopers' motion to strike, about which the Special Master also issued recommendations to this Court, is withdrawn as moot. See Stipulation and Order Withdrawing Motions for Summary Judgment and Other Motion Without Prejudice of January 14, 2013, No. 08 Civ. 3065, Dkt. No. 731, at 5.

respects and hereby adopts it in full as if incorporated herein. In addition, for reasons stated from the bench, the Court confirms its order striking, sua sponte, the proposed expert report of Professor I. Michael Greenberger in its entirety. See Tr. of Hearing, January 30, 2013 at 2-4.

    SO ORDERED.

                                            JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       February 5, 2013