**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
:
In re REFCO INC. SECURITIES LITIGATION      :      Case No. 07-md-1902 (JSR)
:
-------------------------------------------------------------X

## SPECIAL MASTER ORDER DIRECTING PAYMENT

SPECIAL MASTER RONALD HEDGES, for good cause shown, hereby orders as follows:

WHEREAS, on January 30, 2013, Ball Baker Leake LLP issued an invoice in the amount of $1,153.84 for accounting services rendered in the above-captioned action and related disbursements from November 1, 2012 through January 31, 2013 (the "Ball Baker Leake Invoice");

WHEREAS, on February 3, 2013, the Ball Baker Leake Invoice was circulated to all counsel of record in the above-captioned action, to allow for objections by any party;

WHEREAS, the parties to the above-captioned action were permitted ten (10) calendar days to object to the Ball Baker Leake Invoice;

WHEREAS, no objections to the Ball Baker Leake Invoice were received by the Special Master;

NOW, THEREFORE, the Special Master directs Ball Baker Leake to pay the Ball Baker Leake Invoice in full.

**SO ORDERED** this ___ day of _____, 2013

_____
HON. RONALD HEDGES
SPECIAL MASTER