UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
                                       :
                                       :
                                       :     07 MDL 1902 (JSR)
                                       :     (Applies To All Cases)
                                       :
IN RE REFCO SECURITIES LITIGATION      :
                                       :     CASE MANAGEMENT ORDER #91
                                       :
                                       :
                                       :
-------------------------------------- x

JED S. RAKOFF, U.S.D.J.

        Pursuant to Case Management Order #90, the time for objections
to the bill of Special Master Capra for the month of January 2013 has
elapsed.  Since the Court did not receive any objection to this bill,
the Court hereby directs the Case Accountant to pay the bill
forthwith.

        SO ORDERED.

                                   _____
                                   JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        February _/_, 2013