UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                       :

In re REFCO INC. SECURITIES LITIGATION     :     Case No. 07-md-1902 (JSR)

                                         :
------------------------------------------------------------ X

This Document Relates To:

------------------------------------------------------------ X
KENNETH M. KRYS, et al.,

                                      :    Case No. 08-cv-7416 (JSR)

                  Plaintiffs,   :

        -against-               :

ROBERT AARON, et al.,           :

                  Defendants.   :
------------------------------------------------------------ X

[~~PROPOSED~~] ORDER GRANTING PERMISSION TO FILE IN HARD COPY

WHEREAS, plaintiffs Kenneth M. Krys and Margot MacInnis, as Joint Official Liquidators of the SPhinX funds and assignees of claims of certain SPhinX funds investors, and The Harbour Trust Co. Ltd., as Trustee of the SPhinX Trust (collectively, "Plaintiffs") in the above-captioned action are required to submit their opposition to defendants Derivatives Portfolio Management, Ltd., Derivatives Portfolio Management, LLC, DPM Mellon, Limited, DPM Mellon, LLC and Robert Aaron's Motion for Partial Summary Judgment by March 5, 2013;

WHEREAS, Plaintiffs plan to file exhibits to their Rule 56.1 Counter Statement that exceed the aggregate file size limits for electronic filings;

SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders as follows:

1.   The Plaintiffs may file the exhibits to their Rule 56.1 Counter Statement

on electronic disk with the Clerk of Court and the Clerk of the Court shall

docket the exhibits to be part of the public record.

**SO ORDERED** this \_\_\_\_ day of _____, 2013

_____
HON. RONALD J. HEDGES
SPECIAL MASTER