UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                             :
                                             :    07 MDL 1902 (JSR)
                                             :    (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION            :
                                             :    CASE MANAGEMENT ORDER #92
                                             :
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JED S. RAKOFF, U.S.D.J.

    The Court has received the bill from Special Master Capra for the month of February and the bill of Special Master Hedges for the months of January and February, both which will be docketed for the parties' review. Any party who wishes to object to either bill must submit such objection to the Court in writing no later than one week from today, i.e., by March 11, 2013. If no objections are received, the Case Accountant will be authorized to pay the bill out of the established account.

    SO ORDERED.

                                        JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       March 4, 2013

**Professor Daniel J. Capra**
**Special Master**

Fordham Law School
140 West 62nd Street
New York, New York 10023
dcapra@law.fordham.edu

March 3, 2013

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---|
| February 12 — research for oral argument | 3.0 |
| February 13 — reading briefs for oral argument | 2.5 |
| February 14 — research for oral argument | 2.5 |
| February 15 — oral arguments on summary judgment motions | 8.5 |
| February 18 — research for R and R on issue preclusion | 3.1 |
| February 21 — research for R and R on defendants' motion | 2.8 |
| February 25 — research for R and R on primary violation | 2.1 |
| February 27 — primary violation summary judgment R and R | 3.2 |

Total Hours                                                               27.7

        **Hours @ $500/hr.**

        **Total Bill ------**                                                    **$13,850.00**

# IN RE REFCO

# INVOICE FOR MONTHS OF JANUARY & FEBRUARY

# JANUARY 25, 2013

HOURS INCURRED:

Jan. 16 – Communications w/ Chambers w/re orders on stipulations, etc. (.25)

Jan. 17 – Communications w/ counsel w/re proposed amended pleading (.25)

Jan. 23-24 – Communications w/re filing of motion papers and filing order (.25)

Jan. 24 and later dates – Communications w/re motion to amend and filing order (.5)

Jan. 24-25 – Review of parties' joint status report and communications w/re same w/ Chambers and parties (.5)

TOTAL HOURS INCURRED: 1.75 @ 400.00/hour = $700.00

TOTAL: $700.00