UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
                                                            :
In re REFCO, INC. SECURITIES LITIGATION                     :   07 MDL 1902 (JSR)
                                                            :
------------------------------------------------------------x   ECF CASE

------------------------------------------------------------x
                                                            :   08 Civ. 7416 (JSR)
KENNETH M. KRYS, et al.                                     :
                        Plaintiffs,                         :
                                                            :
        -v-                                                 :
                                                            :
ROBERT AARON, et al.,                                       :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------x
```

### ORDER GRANTING DPM LEAVE TO AMEND ITS
### THIRD-PARTY COMPLAINT AGAINST PATRINA KHOO FARQUHARSON

WHEREAS, DPM[1] filed a motion for leave to amend its third-party complaint against Patrina Khoo Farquharson on February 8, 2013 ("the Motion");

WHEREAS, Farquharson filed opposition papers to the Motion on February 22, 2013;

WHEREAS, DPM filed reply papers in further support of the Motion on March 1, 2013;

WHEREAS, oral argument was held telephonically before Special Master Hedges on March 12, 2013;

SPECIAL MASTER RONALD J. HEDGES, for the reasons set forth on the record, hereby orders that DPM's motion for leave to amend its third-party complaint against Patrina Khoo Farquharson is GRANTED;

---

[1] "DPM" refers to defendants Derivative Portfolio Management LLC, Derivative Portfolio Management, Ltd., DPM-Mellon, LLC, and DPM-Mellon, Ltd.

1

IT IS FURTHER ORDERED that no discovery-related motions are to be made until Farquharson's Fed. R. Civ. P. 12(c) motion for judgment on the pleadings is resolved.

SO ORDERED

Dated: March 13, 2013

_____<br>
RONALD J. HEDGES<br>
Special Master