UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
In re REFCO INC. SECURITIES            :   07 MDL 1902 (JSR)
LITIGATION                             :
----------------------------------------x
----------------------------------------x
JOSEPH MURPHY, et al.,                 :

        Plaintiffs,                    :

        -v-                            :   08 Civ. 4196 (JSR)

ALLIED WORLD ASSURANCE COMPANY (U.S.), :
INC. and ARCH INSURANCE COMPANY,       :

        Defendants.                    :
----------------------------------------x
----------------------------------------x
ARCH INSURANCE COMPANY,                :

        Plaintiff,                     :

        -v-                            :   08 Civ. 5252 (JSR)

JOHN D. AGOGLIA, et al.,               :

        Defendants.                    :
----------------------------------------x

JED S. RAKOFF, U.S.D.J.

    On July 11, 2008, Allied World Assurance (US), Inc. and Arch Insurance Company simultaneously moved for summary judgment in the above-captioned cases. By an Opinion and Order dated March 2, 2009, Judge Gerard E. Lynch granted Arch Insurance Company's motions for summary judgment and Allied World Assurance Company's motion for summary judgment in their respective cases. Judge Lynch docketed a corrected version of the Opinion and Order on April 30, 2009, and on May 29, 2009, issued an Opinion and Order

that, in pertinent part, denied motions for reconsideration by certain of the insured parties who had lost on summary judgment.

On April 3, 2009, the relevant parties jointly filed a notice of appeal to the Second Circuit and on June 16, 2009, the parties who filed the motion for reconsideration filed an amended notice of appeal to include the denial of that motion.

On June 10, 2010, the Second Circuit issued a mandate affirming Judge Lynch's March 2, 2009, Opinion and Order in all respects. Accordingly, the Clerk of the Court is hereby directed to enter final judgment in accordance with Judge Lynch's March 2, 2009, Opinion and Order, and to close cases numbered 08 Civ. 4196 (JSR) and 08 Civ. 5252 (JSR) forthwith.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         March 14, 2013