USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re REFCO INC. SECURITIES
LITIGATION

07 **MDL** 1902 (JSR)

------------------------------------------------------------X

**JUDGMENT**

JOSEPH MURPHY, et al.,
              Plaintiffs,

08 **CIVIL** 4196 (JSR)

-against-

ALLIED WORLD ASSURANCE COMPANY (U.S.),
INC. and ARCH INSURANCE COMPANY,
              Defendants.
------------------------------------------------------------X
ARCH INSURANCE COMPANY,
              Plaintiff,

08 **CIVIL** 5252 (JSR)

-against-

JOHN D. AGOGLIA, et al.,
              Defendants.
------------------------------------------------------------X

      Whereas on June 10, 2010, the Second Circuit having issued a mandate affirming Judge Lynch's March 2, 2009, Opinion and Order in all respects, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on March 14, 2013, having rendered its Order directing the Clerk of the Court to enter final judgment in accordance with Judge Lynch's March 2, 2009, Opinion and Order, and to close cases numbered 08 Civ. 4196 (JSR) and 08 Civ. 5252 (JSR) forthwith, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 14, 2013, Allied World Assurance Company's ("AWAC") and Arch Insurance Company's ("Arch") motions for summary judgment are granted, and XL Specialty Insurance Company's ("XL") motion for summary judgment is denied; accordingly, cases numbered

08 Civ. 4196 (JSR) and 08 Civ. 5252 (JSR) are closed.

**Dated:** New York, New York
March 20, 2013

RUBY J. KRAJICK
_____
**Clerk of Court**

BY: _____𝓏_____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____