UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO INC. SECURITIES LITIGATION | 07 MDL No. 1902 (JSR) |
| KENNETH M. KRYS, *et al.*,<br><br>              Plaintiffs,<br><br>    -against-<br><br>ROBERT AARON, *et al.*,<br><br>              Defendants. | 08 Civ. 7416 (JSR) |

## CERTIFICATE OF SERVICE

I hereby certify that:

1. On March 21, 2013 notice of filing of the DPM Defendants/Third-Party Plaintiffs' Amended Third-Party Complaint Against Patrina Khoo Farquharson was served via the Electronic Case Filing system; and

2. On March 26, 2013 true and correct copies of the DPM Defendants/Third-Party Plaintiffs' Amended Third-Party Complaint Against Patrina Khoo Farquarhson were served via electronic mail upon:

    Robert Knuts
        Counsel for Patrina Khoo Farquharson

    and

    All Counsel of Record
        in the above-captioned matters

                                                                  s/ B. John Pendleton, Jr.

Dated:  Florham Park, New Jersey
          March 26, 2013