```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
                                      :
                                      :   07 MDL 1902 (JSR)
                                      :   (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION     :
                                      :   CASE MANAGEMENT ORDER #94
                                      :
                                      :
                                      :
                                      :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.
```



The Court has received the bills from the Special Masters for the month of March, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, i.e., by April 8, 2013. If no objections are received, the Case Accountant will be authorized to pay the bill out of the established account.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       April 1, 2013

# IN RE REFCO

# MARCH, 2013

HOURS INCURRED:

Mar. 14 and other dates – Communications w/ parties w/re DPM motion to amend; review of motion and opposition papers; entertaining oral argument on March 13; attending to filing of order (4.5)

TOTAL HOURS INCURRED:  4.25 @ 400.00/hour = $1,700.00

TOTAL: $ 1,700.00

1

**Professor Daniel J. Capra**
**Special Master**

Fordham Law School
140 West 62nd Street
New York, New York 10023
dcapra@law.fordham.edu

April 1, 2013

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---|
| March 4: Summary Judgment primary violation R and R | 2.8 |
| March 5: Summary Judgment primary violation R and R | 2.1 |
| March 6: Summary Judgment primary violation R and R | 3.1 |
| March 7: Summary Judgment primary violation R and R | 3.2 |
| March 8: Summary Judgment primary violation R and R | 1.5 |
| March 10: Summary Judgment primary violation R and R | 3.5 |
| March 11: Summary Judgment primary violation R and R | 2.9 |
| March 20: Summary Judgment Mayer Brown R and R | 6.2 |
| March 21: Summary Judgment Mayer Brown R and R | 6.4 |
| March 22: Summary Judgment Mayer Brown R and R | 3.0 |
| March 23: Krys v. Aaron summary judgment papers | 2.1 |
| March 25: Summary Judgment Mayer Brown R and R | 2.0 |
| March 26: Preparing for oral argument Krys v. Aaron | 2.4 |
| March 27: Preparing for oral argument Krys v. Aaron | 2.3 |
| March 28: Preparing for oral argument Krys v. Aaron | 6.2 |
| March 29: Oral argument Krys v. Aaron | 7.0 |

Total Hours                                                                 56.7

      **Hours @ $500/hr.**

                **Total Bill ------**                                            $28350.00