UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re REFCO, INC. SECURITIES LITIGATION   :   07 MDL 1902 (JSR)
                                          :
------------------------------------------------------------x   ECF CASE

------------------------------------------------------------x
                                          :   08 Civ. 3065 (JSR)
                                          :   08 Civ. 3086 (JSR)
KENNETH M. KRYS, et al.                   :
                       Plaintiffs,        :
                                          :
       -v-                                :
                                          :
CHRISTOPHER SUGRUE, et al.,               :
                                          :
                       Defendants.        :
                                          :
------------------------------------------------------------x

## [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO AMEND PLEADING

WHEREAS, plaintiffs have stated in the May 3, 2013 Global Status Letter to Special Masters Capra and Hedges re: *In re Refco Securities Litigation* an intention to proffer an amended pleading;

WHEREAS, defendants have stated an intention to oppose any request by plaintiffs to file an amended pleading;

WHEREAS, plaintiffs and defendants have conferred and agreed to a briefing schedule regarding plaintiffs' request to file an amended pleading;

SPECIAL MASTER RONALD J. HEDGES, for good cause shown, hereby orders as follows:

1. Plaintiffs may submit a letter brief regarding their request to amend by Friday, May 10, 2013.

2. Defendants may file a responsive brief by Wednesday, May 15, 2013.

3. Oral argument will be heard by Judge Hedges telephonically on Thursday, May 16, 2013 at 2 p.m. EDT.

SO ORDERED

Dated: __May 13__, 2013

RONALD J. HEDGES
Special Master

2