UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re REFCO INC. SECURITIES LITIGATION    :    Case No. 07-MD-1902 (JSR)
-----------------------------------------------------------X
                This Document Relates to:
-----------------------------------------------------------X
KENNETH M. KRYS, et al.,    :    Case No. 08-CV-3065 (JSR)
                                           :    Case No. 08-CV-3086 (JSR)
                      Plaintiffs,    :

                         -v-    :

CHRISTOPHER SUGRUE, et al.,    :

                    Defendants.    :
-----------------------------------------------------------X

# [~~PROPOSED~~] ORDER

WHEREAS, by email submission dated June 19, 2013, Defendants Grant Thornton and Mark Ramler (the "Grant Thornton Defendants") requested that the Special Master compel the production of certain documents concerning prior testimony given by Kenneth M. Krys concerning Refco;

WHEREAS, on July 3, 2013, Plaintiffs produced redacted copies of: (1) a Note of Hearing in the Grand Court of the Cayman Islands dated April 7-12, 2010; (2) a Note of Hearing re SPhinX dated September 27-28, 2011; and (3) an undated transcript of testimony of Kenneth M. Krys (collectively the "Transcripts");

WHEREAS, on July 10, 2013, the Grant Thornton Defendants requested that the Special Master compel Plaintiffs to produce unredacted copies of the Transcripts;

WHEREAS, Plaintiffs opposed the Grant Thornton Defendants' request; and

WHEREAS, the Special Master had a telephonic discussion with counsel for the Plaintiffs and Grant Thornton on July 23, 2013;

IT IS HEREBY ORDERED:

1. The request for an order compelling production of unredacted copies of the Transcripts is granted, in part, as follows:

   a. Plaintiffs are to produce Exhibit 2 with the following redactions removed: (i) on page 55, the second sentence of the second redaction; (ii) on page 55, the entire third redaction; (iii) on page 99, the bottom-most redaction; (iv) on page 100, the first redaction; and

   b. Plaintiffs are to produce Exhibit 6 with the following redactions removed: (i) on page 144, all redactions; (ii) on page 145, all redactions.

2. Plaintiffs' remaining redactions appear appropriate.

3. It is further ordered that on August 8, 2013, unless Plaintiffs have produced an appropriate Sealing Order or other similar ruling from the Grand Court of the Cayman Islands supporting the redaction of the Transcripts, Plaintiffs are to produce copies of the Transcripts with all redactions removed.

SO ORDERED.
Dated: 8/5, 2013

RONALD HEDGES
Special Master