```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
                                         :
                                         :
IN RE REFCO SECURITIES LITIGATION        :    07 MDL 1902 (JSR)
                                         :
                                         :
---------------------------------------- x
---------------------------------------- x
KENNETH M. KRYS, et al.,                 :
                                         :    08 Civ. 3065 (JSR)
        Plaintiffs,                      :    08 Civ. 3086 (JSR)
                                         :
             -v-                         :              ORDER
                                         :
CHRISTOPHER SUGRUE, et al.,              :
                                         :
        Defendants.                      :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

On May 2, 2014, Special Master Ronald Hedges issued a Report and Recommendation in the above-captioned cases recommending that judgment be entered in favor of plaintiffs and against each of defendants Christopher Sugrue, Phillip Bennett, Refco Group Holdings, Inc. ("RGHI"), and Thomas Hackl, jointly and severally, in the sum of $669,370,991.88, plus $78,430.14 for each day after April 29, 2014 until the date judgment is entered. Because no objections to the Report and Recommendation have been filed, the Court hereby adopts by reference the May 2 Report and Recommendation. Accordingly, the Clerk of the Court is hereby directed to enter judgment in favor of plaintiffs and against defendants Sugrue, Bennett, RGHI, and Hackl, jointly and severally, in the sum of

$671,723,896.08, which reflects defendants' liability as of May 29, 2014.

    SO ORDERED.

Dated: New York, New York
       May 29, 2014

                                        JED S. RAKOFF, U.S.D.J.