UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE REFCO SECURITIES LITIGATION

07 **MDL** 1902 (JSR)

------------------------------------------------------------X

KENNETH M. KRYS, et al.,

                       Plaintiffs,

-against-

CHRISTOPHER SUGRUE, et al.,
                       Defendants.

-------------------------------------------------X

08 **CIVIL** 3065 (JSR)
08 **CIVIL** 3086 (JSR)

## AMENDED JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2014

      Whereas on May 2, 2014, Special Master Ronald Hedges, having issued a Report and Recommendation in the above-captions cases recommending that judgment be entered in favor of plaintiffs and against each of defendants Christopher Sugrue, Phillip Bennett, Tone Grant, Refco Group Holdings, Inc. ("RGHI"), and Thomas Hackl, jointly and severally, in the sum of $669,370,991.88, plus $78,430.14 for each day after April 29,2014 until the date judgment is entered, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on May 29, 2014, having rendered its Order because no objections to the Report and Recommendation having been filed, the court hereby adopting by reference the May 2 Report and Recommendation, and directing the Clerk of the Court to enter judgment in favor of plaintiffs against defendants Sugrue, Bennett, Grant, RGHI, and Hackl, jointly and severally, in the sum of $671,723,896.08, which reflects defendants' liability as of May 29, 2014, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 29, 2014, Because no objections to the Report and Recommendation,

judgment is hereby entered in favor of plaintiffs and against defendants Sugrue, Bennett, Grant, RGHI, and Hackl, jointly and severally, in the sum of $671,723,896.08, which reflects defendants' liability as of May 29, 2014.

**Dated:** New York, New York
June 25, 2014

                **RUBY J. KRAJICK**
                Clerk of Court
**BY:** _[signature]_
                Deputy Clerk

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____