**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X

In re REFCO INC. SECURITIES LITIGATION : Case No. 07-md-1902 (JSR)

------------------------------------------------------------ X

This Document Relates To:

------------------------------------------------------------ X

KENNETH M. KRYS, et al.,
: Case No. 08-cv-3065 (JSR)
Plaintiffs, : Case No. 08-cv-3086 (JSR)

-against-

CHRISTOPHER SUGRUE, et al.,

Defendants.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-18-14

## FINAL JUDGMENT

WHEREAS, all claims against all defendants have been resolved, either through stipulation of dismissal with prejudice, voluntary dismissal with prejudice, dismissal with prejudice, summary judgment and/or otherwise, as shown on the docket of the above-captioned actions (the "Actions"),

It is hereby ORDERED, ADJUDGED, AND DECREED that:

Final judgment is entered with respect to all claims against every defendant to the extent not previously entered on the docket in the Actions.

Dated: 8/16/14

SO ORDERED

Jed S. Rakoff
U.S.D.J.

1