```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re REFCO INC. SECURITIES         :    07 MDL 1902 (JSR)
LITIGATION                          :
------------------------------------x

------------------------------------x
CAPITAL MANAGEMENT SELECT           :
FUND LTD., et al.,                  :
                                    :    08 Civ. 9810 (JSR)
            Plaintiffs,             :
                                         ORDER
            -v-

PHILIP R. BENNETT, et al.,

            Defendants.
------------------------------------
```

JED S. RAKOFF, U.S.D.J.

    Since there are no outstanding issues that remain pending in this matter, the Clerk is directed to close the case.

    SO ORDERED.

Dated:    New York, New York
           February 17 2015

                                        JED S. RAKOFF, U.S.D.J.

Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: x / DATE FILED: 2/18/15

1